FILED

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Jason S. Leiderman (SBN 203336)
Leiderman Devine LLP
5740 Victoria Avenue, Suite 300
Ventura, California 93003
(805) 654-0200

2012 OCT -2 PM 12: 11

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

ATTORNEYS FOR: Plaintiff NADIA NAFFE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| NADIA NAFFE | CASE NUMBER: |
|---|---|
| Plaintiff(s), v. | CV12-8443 GW (MRWx) |
| JOHN PATRICK FREY, an individual, CHRISTI FREY, an individual, STEVE M. COOLEY, an individual, and the COUNTY OF LOS ANGELES Defendant(s) | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiff NADIA NAFFE
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                      **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

NADIA NAFFE-PLAINTIFF
JOHN PATRICK FREY-DEFENDANT
CHRISTI FREY-DEFENDANT
STEVE M. COOLEY-DEFENDANT
COUNTY OF LOS ANGELES-DEFENDANT
JASON S. LEIDERMAN, LEIDERMAN DEVINE LLP-COUNSEL FOR PLAINTIFF

September 29, 2012
Date

Sign

Jason S. Leiderman for Plaintiff
Attorney of record for or party appearing in pro per