| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| JASON S. LEIDERMAN, ESQ.  (SBN: 203336)<br>JAMES B. DEVINE, ESQ.  (SBN: 205270)<br>LEIDERMAN DEVINE LLP<br>5740 RALSTON STREET, SUITE 300<br>VENTURA, CA 93003 | (805) 654-0200 | |
| | Ref. No. or File No<br>8151207 | |
| ATTORNEY FOR: PLAINTIFF NADIA NAFFE | | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE:
NADIA NAFFE V. JOHN PATRICK FREY

| PROOF OF SERVICE / SUMMONS | HEARING DATE: | TIME: | DEPT./DIV.: | CASE NUMBER:<br>CV12-8443-GW (mrwx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT ; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE TO PARTIES OF COURT – DIRECTED ADR PROGRAM; STANDING ORDER RE FINAL PRE-TRIAL CONFERENCES FOR CIVIL JURY TRIALS BEFORE JUDGE GEORGE H. WU; NOTICE TO COUNSEL; UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA CIVILITY AND PROFESSIONALISM GUIDELINES; SERVICES FOR ATTORNEYS AND THE GENERAL PUBLIC PACKAGE

3. a. Party served: STEVE M. COOLEY

    b. Person served: CARMEN FAUSTINO, AUTHORIZED TO ACCEPT SERVICE OF PROCESS

4. Address where the party was served: 210 WEST TEMPLE STREET, SUITE 18000
LOS ANGELES, CA 90012

5. I served the party:
    **By personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: THURSDAY, OCTOBER 11, 2012 at: 11:15AM

6. Process Server:
DOUG FORREST
5450 RALSTON STREET, SUITE 206
VENTURA, CA 93003
(805) 654-1535

[X] Registered California
Process Server
Registration Number: 5141
County: LOS ANGELES
Fee for service:
Recoverable cost per CCP 1033.5 (a)(4)(B)

I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on:

Date: OCTOBER 12, 2012

Signature _____

Judicial Council Form
Rule 2.150 (a) & (b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS