Ronald David Coleman
Goetz Fitzpatrick LLP
1 Penn Plaza – Suite 4401
New York, NY  10119
(212) 695-8100
rcoleman@goetzfitz.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| NAFFE, | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV12-08443-GW |
| v. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| FREY, et al. | |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __Ronald David Coleman__, of __Goetz Fitzpatrick LLP, 1 Penn Plaza, Ste. 4401, New York, NY 10119__
    *Applicant's Name*                                      *Firm Name / Address*

__(212) 695-8100__                                            __rcoleman@goetzfitz.com__
  *Telephone Number*                                          *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ✓ Defendants

☐ Intervener or other interested person __John Patrick Frey and Christi Frey__

and the designation of __Kenneth P. White, SBN 173993__
                                              *Local Counsel Designee /State Bar Number*

of __Brown White & Newhouse LLP, 333 South Hope Street, 40th Floor, Los Angeles, CA 90071__
                                     *Local Counsel Firm / Address*

__(213) 613-9446__                                        __kwhite@brownwhitelaw.com__
  *Telephone Number*                                         *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

   ☐ GRANTED
   ☐ DENIED. Fee shall be returned by the Clerk.
   ☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated _____        _____
                                                                       U. S. District Judge/U.S. Magistrate Judge