**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | |
| v. | |
| | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

_____          _____          _____
Date Filed                        Doc. No.                        Title of Doc.

**IT IS HEREBY ORDERED:**

☐  The document is accepted as filed
☐  The document is stricken and counsel is ordered to file an amended or
       corrected document by _____ .
☐  The hearing date has been rescheduled to _____ at _____
☐  Other

Clerk, U.S. District Court

Dated: _____          By: _____
                                                                      Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge