Ronald David Coleman
Goetz Fitzpatrick LLP
1 Penn Plaza – Suite 4401
New York, NY 10119
(212) 695-8100
rcoleman@goetzfitz.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| NAFFE, | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV12-08443-GW |
| v. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| FREY, et al. | |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of   Ronald David Coleman  , of  Goetz Fitzpatrick LLP, 1 Penn Plaza, Ste. 4401, New York, NY 10119
   *Applicant's Name*                                              *Firm Name / Address*

   (212) 695-8100                                                  rcoleman@goetzfitz.com
   *Telephone Number*                                              *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of   ☐ Plaintiff   ✓ Defendants

☐ Intervener or other interested person   John Patrick Frey and Christi Frey

and the designation of      Kenneth P. White, SBN 173993
                           *Local Counsel Designee /State Bar Number*

of   Brown White & Newhouse LLP, 333 South Hope Street, 40th Floor, Los Angeles, CA 90071
                           *Local Counsel Firm / Address*

   (213) 613-9446                                                  kwhite@brownwhitelaw.com
   *Telephone Number*                                              *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED

☐ DENIED. Fee shall be returned by the Clerk.

☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated _____             _____
                                          U. S. District Judge/U.S. Magistrate Judge

---

G-64 ORDER (11/10)       ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE