Ronald David Coleman
Goetz Fitzpatrick LLP
1 Penn Plaza – Suite 4401
New York, NY  10119
(212) 695-8100
rcoleman@goetzfitz.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADIA NAFFE, | CASE NUMBER |
| Plaintiff(s) | CV12-08443-GW(MRWx) |
| v. | ORDER ON |
| JOHN PATRICK FREY, et al. | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of  Ronald David Coleman  , of  Goetz Fitzpatrick LLP, 1 Penn Plaza, Ste. 4401, New York, NY 10119
  *Applicant's Name*                         *Firm Name / Address*

  (212) 695-8100                              rcoleman@goetzfitz.com
  *Telephone Number*                          *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☐ Plaintiff  ✓ Defendants

☐ Intervener or other interested person    John Patrick Frey and Christi Frey

and the designation of    Kenneth P. White, SBN 173993
                          *Local Counsel Designee /State Bar Number*

of    Brown White & Newhouse LLP, 333 South Hope Street, 40th Floor, Los Angeles, CA 90071
      *Local Counsel Firm / Address*

  (213) 613-9446                             kwhite@brownwhitelaw.com
  *Telephone Number*                          *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:


X GRANTED

☐ DENIED.  Fee shall be returned by the Clerk.

☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated: October 23, 2012

GEORGE H. WU, U. S. District Judge