JASON S. LEIDERMAN, SBN 203336
jay@leidermandevine.com
JAMES B. DEVINE, SBN 205270
james@leidermandevine.com
LEIDERMAN DEVINE LLP
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

Attorneys for Plaintiff
NADIA NAFFE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NADIA NAFFE, an individual, | Case No.: CV12-08443-GW (MRWx) |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | |
| JOHN PATRICK FREY, et al., | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff NADIA NAFFE voluntarily dismisses without prejudice the following defendants:

- Steve M. Cooley, with respect to counts II, III, IV, V, VI, and VII.
- Christy Frey, with respect to all counts.

Dated:      November 19, 2012

By:/s/ James B. Devine
Jason S. Leiderman
James B. Devine
Attorneys for Plaintiff
NADIA NAFFE

NOTICE OF VOLUNTARY DISMISSAL, Page - 1

LEIDERMAN DEVINE LLP
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

| NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S) | |
|---|---|
| James B. Devine, SBN 205270<br>LEIDERMAN DEVINE LLP<br>5740 Ralston Street, Suite #300, Ventura, California 93003<br>Tel: 805-654-0200  Fax: 805-654-0280 | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADIA NAFFE, an individual<br><br>PLAINTIFF(S),<br>v.<br>JOHN PATRICK FREY, an individual,<br>et al.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV12-08443-GW (MRWx)<br><br>**PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE** |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Ventura                                                                     , State of California, and not a party to the above-entitled cause. On November 19                          , 20 12        , I served a true copy of NOTICE OF VOLUNTARY DISMISSAL                                                                                                    
by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: 5740 Ralston Street, Suite #300, Ventura, California, 93003
Executed on November 19                   , 20 12         at Ventura                         , California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☒ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

*Signature of Person Making Service*

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

*Signature*                                                                                 *Party Served*

CV-40 (01/00)                            PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE

GOETZ FITZPATRICK LLP
RONALD D. COLEMAN
One Penn Plaza, Suite 4401
New York, NY 10119
(Counsel for Defendants JOHN PATRICK FREY and CHRISTI FREY)

BROWN WHITE & NEWHOUSE LLP
KENNETH P. WHITE
333 S. Hope Street, 40th Floor
Los Angeles, CA 90071-1406
(Counsel for Defendants JOHN PATRICK FREY and CHRISTI FREY)

LAWRENCE BEACH ALLEN & CHOI, PC
PAUL B. BEACH
ALEXANDRA B. ZUIDERWEG
100 W. Broadway, Suite 1200
Glendale, CA 91210
(Counsel for Defendant STEVEN M. COOLEY)