file:///C:/Users/Eric/Documents/August 2012/Nadia Naffe/FW ADA Patri...

Home
Connect
Discover

[ ]

# Patterico

@Patterico

*Harangues that just make sense. All statements are made in my private capacity and not on behalf of my employer.*

Tehran · http://patterico.com

Blocked

6,206 TWEETS
527 FOLLOWING
5,223 FOLLOWERS

**Tweet to Patterico**

Tweets
Following
Followers
Favorites
Lists

Recent Images

1 of 32 11/19/2012 1:57 PM









file:///C:/Users/Eric/Documents/August 2012/Nadia Naffe/FW ADA Patri...

Similar to Patterico

Lori Ziganto @snarkandboobs Follow

Jenn Taylor @JennQPublic Follow

rebecca grunewald @duchessrebecca Follow

© 2012 Twitter

About
Help
Terms
Privacy
Blog
Status
Apps
Resources
Jobs
Advertisers
Businesses
Media
Developers

## Tweets

13h  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@BreitbartUnmask lol lol lol
In reply to BreitbartUnmasked

2 of 32 11/19/2012 1:57 PM

13h  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@BreitbartUnmask Oh: not the Bell video. You know which video. And man does it make you mad that it's all there. On video. Coming soon.

In reply to BreitbartUnmasked

13h  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@BreitbartUnmask No hoping. I know lol lol lol.

In reply to BreitbartUnmasked

14h  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@BreitbartUnmask Sure. Shows who you are.

In reply to BreitbartUnmasked

14h  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

Clumsy frame job is clumsy.

14h  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@BreitbartUnmask Wait until the video showing the framing is released. And it will be. Hahahaha.

In reply to BreitbartUnmasked

 **Patterico** @Patterico

- Close

@BreitbartUnmask Wow. I guess you're retaliating against us for what we did. Except for the fact that we all know your PACER reveal came 1st

Hide conversation

4:58 AM - 25 Mar 12 via Twitter for iPhone · Details

Reply
Retweet
Favorite

22h  Patterico @Patterico

- Reply
- Retweet
- Favorite
- · Open

@Dust92 You guess correctly.

In reply to Dustin

22h  Patterico @Patterico

- Reply
- Retweet
- Favorite
- · Open

From @NadiaNaffe lawsuit against RNC: judge's finding that she intentionally kept a work laptop after being fired. is.gd/IWZOqN

Patterico @Patterico

Close

@BreitbartUnmask You misspell "your" the same way @NadiaNaffe does. Anyway, done talking to an anonymous liar.

Hide conversation

9:59 PM - 23 Mar 12 via TweetDeck · Details

Reply
Retweet
Favorite

Patterico @Patterico

Close

@Popehat Fair enough. I'll look it up. Thanks.

Hide conversation

9:57 PM - 23 Mar 12 via Twitter for iPhone · Details

Reply
Retweet
Favorite

23 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@BreitbartUnmask Actually, that is a lie and you are a liar.

In reply to BreitbartUnmasked

23 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@Popehat If I check my email on ur phone, and when I return phone to you, you find you can access my email w/o my permission, can u legally?

In reply to Popehat

23 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@CincyCapell "Their own"? Uh, no. @nadianaffe Is no conservative.

In reply to Cincy Capell

 **Patterico** @Patterico

- Close

@NadiaNaffe My first task is learning what criminal statutes, if any, you have admitted violating.

Hide conversation

9:46 PM - 23 Mar 12 via Twitter for iPhone · Details

Reply
Retweet
Favorite

 **Patterico** @Patterico

- Close

@NadiaNaffe This is quite a distraction from the points I raised in the post. I promise I will elaborate!

Hide conversation

9:45 PM - 23 Mar 12 via Twitter for iPhone · Details

Reply
Retweet
Favorite

**Patterico** @Patterico

- Close

@NadiaNaffe You're not OK with my having a public voice at all. Why lie about it?

