# EXHIBIT "B"

# LEIDERMAN DEVINE LLP

5740 RALSTON STREET, SUITE 300, VENTURA, CA 93003
TELEPHONE 805-654-0200 FACSIMILE 805-654-0280

JAY LEIDERMAN*
JAMES B. DEVINE
TAYLOR L. EMERSON

*STATE BAR CERTIFIED CRIMINAL LAW SPECIALIST

November 15, 2012

**_VIA FACSIMILE & U.S. MAIL_**
818.545.1937

Alexandra B. Zuiderweg
**Lawrence, Beach, Allen, Choi PC**
100 W. Broadway, Suite 1200
Glendale, CA 91210-1219

      Re:   Nadia Naffe v. John Patrick Frey, et. al.
            United States District Court Case No.: CV1208443 GW (MRW x)

Dear Ms. Zuiderweg:

    I am in receipt of your November 14, 2012 correspondence in regards to Defendant Steve Cooley's motion to dismiss pursuant to FRCP Rule 12(b) and motion to strike. This serves as our response.

    We have decided to voluntarily dismiss without prejudice Steve Cooley from the Second, Third, Fourth, Fifth, Sixth and Seventh causes of action. Steve Cooley will still remain in on the Complaint on the First cause of action. If you have any questions, please feel free to give me a call to discuss at (805) 654-0200, extension 22.

Sincerely,

LEIDERMAN DEVINE LLP

Taylor L. Emerson

TLE

Z:\Clients\Nadia Naffe\Correspondence\Zuiderwig ltr 111512.doc

16