1  PAUL B. BEACH, State Bar No. 166265
   pbeach@lbaclaw.com
2  ALEXANDRA B. ZUIDERWEG, State Bar No. 270177
   azuiderweg@lbaclaw.com
3  LAWRENCE BEACH ALLEN & CHOI, PC
   100 West Broadway, Suite 1200
4  Glendale, California  91210-1219
   Telephone No. (818) 545-1925
5  Facsimile No. (818) 545-1937

6  Attorneys for Defendant
   Steve M. Cooley
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  NADIA NAFFE, an individual,          )  Case No. CV 12-8443 GW (MRWx)
                                         )
12                                       )  Honorable George H. Wu
            Plaintiff,                   )
13                                       )
                                         )  **[PROPOSED] ORDER GRANTING
14      vs.                              )  DEFENDANT STEVE M.
                                         )  COOLEY'S MOTION TO DISMISS
15                                       )  COMPLAINT PURSUANT TO
    JOHN PATRICK FREY, an                )  FED. R. CIV. P. RULE 12(b)(6)**
16  individual, CHRISTI FREY, an         )
    individual, STEVE M. COOLEY, an      )  *[Motion to Dismiss filed concurrently
17  individual, and the COUNTY OF LOS    )  herewith]*
    ANGELES, a municipal entity,         )
18                                       )
            Defendants.                  )  Date:   December 20, 2012
19                                       )  Time:   8:30 a.m.
                                         )  Crtm:   10
20  _____ )

21

22      On December 20, 2012, Defendant Steve M. Cooley's Motion to Dismiss

23  Plaintiff's Complaint Pursuant To Fed. R. Civ. P. Rule 12(b)(6) came on

24  regularly for hearing in Courtroom 10 of this Court, the Honorable George H. Wu

25  presiding.

26      After full consideration of Defendant's moving papers as well as any

27  opposition and reply papers filed, the authorities submitted by counsel, as well as

28  counsels' argument:

                                1

1    IT IS HEREBY ADJUDGED AND ORDERED that Plaintiff's first claim

2    for relief pursuant to 42 U.S.C. § 1983 against Steve M. Cooley be dismissed

3    with prejudice.

4

5

6    DATE: _____, 2012          _____

7                                     Honorable George H. Wu
                                      United States District Judge
8                                     Central District of California

9

10   Respectfully submitted by,

11   LAWRENCE BEACH ALLEN & CHOI, PC

12

13   By:    /s/ Alexandra B. Zuiderweg

14          Alexandra B. Zuiderweg
     Attorneys for Defendant
15   Steve M. Cooley

16

17

18

19

20

21

22

23

24

25

26

27

28

2