| | |
|---|---|
| 1 | GOETZ FITZPATRICK LLP |
| | RONALD D. COLEMAN |
| 2 | rcoleman@goetzfitz.com |
| | One Penn Plaza, Suite 4401 |
| 3 | New York, NY 10119 |
| | Telephone: 212.695.8100 |
| 4 | Facsimile: 212.629.4013 |
| 5 | Counsel for Defendants |
| | JOHN PATRICK FREY AND |
| 6 | CHRISTI FREY |
| 7 | |
| 8 | BROWN WHITE & NEWHOUSE LLP |
| | KENNETH P. WHITE (Bar No. 238052) |
| 9 | kwhite@brownwhitelaw.com |
| | 333 South Hope Street, 40th Floor |
| 10 | Los Angeles, CA 90071-1406 |
| | Telephone: 213. 613.0500 |
| | Facsimile: 213.613.0550 |
| 11 | |
| 12 | Local Counsel for Defendants |
| | JOHN PATRICK FREY AND |
| 13 | CHRISTI FREY |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADIA NAFFE, an individual, | Case No.: CV12-08443-GW (MRWx) |
| Plaintiff, | Judge: Hon. George H. Wu |
| v. | |
| JOHN PATRICK FREY, an individual, CHRISTI FREY, an individual, STEVE M. COOLEY, an individual, and the COUNTY OF LOS ANGELES, a municipal entity, | **DEFENDANTS JOHN PATRICK FREY AND CHRISTI FREY'S OBJECTION TO DECLARATION OF NADIA NAFFE SUBMITED IN OPPOSITION TO THEIR SPECIAL MOTION TO STRIKE** |
| Defendants. | Hearing Date: December 10, 2012 |
| | Time: ___ 8:30 a.m. |
| | Courtroom: 10 |
| | Complaint Filed: October 2, 2012 |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on December 10, 2012, at 8:30 a.m. in

3  Courtroom 10 in the United States Courthouse located at 312 N. Spring Street, Los

4  Angeles, California 90012, the Honorable George H. Wu presiding, Defendants John

5  Patrick Frey and Christi Frey ("Defendants") will and hereby do object to the

6  following specified portions of the Declaration of Nadia Naffe, submitted by her in

7  Opposition to Defendant's Motion to Strike.

8  DATED:  November 26, 2012          Respectfully submitted,
                                       GOETZ FITZPATRICK LLP LLP
9

10
                                       By   *s/Ronald D. Coleman*
11                                           RONALD D. COLEMAN
                                             Counsel for Defendants
12                                        JOHN PATRICK FREY AND
                                                 CHRISTI FREY
13

14

15 DATED:  November 26, 2012          Respectfully submitted,
                                       BROWN WHITE & NEWHOUSE LLP
16

17
                                       By   *s/Kenneth P. White*
18                                           KENNETH P. WHITE
                                          Local Counsel for Defendants
19                                        JOHN PATRICK FREY AND
                                                 CHRISTI FREY
20

21

22

23

24

25

26

27

28

1
DEFENDANTS' OBJECTIONS TO THE DECLARATION OF NADIA NAFFE

760614.1

## OBJECTIONS TO DECLARATION OF NADIA NAFFE

| Material Objected to: | Grounds for Objection: |
|---|---|
| **OBJECTION NUMBER 1**<br><br>Paragraph 9, lines 10-13:<br><br>"I am informed and believe and based thereon allege that MR. FREY is a personal friend of O'Keefe, and that this friendship began when O'Keefe worked as an intern in the County District Attorney's Office with MR. FREY while O'Keefe was a law student." | Lack of foundation and personal knowledge. Federal Rule of Evidence 602.<br><br><br><br>Sustained _____<br><br>Overruled_____ |
| **OBJECTION NUMBER 2**<br><br>Paragraph 13, lines 24-26:<br><br>"I am informed and believe and thereon allege that MR. FREY was aware of my involvement with O'Keefe's wire tapping of Congresswoman Waters at some point after the incident occurred." | Lack of foundation and personal knowledge. Federal Rule of Evidence 602.<br><br><br><br>Sustained _____<br><br>Overruled_____ |
| **OBJECTION NUMBER 3**<br><br>Paragraph 18, lines 22-28:<br><br>"I am informed and believe and based thereon allege that as of at least February 28, 2012, MR. FREY knew:  (a) I had evidence of O'Keefe's wire tapping of Congresswoman Waters' office and the OneUnited Offices; (b) I was planning on coming forward with this evidence; (c) since the wiretapping occurred within the County's jurisdiction, MR. FREY's office would likely receive the evidence; and (d) O'Keefe risked a prison sentence for violating his federal probation | Lack of foundation and personal knowledge. Federal Rule of Evidence 602.<br><br><br><br>Sustained _____<br><br>Overruled_____ |

| | | |
|---|---|---|
| 1 | if I made the evidence available." | |
| 2 | **OBJECTION NUMBER 4** | Lack of foundation and personal knowledge.  Federal Rule of Evidence 602. |
| 3 | Paragraph 19, Lines 1-4: | |
| 4 | | |
| 5 | "I am informed and believe and based thereon allege that, combined with MR. FREY's personal friendship with O'Keefe, the facts in paragraph 18 constitute a motive for MR. FREY to engage in behavior likely to stop me from coming forward with the evidence." | |
| 6 | | |
| 7 | | |
| 8 | | Sustained _____ |
| 9 | | |
| 10 | | Overruled_____ |
| 11 | | |
| 12 | **OBJECTION NUMBER 5** | Lack of foundation and personal knowledge.  Federal Rule of Evidence 602. |
| 13 | Paragraph 27, Lines 18-22: | |
| 14 | "I am informed and believe and based thereon allege that MR. FREY did so to intimidate me from bringing forth evidence to the County by making me believe he was acting under the color of the law, as a deputy district attorney, to criminally prosecute me for an alleged crime." | |
| 15 | | |
| 16 | | Sustained _____ |
| 17 | | Overruled_____ |
| 18 | | |
| 19 | | |
| 20 | **OBJECTION NUMBER 6** | Lack of foundation and personal knowledge.  Federal Rule of Evidence 602. |
| 21 | Paragraph 31, Lines 8-12: | |
| 22 | "I am informed and believe and based thereon allege that MR. FREY engaged in the defamatory and harassing activity described herein in order (a) to intimidate me into not handing over evidence to the County regarding O'Keefe's wiretapping of Congresswoman Waters, and (b) to protect the reputation of his personal friends, O'Keefe and Mr. Breitbart." | |
| 23 | | |
| 24 | | |
| 25 | | Sustained _____ |
| 26 | | Overruled_____ |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | DATED: November 12, 2012 | |
| 3 | | GOETZ FITZPATRICK LLP LLP |
| 4 | | |
| 5 | | By   s/Ronald D. Coleman |
| 6 | | RONALD D. COLEMAN  Counsel for Defendants |
| 7 | | JOHN PATRICK FREY AND CHRISTI FREY |
| 8 | | |
| 9 | DATED: November 12, 2012 | Respectfully submitted, |
| 10 | | BROWN WHITE & NEWHOUSE LLP |
| 11 | | |
| 12 | | By   s/Kenneth P. White |
| 13 | | KENNETH P. WHITE  Local Counsel for Defendants |
| 14 | | JOHN PATRICK FREY AND CHRISTI FREY |

4
DEFENDANTS' OBJECTIONS TO THE DECLARATION OF NADIA NAFFE

760614.1