GOETZ FITZPATRICK LLP
RONALD D. COLEMAN
rcoleman@goetzfitz.com
One Penn Plaza, Suite 4401
New York, NY 10119
Telephone: 212.695.8100
Facsimile: 212.629.4013

Counsel for Defendants
JOHN PATRICK FREY AND
CHRISTI FREY


BROWN WHITE & NEWHOUSE LLP
KENNETH P. WHITE (Bar No. 238052)
kwhite@brownwhitelaw.com
333 South Hope Street, 40th Floor
Los Angeles, CA 90071-1406
Telephone: 213.613.0500
Facsimile: 213.613.0550

Local Counsel for Defendants
JOHN PATRICK FREY AND
CHRISTI FREY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADIA NAFFE, an individual, | Case No.: CV12-08443-GW (MRWx) |
| Plaintiff, | Judge: Hon. George H. Wu |
| v. | **DEFENDANT JOHN PATRICK FREY'S DECLARATION AND EXHIBITS RE:** REPLY MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION TO STRIKE THE SECOND THROUGH SIXTH CAUSES OF ACTION OF THE COMPLAINT PURSUANT TO CALIFORNIA'S ANTI-SLAPP LAW, CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16; |
| JOHN PATRICK FREY, an individual, CHRISTI FREY, an individual, STEVE M. COOLEY, an individual, and the COUNTY OF LOS ANGELES, a municipal entity, | |
| Defendants. | |
| | Hearing Date: December 10, 2012<br>Time: 8:30 a.m.<br>Courtroom: 10 |
| | Complaint Filed: October 2, 2012 |

1

DEFENDANT'S REPLY IN SUPPORT OF SPECIAL MOTION TO STRIKE

760738.1

## DECLARATION OF PATRICK FREY

I, PATRICK FREY, declare:

1. I am a defendant in this action. I submit this declaration for the limited purpose of supporting a section of my Reply Memorandum in Support of my Special Motion to Strike. I know the information stated herein based on my own personal knowledge and could testify competently thereto. However, because this declaration is submitted for a limited purpose, it does not include all information that I know about this subject.

2. Attached as Exhibit A is a true and correct copy of portions of a series of screenshots of a May 1, 2012 post on Plaintiff Nadia Naffe's web site. I took the screen shots myself before Ms. Naffe made her blog private. In the post, she discusses, among other things, using the discovery process in this case to determine how my wife and I could afford our house.

3. Attached as Exhibit B is a true and correct copy of a series of Twitter direct messages between Plaintiff Nadia Naffe and Doug Stewart provided to me by Mr. Stewart. In the direct messages, Ms. Naffe discusses using the discovery process in this case to determine the identity of a blogger who writes under the pen name Ace of Spades.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on November 25, 2012 in Rancho Palos Verdes, California.

_____
PATRICK FREY

# EXHIBIT A

# NADIA NAFFE

HEADLINES    TECH + MEDIA    VIDEO    POLITICS    ELECTIONS    BUSINESS    ACTIVISM    JAMES O'KEEFE    DONATE



**MAY 01**

## A Precursor to Part III: My Response to James O'keefe's Lawsuit

It's been nearly a month since, "The Bam Incident" was published. Part III was intended to explain what happened at the probable cause hearing in New Jersey, detail how the Westwood Police Department conducted their investigation of James O'keefe and clarify some important facts. It was my hope that Part III would dispel some things and clarify others, due to inaccuracies presented by all the parties involved, prior to me speaking out about this matter publicly.

You might have noticed, the third installment to this tragic story was never posted (it will be soon). I never thought I would endure harassment from this man for so long, but James is obsessed with me. O'keefe has used every means at his disposal to ensure the public never learned about his attempted assault. He has used his friends; John Patrick Frey and Christi Frey as surrogates for his continued campaign of harassment. Indeed, the instigation of this litigation was intended to do just that — continue his harassment.

Read my response to O'keefe's lawsuit here.

