| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>JASON S. LEIDERMAN, ESQ.   (SBN: 203336)<br>JAMES B. DEVINE, ESQ.   (SBN: 205270)<br>LEIDERMAN DEVINE LLP<br>5740 RALSTON STREET, SUITE 300<br>VENTURA, CA 93003<br>ATTORNEY FOR: PLAINTIFF NADIA NAFFE | TELEPHONE NO.:<br>(805) 654-0200<br><br>Ref. No. or File No<br>8151208 | FOR COURT USE ONLY |
|---|---|---|

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE:
NADIA NAFFE V. JOHN PATRICK FREY

| PROOF OF SERVICE / SUMMONS | HEARING DATE: | TIME: | DEPT./DIV.: | CASE NUMBER:<br>CV12-8443-GW (mrwx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT ; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE TO PARTIES OF COURT – DIRECTED ADR PROGRAM; STANDING ORDER RE FINAL PRE-TRIAL CONFERENCES FOR CIVIL JURY TRIALS BEFORE JUDGE GEORGE H. WU; NOTICE TO COUNSEL; UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA CIVILITY AND PROFESSIONALISM GUIDELINES; SERVICES FOR ATTORNEYS AND THE GENERAL PUBLIC PACKAGE

3. a. Party served:                                              COUNTY OF LOS ANGELES

   b. Person served:                                             TAMMY JOHNSON, AUTHORIZED TO ACCEPT SERVICE OF PROCESS

4. Address where the party was served:          500 WEST TEMPLE STREET, ROOM 383
                                                                         LOS ANGELES, CA 90012

5. I served the party:
   By personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: WEDNESDAY, OCTOBER 10, 2012 at: 11:45AM

6. Process Server:
   DOUG FORREST
   5450 RALSTON STREET, SUITE 206
   VENTURA, CA 93003
   (805) 654-1535

   [X] Registered California
   Process Server
   Registration Number: 5141
   County: LOS ANGELES
   Fee for service:
   Recoverable cost per CCP 1033.5 (a)(4)(B)

I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on:

Date: OCTOBER 12, 2012

Signature _____

Judicial Council Form
Rule 2.150 (a) & (b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS