# EXHIBIT "A"

# LAWRENCE BEACH ALLEN & CHOI · PC

### ATTORNEYS AT LAW

www.lawrencebeach.com

100 West Broadway, Suite 1200
Glendale, California 91210
T 818-545-1925
F 818-545-1937

Orange County
1600 North Broadway, Suite 1010
Santa Ana, California 92706
T 714-479-0180
F 714-479-0181

January 3, 2013

**VIA FACSIMILE AND U.S. MAIL**

James B. Devine
Leiderman Devine LLP
5740 Ralston St., Suite 300
Ventura, CA 93003

      Re:   Naffe, Nadia v. County of Los Angeles, et al.
             U.S.D.C. No. CV 12-08443 GW (MRWx)

Dear Mr. Devine:

      This letter is written pursuant to Central District Local Rule 7-3, to meet and confer in good faith regarding Defendant County of Los Angeles' ("Defendant") contemplated motion to dismiss Plaintiff's First Amended Complaint ("FAC") pursuant to Fed. R. Civ. P. Rule 12(b)(6) and motion to strike. For the reasons set forth below, Plaintiff's FAC suffers from all the same deficiencies as her original complaint in this action.

      Plaintiff's first claim pursuant to 42 U.S.C. § 1983 fails for numerous reasons. No allegations in Plaintiff's FAC give rise to a proper 42 U.S.C. § 1983 claim against the County of Los Angeles, nor does Plaintiff include sufficient factual allegations to establish that the conduct alleged was under "color of law." *See, Monell v. New York Dept. of Social Servs.*, 436 U.S. 658, 691 (1978); *Screws v. United States*, 325 U.S. 91, 111 (1945); *Balisteri v. Pacifica Police Dept.*, 901 F.2d 696, 699 (9th Cir. 1990). Moreover, Plaintiff's FAC fails to allege the deprivation of a constitutional right. *See, Linda R.S. v. Richard D.*, 410 U.S. 614, 619 (1972); *Mendocino Envtl. Ctr. v. Mendocino Cnty.*, 192 F.3d 1283, 1300 (9th Cir. 1999).

      Similarly, Plaintiff's state law claims are barred as a matter of law. Preliminarily, the FAC does not sufficiently allege that the purported conduct occurred within the course and scope of Patrick Frey's employment and, therefore, no liability can attach to the County. Cal. Govt. Code § 815.2; *Hoblitzell v. City of Ione*, 110 Cal.App.4th 675, 680 (2003). Even if Plaintiff had properly alleged that Frey's conduct occurred in the course and scope of his employment,

LAWRENCE BEACH ATTORNEYS AT LAW
ALLEN & CHOI · PC

James B. Devine
Re: Naffe, Nadia v. County of Los Angeles, et al.
January 3, 2013
Page 2

Plaintiff's claims are barred by various Government Code immunities, including but not limited to Cal. Govt. Code §§ 815.2 and 821.6.

Moreover, Plaintiff's state law claims fail on the additional basis that, in California, a governmental entity may only be sued in tort pursuant to an authorizing statute or enactment. *Lopez v. So. Cal. Rapid Transit District*, 40 Cal.3d 780 (1985); *Van Ort v. Estate of Stanewich*, 92 F.3d 831, 840 (9th Cir. 1996). Plaintiff's FAC fails to allege either a statute or an enactment supporting her state law claims and, indeed, there is no California statute or enactment specifically authorizing such claims as alleged.

Finally, it is black letter law that a plaintiff may not recover exemplary damages against a public entity. Cal. Govt. Code § 818; *Newport City v. Fact Concerts, Inc.*, 453 U.S. 247 (1981).

To avoid unnecessary law and motion, it is respectfully requested that Plaintiff dismiss the County of Los Angeles from this action. If the County is forced to file a motion, it will seek costs and fees pursuant to C.C.P. § 1038 and 28 U.S.C. § 1927. Please contact me if you would like to discuss the contents of this letter.

Thank you for your courtesy and cooperation.

Very truly yours,

LAWRENCE BEACH ALLEN & CHOI, PC

Alexandra B. Zuiderweg

18

```
Confirmation Report - Memory Send

                                    Page       : 001
                                    Date & Time: 13-01-03  11:08
                                    Line 1     : +
                                    Line 2     : +
                                    Machine ID : L B A C

Job number        :   293
Date              :   01-03  11:07
To                :   ☏18056540280
Number of pages   :   003
Start time        :   01-03  11:07
End time          :   01-03  11:08
Pages sent        :   003
Status            :   OK

Job number  : 293        *** SEND SUCCESSFUL ***
```

## FACSIMILE COVER MEMO

**LAWRENCE BEACH ALLEN & CHOI, PC**
100 WEST BROADWAY, SUITE 1200
GLENDALE, CALIFORNIA 91210-1219
(818) 545-1925
FAX NO. (818) 545-1937

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

DATE: January 3, 2013
TIME: 11:10 am

| | |
|---|---|
| TO: | James B. Devine |
| COMPANY: | Leiderman Devine LLP |
| TELEPHONE NO.: | (805) 654-0200 |
| FACSIMILE NO.: | (805) 654-0280 |
| OUR FILE: | Naffe v. County of Los Angeles, et al. (0010-956) |

FROM: Alexandra B. Zuiderweg

Total number of pages (including this cover page): 3

If there is any problem receiving this transmission, please call Debbie at (818) 545-1925.

COMMENTS: Please see the attached letter.

FAXED

JAN 0 3 2013

## FACSIMILE COVER MEMO

### LAWRENCE BEACH ALLEN & CHOI, PC
100 WEST BROADWAY, SUITE 1200
GLENDALE, CALIFORNIA 91210-1219
(818) 545-1925
FAX NO. (818) 545-1937

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

DATE: January 3, 2013

TIME: 11:10 am

TO: James B. Devine

COMPANY: Leiderman Devine LLP

TELEPHONE NO.: (805) 654-0200

FACSIMILE NO.: (805) 654-0280

OUR FILE: <u>Naffe v. County of Los Angeles, et al.</u> (0010-956)

FROM: Alexandra B. Zuiderweg

Total number of pages (including this cover page): 3

If there is any problem receiving this transmission, please call Debbie at (818) 545-1925.

**COMMENTS:** Please see the attached letter.

20