# EXHIBIT "C"

Case 2:12-cv-08443-GW-MRW   Document 39-3   Filed 01/11/13   Page 2 of 4   Page ID #:629



# 3/23/2012

## Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing

Filed under: General— Patterico @ 7:31 am

I had hoped to do a monstrous post today noting all the very odd aspects about Nadia Naffe's story that Tommy Christopher ignored in his credulous reporting yesterday. But there are just too many, and I was tired last night and didn't have time to compile them all.

So I will probably do that post over the weekend or on Monday. In the meantime, I am looking for some crowdsourcing. What odd aspects did you notice?

My post yesterday is a good place to start; I don't need to hear those things repeated.

In a stream of consciousness here, these are the questions Tommy should be asking but is not:

- Why did you tell a judge this was all not harassment?

- Why do you claim the barn is remote when it is provably in a populated suburban area close to the street?

- Why didn't you call a cab, since you had a phone and were calling people?

- Why do you say O'Keefe's companion was brought to intimidate you and also say he was hiding?

- What does it mean when you say O'Keefe "downloaded and/or linked his Gmail account to my device"?

- Does that morally justify your publishing his emails?

- Where are the Andrew Breitbart allegations?

- Where is the evidence of a "rape plot"?

- Why did you retweet Andrew Breitbart favorably in late 2011 concerning Occupy after the barn incident?

- What changed in mid-February 2011 that made you turn on Andrew?

- If you turned your back, how do you know O'Keefe stopped by your beer?

- Why are you hurting innocent women who were allegedly done wrong by O'Keefe?

- If you were given roofies, how do you remember so much?

- How much did you in fact have to drink?

- What do you think this is doing to your job prospects and what does that say about what's really going on here?

- Why are you cozy with Internet thugs?

- Why do you say you retweet things so the FBI can get people's IP addresses?

- Do you realize how stupid that sounds?

- Why do some of your friends claim it's not you running the account?

- Why do you tweet things to noted Breitbart hater @NicoleGennette?

- Why did you make a snarky remark about Andrew's heart attack on the day he died?

- Why did you smear Patterico as a racist on Twitter when you knew it wasn't true?

- Did you publish your entire email to O'Keefe's board of directors?

- If you didn't, why not, and what did you leave out?

- Why do you say O'Keefe "stole" pictures of you from Facebook but "gave" you his emails because he supposedly checked them from your phone?

Just to name a few.

Surely you have some of your own!

UPDATE: A court has granted a temporary restraining order against Naffe's releasing any further emails and ordered her to bring all copies in her possession with her to court.

UPDATE x2: I have the injunction and will post it when I get home. I can't upload it from a phone.

UPDATE x3: The injunction is available here. Here is a screenshot of the relevant portion of the order:

IT IS ON THIS __33__ day of March, 2012;

ORDERED that Defendant Nadia Naffe and any person(s) acting in concert or participation with her who receives actual notice of this Order by personal service or otherwise, be and hereby are temporarily restrained and enjoined from disclosing, discussing, publishing or otherwise communicating the Information to or with any third party;

AND IT IS FURTHER ORDERED that Defendant show cause on __MAY 17__, 201_ at __9__ o'clock _a_.m. as to why a preliminary injunction should not be entered against her continuing the above restraints through the final adjudication of this matter; and

AND IT IS FURTHER ORDERED that Defendant shall have and bring with her to the hearing on __May 17__, 201_ at __9__ o'clock _a_.m. all originals and copies of the Information whether the Information is stored electronically or is contained in any other media whatsoever, including print; and

You may have noticed that Naffe is now threatening to report me to the State Bar for this post, which is, she claims, "legal advice." Because I point out holes in her story, she says, that constitutes "legal advice" to James O'Keefe in a civil matter. She also falsely accuses me of updating the post during work hours.

I have seen this playbook before, folks.

By the way: given Naffe's admission that she accessed O'Keefe's emails, evidently without his permission, has she committed a crime? I offer no opinion on that, as this post (like all my posts!) is written in my private capacity, as an exercise of my rights as a private citizen under the First Amendment. I do wonder, however, whether the authorities are going to be investigating her for accessing O'Keefe's email without his permission.

Comments (249)

## 249 Comments

1. you would make a good lawyer I think

   *Comment by happyfeet (3c92a1) — 3/23/2012 @ 8:03 am*

2. I know what I'd like Tommy to confirm: that he himself has met with Nadia in person to confirm her authorship of every single tweet.

   *Comment by Sarahw (b0e533) — 3/23/2012 @ 8:03 am*

3. Just to name a few, ha.

   I agree, though, that Tommy's verification of this story is absurdly premature and he should instead be interviewing her.

   I don't suspect we will see Nadia do an interview on camera where good questions about her story are asked in real time. Shuster et al just don't seem to want to do that either.

   *Comment by Dustin (330eed) — 3/23/2012 @ 8:44 am*

4. If you knew he taped Emma there, why would you go there with him alone, and get blind stinking drunk?

   How do you explain the 4648572628494726 differences between your testimony to the Judge and the nonsense you are spewing now?

   How do you explain the ever-evolving narrative?

   Could you give us directions to #rapebarn or #miscegenationbarn?

   *Comment by JD (318f81) — 3/23/2012 @ 8:47 am*

5. - if you had decided to leave, why did you stay and drink alone in the barn?

   - if you were so woozy you feel you were daterapedrugged, how do you know your panties were in the trunk of the car?

   -Why did you leave so many things behind, if you had been planning to leave for hours and hours?