# EXHIBIT "D"

FILED

1  JASON S. LEIDERMAN, SBN 203336
   jay@leidermandevine.com
2  JAMES B. DEVINE, SBN 205270
   james@leidermandevine.com
3  LEIDERMAN DEVINE LLP
   5740 Ralston Street, Suite 300
4  Ventura, California 93003
   Tel: 805-654-0200
5  Fax: 805-654-0280

2012 OCT -2 PM 12: 11

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____ MAD
RL

6  Attorneys for Plaintiff
   NADIA NAFFE, an individual
7

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10                    WESTERN DIVISION

11 NADIA NAFFE, an individual,            ) Case No.: CV 12-8443-GW (MRW)
12         Plaintiff,                     ) COMPLAINT FOR DAMAGES FOR:
                                          ) (1) VIOLATIONS OF 42 U.S.C. § 1983;
13     vs.                                ) (2) PUBLIC DISCLOSURE INVASION
                                          ) OF PRIVACY; (3) FALSE LIGHT
14 JOHN PATRICK FREY, an individual,      ) INVASION OF PRIVACY; (4)
   CHRISTI FREY, an individual, STEVE M.  ) DEFAMATION; (5) INTENTIONAL
15 COOLEY, an individual, and the         ) INFLICTION OF EMOTIONAL
   COUNTY OF LOS ANGELES, a               ) DISTRESS; (6) NEGLIGENCE; and (7)
16 municipal entity,                      ) NEGLIGENT SUPERVISION
                                          )
17         Defendants.                    ) JURY TRIAL DEMANDED
18                                        )

**COMES NOW PLAINTIFF** NADIA NAFFE, an individual ("PLAINTIFF"), who sets forth the following causes of action against Defendants JOHN PATRICK FREY, an individual ("MR. FREY"), CHRISTI FREY, an individual ("MRS. FREY"), STEVE M. COOLEY, an individual ("COOLEY"), and the COUNTY OF LOS ANGELES ("COUNTY"), a municipal entity, and each of them, and who alleges as follows:

Complaint, Page - 1

LEIDERMAN DEVINE LLP
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

30

1 | MRS. FREY was an active participant and contributor to the defamatory and harassing
2 | activity.
3 | 37. As a result of the actions of MR. FREY, MRS. FREY and COOLEY, as
4 | more fully described herein, PLAINTIFF was in fact intimidated into not reporting
5 | O'KEEFE's wire tapping to the COUNTY.

6 | **D. MR. FREY'S Abuse of his Position as a District Attorney.**

7 | 38. PLAINTIFF is informed and believes and based thereon alleges that
8 | although www.paterico.com includes a disclaimer that MR. FREY'S statements
9 | contained therein are "personal opinions... not made in any official capacity," MR.
10 | FREY has used and does use his position as a COUNTY Assistant District Attorney to
11 | advance his personal political agenda, to increase his audience, and to amplify his
12 | harassment against political enemies.
13 | 39. PLAINTIFF is informed and believes and based thereon alleges that when
14 | MR. FREY'S website or blog is mentioned by other news outlets or bloggers, he is
15 | commonly introduced as "Deputy District Attorney" or "Los Angeles County
16 | prosecutor." (*See, e.g.*, http://www.volokh.com/posts/1236116981.shtml;
17 | http://littlegreenfootballs.com/article/37961_Quote_of_the_Day;
18 | http://www.nationalreview.com/corner/188151/patterico-and-polanski/jack-dunphy#;
19 | http://www.tnr.com/blog/the-plank/applebaum-polanski;
20 | http://www.popehat.com/2012/03/26/nadia-naffe-wont-shut-up-but-shell-threaten-you-to-
21 | make-you-shut-up/; http://commonsensepoliticalthought.com/?p=4195.)
22 | 40. PLAINTIFF is informed and believes and based thereon alleges that MR.
23 | FREY makes no effort to correct these associations because he wants readers to associate
24 | him and his website with his official title to add credibility to his published statements
25 | and commentary.
26 | 41. On April 23, 2012, PLAINTIFF submitted a Government Code 910 Claim
27 | with the COUNTY (the "Claim"). Attached hereto as **Exhibit "A"** is a copy of the
28 | Claim.

Complaint, Page - 9

LEIDERMAN DEVINE LLP
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280