PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
ALEXANDRA B. ZUIDERWEG, State Bar No. 270177
azuiderweg@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendant
County of Los Angeles

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADIA NAFFE, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>JOHN PATRICK FREY, an individual, and the COUNTY OF LOS ANGELES, a municipal entity,<br><br>    Defendants. | Case No. CV 12-8443 GW (MRWx)<br><br>Honorable George H. Wu<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. RULE 12(b)(6)**<br><br>*[Notice of Motion and Motion to Dismiss filed concurrently herewith]*<br><br>Date:  February 21, 2013<br>Time:  8:30 a.m.<br>Crtm:  10 |

On February 21, 2013, Defendant County of Los Angeles' Motion to Dismiss Plaintiff's First Amended Complaint Pursuant To Fed. R. Civ. P. Rule 12(b)(6) came on regularly for hearing in Courtroom 10 of this Court, the Honorable George H. Wu presiding.

After full consideration of Defendant's moving papers as well as any opposition and reply papers filed, the authorities submitted by counsel, as well as counsels' argument:

1

IT IS HEREBY ADJUDGED AND ORDERED that Plaintiff's First Amended Complaint against the County of Los Angeles be dismissed with prejudice.

Dated: _____, 2013      _____
                                Honorable George H. Wu
                                United States District Judge

Respectfully submitted by:
LAWRENCE BEACH ALLEN & CHOI, PC


By _/s/ Alexandra B. Zuiderweg__
    Alexandra B. Zuiderweg
    Attorneys for Defendant
    County of Los Angeles