Hide conversation

9:43 PM - 23 Mar 12 via Twitter for iPhone · Details

Reply
Retweet
Favorite

**Patterico** @Patterico

- Close

@Popehat Do you know the federal statute covering unauthorized access of email?

Hide conversation

9:40 PM - 23 Mar 12 via Twitter for iPhone · Details

Reply
Retweet
Favorite

**Patterico** @Patterico

- Close

@jdonels Can you send me the federal statute?

Hide conversation

9:39 PM - 23 Mar 12 via Twitter for iPhone · Details

Reply
Retweet
Favorite

**Patterico** @Patterico

- Close

@NadiaNaffe Utterly false but why let that bother you?

Hide conversation

9:38 PM - 23 Mar 12 via Twitter for iPhone · Details

Reply
Retweet
Favorite

23 Mar **Nadia Naffe** @NadiaNaffe

- Reply
- Delete
- Favorite
- Open

Thats for Internal Affairs & CA Bar to decide. O'keefe worked for Dist Atty Fey before dropping out of law school. @Durdenhood01 @patterico

Retweeted by Patterico

In reply to Tyler Hood

Patterico @Patterico

- Close

@Popehat I sincerely doubt I will, given how silly the allegation is. But I appreciate the offer.

Hide conversation

9:25 PM - 23 Mar 12 via TweetDeck · Details

Reply
Retweet
Favorite

23 Mar Patterico @Patterico

- Reply
- Retweet
- Favorite
- · Open

All @NadiaNaffe is doing is strengthening evidence of ties between her and others who have used similar tactics.

23 Mar Patterico @Patterico

- Reply
- Retweet
- Favorite
- · Open

It is also crystal clear that Deputy D.A. may discuss matters of public interest on their own time using their own equipment.

23 Mar Patterico @Patterico

- Reply
- Retweet
- Favorite
- · Open

It is crystal clear any complaint filed by @NadiaNaffe will be frivolous attempt to silence my public voice. Part of a pattern.

23 Mar Patterico @Patterico

- Reply
- Retweet
- Favorite
- · Open

O'Keefe injunction against @NadiaNaffe releasing his hacked emails now online. Come see why she is

threatening my job. is.gd/7eonhf

23 Mar **BreitbartUnmasked** @BreitbartUnmask

- Reply
- Retweet
- Favorite
- · Open

@NadiaNaffe @Patterico Many complaints about Frey already filed. Suggest IA and reporting him. The more the people report less power he has.

Retweeted by Patterico

In reply to Nadia Naffe

**Patterico** @Patterico

- Close

@NadiaNaffe That is false. But then, you're full of false allegations, aren't you?

Hide conversation

4:22 PM - 23 Mar 12 via Twitter for iPhone · Details

Reply

Retweet

Favorite

**Patterico** @Patterico

- Close

@NadiaNaffe You are doing a fantastic job of drawing greater attention to my questions. Thank you.

Hide conversation

- 1RETWEET

4:19 PM - 23 Mar 12 via Twitter for iPhone · Details

Reply

Retweet

Favorite

**Patterico** @Patterico

- Close

@NadiaNaffe Did I? Then I'll say it again. Criticism on a matter of public interest is not witness tampering.

Hide conversation

4:16 PM - 23 Mar 12 via Twitter for iPhone · Details

Reply

Retweet

'avorite

23 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@NadiaNaffe If you think you will intimidate me into silence with laughable tactics like this, you are sadly mistaken. @tommyxtopher

In reply to Nadia Naffe

 **Patterico** @Patterico

- Close

@NadiaNaffe The state bar will laugh at your complaint. As I am laughing now. You seriously go to Harvard? @tommyxtopher

Hide conversation

4:11 PM - 23 Mar 12 via Twitter for iPhone · Details

'eply
'etweet
'avorite

 **Patterico** @Patterico

- Close

@NadiaNaffe Then I guess by your logic anyone who criticizes @JamesOKeefeIII is practicing law without a license. @tommyxtopher

Hide conversation

4:10 PM - 23 Mar 12 via Twitter for iPhone · Details

'eply
'etweet
'avorite

23 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

On what planet is it "legal advice" to point out obvious questions about a sketchy person's story?