Patrick Frey may have believed that posting my Social Security Number and medical records online to his blog, in retaliation, would intimidate and stop me from telling the truth about O'keefe, chill my First Amendment rights and dissuade me from coming forward to report a crime committed in his jurisdiction. Though, what he has accomplished is precisely the opposite.

These two civil servants, both deputy district attorney's in Los Angeles County, in the past were able to bully and harass private individuals, with impunity. But their patent on intimidation and retribution expired when they came to me. The Frey's are the poster children for the type of rampant corruption Carmen Trutanich, Alan Jackson and Danette Myers have

### Featured Blog Posts

A Precursor to Part III: My Response to James O'keefe's Lawsuit

Part II: The Bam Incident

Part I: My Time as an Accomplice to Convicted Criminal James O'keefe

### Recent Comments

Steve on Part I: My Time as an Accomplice to Convicted Criminal James O'keefe

William on Part I: My Time as an Accomplice to Convicted Criminal James O'keefe

Kevin on Part I: My Time as an Accomplice to Convicted Criminal James O'keefe

Nadia Naffe on Part II: The Bam Incident

djarms67 on Part II: The Bam Incident



Read my response to O'keefe's lawsuit here.

Patrick Frey may have believed that posting my Social Security Number and medical records online to his blog, in retaliation, would intimidate and stop me from telling the truth about O'keefe, chill my First Amendment rights and dissuade me from coming forward to report a crime committed in his jurisdiction. Though, what he has accomplished is precisely the opposite.

These two civil servants, both deputy district attorney's in Los Angeles County, in the past were able to bully and harass private individuals, with impunity. But their pattern on intimidation and retribution expired when they came to me. The Frey's are the poster children for the type of rampant corruption Carmen Trutanich, Alan Jackson and Danette Myers have each spoken out against.

District Attorney Steve Cooley's legacy will assuredly be marred by the Frey's conduct. Albeit, it was the cumulative effect of the DA.'s decisions, acts, omissions, or his careless monitoring of the Frey's professional conduct, which allowed these events to take place, such that DA Cooley's office is completely tainted by their actions. My legal team in California has taken the steps necessary to hold these individuals jointly liable for their actions. (I'll post the 910 complaint here, when we receive a stamped copy back from the LA County clerks office.)

I'm looking forward to deposing the Frey's and analyzing their financials. I want to know how two civil servants in their early 40's were able to afford a $1.3 million dollar home in Rancho Palos Verdes. My attorney's will be questioning them about their alleged "swatting" incident, when they're both under oath.

- Posted on November 1st, 2012
- Posted by Nadia Naffe
- No Comments »
- Filed under: Uncategorized
- Tags:

William on Part I: My Time as an Accomplice to Convicted Criminal James O'keefe

Kevin on Part I: My Time as an Accomplice to Convicted Criminal James O'keefe

Nadia Naffe on Part II: The Barn Incident

djarm67 on Part II: The Barn Incident

# EXHIBIT B



And I'm not even sure if pat knows you have reached out to stack. Did you mention it on your timeline at all? If not then he might not know

5/3/12 1:18 AM



I suspect they know

5/3/12 11:00 AM



Any idea who AceofbaseHQ is?

5/3/12 11:36 AM



Sorry I meant AceofSpadesHQ

5/3/12 12:36 PM

I have no idea who he is. I heard he started off as a local blogger from Boston





5/3/12 12:36 PM

I have no idea who he is. I heard he started off as a local blogger from Boston

5/3/12 3:22 PM



Why is Ace important? Did he partake in the harassing of you too? I really try to stay pretty clear of those guys.

5/3/12 3:23 PM



Also be cautious of the people that run to your aid in desperate times. They usually have ulterior motives and will toss you aside, or even

5/3/12 3:24 PM



Completely turn on you, if it serves them well to do so. Ask Stack, he saw that many times over the past





Why is Ace important? Did he partake in the harassing of you too? I really try to stay pretty clear of those guys.