23 Mar  **Nadia Naffe** @NadiaNaffe

- Reply
- Delete

- Favorite
- · Open

Patrick Fey, aka @Patterico is a Asst DA at the Justice Dept & he's giving O'keefe legal advice for a defense on his blog? @ElectMarcoRubio
Retweeted by Patterico
In reply to Rubio4President

23 Mar  **Nadia Naffe** @NadiaNaffe

- Reply
- Delete
- Favorite
- · Open

Thanks for letting me know Asst DA Patrick Fey/ @Patterico is giving O'keefe legal advice. I'm filing a CA bar complaint. @ElectMarcoRubio
Retweeted by Patterico
In reply to Rubio4President

23 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@NadiaNaffe now threatening to report me to state bar for my criticism of her matter of public interest. Where have we seen this before?

23 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

Judge blocks @NadiaNaffe from releasing @JamesOKeefeIII emails. is.gd/7eonhf

23 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

The best part is that showing what you guys did will help us win elections. Everything you did -- all of it -- was counterproductive. Haha.

23 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite

- · Open

It's always sad when evil people get angry that things aren't going their way...

23 Mar **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

Evidence gathering drawing to a close. That video will tell so much. So long and thanks for all the admissions!

23 Mar **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

Months of harassment silences nobody; just gives us an amazing story to tell. Your thuggery will be an object lesson. Make ya mad? Too bad.

23 Mar **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@NicoleGennette Indeed. Pointing out severe holes in a leftist's story is always "wildly inappropriate" per creepy sockpuppets like you.

In reply to P.J. Nicolatore

**Patterico** @Patterico

- Close

@Dust92 Or because the "victim" is a liar whose lies will be exposed? That sometimes happens too!

Hide conversation

11:56 PM - 22 Mar 12 via Twitter for iPhone · Details

Reply

Retweet

Favorite

22 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

Some questions about #rapebarn. patterico.com/2012/03/22/que…

22 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@bschlyer My main interest is the smear on Andrew, publicized by @tommyxtopher, that Andrew ignored a "rape plot." He can't defend himself.

In reply to Bret Schlyer

22 Mar **Patterico** @Patterico

- · Open

I missed the bit about the "rape plot" and Andrew's supposed hypocrisy. That's the part I'm most interested in.

**Bret Schlyer** @bschlyer

- Close

@Patterico I see nothing but innuendo instead of accusation. Pretty much what I expected. #smear

Retweeted by Patterico

Hide conversation

- 1RETWEET

9:43 AM - 22 Mar 12 via web · Details

Reply

Retweet

Favorite

22 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@bschlyer On the central questions, it's hard to disagree. I think the "and/or" is my favorite part. She

doesn't know? #honesty

In reply to Bret Schlyer

22 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

If you and your friend then have a falling out, is the friend morally entitled to access your account & publish your emails on the Internet?

22 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

Say you once checked your email at a friend's and saved your password on the computer.

22 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@tommyxtopher will ignore these questions and Nadia's ties to the Anons and do his usual hack job. Count on it.

22 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

Finally: for the umpteenth time: why not call a cab?

22 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

And, significantly: where is the "rape plot" and the evidence of Andrew's hypocrisy?

22 Mar  **Patterico** @Patterico

- Reply

- Retweet
- Favorite
- · Open

Is there anything missing from that republished email?

22 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

Just how "remote" was this barn?

22 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

"James had downloaded and/or linked his Gmail account to my device." And/or? Really? Those are kinda different.

22 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

I can't wait to see @tommyxtopher's uncritical touting of the barn thing. I can think of several obvious problems I guarantee he'll ignore.