5/3/12 3:23 PM



Also be cautious of the people that run to your aid in desperate times. They usually have ulterior motives and will toss you aside, or even

5/3/12 3:24 PM



Completely turn on you, if it serves them well to do so. Ask Stack, he saw that many times over the past year

5/3/12 3:28 PM



It's unfortunate what happened to Mike. Albeit, I'm in a very different situation.



Completely turn on you, if it serves them well to do so. Ask Stack, he saw that many times over the past year

5/3/12 3:28 PM



It's unfortunate what happened to Mike. Albeit, I'm in a very different situation.

5/3/12 3:32 PM



True. But it still draws the attention and involvement of the same type of people. And in for the most part the same people.

5/3/12 3:35 PM



I totally agree

5/3/12 3:35 PM





5/3/12 3:35 PM

  I totally agree

5/3/12 3:35 PM

  100 percent

5/3/12 3:57 PM

Just reading mikes blog will give you an idea of how folks like rauhauser and crew behave and treat people. 

5/3/12 3:58 PM

Also you didn't answer my question: was/is Ace involved with harassing you in any way? 

5/3/12 4:09 PM

  Maybe.



5/3/12 4:09 PM

Maybe.

5/3/12 4:11 PM

Do you know why I am asking?

5/3/12 4:12 PM

I have no idea, but hopefully your about to answer that

5/3/12 4:15 PM



Yep. I didn't see him included in any requests for email communications. If he is involved I would hope you would make that legal request.

5/3/12 4:16 PM



However, I also know that one of the main objectives of Kimberlin et al is to ID Ace. Since they have been

iPod 7:58 PM

< Messages @NadiaNaffe 

5/3/12 4:16 PM

However, I also know that one of the main objectives of Kimberlin et al is to ID Ace. Since they have been striking out they must try to 

5/3/12 4:17 PM

Use another vehicle or alternate approach. Like I said, be cautious of those who run to your aid in these times. They will use you. If Ace 

5/3/12 4:18 PM

was involved in harassing you 1) I think you would've included it in your posts (since you have been forthcoming on all details & 2) there 

5/3/12 4:18 PM

shouldve been a mention of his involvement or suspected 



shouldve been a mention of his involvement or suspected involvement. But so far there isn't a mention of that in any official capacity

5/3/12 4:22 PM



Obtaining access to that information is the next step. CA has a requirement that plaintiffs must file notice 45 days prior to litigation

5/3/12 4:23 PM



..so that they have an early chance to settle some claims prior to costly litigation

5/3/12 4:25 PM



in practice, they never settle within that time period. I wldnt settle anyway. But I still have to wait 45





in practice, they never settle within that time period. I wldnt settle anyway. But, I still have to wait 45 days before I can begin issuing

5/3/12 4:26 PM



..subpoenas on Pat Frey's friends and associates

5/3/12 4:28 PM



My attorneys will ask Frey who Ace is when he's under oath during depos.

5/3/12 4:31 PM



He will either come clean or he and his wife will be disbarred. I don't think he'd risk his and her career to protect Aces identity.

5/3/12 7:23 PM







5/3/12 4:31 PM

He will either come clean or he and his wife will be disbarred. I don't think he'd risk his and her career to protect Aces identity.

5/3/12 7:23 PM



Ok I understand the process now. I guess my only question would be (and forgive me) but if Ace was involved then shouldnt his communications

5/3/12 7:24 PM



also be subpoenaed just for good measure? Then there won't be the need to try and have someone else id under oath. Not to mention a single

5/3/12 7:25 PM



iPod 7:59 PM 

Messages @NadiaNaffe

need to try and have someone else id under oath. Not to mention a single

5/3/12 7:25 PM 

Simple objection could foil that whole plan. It just seems a little backwards. But then I could be wrong. My editor and I are going over

5/3/12 7:25 PM 

all of this stuff and this is just one of the questions we had regarding that.

5/3/12 7:31 PM 

We believe we already know who Ace is. Perhaps we may subpoena Ace's communications, but that for my attys to strategize.