22 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

I missed the bit about the "rape plot" and Andrew's supposed hypocrisy. That's the part I'm most interested in.

21 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

You chose . . . poorly.

21 Mar **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

Hahahahahahahahahahahahahaha.

21 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@wolfiesgirl2011 OK, respond and we'll chat?

In reply to wolfiesgirl

21 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@wolfiesgirl2011 I have sent three.

In reply to wolfiesgirl

21 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@ElectMarcoRubio I would like to know how you know about this alleged email, Mr. Marco Rubio fan. @NadiaNaffe

In reply to Rubio4President

21 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@wolfiesgirl2011 I have email. It's quite public. patterico AT gmail DOT com. Do you gchat?

In reply to wolfiesgirl

21 Mar  **Patterico** @Patterico

- Reply

- Retweet
- Favorite
- · Open

@wolfiesgirl2011 I think that was me who linked that.
In reply to wolfiesgirl

21 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@OwainCunedda But if it's just right on the street in a suburban area, it's quite another. Wouldn't you agree, Honest Guy? @wolfiesgirl2011
In reply to Dayton Cheatham

21 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@OwainCunedda I mean, if the "rape barn" was miles off the street on a huge piece of property, behind a locked gate. that's one thing...
In reply to Dayton Cheatham

**Patterico** @Patterico

- Close

@OwainCunedda Did you like my link to Westwood cabs? @wolfiesgirl2011
Hide conversation

3:12 AM - 21 Mar 12 via TweetDeck · Details
Reply
Retweet
Favorite

21 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@wolfiesgirl2011 Just sent another.
In reply to wolfiesgirl

21 Mar  **Patterico** @Patterico

- Reply

- Retweet
- Favorite
- · Open

@wolfiesgirl2011 I think that term was coined by one of my commenters as a joke, but @ElectMarcoRubio is running with it, the idiot.

In reply to wolfiesgirl

21 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@wolfiesgirl2011 What do you have against DMs?

In reply to wolfiesgirl

 **Patterico** @Patterico

- Close

@ElectMarcoRubio It's hardly false imprisonment if the "rape barn" is feet from the street and you could easily catch a cab. Am I right?

Hide conversation

3:04 AM - 21 Mar 12 via web · Details

Reply

Retweet

Favorite

 **Patterico** @Patterico

- Close

@ElectMarcoRubio Hahahahahaha! Even you are calling it the "rape barn"! Love it. Yes: I ask: WHY NOT CALL A FREAKING CAB?!?!

Hide conversation

3:03 AM - 21 Mar 12 via web · Details

Reply

Retweet

Favorite

21 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@wolfiesgirl2011 I didn't see a link in any of that sock puppet's recent tweets. Which one are you talking about? Also check DM!

In reply to wolfiesgirl

21 Mar **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

Raise your hand if you think @ElectMarcoRubio actually wants to elect Marco Rubio. #howmanystupidpeopleareontwitter

In reply to Rubio4President

---

21 Mar **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@ElectMarcoRubio Because it's not "ink" and it's not 2:30 a.m. where I am. And also you're still a fraud.

In reply to Rubio4President

---

21 Mar **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@wolfiesgirl2011 Yes, they do. And they know what we have. And the videotape reference is no accident.

In reply to wolfiesgirl

---

21 Mar **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@OwainCunedda I have this magic ability to see tweets from people whom I block on principle. But I see they deny having the same powers.

In reply to Dayton Cheatham

---

**Patterico** @Patterico

- Close

@wolfiesgirl2011 Wouldn't it? And I have a feeling all these scumbags know EXACTLY what I'm talking about, and are all very nervous about it

Hide conversation

2:49 AM - 21 Mar 12 via TweetDeck · Details

Reply

Retweet

avorite

Patterico @Patterico

- Close

@wolfiesgirl2011 Facts and evidence are nothing more than a path to the truth. The truth is the ultimate goal.

Hide conversation

2:48 AM - 21 Mar 12 via TweetDeck · Details

eply

etweet

avorite

21 Mar Patterico @Patterico

- Reply
- Retweet
- Favorite
- · Open

@OwainCunedda If I were her, rather than call Andrew Breitbart in Los Angeles, I might call one of these companies: is.gd/hs6gxl

In reply to Dayton Cheatham

21 Mar Patterico @Patterico

- Reply
- Retweet
- Favorite
- · Open

@OwainCunedda Last I checked she had me blocked. I think I asked already and was ignored. Feel free to ask yourself!

In reply to Dayton Cheatham

21 Mar Patterico @Patterico

- Reply
- Retweet
- Favorite
- · Open

@wolfiesgirl2011 I would LOVE to talk privately to someone who could fill me in on such facts. I again offer to discuss this all via DM.

In reply to wolfiesgirl

21 Mar Patterico @Patterico

- Reply
- Retweet

- Favorite
- · Open

@ElectMarcoRubio Perhaps that's because you're a complete, total, and screamingly obvious fraud.
In reply to Rubio4President

21 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@wolfiesgirl2011 Follow for DM?
In reply to wolfiesgirl

21 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@wolfiesgirl2011 DM.
In reply to wolfiesgirl

 **Patterico** @Patterico

- Close

@wolfiesgirl2011 Like, say you had a videotape that showed someone was a complete liar? And all his friends? Wouldn't that be fun to show?
Hide conversation

2:40 AM - 21 Mar 12 via TweetDeck · Details
Reply
Retweet
Favorite

21 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@wolfiesgirl2011 You know what speaks louder than any single voice? Facts and evidence. Facts and evidence can move the world.
In reply to wolfiesgirl

 **Patterico** @Patterico

- Close

@OwainCunedda Dude, she is not going to talk facts with me. Like, why not call a cab? You think she'll answer that question? Come on.

Hide conversation

2:37 AM - 21 Mar 12 via TweetDeck · Details

Reply

Retweet

Favorite

21 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@wolfiesgirl2011 They are starting to realize that it is all going to be told. All of it. And they are DESPERATE.

In reply to wolfiesgirl

21 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@wolfiesgirl2011 Yup. There's two visible, one in the shadows, and one who pretends to be opposed to them but actually is not.

In reply to wolfiesgirl

 **Patterico** @Patterico

- Close

@wolfiesgirl2011 They are DESPERATE to look like they aren't watching all their dishonest efforts bite them in their posteriors.

Hide conversation

2:34 AM - 21 Mar 12 via TweetDeck · Details

Reply

Retweet

Favorite

21 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@wolfiesgirl2011 What you have to realize is that these people are putting on their game face, but their whole enterprise is crumbling.

In reply to wolfiesgirl

21 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@wolfiesgirl2011 It's clear. I saw where the laughable concept of witness intimidation arose and it wasn't from her. It was from a fool.

In reply to wolfiesgirl

 **Patterico** @Patterico

- Close

@wolfiesgirl2011 I'd be very interested to see how far you'd have to walk from the "barn" to meet a taxicab. Miles? Yards? Feet? Inches?

Hide conversation

2:31 AM - 21 Mar 12 via TweetDeck · Details

Reply
Retweet
Favorite

 **Patterico** @Patterico

- Close

@wolfiesgirl2011 Do they have taxicabs in New Jersey? Is the "barn" in a taxicab-free zone?

Hide conversation

2:30 AM - 21 Mar 12 via TweetDeck · Details

Reply
Retweet
Favorite

 **Patterico** @Patterico

- Close

@OwainCunedda She has me blocked. You can feel free to tell me where I'm wrong. I'm talking facts. Is ANYONE willing to talk facts with me??

Hide conversation

2:29 AM - 21 Mar 12 via TweetDeck · Details

Reply
Retweet
Favorite

 **Patterico** @Patterico

- Close

@wolfiesgirl2011 She's clearly all about the attention, and incompetent partisan hacks like @tommyxtopher will give her plenty.

Hide conversation

2:28 AM - 21 Mar 12 via TweetDeck · Details

Reply
Retweet
Favorite

Patterico @Patterico

- Close

@wolfiesgirl2011 I'm sure there are other things, but that's a large collection of reasons that her credibility is very suspect.

Hide conversation

2:27 AM - 21 Mar 12 via TweetDeck · Details

Reply
Retweet
Favorite

Patterico @Patterico

- Close

@wolfiesgirl2011 7. I have a hard time figuring out what she thinks her career path is, given her behavior on all these issues.

Hide conversation

2:27 AM - 21 Mar 12 via TweetDeck · Details

Reply
Retweet
Favorite

Patterico @Patterico

- Close

@wolfiesgirl2011 6. She seems to be taking the tack that any criticism of her is "witness intimidation," which is an utter joke.

Hide conversation

2:26 AM - 21 Mar 12 via TweetDeck · Details

Reply
Retweet
Favorite

21 Mar  Patterico @Patterico

- Reply
- Retweet
- Favorite
- · Open

@wolfiesgirl2011 5. The people she has chosen to associate with are people with a history of false smears against Breitbart people.

In reply to wolfiesgirl

21 Mar **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@wolfiesgirl2011 4. She personally smeared me on Twitter, and has not retracted or apologized even though it's clear it was a false claim.

In reply to wolfiesgirl

**Patterico** @Patterico

- Close

@wolfiesgirl2011 3. She claims O'Keefe gave her 7 years of emails, which is absurd on so many levels I don't even know where to start.

Hide conversation

2:24 AM - 21 Mar 12 via TweetDeck · Details

!eply

!etweet

'avorite

21 Mar **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@wolfiesgirl2011 2. She issued a tasteless, shockingly self-absorbed tweet about Andrew's heart attack on the day he died.

In reply to wolfiesgirl

21 Mar **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@wolfiesgirl2011 1. She smeared Andrew Breitbart by implying he was a hypocrite about "rape plots" when she testified she was not harassed.

In reply to wolfiesgirl

**Patterico** @Patterico

- Close

@wolfiesgirl2011 Why should we question her honesty? Let me count the ways...

Hide conversation

2:22 AM - 21 Mar 12 via TweetDeck · Details

Reply

Retweet

Favorite

**Patterico** @Patterico

- Close

@wolfiesgirl2011 I didn't mean to say there was only one reason to question her honesty! There are many, in my opinion.

Hide conversation

2:22 AM - 21 Mar 12 via TweetDeck · Details

Reply

Retweet

Favorite

**Patterico** @Patterico

- Close

@wolfiesgirl2011 Oh, and you can bet @tommyxtopher will lap that story right up, too. Just like the lowlife partisan hack he really is.

Hide conversation

2:20 AM - 21 Mar 12 via TweetDeck · Details

Reply

Retweet

Favorite

21 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@wolfiesgirl2011 He knows precisely how I feel. We had it out already. I owe him nothing.

In reply to wolfiesgirl

21 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@wolfiesgirl2011 That's a story so patently absurd, only the most credulous, hackish pseudojournalist could buy it. Paging @tommyxtopher!

In reply to wolfiesgirl

21 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@wolfiesgirl2011 And for her to say O'Keefe gave her 7 years of emails? Yeah, I don't believe that for a second.

In reply to wolfiesgirl

21 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@wolfiesgirl2011 I think we can agree that for Nadia to attribute that statement to me is an outrageous smear. Really makes me Q her honesty

In reply to wolfiesgirl

21 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@wolfiesgirl2011 That's fine.

In reply to wolfiesgirl

21 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@wolfiesgirl2011 I read it already. Let's pretend it's non-racial (which I don't buy). It's still an offensive and ridiculous thing to say.

In reply to wolfiesgirl

21 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@wolfiesgirl2011 It's a stupid and offensive thing to say any way you slice it. I want nothing to do with him. He is blocked.

In reply to wolfiesgirl

21 Mar **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@wolfiesgirl2011 We'll have to agree to disagree. My interpretation is not a "lie." It is my interpretation. And it is the reasonable one.

In reply to wolfiesgirl

21 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@wolfiesgirl2011 If you can't see that saying "wiff them teefs" to a black person and calling it dialect is offensive then you're hopeless.

In reply to wolfiesgirl

21 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@wolfiesgirl2011 It's not a lie and I have every right to say what I want, when I want. I'm tired of that racist's whining.

In reply to wolfiesgirl

21 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@NadiaNaffe You also suggested that I implied you belonged on a "plantation" and that I tried to "pick & chose" who you talk to -- smears.

In reply to Nadia Naffe

21 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@wolfiesgirl2011 Do not call something a "lie" without being acquainted with the facts.

In reply to wolfiesgirl

21 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@wolfiesgirl2011 I don't feel like re-arguing this. He said "wiff them teefs" and admitted it was mocking dialect. I find it disgusting.

In reply to wolfiesgirl

21 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@NadiaNaffe Your "heart attack" tweet about Andrew was repulsive and tasteless. Your smear of me was baseless. Those two facts bother me.

In reply to Nadia Naffe

21 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@NadiaNaffe Based on your smear of me, and what appears to be a smear of Breitbart editors, you seem to be exhibiting a pattern of smearing.

In reply to Nadia Naffe

21 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@NadiaNaffe What evidence do you have that they operate those accounts? I say right here and now: I bet you have none and will produce none.

In reply to Nadia Naffe

21 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@NadiaNaffe Additionally, I note that you keep claiming that certain Breitbart editors operate Twitter accounts. I think you're full of it.

In reply to Nadia Naffe

21 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@NadiaNaffe Your quote was: "Your guy @MCHblazer used racial code words." That is the very definition of a smear. @milowent

In reply to Nadia Naffe

21 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@NadiaNaffe I have zero connection with that jerk, got into a shouting match with him, and blocked him. @milowent

In reply to Nadia Naffe

21 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@NadiaNaffe If that's not precise enough for you, review our timelines from Sunday. It's all there. @milowent

In reply to Nadia Naffe

21 Mar **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@NadiaNaffe You nevertheless insisted on portraying him as connected with me, an allegation that was totally baseless and false. @milowent

In reply to Nadia Naffe

21 Mar **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@NadiaNaffe I directly told you that it was a smear, and quoted my extensive and repeated criticism of his statement. @milowent

In reply to Nadia Naffe

21 Mar **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@NadiaNaffe Some guy issued a racist insult to you, which I denounced about 5 times in a row -- and you claimed he was my guy. @milowent

In reply to Nadia Naffe

21 Mar **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@NadiaNaffe We discussed this. Did you somehow forget? @milowent

In reply to Nadia Naffe

21 Mar **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@milowent Attention seeker.

In reply to milowent

21 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@milowent Well, I guess that's better than using an unproven fact from an unreliable witness as the basis to ask an "excellent question."

In reply to milowent

21 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@milowent She claimed to have his emails going back 7 years. And that he gave him to her. I don't believe that. It makes no sense.

In reply to milowent

21 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@milowent That's not what makes me suspicious. People sometimes have good reasons to hold on to evidence. I just find her dishonest, creepy.

In reply to milowent

20 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@milowent Do you honestly believe he sent her 7 years worth of emails? I don't. Not for a second.

In reply to milowent

20 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

@milowent It's also a question that assumes facts I don't believe. Nadia smeared me personally this weekend. I do not trust her.

In reply to milowent



20 Mar  **Patterico** @Patterico

- Reply
- Retweet
- Favorite
- · Open

Oh, I won't. I'll keep telling the truth. That's what scares them. RT @CFoxtrot Don't stop!