1  GOETZ FITZPATRICK LLP
   RONALD D. COLEMAN
2  rcoleman@goetzfitz.com
   One Penn Plaza, Suite 4401
3  New York, NY 10119
   Telephone: 212.695.8100
4  Facsimile: 212.629.4013

5  Counsel for Defendants
   JOHN PATRICK FREY AND
6  CHRISTI FREY

7

8  BROWN WHITE & NEWHOUSE LLP
   KENNETH P. WHITE (Bar No. 238052)
9  kwhite@brownwhitelaw.com
   333 South Hope Street, 40th Floor
10 Los Angeles, CA 90071-1406
   Telephone: 213. 613.0500
   Facsimile: 213.613.0550
11

12 Local Counsel for Defendants
   JOHN PATRICK FREY AND
13 CHRISTI FREY

14            UNITED STATES DISTRICT COURT

15           CENTRAL DISTRICT OF CALIFORNIA

16 NADIA NAFFE, an individual,          | Case No.: CV12-08443-GW (MRWx)

17              Plaintiff,               | Judge:    Hon. George H. Wu

18       v.

19 JOHN PATRICK FREY, an individual,    | **DECLARATIONS OF JOHN**
   CHRISTI FREY, an individual, STEVE   | **PATRICK FREY, KENNETH P.**
20 M. COOLEY, an individual, and the    | **WHITE, AND RONALD D.**
   COUNTY OF LOS ANGELES, a             | **COLEMAN IN SUPPORT OF**
21 municipal entity,                    | **DEFENDANT JOHN PATRICK**
                                        | **FREY'S MOTIONS; AND**
22              Defendants.             | **EXHIBITS**

23

24                                      | Hearing Date:  February 14, 2013
                                        | Time:          8:30 a.m.
25                                      | Courtroom:     10

26                                      | Complaint Filed:  October 2, 2012

27

28

BROWN, WHITE & NEWHOUSE LLP
ATTORNEYS

**TABLE OF CONTENTS**

**EXHIBIT**

**Declaration of John Patrick Frey**

**Declaration of Kenneth P. White**

**Declaration of Ronald D. Coleman**

"About Patterico" Blog Page ........................................................................A

June 16, 2006 Blog Post "Nonsense About First-Time Drug Offenders From Patt

    Morrison"...................................................................................................... B

August 15, 2006 Blog Post "Patterico the Predictor" ..........................................C

November 16, 2006 Blog Post "Here's That Number, Sir"...............................D

March 28, 2007 Blog Post "California Court Uphold's Prosecution's Right to Seek

    High Term Prison Sentences"................................................................. E

April 1, 2007 Blog Post "Charlton Was Right To Demand Taped Confessions" ..............F

July 17, 2007 Blog Post "Yagman:  Patterico Made Me Do It!"........................G

October 31, 2008 Blog Post "No On Proposition 5:  It Doesn't Just Apply to Drug

    Crimes" ........................................................................................................H

November 3, 2008 Blog Post "Yes On Proposition 6:  Gang Intimidation of

    Witnesses Is A Big Problem" ....................................................................... I

December 17, 2008 Blog Post:  "YOU Be The Judge" ......................................J

September 9, 2009 Blog Post:  "Patterico Banned at the LA Times???" ..........K

June 25, 2009 Blog Post:  "More on the Arrested 'Reformed' Gang Member Alex

    Sanchez" ..................................................................................................... L

September 7, 2009 Blog Post "Dumbass Federal Judges Push Release of Criminals

    Who Are Bunked ALMOST As Tight As Sailors in a Submarine" ...................... M

May 28, 2010 Blog Post "Exclusive:  Court Document Reveals Government's

    Admission That It Lacked Evidence That O'Keefe Intended to Commit

    Felony – A Fact The Government Omitted From Its Press Release".....................N

March 4, 2010 Blog Post "Brooklyn DA Confirms O'Keefe Posed As Pimp; Friedman Lies Yet Again?" ....................................................................... O

May 27, 2010 Blog Post "Brad Friedman: Press Release Confirming Well-Known Fact That O'Keefe Intended to Do Undercover Sting Vindicates Me, Somehow (Alternative Post Title: Brad Friedman Is a Huge Liar)" ...................... P

March 23, 2012 Blog Post "Tommy Christopher Fails To Vet Nadia Naffe, 1: Crowdsourcing" ................................................................................... Q

March 24, 2012 Blog Post "Documents From Nadia Naffe's Discrimination Case Against the RNC: The Computer That Was Never Returned" .............................. R

Screenshot of March 24, 2012 Blog Post "Documents From Nadia Naffe's Discrimination Case Against the RNC: The Computer That Was Never Returned" ..................................................................................... S

August 20, 2006 Blog Post "The O.J. Posts – Part One: Introduction" ............................ T

August 27, 2007 Blog Post "Using People's Summer Reading List Against Them in a Criminal Trial: Not Always a Bad Idea" ......................................... U

September 27, 2009 Blog Post "L.A. Times Staffer: Holding Man Accountable for Drugging and Anal Rape of 13-Year-Old Child Will Take Too Much $$$$" ................................................................................................... V

September 29, 2009 Blog Post "Disclaimer" .................................................................. W

November 12, 2009 Blog Post "Steven Mikulan Errs on Characterization of Polanski Plea Agreement" ............................................................. X

February 27, 2012 Blog Post "Lawsuit Day Approaching for Shuster and Olbermann? Sure Looks That Way!!" .................................................. Y

February 28, 2012 Blog Post "EXCLUSIVE: Nadia Naffe's Testimony Against James O'Keefe" ...................................................................... Z

February 28, 2012 Blog Post "The Naffe/O'Keefe Incident for Short Attention Span Readers" .................................................................... AA

March 16, 2012 Blog Post "I Am Going To Take A Deep Breath" ................................ BB

DECLARATIONS IN SUPPORT OF MOTIONS

March 22, 2012 Blog Post "Questions About Nadia Naffe's Story"............................... CC

Volume 1 of Deposition of Nadia Naffe in *Naffee v. Republican Party of Florida* ........DD

Volume 2 of Deposition of Nadia Naffe in *Naffe v. Republican Party of Florida* ...........EE

Volume 3 of Deposition of Nadia Naffe  in *Naffe v. Republican Party of Florida* .......... FF

Receipt of March 24, 2012 PACER Downloads ............................................................GG

PACER Page Showing Status of Exhibits To Docket Item 75 In *Naffe v.*

     *Republican Party of Florida* ..............................................................................HH

March 17, 2012 Tweet By Nadia Naffe "No one put a gun . . . ." ..................................... II

Series of Tweets Regarding User @MCHBlazer ..............................................................JJ

February 28, 2012 Patterico Tweet "You owe . . . ." ......................................................KK

May 1, 2012 Nadia Naffe Blog Post ...............................................................................LL

Twitter Direct Messages Between Nadia Naffe and Doug Stewart ...............................MM

Twitter Messages By Nadia Naffe ...................................................................................NN

March 26, 2012 Blog Post "Nadia Naffe Won't Shut Up, But She'll Threaten You

     To Make You Shut Up" .........................................................................................OO

DECLARATIONS IN SUPPORT OF MOTIONS

771992.1

# DECLARATION OF JOHN PATRICK FREY

I, JOHN PATRICK FREY, declare:

1.   I am a defendant in this action and a resident of the County of Los Angeles in the State of California.  I make this Declaration in support of (1) my Motion to Dismiss the First Cause of Action Pursuant to FRCP 12(b)(6), but, with respect to that motion, only for the purpose of setting forth judicially noticeable facts or attaching documents referred to and relied upon in Plaintiff's First Amended Complaint; (2) my Motion to Dismiss the Second through Seventh Causes of Action Pursuant to FRCP 12(b)(1); (3) my Motion to Strike the Second Through Sixth Causes of Action Pursuant to California Code of Civil Procedure Section 425.16; and (4) my Motion for an Undertaking Pursuant to Code of Civil Procedure Section 1030.  I have personal knowledge of the following facts and if called upon to testify, would and could do so competently as follows.  However, because this Declaration is offered for a limited purpose, it does not include all information I know about the matters referred to herein.

## A.   Blog Posts Referred To Explicitly In The First Amended Complaint

2.   Plaintiff refers to various pages and blog posts from my blog in her First Amended Complaint ("FAC").  True and correct copies of those posts are attached as set forth below.  My blog posts often allow comments by visitors to the blog, and by me.  Except where noted, however, the following exhibits include only my blog post, not comments.

   a.   Attached as Exhibit A is a true and correct copy of the "About Patterico" page found, at all relevant times, at http://patterico.com/about-patterico, referred to in paragraph 10(a) of the FAC, without comments.

   b.   Attached as Exhibit B is a true and correct copy of the June 16, 2006 blog post entitled "Nonsense About First-Time Drug Offenders From Patt Morrison," referred to in paragraph 10(b) of the FAC.

   c.   Attached as Exhibit C is a true and correct copy of the August 15, 2006 blog post entitled "Patterico the Predictor," referred to in paragraph 10(c)

DECLARATIONS IN SUPPORT OF MOTIONS

771992.1

BROWN, WHITE & NEWHOUSE<sup>LLP</sup>
A T T O R N E Y S

1    of the FAC.

2    d.   Attached as Exhibit D is a true and correct copy of the November 16, 2006

3         blog post entitled "Here's That Number, Sir," referred to in paragraph

4         10(d) of the FAC.

5    e.   Attached as Exhibit E is a true and correct copy of the March 28, 2007

6         blog post entitled "California Court Upholds Prosecution's Right to Seek

7         High Term Prison Sentences Post-Cunningham," referred to in paragraph

8         10(e) of the FAC.  Exhibit E includes, at page 45, my comment in the

9         comments to that post, referred to in paragraph 10(f) of the FAC.

10   f.   Attached as Exhibit F is a true and correct copy of the April 1, 2007 blog

11        post entitled "Charlton Was Right To Demand Taped Confessions,"

12        referred to in paragraphs 10(g) and 10(h) of the FAC.

13   g.   Attached as Exhibit G is a true and correct copy of the July 17, 2007 blog

14        post entitled "Yagman:  Patterico Made Me Do It!" referred to in

15        paragraph 10(i) of the FAC.

16   h.   Attached as Exhibit H is a true and correct copy of the October 31, 2008

17        blog post entitled "No on Proposition 5:  It Doesn't Just Apply to Drug

18        Crimes," referred to in paragraph 10(j) of the FAC.

19   i.   Attached as Exhibit I is a true and correct copy of the November 3, 2008

20        blog post entitled "Yes on Proposition 6:  Gang Intimidation of Witnesses

21        Is a Big Problem," referred to in paragraphs 10(k) and 10(l) of the FAC.

22   j.   Attached as Exhibit J is a true and correct copy of the December 17, 2008

23        blog post entitled "YOU Be the Judge," referred to in paragraph 10(m) of

24        the FAC.

25   k.   Attached as Exhibit K is a true and correct copy of the September 9, 2009

26        blog post entitled "Patterico Banned at the LA Times???" referred to in

27        paragraph 10(n) of the FAC.

28   l.   Attached as Exhibit L is a true and correct copy of the June 25, 2009 blog

DECLARATIONS IN SUPPORT OF MOTIONS

BROWN, WHITE & NEWHOUSE<sup>LLP</sup>
A T T O R N E Y S

1    post entitled "More on the Arrested 'Reformed' Gang Member Alex

2    Sanchez," referred to in paragraph 10(o) of the FAC.

3    m.  Attached as Exhibit M is a true and correct copy of the September 7, 2009

4    blog post entitled "Dumbass Federal Judges Push Release of Criminals

5    Who Are Bunked ALMOST As Tight As Sailors in a Submarine," referred

6    to in paragraph 12 of the FAC.

7    n.  Attached as Exhibit N is a true and correct copy of the May 28, 2010 blog

8    post entitled "Exclusive:  Court Document Reveals Government's

9    Admission That It Lacked Evidence That O'Keefe Intended to Commit

10   Felony – A Fact the Government Omitted From Its Press Release!"

11   referred to in paragraph 27 of the FAC.

12   o.  Attached as Exhibit O is a true and correct copy of the March 4, 2010 blog

13   post "Brooklyn DA Confirms O'Keefe Posed As Pimp; Friedman Lies Yet

14   Again?" referred to in paragraph 27 of the FAC.

15   p.  Attached as Exhibit P is the May 27, 2010 blog post entitled "Brad

16   Friedman:  Press Release Confirming Well-Known Fact That O'Keefe

17   Intended to Do Undercover Sting Vindicates Me, Somehow (Alternative

18   Post Title:  Brad Friedman Is a Huge Liar)" referred to in paragraph 28 of

19   the FAC.

20   q.  Paragraph 45 of the FAC refers to a blog post in which I criticized

21   journalist Tommy Christopher for failing to vet Plaintiff, and proposed a

22   list of questions Christopher should have asked.  Though Plaintiff refers to

23   that post as being dated February 28, 2012, it is actually dated March 23,

24   2012.  A true and correct copy of that blog post, entitled "Tommy

25   Christopher Fails to Vet Nadia Naffe, 1:  Crowdsourcing," is attached

26   hereto as Exhibit Q.  Plaintiff refers to the same post, correctly stating its

27   date this time, in paragraph 47 of the FAC, noting that it also contains a

28   copy of a temporary injunction entered against her.  This copy of the post

DECLARATIONS IN SUPPORT OF MOTIONS

BROWN, WHITE & NEWHOUSE LLP
A T T O R N E Y S

1   includes its comments.

2       r.   The FAC also refers several times to a blog post in which I attached a

3   deposition transcript from an earlier case involving Plaintiff.  A true and

4   correct copy of that post, dated March 24, 2012 and entitled "Documents

5   from Nadia Naffe's Race Discrimination Case Against the RNC:  The

6   Computer That Was Never Returned," is attached hereto as Exhibit R.

7   This is the same post that Plaintiff previously submitted to the Court as

8   Docket Item 20-3 in this case, Exhibit B to her Opposition to my previous

9   anti-SLAPP motion.  This copy of the post includes comments.

10  **B.**    **My Background And Employment**

11      **3.**   I was admitted to the California State Bar in December 1993.  From 1993 to

12  1995, I was an associate with the Los Angeles office of the law firm Shearman & Sterling,

13  an international law firm based in New York City. From 1995 to 1996, I spent one year

14  clerking for the Honorable William D. Keller in the Central District of California. In 1996, I

15  returned to Shearman & Sterling for one year. Beginning in November 1997, I began

16  working for the Los Angeles County District Attorney's Office.  I have worked in various

17  units in the office, including places such as downtown Los Angeles, Compton, South

18  Central Los Angeles, Huntington Park, Whittier, Alhambra, and Long Beach. From 2000-

19  2003 I helped the office respond to habeas corpus petitions filed by people who alleged they

20  had been wrongfully prosecuted in the Rampart scandal. For the past 3 ½ years, I have

21  worked for the Hardcore Gang Unit in Long Beach, prosecuting murder cases committed by

22  gang members. In December 2012 I was named "DA of the Month" for that unit.  I have

23  conducted over 60 felony jury trials, including 20 murder cases and one death penalty case.

24  As a prosecutor, my duties involve representing the People of the State of California in

25  specific criminal investigations and prosecutions assigned to me by my superiors.

26  **C.**    **My Blog, "Patterico's Pontifications," And My Twitter Account**

27      4.   I have written my blog "Patterico's Pontifications," located at

28  www.patterico.com, since February 2003, to express my social, political, and legal views on

BROWN, WHITE & NEWHOUSE^LLP
A T T O R N E Y S

topics that interest me and my readers.  I write about national and local politics, bias in the media, criminal justice, and the interactions amongst political bloggers and writers, solely for the purpose of expressing my own opinion, not anyone else's.  I use my Twitter account, @patterico, as an extension of my blog, engaging in discussion and debate about issues that interest me in the real-time, stripped-down format Twitter offers.  I often conduct research in connection with my blog posts by consulting public records available over the Internet, including but not limited to court documents available on PACER, and often attach such documents to my posts as factual for support my arguments.  I have my own PACER account which I utilize for these purposes.  My blog averages over 250,000 page views per month. It has been cited by the Los Angeles Times, the Washington Post, the New York Times, CNN, Fox News, and many other mainstream media outlets. I have appeared on radio shows throughout the nation and have been invited to write guest commentary for the Los Angeles Times on numerous occasions.

5.   I write on my blog and in my Twitter "tweets" solely in my capacity as a private citizen.  Nobody in government compensates me in any way to write my blog, and my blogging is entirely independent and personal.  In fact, nobody in the government tells me what I should blog about or how I should express myself on my blog.  Nobody in the government reviews or approves anything I write about on the blog before I post it or after I post it.  Nobody in the government has ever assigned me to write about, speak about, or otherwise promote any of the issues I write about on my blog.  I have never been given, orally or in writing, any job duty relating to my blog, either explicitly or by hint, implication or suggestion.  Moreover, the only time I have ever spoken to the public or the press as part of my job duties has been in connection to a specific case assigned to me for prosecution, such as speaking with a witness or answering a question from a reporter after a verdict in one of my cases.  Nobody in the government has ever told me to edit or change anything on my blog, other than to ensure that I have a disclaimer on my blog (as I do) that says that I speak for myself and not for the Los Angeles County District Attorney when I write on my blog.

6.   I have never attempted to suggest that I am blogging in my official capacity, or that my writing is approved by my government employer.  To the contrary, I have always taken pains to make clear that I blog in my private capacity, and consider it very important that I do so in order to accurately inform readers of the fact and to avoid any risk that my employer might come to believe that I have ever sought to convey any other impression.  As Plaintiff concedes in both her original complaint and the FAC, my blog has a disclaimer reading: "The statements made on this web site reflect the personal opinions of the author. They are not made in any official capacity, and do not represent the opinions of the author's employer."  That disclaimer – or one substantially similar to it – has been on the sidebar of the blog since approximately July 2004. It is currently on the right-hand sidebar of the blog, under the heading "About Patterico."  That sidebar and disclaimer are in the same location on the computer screen presented to readers no matter which post on the blog a reader views.

7.   It is very difficult to print blog posts from my blog so that they display the sidebar as it appears when one reads the blog.  Most of the posts attached hereto are printed with just the post showing, with the sidebar missing or at the end of the document, as an artifact of printing from a .pdf file.  Attached as Exhibit S is a true and correct copy of a *screenshot* of a post on the blog, showing how the post appears in relation to the sidebar when viewed online.  Exhibit S displays the disclaimer on page 210, which is the same place it would be in relation to any post.

8.   Moreover, I periodically *remind* my readers in posts that I write in my own capacity and not in any official capacity.  For instance (all emphasis added):

a.   In paragraph 45 of her FAC, Plaintiff refers to my March 23, 2012 post "Tommy Christopher Fails to Vet Nadia Naffe, 1:  Crowdsourcing," attached hereto as Exhibit Q, in which I posed questions that I thought journalist Tommy Christopher should have asked Plaintiff, but did not.  In that post, I wrote: "By the way:  given Naffe's admission that she accessed O'Keefe's emails, evidently without his permission, has she committed a

BROWN, WHITE & NEWHOUSE<sup>LLP</sup>
A T T O R N E Y S

DECLARATIONS IN SUPPORT OF MOTIONS

771992.1

crime?  I offer no opinion on that, as *this post (like all my posts!) is written in my private capacity, as an exercise of my rights as a private citizen under the First Amendment*."  Exhibit Q at 93.

b. In paragraph 28 of her FAC, Plaintiff refers to my May 27, 2010 blog post about blogger Brad Friedman and his accusations regarding James O'Keefe, which is attached hereto as Exhibit P.  In that post, I said: "I think it is actually known as the Invasion of Privacy Act, but don't take my word for it; contrary to Friedman's suggestions, *I am not a wiretap violations prosecutor but a gang murder prosecutor, speaking in my private capacity as I always do on this blog*."  Exhibit P at 88-89.

c. In an August 20, 2006 post about the OJ Simpson trial, I wrote "P.S. *My site has a disclaimer on the sidebar that says everything I say on this site is in my personal capacity, not my official capacity, and does not necessarily reflect the views of my office*."  A true and correct copy of that post is attached as Exhibit T.

d. In a May 27, 2007 post about prosecutors' using defendants' reading material as evidence of their intent, I wrote "But then again, I'm just a tool of the state (albeit one *speaking in his private capacity*)." A true and correct copy of that post is attached as Exhibit U.

e. In a September 27, 2009 post written during a time that I was blogging about the Roman Polanski case, I wrote "As I make clear on the sidebar and in other posts on this issue, *while I work for the Los Angeles County District Attorney, I do not speak for him in any official capacity whatsoever.  I write this post as a private citizen* . . . ."  A true and correct copy of that post is attached as Exhibit V.

f. In a September 29, 2009 post written during the same period, I wrote: "*The author is a Deputy District Attorney.  He does not speak for his office on this blog, but rather in his private capacity under the First Amendment.*

He expresses no opinion about the sentence Roman Polanski should receive, and will leave that argument to be made by the appropriate people in his office."  A true and correct copy of that post is attached as Exhibit W.

    g.   In a November 12, 2009 post written about the Roman Polanski case, I wrote "*Nor do I purport to speak for my office – my Polanski posts are most definitely made in my private capacity*."  A true and correct copy of that post is attached as Exhibit X.

9.   Similarly, my Twitter account, @patterico, also includes an express disclaimer in its profile:  "All statements are made in my private capacity and not on behalf of my employer."  The Court can see that disclaimer on the first page of Document 20-3 on the Court's docket in this matter, Exhibit B to the Plaintiff's Opposition to my original motion to strike under California's anti-SLAPP statute.

**D.**    **How I Began Writing About Plaintiff Nadia Naffe**

10.  I have been writing about James O'Keefe for several years, in part because he is a conservative media figure, and in part because I believe his treatment by the media illustrates an anti-conservative bias, which is one of the topics I write about.  It was in this context that I began to write about Plaintiff.

11.  In early 2012, I learned that journalists Keith Olbermann and David Shuster of Current TV had reported that Plaintiff had made allegations about Mr. O'Keefe.  I was also aware that Mr. O'Keefe had threatened to sue them over some of their statements about him.  I began to review the allegations and search the Internet for documents about them, as I often do when I decide to write about a topic.

12.  On February 27, 2012, I wrote a post about Mr. O'Keefe's demands that journalist David Shuster retract allegations that Mr. O'Keefe is a convicted felon, and Mr. O'Keefe's threats to sue Keith Olbermann and David Shuster.  That post is the first time I recall addressing Plaintiff's allegations about Mr. O'Keefe, which Mr. Schuster had raised.  A true and correct copy of that post, dated February 27, 2012 and entitled "Lawsuit Day

DECLARATIONS IN SUPPORT OF MOTIONS

BROWN, WHITE & NEWHOUSE^LLP
A T T O R N E Y S

1  Approaching for Shuster and Olbermann?  Sure Looks That Way!!," is attached as Exhibit

2  Y.  The focus of the post was how Shuster *characterized* Plaintiff's allegations, not whether

3  or not Plaintiff's allegations were true.

4      13.  I also learned that Plaintiff had filed what I understood to be a criminal

5  complaint for harassment against Mr. O'Keefe in Bergen County, New Jersey.  I obtained a

6  transcript of the December 21, 2011 probable cause hearing in that case, which is attached

7  as Exhibit D to my separately filed Request for Judicial Notice.  In reviewing that transcript,

8  I noted that the New Jersey judge found that Plaintiff's statements did not provide probable

9  cause to show that Mr. O'Keefe committed criminal harassment.  Moreover, I noted that

10  Plaintiff's sworn testimony in that probable cause hearing seemed to contradict Shuster's

11  and Olbermann's characterization of her testimony.  Shuster and Olbermann were reporting

12  that Plaintiff had accused Mr. O'Keefe of attempted sexual assault in the "Barn Incident,"

13  but in her sworn testimony, Plaintiff explicitly disclaimed that there had been any touching,

14  harassment, or threats at the barn, stating instead that the harassment she was complaining

15  of occurred *afterwards*.

16      14.  On February 28, 2012, I wrote a new post on the subject entitled "EXCLUSIVE:

17  Transcript of Nadia Naffe's Testimony Against James O'Keefe."  A true and correct copy

18  of that post, without comments, is attached as Exhibit Z.  In that post, I contrasted how

19  Keith Olbermann and David Shuster had reported Plaintiff's allegations with her sworn

20  testimony in the transcript of the probable cause hearing, which I attached so that readers

21  could read it for themselves.  Late in the post I wrote, referring to Plaintiff's testimony at

22  the probable cause hearing, "If these allegations are true – and they are merely allegations, I

23  repeat yet again – then the behavior described is boorish, at a minimum.  That does not give

24  Shuster and Olbermann license to totally distort the allegations and portray them as

25  something they are not."  Exhibit Z at 232.

26      15.  Later on February 28, 2012, I wrote another post entitled "The Naffe/O'Keefe

27  Incident for Short Attention Span Readers," a true and correct copy of which is attached

28  hereto as Exhibit AA without comments.  In that post, I again contrasted what Olbermann

9

BROWN, WHITE & NEWHOUSE^LLP
ATTORNEYS

1    and Shuster had said about Plaintiff's allegations with what Plaintiff had said under oath in

2    the probable cause transcript. Again, my focus was on the accuracy of the reporting by

3    Olbermann and Shuster.

4         16.  On March 1, 2012, Andrew Breitbart died, reportedly of a heart attack. Although

5    – contrary to Plaintiff's false allegations – I have never personally met or worked with

6    James O'Keefe, I was a personal acquaintance of Mr. Breitbart's. Plaintiff published a tweet

7    on the afternoon of the day that Andrew died, in which she appeared to jokingly claim some

8    measure of responsibility for his heart attack. In response to a tweet on Twitter suggesting

9    that she send Mr. O'Keefe's emails to the New York Times – she joked: "Yeah, I know.

10   All the dirty details, money trails, tactics are in his emails.  It's enough to give a man a heart

11   attack."  I was affronted that she would joke about Mr. Breitbart's death on the very day it

12   happened. It was in response to this comment of hers that I tweeted to her, on March 15:

13   "@NadiaNaffe Can't you tweet more callous and self-absorbed references to how your little

14   situation caused Andrew's heart attack?"  This was, of course, an expression of my opinion

15   that by mocking Andrew Breitbart's death, Plaintiff showed herself to be callous and self-

16   absorbed.  I am surprised to find that Plaintiff and her attorneys think expression of that

17   opinion is actionable.

18        17.  The next time I recall writing about Plaintiff was on March 16, 2012, in which I

19   wrote a post entitled "I Am Going To Take A Deep Breath," a true and correct copy of

20   which is attached as Exhibit BB without comments.  I wrote in reaction to a post by Tommy

21   Christopher on the web site Mediaite.com entitled "James O'Keefe 'Accomplice' Nadia

22   Naffe to Tell All," http://www.mediaite.com/online/james-okeefe-accomplice-nadia-naffe-

23   to-tell-all/.  That post suggested that Plaintiff had "hint[ed] at much more" regarding what

24   happened to her in the Barn Incident.  I suggested that – in light of the availability of the

25   transcript of the probable cause hearing –Tommy Christopher's post showed him to be

26   unduly credulous concerning Plaintiff's claims and biased against both Mr. O'Keefe and

27   against Andrew Breitbart, who as it happened had died just two weeks before.  In discussing

28   the matter, I said "Me, I don't know what happened in the barn; all I know is that what

BROWN, WHITE & NEWHOUSE LLP
A T T O R N E Y S

10

Nadia Naffe testified to . . . and it doesn't sound like a 'rape plot' to me.  I think it is a smear of Andrew [Breitbart] to imply that he ignored a 'rape plot' – without explaining that she told a judge she was not harassed or even touched that night in O'Keefe's makeshift office (aka the 'rape barn')."  In that same March 16, 2012 post, I wrote that my opinion of Plaintiff was "cemented" the day Andrew Breitbart died, when (as noted above) Plaintiff jokingly took some measure of credit for his heart attack.

18.  In the wake of my March 16, 2012 post, I understood that Tommy Christopher might be writing further about Plaintiff's allegations about Mr. O'Keefe.  On March 22, 2012, I wrote a post entitled "Questions About Nadia Naffe's Story," outlining what I saw as inconsistencies between Plaintiff's sworn testimony and the media's suggestion that there was some sort of "rape plot" against her.  I wrote this post to express my expectation, based on my earlier observations of his journalism, that Tommy Christopher would accept Plaintiff's story without probing it for inconsistencies.  A true and correct copy of that post without comments is attached as Exhibit CC.

19.  On March 22, Tommy Christopher wrote a post on Mediaite.com entitled "Former James O'Keefe 'Accomplice' Reveals 'Barn Incident' And Harassment Complaint," http://www.mediaite.com/online/former-james-okeefe-accomplice-reveals-barn-incident-and-harassment-complaint/.  In that story, Tommy Christopher repeated part of Plaintiff's description of the "Barn Incident" found on her blog, and reported that she had threatened to release Mr. O'Keefe's emails, which she claimed she had obtained when he used her phone to check her email.  I believed that Tommy Christopher's story was biased against Mr. O'Keefe and credulous toward Plaintiff, and that it made no effort to test inconsistencies in Plaintiff's account or compare it adequately to her prior sworn testimony.

20.  Following up on that topic, on March 23, 2012 I wrote the post entitled "Tommy Christopher Fails to Vet Nadia Naffe, 1:  Crowdsourcing," referred to above and attached as Exhibit Q.  In that post, I listed questions that I thought, based on the record, Tommy Christopher should have asked Plaintiff to get to the truth of the story.  Later, in updates to the post, I reported that a court had granted a temporary restraining order against Plaintiff

11

1    prohibiting her from releasing Mr. O'Keefe's emails, and later attached a copy of that order.

2    That order is attached as Exhibit E to my Request for Judicial Notice.

3         21.  In that March 23, 2012 post I also noted for the first time that Plaintiff was

4    threatening to "report" me to the State Bar for writing about her.  In view of her threat, I

5    expressed my own interest in the question of whether Plaintiff, in accessing Mr. O'Keefe's

6    email and threatening to release it, had committed a crime.  I wrote:  "By the way, given

7    Naffe's admission that she accessed O'Keefe's emails, evidently without his permission,

8    has she committed a crime?  I offer no opinion on that, as this post (like all my posts!) is

9    written in my private capacity, as an exercise of my rights as a private citizen under the First

10   Amendment.  I do wonder, however, whether the authorities are going to be investigating

11   her for accessing O'Keefe's email without his permission."  Exhibit Q at 93.

**E.     My Post Containing the Deposition Transcripts**

12        22.  On Saturday, March 24, 2012, using my personal PACER account, I accessed

13   the public docket for Plaintiff's 2004 lawsuit against the Republican Party of Florida, *Nadia*

14   *Naffe v. Republican Party of Florida, et al.*, 04-CV-1916-JDW ("the Florida Case").  I did

15   so in order to learn more about Plaintiff, for purposes of my blogging, and to explore

16   whether documents that might be available on PACER in that case contained information

17   that might shed light on her credibility or on her allegations against Mr. O'Keefe.  I

18   downloaded multiple documents regarding the case from PACER.

19        23.  Among the documents I downloaded from PACER was the Republican Party of

20   Florida's motion to take a longer deposition of Plaintiff than permitted under the local rules

21   in that District, item 75 on the Florida Case docket and Exhibit B to my Request for Judicial

22   Notice.  In its motion, the defendant in the Florida case attached multiple volumes of

23   Plaintiff's deposition in that case as exhibits, citing to specific sections as support for their

24   argument that Plaintiff's obstreperous conduct during her deposition justified permitting

25   them to take a longer deposition.   The day I accessed and downloaded the documents on

26   PACER was March 24, 2012, and I was able to do so because they were publicly available

27   on PACER.  They are submitted separately as Exhibits DD, EE, and FF, subject to an

BROWN, WHITE & NEWHOUSE LLP
ATTORNEYS

12

1   application to file under seal.

2       24.  Plaintiff has, nonetheless, suggested, without exactly saying, that these

3   documents were not in fact publicly available on PACER on that day.  In order to document

4   my testimony in the previous paragraph to the effect that they were, therefore, I attach as

5   Exhibit GG a true and correct copy of an automatically-generated PACER report of my

6   activity on March 24, 2012.  It shows the charges I was assessed for downloading various

7   items from the PACER docket in the Florida Case, including the document designated as

8   Docket No. 75 and its three attachments also found on PACER and downloaded by me.

9       25.  I have come to learn recently that at some later date, the status of those exhibits

10  was changed to "restricted"; Exhibit HH is a true and correct copy of a PACER printout of

11  the exhibits to item 75 on the Florida Case docket, showing that they are *now* restricted.  On

12  March 24, 2012, however, they were not restricted: True and correct copies of the three

13  volumes of the deposition are lodged separately as Exhibits DD, EE, and FF, subject to a

14  motion to seal, and with Plaintiff's Social Security Number redacted.  The Court can see

15  that Exhibits DD, EE, and FF bear the PACER stamp at the top of each page reflecting the

16  case number, filing date, and that the items are attachments to item 75 on the Florida Case

17  docket.  Indeed, I have no "restricted" access to PACER, or to documents filed in the

18  Florida Case.  Nor do I have any relationship with any party or attorney who has such

19  access.  Nor did I at any time receive any documents connected to the Florida Case other

20  than by downloading what was publicly available from PACER.

21      26.  When I initially wrote my post "Documents from Nadia Naffe's Race

22  Discrimination Case Against the RNC:  The Computer That Was Never Returned,"

23  discussed above and attached as Exhibit R, I attached and commented on one of the

24  documents I accessed, and downloaded, from PACER, which was a court order in the

25  Florida Case in which the judge there ruled that Plaintiff had been ordered to return a laptop

26  to her employer, but had deliberately not done so.  I reported the existence of this order

27  because I believed it bore on Plaintiff's credibility.  I also reported that Plaintiff was

28  repeatedly threatening me with reports to "Internal Affairs," and the California State Bar

DECLARATIONS IN SUPPORT OF MOTIONS

BROWN, WHITE & NEWHOUSE^LLP
A T T O R N E Y S

and asserting that my writing constituted giving "legal advice" to James O'Keefe, whom I have never personally met, and who is not, and never has been, my client; indeed, I have no clients other than the People of the State of California.  I thought in all that Plaintiff had generated an extensive record of conduct that was silly, abusive, censorious, and worthy of comment.  In the post, therefore, I attached the three transcripts, aware that they had been publicly available on PACER and that PACER gave no indication of the existence of any confidentiality order or a court-ordered seal on them, so that readers could review the entirety of Plaintiff's testimony and come to their own conclusions about her behavior and character.

27.  Later, in response to comments from my readers, I saw that Plaintiff had testified about using medications including Seroquil, a drug that I understood was prescribed for psychological conditions including schizophrenia, mania, or bipolar disorder.  I subsequently commented on this point as well, noting that in both the Republican Party of Florida's Motion and Plaintiff's response to it, Plaintiff indicated that she was taking medications that might impact her memory and ability to testify.  I believed this was relevant to the evaluation of Plaintiff's claims against Mr. O'Keefe because (1) if Plaintiff was still taking medications that impacted her memory and ability to testify, that was relevant to evaluating her account of the "Barn Incident," (2) if Plaintiff had a mental condition which itself might impair her memory or perception (i.e., for which she was taking Seroquil), that was also relevant to the evaluation, and (3) if Plaintiff was taking medication that interacted badly with alcohol, which I understood Seroquil to be, that fact was also relevant to her perception that she was "drugged" in the Barn Incident.

28.  I posted the "Documents from Nadia Naffe's Race Discrimination Case Against the RNC:  The Computer That Was Never Returned," post at 5:11 p.m. Pacific time on March 24, 2012.  Shortly thereafter, a Twitter user published a public tweet suggesting that that the first volume of transcripts contained Plaintiff's Social Security Number.  I looked and saw this was correct.  At about 6:28 p.m. Pacific time – a little more than an hour after publishing the post – I took down the link to the first volume of Plaintiff's deposition, which

DECLARATIONS IN SUPPORT OF MOTIONS

BROWN, WHITE & NEWHOUSE LLP
A T T O R N E Y S

is the volume that included her Social Security Number.  I also added a comment noting that I had done so – it is comment 32, Exhibit R at 145.  I asked a friend to redact the Social Security Number, and then uploaded the redacted transcript, including a link to the redacted version of the transcript at approximately 9:11 p.m. Pacific Time, and again commented to update readers, stating at comment 61, Exhibit R at 148:  "Just re-uploaded Volume 1.  Had to redact a Social Security Number.  Kind of silly, since the document is freely available on PACER, but whatever."  At this point, my blog contained no link to the unredacted transcript, and I believed the issue had been addressed. However, a short time later, the same Twitter user published another public tweet indicating that he could still access the unredacted transcript on my site. I checked and saw that, while there was no link to the transcript on my blog, if someone had saved the link that I had removed, they could still access the unredacted transcript. I then removed the unredacted transcript itself from my server.

29.  All the time-date stamps referred to in this Declaration or shown in exhibits are accurate reflections of the times and dates they indicate, to the best of my knowledge.

**F.    Twitter Interactions With Plaintiff and Others**

30.  The FAC refers to various posts I made on Twitter. Among other things, she complains that I called her a "smear artist" and "dishonest." Although Plaintiff does not cite (and I cannot locate) a tweet in which I used the phrase "smear artist" to refer to her, there are several things that Plaintiff said on Twitter that I considered to be dishonest smears, and still do.  I questioned Plaintiff's honesty for the following reasons, among others:

a.  Plaintiff was arguing that Mr. O'Keefe had participated in a "rape plot" against her, and that Andrew Breitbart had "ignored" that "rape plot" when she called him from the barn. I believed that allegation to be completely inconsistent with her sworn testimony in Mr. O'Keefe's probable cause hearing, in which she said she had not been harassed that night. I also believed it absurd and misleading to suggest that Andrew Breitbart could have done something about it from California, when she was in New Jersey.

15

771992.1

b. Plaintiff claimed that O'Keefe had "downloaded" his emails into her iPhone by checking his email account from her phone. For example, on March 17, 2012, Plaintiff tweeted: "No one put a gun to O'Keefe's head & forced him to download his emails into my machine." A true and correct copy of a screenshot of that tweet is attached as Exhibit II. Downloading emails is quite a different matter from using another person's email account to access one's email, and downloading seven years' worth of emails into a person's phone, as Plaintiff claimed O'Keefe had done, struck me as an absurd proposition, extraordinarily unlikely on both practical and technological levels – especially given O'Keefe's subsequent efforts to prevent Plaintiff from disseminating those emails.

c. Plaintiff attempted to connect me to a racist comment that I had strongly denounced. A Twitter user called @MCHBlazer, with whom I had no prior acquaintance I can recall, had criticized Plaintiff's appearance and way of speaking using a mocking "black dialect" (i.e., in his words, "wiff dem teefs").  I called his insult "despicable," "a racially disparaging remark I condemn," "quite ugly," and a "racially offensive insult." I later blocked him on Twitter and encouraged others not to defend him, and stated on my Twitter account: "General announcement: if you think using black dialect to mock a black person is funny, unfollow me. I don't want you as a follower anyway." Notwithstanding my denunciations, Plaintiff said to me on Twitter: "Don't lawyer this up @Patterico. Just admit it. Your guy @MCHblazer used racial code words. But u can't can u?" She copied journalist Tommy Christopher on the tweet.  I believed that when Plaintiff attempted to tar me with the brush of this person's comments by using the phrase "your guy" to refer to someone I had denounced, she was engaged in a dishonest smear. A true and correct copy of screenshots of the tweets discussed in this paragraph is attached as Exhibit JJ.

DECLARATIONS IN SUPPORT OF MOTIONS

771992.1

d.   Plaintiff invited me to send messages to her that she could see, and complained when I blocked her. I blocked Plaintiff on Twitter on March 17, 2012.  On March 18, 2012, Plaintiff tweeted: "To Breitbart's staff at 'Victimhood, Inc.' You blocked me @Patterico. If u want me to see your msgs unblock me." @liberty_chick @stranahan." Days later she continued to say she could not see my tweets -- and finally conceded that I had condemned the person who had made the racist remark:  "Yes, just busy. I can't see tweets from @Patterico. He has me blocked. I did take note he stood up to the racist, though." -- https://twitter.com/#!/NadiaNaffe/status/182349301006082051.

e.   I did write the tweet "@Nadia Naffe That is false.  But then, you're full of false allegations, aren't you?" referred in paragraphs 48(a) and 85(b) of the FAC.  By saying that Plaintiff was "full of false allegations," I was referring at a minimum to the panoply of false allegations detailed above, including the false allegation that Andrew Breitbart had ignored a "rape plot" by James O'Keefe.

f.   My tweet on March 22, 2012 referred to in paragraph 85(a) of the FAC, "@Dust92 Or because the 'victim' is a liar whose lies will be exposed?  That sometimes happens too!" had nothing to do with Plaintiff, but rather related to a different person from the state of Maryland who had made what I believed to be a dubious claim that he was the victim of a crime that authorities had refused to prosecute.

31.  As is noted above, in my March 23, 2012 post entitled "Tommy Christopher Fails to Vet Nadia Naffe, 1:  Crowdsourcing," attached hereto as Exhibit Q, I queried whether Ms. Naffe's threat to release Mr. O'Keefe's emails, or her access of that emails, might constitute a crime.  As is also noted in the post and above, I explicitly stated in that post that my query was made solely in my private capacity.  I am a gang homicide prosecutor in Long Beach and I have no involvement whatsoever in prosecutions for unauthorized access to email.

DECLARATIONS IN SUPPORT OF MOTIONS

771992.1

32.  Plaintiff deliberately and dishonestly misrepresents at least one more of my tweets, particularly concerning my supposed "invocation" of my office.  In paragraph 39 of the FAC, Plaintiff writes "FREY made statements to a representative of the news media through his Twitter account and used his status as a Deputy District Attorney to lend gravitas to the threats:  'You owe [O'KEEFE] @gamesokeefeiii a retraction.  A big one.  You'd better issue it promptly.  [A threat made as a Deputy District Attorney.]"  Plaintiff's placement of the quotation mark suggests, falsely and dishonestly, that my tweet included the "threat made as a Deputy District Attorney" language.  In fact, that bracketed language is Plaintiff's editorial comment.  It was not in my tweet at all.  A true and correct printout of the tweet is attached as Exhibit KK.

33.  In her FAC, Plaintiff asserts that my purpose in tweeting and writing about her was to dissuade her from reporting me to the State Bar of California or to the District Attorney's Office.  This is both counterintuitive and a complete fiction about my state of mind.  I believed – and still believe – that Plaintiff's claims about me are malicious, frivolous, and politically motivated.  I said as much, repeatedly, and referred to Plaintiff's threats, because I thought it was newsworthy that a public figure like Plaintiff would react to fact-based criticism and analysis of public records with a series of bizarre and censorious threats.  I also believed, and believe, that in order to prevent people like Plaintiff from chilling participation in debate over public issues, people like me have a civic duty to confront frivolous threats directly and publicize them.

34.  Plaintiff's claims in the FAC about the timing of my tweets are mostly incorrect;  I do not know how she is purporting to determine the times the tweets were sent.  In fact, her general assumption, which she has repeatedly alleged upon information and belief, that I blog or tweet while I am working is incorrect.  As a practice I write and post blog items, outside of work or occasionally on lunch breaks or other breaks, on my own time.  Occasionally I use features built into my blogging software to time the publication of a post for a time when I am not at a computer.

DECLARATIONS IN SUPPORT OF MOTIONS

771992.1

**G.    Plaintiff's Comments About Me, And About This Case**

35.  During the time I was writing about Plaintiff, and thereafter, I observed the things she wrote about me on her blog and on Twitter.

36.  Attached as Exhibit LL is a true and correct copy of a screenshot of a post that Plaintiff posted on her blog on May 1, 2012.  At that time her blog was still public, so I read and in some cases made screenshots of new posts.  In her post, Plaintiff wrote:

> Patrick Frey may have believed that posting my Social Security Number and medical records online to his blog, in retaliation, would intimidate and stop me from telling the truth about O'keefe [*sic*], chill my First Amendment right and dissuade me from coming forward to report a crime committed in his jurisdiction. Though, what he has accomplished is precisely the opposite.
>
> These two civil servants, both deputy district attorney's [*sic*] in Los Angles [*sic*] County, in the past were able to bully and harass private individuals, with impunity. But their patent on intimidation and retribution expired when they came to me. The Frey's [*sic*] are the poster children for the type of rampant corruption Carmen Trutanich, Alan Jackson and Danette Myers [*sic*] have each spoken out against.  (Exhibit LL at 268.)

37.  In the same post, Plaintiff expressed enthusiasm about deposing me and forcing me and my wife to testify about how we afforded our house, a topic of her particular obsession but which, of course, could not possibly lead to the discovery of admissible evidence in this case.  Plaintiff also wrote: "My attorney's [*sic*] will be questioning them about their alleged 'swatting' incident when they are both under oath."  (Exhibit LL at 269.) That is a reference to an incident I had previously written about, in which, at 12:35 a.m. on July 1, 2011, multiple armed Sheriff's Deputies pounded on the door of my home and, when I answered it, ordered me to come out with my hands up.  They handcuffed me, confronted my wife and patted her down, and entered my children's bedrooms to check on their safety. They later explained that the police had received a bogus 911 call purporting to be from me

19

BROWN, WHITE & NEWHOUSE LLP
A T T O R N E Y S

(but which actually was not), purporting to say that I had shot my wife.  This practice – making a fake 911 call to induce a terrifying and dangerous armed response to a target's home – is known as "swatting," because it often activates the response of SWAT teams.  I have written about this swatting incident, and have stated my belief that it was committed in retaliation for my blogging about political issues.

38.  Attached as Exhibit MM is a true and correct copy of a series of Twitter direct messages between Plaintiff and Doug Stewart, provided to me by Mr. Stewart.  In those messages, Plaintiff expresses an interest in using the discovery process in this case to uncover other information that can have no bearing on the issues raised by her FAC, deficient or otherwise.  One of these topics is determining the identity of a pseudonymous, influential conservative blogger called Ace of Spades.

39.  Plaintiff also posted the following tweets about me, which ranged from threatening to indifferent.  True and correct copies of screenshots of these tweets are attached as Exhibit NN:

   a. "I know my civil rights & I won't be pushed around by a rogue Govt lawyer inserting himself in a civil matter @ElectMarcoRubio@kamalaharris"
      https://twitter.com/#!/NadiaNaffe/status/183404971646128128

   b. "Thanks for letting me know Asst DA Patrick Fey/ @Patterico is giving O'keefe legal advice. I'm filing a CA bar complaint.@ElectMarcoRubio"
      https://twitter.com/#!/NadiaNaffe/status/183232642219655168

   c. "We shall see what Internal Affairs thinks abt your misuse of Gov't time & resources. We'll see how they interpret legal advice.@Patterico"
      https://twitter.com/#!/NadiaNaffe/status/183295219041714176

   d. "I actually want @Patterico to keep his post up, so that Internal Affairs can see what U.S. Dist Atty Patrick Fey is at work posting.@Dust92"
      https://twitter.com/#!/NadiaNaffe/status/183295219041714176

   e. "U either lack common sense or have no interest in keeping ur job. We'll see if IA thinks ur behavior is becoming of a Dist Atty.@Patterico"

DECLARATIONS IN SUPPORT OF MOTIONS

f.  Plaintiff also "retweeted" – republished making it visible on her Twitter feed – a tweet from another user: " "@NadiaNaffe @Patterico Many complaints about Frey already filed. Suggest IA and reporting him. The more people report less power he has."

g.  On yet another occasion, Plaintiff suggested she was not particularly upset by me at all:  "Perhaps, it's best to ignore Patterico & move on. There is no common ground. I have much larger fish to fry." -- https://twitter.com/#!/NadiaNaffe/status/182354316319920128

40.  I wish to reiterate that, as I believe should be apparent from examination of the foregoing, throughout my time writing about Plaintiff on my blog and on Twitter I was expressing my own opinions, in my own private capacity, based on my own review of Plaintiff's own words, media reports about her, and the public documents that I cited, and made a point of reminding readers of this fact frequently.  I had no official agenda, and to my knowledge my employers neither had, nor ever expressed any, official interest in Plaintiff.  At no time did I coordinate or communicate with any other government official, including any person working in an official legal, criminal justice, investigatory or prosecutorial capacity, in connection with Plaintiff or any of the matters referred to above or which are the subject of the allegations in the FAC.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on January 11, 2013 in ___RANCHO PALOS VERDES___, California.

_____
JOHN PATRICK FREY

DECLARATIONS IN SUPPORT OF MOTIONS

771992.1

## DECLARATION OF KENNETH P. WHITE

I, KENNETH P. WHITE, declare:

1.      I am an attorney licensed to practice law in California, and am a Partner at Brown White & Newhouse LLP, attorneys for Defendant John Patrick Frey.  I make this Declaration in support of Defendant's (1) Motion to Dismiss the First Cause of Action Pursuant to FRCP 12(b)(6) (but only to the extent this declaration sets forth judicially noticeable facts or attaches documents referred to and relied upon in Plaintiff's First Amended Complaint); (2) Motion to Dismiss the Second through Seventh Causes of Action Pursuant to FRCP 12(b)(1); (3) Motion to Strike the Second Through Sixth Causes of Action Pursuant to California Code of Civil Procedure Section 425.16; and (4) Motion for an Undertaking Pursuant to Code of Civil Procedure Section 1030.  I have personal knowledge of the following facts and if called upon to testify, would and could do so competently as follows.  However, because this declaration is submitted for a limited purpose, it does not contain all information I know about the matter.

2.      Attached hereto as Exhibit OO is a true and correct copy of a post I wrote on the blog "Popehat" on March 26, 2012, entitled "Nadia Naffe Won't Shut Up, But She'll Threaten You To Make You Shut Up."  This copy has the post, but not the comments to the post.

3.      Although I am representing Mr. Frey pro bono because of the important First Amendment issues this case presents, I am keeping track of my firm's time for purposes of any fee motion.  My rate in this matter is $450 per hour, which is similar or lower than my rates in similar cases.  My paralegal bills at $125 per hour and my associates bill at between $225 and $375 per hour, depending upon their years of experience.  As of December 31, 2012, my firm has incurred approximately $48,000 in attorney fees in this matter.  A substantial portion of that is directly attributable to work on the Motion to Strike and Renewed Motion to Strike, or attributable to work intertwined with the Motions to Strike (for instance, factual analysis that applies to all motions).  In addition, I have spent a substantial amount of time on the matter since December 31, 2012.

DECLARATIONS IN SUPPORT OF MOTIONS

771992.1

BROWN, WHITE & NEWHOUSE ᴸᴸᴾ
A T T O R N E Y S

1      I declare under penalty of perjury under the laws of the State of California that the

2  foregoing is true and correct.  Executed on January 11, 2013 in Los Angeles, California.

3

4                                    *s/Kenneth P. White*
                                       KENNETH P. WHITE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

771992.1

BROWN, WHITE & NEWHOUSE<sup>LLP</sup>
ATTORNEYS

## DECLARATION OF RONALD D. COLEMAN

I, RONALD D. COLEMAN, declare:

1.    I am co-counsel in this action and a resident of the County of New York in the State of New York.  I make this Declaration in support of (1) defendants' Motion to Dismiss the First Cause of Action Pursuant to FRCP 12(b)(6) (but only to the extent this declaration sets forth judicially noticeable facts or attaches documents referred to and relied upon in Plaintiff's First Amended Complaint); (2) defendants' Motion to Dismiss the Second through Seventh Causes of Action Pursuant to FRCP 12(b)(1); defendants' Motion to Strike the Second Through Sixth Causes of Action Pursuant to California Code of Civil Procedure Section 425.16; and (4) defendants' Motion for an Undertaking Pursuant to Code of Civil Procedure Section 1030.  I have personal knowledge of the following facts and if called upon to testify, would and could do so competently as follows.  Because this declaration is offered for a limited purpose, however, it does not include all information I know about the matter.

2.    I have been admitted to the bars of the states of New York and New Jersey since 1989 and primarily practice in New York City.  Although I am representing Mr. Frey pro bono because of the important First Amendment issues this case presents, I am keeping track of my firm's time for purposes of any fee motion.   My rate in this matter is $525 per hour, which is similar to or lower than my rates in similar cases.  As of this date, my firm has incurred approximately $22,000 in fees in this matter, most of which is attributable to work on the two sets of motions to, respectively, strike and dismiss Plaintiff's claims in this matter, but which also includes advice I have rendered to Mr. Frey beginning from when Plaintiff first published her threat to initiate this litigation.  I have additionally spent a substantial amount of time on this matter since December 31, 2012.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on January 11, 2013 in _____, New York, New York.

_____
RONALD D. COLEMAN

DECLARATIONS IN SUPPORT OF MOTIONS

771992.1

# EXHIBIT A

Patterico's Pontifications » About Patterico



## 7/13/2005

### ABOUT PATTERICO

Filed under: — Patterico @ 8:32 pm

Patterico is a prosecutor in Los Angeles County. He grew up in Fort Worth, Texas, majored in music and English at Cornell University, and attended the University of Texas Law School in Austin, Texas. Before accepting a job as a Deputy District Attorney, he was law clerk to the Honorable William D. Keller, U.S. District Judge for the Central District of California, and an associate in the Los Angeles office of Shearman and Sterling.

In addition to prosecuting criminals, Patterico maintains a blog called **Patterico's Pontifications**. Topics include media bias, legal issues, and political discussion from a libertarian/conservative perspective. A frequent target of criticism is the *Los Angeles Dog Trainer* (aka the *Los Angeles Times*).

**Comments (0)**

## No Comments

No comments yet.

**RSS feed for comments on this post. TrackBack URI**

Sorry, the comment form is closed at this time.

### Recent Comments

**Gerald A** on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying They're for a Government Shutdown

**Gerald A** on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying They're for a Government Shutdown

**narciso** on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying They're for a Government Shutdown

**Patricia** on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying They're for a Government Shutdown

**Dustin** on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying They're for a Government Shutdown

**Gerald A** on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying They're for a Government Shutdown

**Dustin** on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying They're for a Government Shutdown

**narciso** on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying They're for a Government Shutdown

**Gerald A** on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying They're for a Government Shutdown

**narciso** on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying They're for a Government Shutdown

Search Amazon.com:

Amazon.com

Keywords:



Search New and Used amazon.com.

**Purchases made through this search function benefit this site, at no extra cost to you.**

Patterico's Pontifications » About Patterico



**Help keep the site alive!**

**PayPal only (no credit cards):**

**Credit Card donations (PayPal takes a bite):**

**Subscribe for $9 per month:**

*Advertise on Patterico's Pontifications*

*Bill Richardson and the Curious Case of the Ex-Im Bank*

*Cartoon of the Day – Crisis Averted*

*Goodbye to Richard Ben Cramer.*

*Profiles in Countermoonbat Courage: Torii Hunter*

*NRCC Mocks Democrats Over Trillion Dollar Coin*

*Read more...*

*Blogads*

**About Patterico**
Pronounced "Patter-EE-koh"

E-mail: Just use my moniker

Patterico's Pontifications » About Patterico

Patterico, followed by the @ symbol,
followed by gmail.com

**Frequently Unasked Questions
(FUQs)**

Contributor:
**Hot Air**
**Big Journalism**

**What They're Saying**

The statements made on this web
site reflect the personal opinions of
the author. They are not made in
any official capacity, and do not
represent the opinions of the
author's employer.

PATTERICO
**Patterico**

**gabrielmalor** **@lachlan** Indeed.
We may end up with a shutdown.
But we shouldn't be rooting for one.
**@BenHowe** **@Patterico**
2 hours ago · reply · retweet · favorite

**Patterico** **@lachlan** Right. We pass
a balanced budget, say we'll talk
about balancing it in other ways.
Now any shutdown is THEIR fault.
**@BenHowe**
2 hours ago · reply · retweet · favorite

**lachlan** **@BenHowe** Then focus on
what you WANT. Not what you
DON'T WANT. I think that's
**@patterico**'s point.
**@gabrielmalor**
2 hours ago · reply · retweet · favorite

**Patterico** Our best bet may be a
government shutdown (not using the
debt ceiling). But if we pass a

Join the conversation

## Copyright policy

Search:

| Search |

Categories:
**2004 Election**
**2008 Election**
**2010 Election**
**2012 Election**
**Abortion**
**Accepted Wisdom**
**ACORN/O'Keefe**

Patterico's Pontifications » About Patterico

Air Security
Awards
Bear Flag League
Blogging Matters
Bogus Statistics
Books
Brad Friedman
Brett Kimberlin
Buffoons
California Recall Election
Civil Liberties
Constitutional Law
Court Decisions
Crime
Current Events
Deport the Criminals First
Dog Trainer
Economics
Education
Environment
Fiskings
Gadgets
General
Government
Grammar
Gunrunner
Health Care
Hiltzik
Homespun Bloggers
Humor
Immigration
Infotel
International
Judiciary
Kozinski
Law
Lunatics
Media Bias
Miscellaneous
Morons
Movies
Music
Nature
Neal Rauhauser
No on 36
No on 66
Nobel Peace Prize
Obama
Political Correctness
Politics
Principled Pragmatism
Public Policy
Race
Real Life
Religion
Ron Brynaert
Schiavo
Scum
Second Amendment
Sheehan
Snarkage
Space
Sports
Spy Wiper
Terrorism
Velvet Revolution
War
Watcher's Council
Year in Review

Patterico's Pontifications » About Patterico

**Archives:**

January 2013
December 2012
November 2012
October 2012
September 2012
August 2012
July 2012
June 2012
May 2012
April 2012
March 2012
February 2012
January 2012
December 2011
November 2011
October 2011
September 2011
August 2011
July 2011
June 2011
May 2011
April 2011
March 2011
February 2011
January 2011
December 2010
November 2010
October 2010
September 2010
August 2010
July 2010
June 2010
May 2010
April 2010
March 2010
February 2010
January 2010
December 2009
November 2009
October 2009
September 2009
August 2009
July 2009
June 2009
May 2009
April 2009
March 2009
February 2009
January 2009
December 2008
November 2008
October 2008
September 2008
August 2008
July 2008
June 2008
May 2008
April 2008
March 2008
February 2008
January 2008
December 2007
November 2007
October 2007
September 2007
August 2007
July 2007
June 2007
May 2007
April 2007

Patterico's Pontifications » About Patterico

March 2007
February 2007
January 2007
December 2006
November 2006
October 2006
September 2006
August 2006
July 2006
June 2006
May 2006
April 2006
March 2006
February 2006
January 2006
December 2005
November 2005
October 2005
September 2005
August 2005
July 2005
June 2005
May 2005
April 2005
March 2005
February 2005
January 2005
December 2004
November 2004
October 2004
September 2004
August 2004
July 2004
June 2004
May 2004
April 2004
March 2004
February 2004
January 2004
December 2003
November 2003
October 2003
September 2003
August 2003
July 2003
June 2003
May 2003
April 2003
March 2003
February 2003

**January 2013**

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
|   | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |   |   |   |

« Dec

# Favorite Sites

A Million Monkeys Typing
Ace of Spades

Patterico's Pontifications » About Patterico

Acute Politics
Alarming News
Anwyn's Notes in the Margin
Badgers Forward
Beldar Blog
Best of the Web
Betsy's Page
Big Lizards
BizzyBlog
Blackfive
Blogging.la
BuzzMachine
Captain's Quarters
Carol Platt Liebau
Commonwealth Conservative
Confirm Them
Constitutional Conservative
Cop the Truth
Countercolumn
Dan Weintraub
DANEgerus
Dave Barry
Day by Day
Dead Parrot Society
Dean's World
Dispatches from the Culture
Wars
Doc Rampage
Don Surber
Donald Luskin
Double Toothpicks
Dowingba
Dustbury
EagleSpeak
Error Theory
Everything I Know Is Wrong
FullosseousFlap's Dental Blog
Galley Slaves
HipperCritical
Hoodathunk?
How Appealing
Hoystory.com
Hugh Hewitt
InstaPundit
Internet Radio Network
Jules Crittenden
Junkyard Blog
Just One Minute
Kausfiles
KelliPundit
L.A. Observed
Laura's Miscellaneous Musings
Les Jones
Let's Try Freedom
Likelihood of Confusion
Lileks: The Bleat
Little Green Footballs
Local Liberty Blog
Margi Lowry
Media Lies
Michael J. Totten
Michelle Malkin
My Pet Jawa
Neo Warmonger
New England Republican
Oh, That Liberal Media
Okie on the Lam
Old Patriot's Pen
Oraculations
Outside the Beltway
Pajama Pundits

Patterico's Pontifications » About Patterico

Patrick Ruffini
Pejmanesque
Piece of Work in Progress
Pigilito
Polipundit
Politburo Diktat
Popehat
Power Line
PressThink
Professor Bainbridge
Professor Chaos
Pundit Review
Radley Balko
Ramblings' Journal
RantingProfs
Real Clear Politics Blog
Right Wing News
Rightwing Nuthouse
Roger L. Simon
Say Uncle
ScrappleFace
Sister Toldjah
Sisu
Southern Appeal
Speed of Thought
Spyware Warrior
Stop the Bleating!
Strong As An Ox and Nearly As
Smart
Stubborn Facts
Such Little Things
The Astute Blogger
The Big Picture
The Buck Stops Here
The Dialectizer
The Hotline
The Iconic Midwesterner
The Movie Court
The National Debate
The Onion
The Shape of Days
The Spoons Experience
The Unalienable Right
The View from the Nest
The Volokh Conspiracy
ThoughtsOnline
ThreeSheets
TigerHawk
Tim Blair
Tim Worstall
Villainous Company
VodkaPundit
Winds of Change
Wizbang

# Links

# Patterico Sells Out

Bodybugg
Cheap azbox receiver
Conservative Blog Advertising
MiniNetwork
L.A. Blogads Network
LED
Lingerie
My Food Diary
okayprom
plastic film

Patterico's Pontifications » About Patterico

**yoursdress**

**Meta:**
RSS 2.0
Comments RSS 2.0

Powered by **WordPress**.

Page loaded in: 0.1677 secs.

# EXHIBIT B

Patterico's Pontifications » Nonsense About First-Time Drug Offenders from Pattt Morrison

 

## 6/16/2006

### Nonsense About First-Time Drug Offenders from Pattt Morrison

Filed under: Dog Trainer,General — Patterico @ 6:01 am

Pattt Morrison, in a column about the job prospects of Californians with criminal records, makes the following ludicrous statement:

> One Californian in five has a criminal record (in no small part because the "war on drugs" has been cramming prisons with first-time offenders).

**That's just a bunch of baloney.** To put it kindly.

California prisons are mostly assuredly *not* crammed with first-time drug offenders. Morrison has no basis for that statement. It's something she says because all her friends say it, and Morrison thinks it sounds good.

And so, to hell with the actual truth.

In eight and one-half years in the District Attorney's Office, I cannot recall a **single occasion** when I have seen a defendant with no criminal convictions sent to prison for a drug offense — whether it be simple possession, or even possession with intent to sell. I asked my wife, who has **eleven years** experience as a Deputy D.A., and she says the same thing. In fact, neither she nor I have ever even *heard* of such a thing happening.

In my court, I almost never see a defendant with no record walk through the door on a simple drug possession case. Virtually all such cases are handled in a special Proposition 36 drug court, where defendants have to work like the dickens to get to jail. They can violate probation repeatedly and the judge cannot incarcerate them for even a day.

You folks voted for it.

If such a defendant walks into *my* court, it's because he is demanding a jury trial — after which, if convicted, he will *still* be eligible for Proposition 36!

It simply does not happen that a defendant like that goes to prison on their drug possession case, without something more. It could happen if they have other charges, or if they violate their probation in a significant way. But that's not the same thing.

Even for sales or "possession for sales" cases, in my experience, defendants get probation the first time around. If I tried to give a first-time drug seller with no previous record a prison sentence on a possession for sales case, everyone in my courtroom would look at me as if I had two heads. And then my judge (like any other judge) would give the defendant probation anyway.

I suppose it's possible that it happens, sometime, somewhere, that a first-time offender goes to prison right out of the gate. Our Major Narcotics Division may catch people with sufficiently large quantities of drugs that it is felt

appropriate to send them to prison the first time.

But I suspect that such situations are quite rare. I'm guessing the quantity would have to be very large indeed. And most offenders caught with such large quantities are likely to have a previous record. So I'd be willing to bet that, even in Major Narcotics, first-time offenders are almost never sent to prison. But I don't know for sure. (Perhaps "CStudent" can help me out here.)

What's it like in other parts of California? I know prosecutors in different counties read this blog. How about it, Mike Lief? JRM? Is your experience any different?

But why take my (or our) word for it? Let's look at some actual studies. In Michigan, how many prisoners out of 47,000 do you think are incarcerated for first-time drug possession charges? How about Wisconsin? Take a guess, and then read these statistics from the Drug Enforcement Administration web site:

> The Michigan Department of Corrections just finished a study of their inmate population. They discovered that **out of 47,000 inmates, only 15 people were incarcerated on first-time drug possession charges**. (500 are incarcerated on drug possession charges, but 485 are there on multiple charges or pled down.)

That's 15 people. Not 15%. 15 people — total.

> **In Wisconsin the numbers are even lower, with only 10 persons incarcerated on drug possession charges.** (769 are incarcerated on drug possession charges, but 512 of those entered prison through some type of revocation, leaving 247 entering prison on a "new sentence." Eliminating those who had also been sentenced on trafficking and/or non-drug related charges; the total of new drug possession sentences came to 10.)

Don't get me wrong. We send a lot of people to prison for dealing drugs. I don't want to imply that we don't, because we do — all the time.

But they are hardly first-time offenders. If they were, they wouldn't be going to prison.

I can virtually guarantee you that Pattt Morrison has **no basis** for stating that "the 'war on drugs' has been cramming [California] prisons with first-time offenders." I'd be willing to bet that she can't come up with a single such example, much less provide reliable statistics to back up her assertion.

Comments (24)

## 24 Comments

1. I get the impression law enforcement is sending certain people a message, "Be discreet, you damn fools. Be discreet about how you get it, be discreet about how you use it. Cuz, frankly, we've got more important things to worry about than your sorry ass."

   As long as we let the fussbudgets and control freaks run the show, we're going to have situations like this.

   *Comment by* Alan Kellogg *(b76949) — 6/16/2006 @* 6:27 am

2. A former PA state trooper once said to me, "It was amazing. Every time we arrested someone for drug dealing, it was his first time! What are the odds of that?"

   *Comment by* Attila (Pillage Idiot) *(dfa1f1) — 6/16/2006 @* 7:03 am

# EXHIBIT C

Patterico's Pontifications » Patterico the Predictor

 

## 8/15/2006

### Patterico the Predictor

Filed under: Buffoons,Crime,General — Patterico @ 6:51 pm

A friend of mine today forwarded me an e-mail that I had sent to him back on October 3, 1995. Because I'm not proud, I'll share it with you:

> You heard it here first. O.J. is guilty as sin. First degree on Nicole, second degree on Ron. I honestly think there's no doubt about it, judging from the closing arguments I saw, how quickly they came back, and what they had read back. Guilty. I keep hearing that the "conventional wisdom" is a quick verdict means not guilty. Pshaw! Guilty guilty guilty.

Heh.

I give myself an "A" for confidence, and a "D-" for accuracy. (Sure, I deserve an "F" — or an "F-" if such a thing exists — but, you know . . . grade inflation.)

And anyway, isn't confidence really what counts?

P.S. I wasn't a Deputy D.A. yet.

Comments (41)

## 41 Comments

1. Don't sweat it, man. I thought Ryan Leaf was going to be a great NFL quarterback. And that Chevy Chase's talk show would bury Leno and Letterman. And that there was no way Hillary Clinton could win a senate race. And that Michael Schumacher made a mistake when he went to Ferrari. And that…

   *Comment by craig mclaughlin (e6d625) — 8/15/2006 @ 7:15 pm*

2. Don't feel so bad. At least you got the first of the three right – guilty as sin. The verdict the jury wound up delivering was out of your hands.

   *Comment by Dave in W-S (a7fb64) — 8/15/2006 @ 7:52 pm*

3. I was on a cyber jury (all walks of life, races, both sexes, all from different locations and with a wide rante of educations) for the OJ trial and required to watch it gavel to verdict. I could have told you back then how wrong your prediction would be. Our jury came back 175 not guilty to 2 guilty. The news media did a terrible job. I would watch the trial all day and then hear the evening wrap up and be shocked about how off it was or slanted. Most of us thought the defense shouldn't bother to put on a defense as there was nothing at the end of the prosecutor's case that hadn't been shredded to bits. And no one paid any attention to Barry Scheck's

# EXHIBIT D

Patterico's Pontifications » Here's That Number, Sir . . .

 

## 11/16/2006

### Here's That Number, Sir . . .

Filed under: General — Patterico @ 10:58 pm

This L.A. Observed post about the LAPD's dissemination of information reminded me of a story of mine from several years ago.

I had a trial involving alleged possession of cocaine for purposes of sale. The defendant had made a complaint against one of the officers, and Internal Affairs had spoken to the defendant. I had heard rumors that the defendant had made incriminating statements on the tape, but it had not been turned over in the regular course of discovery. (Nothing unusual about that; personnel complaints are often considered confidential, and police often do not include such materials in the set of discovery routinely provided to the attorneys trying the case.) I was looking for a way to contact the IA officers who had spoken with the defendant, and called the relevant station's front desk asking for the number.

I didn't identify myself as a D.A. I just called the front desk, and asked for the number for Internal Affairs.

I was given a phone number . . . which turned out to be wrong.

I later called an investigator on the case, identified myself as a Deputy D.A., and explained to him what I was looking for, and why. I asked for the relevant Internal Affairs number. He gave it to me. It turned out to be the same number that I had been given by the officer at the station's front desk — with one minor difference: two of the numbers were transposed.

I am confident that I correctly wrote down the number that the desk officer had given me.

Do you see what I'm saying? I called an LAPD station, didn't say who I was, and asked for the number for Internal Affairs — and the number I got was incorrect, but ever so slightly so. I later called back — this time identifying myself and my pro-law enforcement purpose — and got the right number.

When I was given a wrong number by a desk officer, was it an innocent mistake on his part?

Who can say?

There would be no point in filing a complaint, even in the event that I could determine who had answered the phone that day. It would be argued that I might have been the one who transposed the digits — and even if it was the desk officer's fault (and I'm telling you it was), he might simply have misspoken.

But we Deputy DA's are suspicious by nature. And I've always suspected that it wasn't a mistake. And I've wondered how many ordinary citizens have been given the same "incorrect" number when they told a desk officer that they wanted the phone number for Internal Affairs.

# EXHIBIT E

Patterico's Pontifications » California Court Upholds Prosecution's Right to Seek High Term Prison Sentences Post-Cunningham




## 3/28/2007

### California Court Upholds Prosecution's Right to Seek High Term Prison Sentences Post-Cunningham

Filed under: Court Decisions,General,Law — Patterico @ 5:43 pm

In a published ruling, the Third District California Court of Appeal ruled today that prosecutors in California are legally entitled to allege aggravating factors in a charging document. The decision's practical effect is that California prosecutors may legally seek high term prison sentences, even after the Supreme Court's *Cunningham* ruling, which held that the aggravating factors supporting high term sentences must be found by juries.

Defense attorneys had argued that there is no statutory authority allowing prosecutors to allege aggravating factors in an information (a felony charging document). The court rejected that argument. It also ruled that aggravating factors need not be proved at a preliminary hearing, and are thus not subject to being stricken on a Penal Code 995 motion.

Here is my favorite line from today's decision:

> **The law is not a game of "gotcha"** that should be played to unfairly penalize the prosecution and frustrate the Legislature's intent to better protect public safety by providing for the possible imposition of an upper term.

(All emphasis in this post is mine.)

To see why this is my favorite line, let me quote to you the opening sentence of a legal brief I have recently filed in several Compton courtrooms regarding this same issue:

> In this demurrer, **the defense attempts to play "gotcha" with the prosecution** on technical issues of pleading, arguing that a procedure mandated by the Supreme Court of the United States is not available under California law.

Yes, it's a coincidence. The Third District Court of Appeal is based in Sacramento. Nobody there ever saw my brief.

It's actually a fairly obvious observation. Defense attorneys ran off to the Supreme Court demanding that we prove aggravating factors to a jury — and when they won, they trotted back here and argued to local judges that California law doesn't permit that to happen.

If that isn't playing "gotcha," I don't know what is.

Still, as I like to say: great minds think alike . . . and sometimes, great minds think like mine.

(H/t: Jessica G.)

Patterico's Pontifications » California Court Upholds Prosecution's Right to Seek High Term Prison Sentences Post-Cunningham

P.S. It's nice to see this analysis in a published ruling, which carries a little more weight than my little brief. After all, they're the judges. I'm just the _law-talkin' guy_.

_Comments (8)_

# 8 Comments

1. Best. Simpsons reference. Ever.

   *Comment by _Rick Wilcox_ (71646f) — 3/28/2007 @ _5:53 pm_*

2. "nobody there ever saw my brief."
   you never know. shame he didn't give you a footnote attribution.

   *Comment by assistant devil's advocate (7d3409) — 3/28/2007 @ _6:30 pm_*

3. Meanwhile, prosecutors play "gottcha" with defendants. I don't care who started it. I want it to end. Now.

   Our legal system is being destroyed by a bunch of Parents and Children; we need to restrict lawyering (on all three sides) to Adults. (Sorry, channeling the 1970′s, or was it the 1960′s.)

   *Comment by htom (412a17) — 3/28/2007 @ _7:51 pm_*

4. Yay.

   Some people really need the aggravated term based on the facts of the crime. I'm glad to see this opinion from the Third.

   –JRM

   *Comment by JRM (355c21) — 3/28/2007 @ _8:12 pm_*

5. Indeed they may; but they don't need it from unanswerable allegations (at least as I understand this; the allegations are either added after the trial, or without timely notice to the defense.)

   *Comment by htom (412a17) — 3/28/2007 @ _9:23 pm_*

6. "… prosecutors in California are legally entitled to allege aggravating factors in a *charging* document."

   Emphasis mine. Sounds pretty early in the process to me, htom.

   *Comment by LarryD (336e87) — 3/29/2007 @ _7:57 am_*

7. In the instant case, the first witness during the trial had already begun to testify when the amendments were made. Kind of late for additions, don't you think? It looks to me like there is no post-trial sentencing trial (at least for most crimes), so allegations — which appear to be able to be made at any time — can be made which cannot be argued. You want to live in that society when you're on trial for something you didn't do, and the prosecutor starts hanging a bunch of aggrivating circumstances that you also didn't do, between when the jury inexplicably says "Guilty" and the judge says "Life" … it would be better to object now, than then, when you'd be accused of self-interest.

   *Comment by htom (412a17) — 3/29/2007 @ _11:57 am_*

Patterico's Pontifications » California Court Upholds Prosecution's Right to Seek High Term Prison Sentences Post-Cunningham

8.  htom,

You simply have no idea what you're talking about.

In the instant case, the defendant knew he faced a high-term sentence if aggravating factors set forth in a probation report were found by the judge. After his trial started, the Supreme Court decided that such factors must be decided by a jury, so the prosecutor moved to add them to the charging document so they could be proved to the jury.

That's it.

In your world, every prosecution is of an innocent person, and prosecutors "start[] hanging a bunch of aggrivating [sic] circumstances" on defendants for no reason . . . willy-nilly, in virtually any given case. But your world has nothing to do with the world I know, and you are clearly 100% ignorant of the nature of the process you are discussing.

*Comment by Patterico (04465c) — 3/29/2007 @ [9:30 pm](#)*

[RSS feed for comments on this post.](#)

Sorry, the comment form is closed at this time.

- Recent Comments
  - [Sammy Finkelman](#) on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying They're for a Government Shutdown
  - [Sammy Finkelman](#) on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying They're for a Government Shutdown
  - [Sammy Finkelman](#) on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying They're for a Government Shutdown
  - [Rorschach](#) on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying They're for a Government Shutdown
  - [Gerald A](#) on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying They're for a Government Shutdown
  - [Gerald A](#) on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying They're for a Government Shutdown
  - [narciso](#) on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying They're for a Government Shutdown
  - [Patricia](#) on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying They're for a Government Shutdown
  - [Dustin](#) on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying They're for a Government Shutdown
  - [Gerald A](#) on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying They're for a Government Shutdown

-

Patterico's Pontifications » California Court Upholds Prosecution's Right to Seek High Term Prison Sentences Post-Cunningham



Purchases made through this search function benefit this site, at no extra cost to you.

- **Help keep the site alive!**

PayPal only (no credit cards):

Credit Card donations (PayPal takes a bite):

Subscribe for $9 per month:





*Hagel and Tantrums*

*#MyJihad: Muslim cleric tells converts to bury their Christian parents as if they were dead dogs*

*The Morning Flap: January 8, 2013*

*Des Moines Register Editor Backs Columnist's Absurd Claim That His Wishes for Deaths of GOP*

Patterico's Pontifications » California Court Upholds Prosecution's Right to Seek High Term Prison Sentences Post-Cunningham



*Leaders, Gun Owners Was 'Satire'*

*Iran's Islamist Regime Supports Obama's Pick of Hagel for Secretary of Defense*

*Bill Richardson and the Curious Case of the Ex-Im Bank*

*Goodbye to Richard Ben Cramer.*

*Read more...*

*Blogads*

- 
- 
- About Patterico

  ○ Pronounced "Patter-EE-koh"

    E-mail: Just use my moniker Patterico, followed by the @ symbol, followed by gmail.com

    Frequently Unasked Questions (FUQs)

    Contributor:
    Hot Air
    Big Journalism

    What They're Saying

    The statements made on this web site reflect the personal opinions of the author. They are not made in any official capacity, and do not represent the opinions of the author's employer.



Patterico's Pontifications » California Court Upholds Prosecution's Right to Seek High Term Prison Sentences Post-Cunningham



[Copyright policy](#)

- Search:

  [Search]

- Categories:
  - [2004 Election](#)
  - [2008 Election](#)
  - [2010 Election](#)
  - [2012 Election](#)
  - [Abortion](#)
  - [Accepted Wisdom](#)
  - [ACORN/O'Keefe](#)
  - [Air Security](#)
  - [Awards](#)
  - [Bear Flag League](#)
  - [Blogging Matters](#)
  - [Bogus Statistics](#)
  - [Books](#)
  - [Brad Friedman](#)
  - [Brett Kimberlin](#)
  - [Buffoons](#)
  - [California Recall Election](#)
  - [Civil Liberties](#)
  - [Constitutional Law](#)
  - [Court Decisions](#)
  - [Crime](#)
  - [Current Events](#)
  - [Deport the Criminals First](#)
  - [Dog Trainer](#)
  - [Economics](#)
  - [Education](#)
  - [Environment](#)
  - [Fiskings](#)
  - [Gadgets](#)
  - [General](#)
  - [Government](#)
  - [Grammar](#)
  - [Gunrunner](#)
  - [Health Care](#)
  - [Hiltzik](#)
  - [Homespun Bloggers](#)

Patterico's Pontifications » California Court Upholds Prosecution's Right to Seek High Term Prison Sentences Post-Cunningham

- o Humor
- o Immigration
- o Infotel
- o International
- o Judiciary
- o Kozinski
- o Law
- o Lunatics
- o Media Bias
- o Miscellaneous
- o Morons
- o Movies
- o Music
- o Nature
- o Neal Rauhauser
- o No on 36
- o No on 66
- o Nobel Peace Prize
- o Obama
- o Political Correctness
- o Politics
- o Principled Pragmatism
- o Public Policy
- o Race
- o Real Life
- o Religion
- o Ron Brynaert
- o Schiavo
- o Scum
- o Second Amendment
- o Sheehan
- o Snarkage
- o Space
- o Sports
- o Spy Wiper
- o Terrorism
- o Velvet Revolution
- o War
- o Watcher's Council
- o Year in Review

- Archives:
  - o January 2013
  - o December 2012
  - o November 2012
  - o October 2012
  - o September 2012
  - o August 2012
  - o July 2012

Patterico's Pontifications » California Court Upholds Prosecution's Right to Seek High Term Prison Sentences Post-Cunningham

- June 2012
- May 2012
- April 2012
- March 2012
- February 2012
- January 2012
- December 2011
- November 2011
- October 2011
- September 2011
- August 2011
- July 2011
- June 2011
- May 2011
- April 2011
- March 2011
- February 2011
- January 2011
- December 2010
- November 2010
- October 2010
- September 2010
- August 2010
- July 2010
- June 2010
- May 2010
- April 2010
- March 2010
- February 2010
- January 2010
- December 2009
- November 2009
- October 2009
- September 2009
- August 2009
- July 2009
- June 2009
- May 2009
- April 2009
- March 2009
- February 2009
- January 2009
- December 2008
- November 2008
- October 2008
- September 2008
- August 2008
- July 2008
- June 2008

Patterico's Pontifications » California Court Upholds Prosecution's Right to Seek High Term Prison Sentences Post-Cunningham

- May 2008
- April 2008
- March 2008
- February 2008
- January 2008
- December 2007
- November 2007
- October 2007
- September 2007
- August 2007
- July 2007
- June 2007
- May 2007
- April 2007
- March 2007
- February 2007
- January 2007
- December 2006
- November 2006
- October 2006
- September 2006
- August 2006
- July 2006
- June 2006
- May 2006
- April 2006
- March 2006
- February 2006
- January 2006
- December 2005
- November 2005
- October 2005
- September 2005
- August 2005
- July 2005
- June 2005
- May 2005
- April 2005
- March 2005
- February 2005
- January 2005
- December 2004
- November 2004
- October 2004
- September 2004
- August 2004
- July 2004
- June 2004
- May 2004

Patterico's Pontifications » California Court Upholds Prosecution's Right to Seek High Term Prison Sentences Post-Cunningham

- ○ April 2004
- ○ March 2004
- ○ February 2004
- ○ January 2004
- ○ December 2003
- ○ November 2003
- ○ October 2003
- ○ September 2003
- ○ August 2003
- ○ July 2003
- ○ June 2003
- ○ May 2003
- ○ April 2003
- ○ March 2003
- ○ February 2003

March 2007

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

« Feb          Apr »

## Favorite Sites

- ○ A Million Monkeys Typing
- ○ Ace of Spades
- ○ Acute Politics
- ○ Alarming News
- ○ Anwyn's Notes in the Margin
- ○ Badgers Forward
- ○ Beldar Blog
- ○ Best of the Web
- ○ Betsy's Page
- ○ Big Lizards
- ○ BizzyBlog
- ○ Blackfive
- ○ Blogging.la
- ○ BuzzMachine
- ○ Captain's Quarters
- ○ Carol Platt Liebau
- ○ Commonwealth Conservative
- ○ Confirm Them
- ○ Constitutional Conservative
- ○ Cop the Truth

Patterico's Pontifications » California Court Upholds Prosecution's Right to Seek High Term Prison Sentences Post-Cunningham

- Countercolumn
- Dan Weintraub
- DANEgerus
- Dave Barry
- Day by Day
- Dead Parrot Society
- Dean's World
- Dispatches from the Culture Wars
- Doc Rampage
- Don Surber
- Donald Luskin
- Double Toothpicks
- Dowingba
- Dustbury
- EagleSpeak
- Error Theory
- Everything I Know Is Wrong
- FullosseousFlap's Dental Blog
- Galley Slaves
- HipperCritical
- Hoodathunk?
- How Appealing
- Hoystory.com
- Hugh Hewitt
- InstaPundit
- Internet Radio Network
- Jules Crittenden
- Junkyard Blog
- Just One Minute
- Kausfiles
- KelliPundit
- L.A. Observed
- Laura's Miscellaneous Musings
- Les Jones
- Let's Try Freedom
- Likelihood of Confusion
- Lileks: The Bleat
- Little Green Footballs
- Local Liberty Blog
- Margi Lowry
- Media Lies
- Michael J. Totten
- Michelle Malkin
- My Pet Jawa
- Neo Warmonger
- New England Republican
- Oh, That Liberal Media
- Okie on the Lam
- Old Patriot's Pen

Patterico's Pontifications » California Court Upholds Prosecution's Right to Seek High Term Prison Sentences Post-Cunningham

- Oraculations
- Outside the Beltway
- Pajama Pundits
- Patrick Ruffini
- Pejmanesque
- Piece of Work in Progress
- Pigilito
- Polipundit
- Politburo Diktat
- Popehat
- Power Line
- PressThink
- Professor Bainbridge
- Professor Chaos
- Pundit Review
- Radley Balko
- Ramblings' Journal
- RantingProfs
- Real Clear Politics Blog
- Right Wing News
- Rightwing Nuthouse
- Roger L. Simon
- Say Uncle
- ScrappleFace
- Sister Toldjah
- Sisu
- Southern Appeal
- Speed of Thought
- Spyware Warrior
- Stop the Bleating!
- Strong As An Ox and Nearly As Smart
- Stubborn Facts
- Such Little Things
- The Astute Blogger
- The Big Picture
- The Buck Stops Here
- The Dialectizer
- The Hotline
- The Iconic Midwesterner
- The Movie Court
- The National Debate
- The Onion
- The Shape of Days
- The Spoons Experience
- The Unalienable Right
- The View from the Nest
- The Volokh Conspiracy
- ThoughtsOnline
- ThreeSheets

Patterico's Pontifications » California Court Upholds Prosecution's Right to Seek High Term Prison Sentences Post-Cunningham

- TigerHawk
- Tim Blair
- Tim Worstall
- Villainous Company
- VodkaPundit
- Winds of Change
- Wizbang

# Links

-
-
-
-

# Patterico Sells Out

- Bodybugg
- Cheap azbox receiver
- Conservative Blog Advertising MiniNetwork
- L.A. Blogads Network
- LED
- Lingerie
- My Food Diary
- okayprom
- plastic film
- yoursdress
- Meta:
  - RSS 2.0
  - Comments RSS 2.0

*Powered by* **WordPress**.

Page loaded in: 0.3427 secs.

# EXHIBIT F

Patterico's Pontifications » Charlton Was Right to Demand Taped Confessions





# 4/1/2007

## Charlton Was Right to Demand Taped Confessions

Filed under: Crime,Current Events,General,Politics — Patterico @ 10:43 pm

The *New York Times* has an interesting article about fired U.S. Attorney Paul Charlton's battle to get the FBI to record interviews with criminal suspects.

It's frankly shocking to me to learn that the FBI is resistant to this. As a Deputy D.A., I have generally found that the more competent, hardworking, and experienced my investigators are, the more likely they are to tape-record interviews with suspects — and, often, with witnesses as well.

I don't mean to suggest that interviews with witnesses or defendants are necessarily suspect if they haven't been recorded. Each case is unique, and there are sometimes good reasons that a particular conversation has not been recorded. It's often not possible to record an interview, or to do so without the interviewee knowing. In cases like that, it's better to do a non-recorded interview than to do no interview at all.

But the FBI appears to have a general hostility to the very concept of taping statements by criminal suspects. This hostility strikes me as backward and wrong. And I'm not impressed by the agency's reasoning:

> The F.B.I., a division of the Justice Department, has strenuously resisted the practice unless special permission is granted by supervisors, under the theory that it may discourage suspects from talking and expose juries to interrogation methods that the department would rather not highlight.
>
> . . . .
>
> The F.B.I., in documents defending its policy, argued that taping was not always possible, particularly when agents were on the road, and that it was not always appropriate. Psychological tricks like misleading or lying to a suspect in questioning or pretending to show the suspect sympathy might also offend a jury, the agency said.
>
> "Perfectly lawful and acceptable interviewing techniques do not always come across in recorded fashion to lay persons as proper means of obtaining information from defendants," said one of the once-secret internal Justice Department communications made public as part of the investigation into the dismissals of the United States attorneys.

Well, my friends, if you're going to use the statements in court, then you're going to have to tell the jury the way you got it. If you lied to the defendant, you're going to have to own up to it. Why not let the jury hear exactly how it was done? If you don't think you did anything wrong, then surely the jury will agree when it hears the recording. I find myself in agreement with Charlton in this passage from later in the article:

> Mr. Charlton said the most disconcerting argument to him — and apparently at least one official at the Justice Department — was the bureau's worry that its interrogation techniques might offend juries. "So

Patterico's Pontifications » Charlton Was Right to Demand Taped Confessions

we want to hide the truth?" wrote one unnamed Justice Department official in a handwritten note, scribbled alongside the F.B.I.'s defense of its policy. "Don't want the jury to reach its own judgment?"

Exactly.

Being a prosecutor is about presenting the truth. If a defendant's statement is critical to a case, then — if you have a choice — it's better for the jury to hear the statement as it came out.

None of this means that Charlton was dismissed for reasons having to do with political prosecutions, as the Democrats are trying to assert with all eight U.S. Attorneys. But even if that didn't happen, it doesn't mean that the Administration — and clueless Dweeb-Weasel Kyle Sampson, the point man in this whole effort — didn't make serious mistakes.

To the extent that the Administration blamed Charlton over this issue, it was wrong to do so, in my judgment.

Comments (8)

# 8 Comments

1. Wow. My experience is that juries have absolutely no problem when cops get confessions from people after "misleading or lying" to them.

   There just isn't a long line of jurors going, "Oh, you said you had fingerprints of the pedophile, but you lied to him! I say, we let him go."

   Plus, who cares if it was recorded or not? You still have to talk about how you got the confession, right? I've seen reports on unrecorded confessions where the cops explain that they actively misled the suspect. It's necessary to have that to prosecute the case correctly.

   I'm 100% with Pat. Recorded statements are always better if they are available. Some situations don't make them available, and some situations mean it's impractical to have them, but when you can, why the heck not?

   I'm totally shocked by the FBI's quoted reasons to resist recording. Recording is good.

   I should probably note that there are a whole bunch of deceptive/lying things cops could do which *are* improper; much of the stuff on TV is totally illegal and improper. (Providing documents forged by the cops is a big no-no, for instance.) I don't support that. But misleading or lying to murderers as to the state of the evidence really, really does not bother me.

   –JRM

   *Comment by JRM (de6363) — 4/2/2007 @ 7:01 am*

2. I mean doesn't this story kind of beg the question? Can local FBI chiefs really get USAs fired for disagreements about video recording? Was Charlton really the only USA to butt heads with the FBI or other enforcement agencies on this issue? At some point, doesn't this whole recording issue become less and less likely to be the real explanation for Charlton's ouster and more likely to be a minor, low-level, squabble that DOJ brass and the White House seized on when they suddenly had to come up with *some* performance-related issue to justify their decision publicly? Remember, no one ever said word one to Charlton about this being something that could cost him his job until he had already clearing out his desk.

   Why are the only explanations offered, explanations that just don't make sense? Does this remind anyone

# EXHIBIT G

Patterico's Pontifications » Yagman: Patterico Made Me Do It!

  

## 7/18/2007

### Yagman: Patterico Made Me Do It!

Filed under: Buffoons,Crime,General — Patterico @ 12:10 am

In this post I said of the Stephen Yagman trial:

> I have a wonderful story to tell you about the trial — a story that will put a smile on all of your faces.
> But I don't have time to tell it now. Stay tuned, though — this one is good.

Here it is.

A few weeks ago, Patrick Range McDonald, a writer from the *L.A. Weekly*, asked me for my thoughts regarding the Yagman trial. Specifically, he wanted to know how I felt about **Yagman citing my web site in court testimony as a place where threats have been made against him**.

According to McDonald, when Yagman testified, Yagman claimed that part of the reason that he transferred his house to his girlfriend had something to do with a concern for his personal safety. (Don't ask me why; I don't understand the logic.)

Yagman's lawyer asked him if he had received any threats. Why, yes, Yagman said, he had — he had received some Internet threats.

Where did they come from, his lawyer asked.

Well, Yagman testified, there's this one site operated by Patrick Frey, who works for the District Attorney's office. It's called –

At which point the Government objected, and Judge Wilson sustained the objection.

That's right, folks. **Steve Yagman invoked *yours truly* as a reason for his illegal actions.**

"It was an interesting stunt," McDonald told me, "because Yagman seemed to be trying to find a way to hit that angle of a vindictive government going after him, something his lawyer only brought up during opening arguments and never mentioned again."

There are just two problems with Yagman's complaint.

First, and most obviously, I have (of course) never threatened him, on this site or anywhere else.

What could Yagman possibly be talking about? I'm not sure. My best guess — and it's just a guess — is that he was alluding to this site's reprinting of Jerry LeFrois's joyful letter to Yagman, in which LeFrois tastelessly expressed a wish (not a threat) that Yagman would be sexually assaulted in a prison cell by someone named Bubba. (This sentiment, which I disagree with as a long-standing opponent of prison rape, was later echoed by a couple of

Patterico's Pontifications » Yagman: Patterico Made Me Do It!

commenters here. My guest blogger Justin Levine posted the letter, not as a threat, of course, but rather as part of a post that chronicled the history of Yagman's frivolous lawsuit against LeFrois for intentional infliction of emotional distress.) If that is Yagman's theory, there's just one *leetle* problem with it: those comments all came, of course, *after Yagman's indictment*. How could they explain why Yagman committed the acts that he was indicted for?

And that leads us to the second fundamental problem with Yagman's dishonest little story: regardless of how far back you go, there is no post on this site old enough to have caused Yagman to do the things he was prosecuted for. This blog began in February 2003. Did Yagman crawl into a time machine and travel to the future? Did he read my blog during those precious few moments he had to glimpse the world to come? It's otherwise quite difficult to imagine how else a blog that began to exist in February 2003 could have caused Yagman to falsify tax returns from **1994 through 1997** . . . or file a dishonest bankruptcy petition in **1999** . . . or fail to disclose bank and brokerage accounts, legal settlements, client payments, and attorney's fees received in **1999 and 2000**. (Source: a press release issued by the United States Attorney's Office for the Central District of California about Yagman's conviction.)

Yup: he did it in part because of threats he saw on a blog that began **several years later**.

My guess: Yagman never heard of this blog until he read my quote in McDonald's first *L.A. Weekly* piece on the trial, which came out in May of this year. So he made up a little story about how this blog had threats against him. The fact that I am a Deputy D.A. fit nicely with his theme of the Little Guy vs. the Establishment. And he probably figured that his little comment would be objected to — meaning the Government (and jury) would never learn that the blog in question could not possibly have influenced him to commit the actions that got him charged (and convicted).

The narrative was more important than the truth. Somehow, it seems fitting.

Comments (8)

# 8 Comments

1. As much as Yagman's blatant (come on Leviticus… let's hear you assistant devil's advocate… have it 'er, Phil… defend this!) lie regarding the blog dates makes Yagman more farcical then ever, nothing compares for me to:

   > *Yagman claimed that part of the reason that he transferred his house to his girlfriend had something to do with a concern for his personal safety.*

   Of course, he's lying. Again.

   But the subtext to his lie is that if he ***were*** telling the truth, he would be — somehow — hiding behind his girlfriend and putting her in potential harm's way to keep himself safe.

   Which is disgusting.

   Yet this is *exactly* the type of selfish behavior I would expect from someone who steals over three quarters of a million dollars from relatives:

   > *YAGMAN, IT TURNED OUT, loved spending other people's money, most notably his aging relatives', as the prosecution embarrassingly showed. Sagar and Kim accused Yagman of taking control of investments and savings totaling $776,110 from his aunts, uncles and mother, then transferring the money into bank and brokerage accounts **under the name of his girlfriend,***

# EXHIBIT H

Patterico's Pontifications » No on Proposition 5: It Doesn't Just Apply to Drug Crimes

 

## 10/31/2008

### No on Proposition 5: It Doesn't Just Apply to Drug Crimes

Filed under: Crime,General — Patterico @ 12:25 am

A smart (but misguided) friend of mine voted for California's Proposition 5, a terrible proposition that all but mandates "drug treatment" for all sorts of crimes. It turns out that my friend thought the proposition covers only drug crimes. No! Here's my boss to explain:

> What sorts of criminals would qualify for this preferential "get out of jail free" treatment? The list is long and frightening. It includes those who commit certain arsons and burglaries, identity theft, child pornography, domestic violence, auto theft, mortgage fraud, lewd acts on teenagers, illegal weapons possession, drug sales, grand theft (in any amount), all kinds of fraud, drunk driving (even when causing bodily injury) and many other crimes.

California already mandates drug treatment for simple drug possession. For nonviolent offenders whose problems result from drugs, judges and D.A.'s already have discretion to give offenders drug programs instead of jail or prison.

But many criminals aren't suffering primarily from a drug problem. Many are suffering from a "committing crimes" problem.

The way to address someone with a severe case of "committing crimes" is to lock up that person. Period.

You can be against the drug war, and favor treatment for drug offenders, and still vote against this proposition — which essentially tosses the criminal justice system aside in favor of drug treatment for car thieves, wife beaters, identity thieves, etc.

I heard my office's Chief Deputy saying on the radio that we file 75,000 felony cases per year in Los Angeles County, and 50,000 would be eligible for "treatment" programs under this initiative.

Insanity.

No on 5.

Comments (30)

## 30 Comments

1. I've not read CA prop 5 and do not intend to. Ignorance can be bliss, or total ignorance.

   But it's beyond time we end this so called war on "some" drugs. It's a total failure and has been for 60 plus years!

# EXHIBIT I

Patterico's Pontifications » Yes on Proposition 6: Gang Intimidation of Witnesses Is a Big Problem

 

# 11/3/2008

## Yes on Proposition 6: Gang Intimidation of Witnesses Is a Big Problem

Filed under: 2008 Election,Crime,General — Patterico @ 9:30 pm

Tomorrow I will cast a vote for Proposition 6, a measure that would significantly enhance public safety. The Yes on 6 folks have a summary of the changes here, but here are some of the ones that I particularly favor:

- Illegal immigrants arrested for violent felonies or gang crimes will not be released on bail or on their own recognizance without a judicial hearing.

- People lose public housing benefits if they buy or sell drugs, become involved in gang activity, or illegally possess firearms. Housing benefits are conditioned on an annual criminal background check.

- Strengthens the 10-20-Life law to penalize not only offenders who personally use firearms in the commission of certain felonies but their accomplices as well.

- Authorizes admission of statements by witnesses to crimes who die or are unavailable to testify at the time of prosecution because of flight or intimidation.

Some oppose the measure because it mandates spending on public safety. This doesn't bother me, because I believe the primary function of government is to protect its citizens. (Full disclosure: as a Deputy D.A., I benefit from spending on public safety. But while I am a fiscal conservative, I would be voting for the proposition even if I were not a Deputy D.A. — because, again, a government's number one job is public safety.)

My experience as a Deputy D.A. does allow me to add some insight that might be valuable to voters, beyond what you'll read in the various arguments available on the Internet. Specifically, several weeks ago, a reader wrote me asking about the final provision included in the bullet-points above. He wanted to know: "is there a serious problem right now with witnesses refusing to testify because they have been intimidated by criminal suspects?"

The rest of this post is adapted from my answer to him. The answer is a resounding **yes**. The details are in the extended entry.

Let me start with an analogy. Pretend you are approached by someone who never reads blogs. That person might ask you: "Is there *really* a big problem with trolls coming by and leaving nasty comments?"

To someone who reads blogs regularly, the question is almost laughable. But if you don't read blogs, it's a perfectly reasonable question.

In other words, sometimes, when people are unfamiliar with a particular environment, they ask questions about that environment that can astound people who are familiar with that environment.

And so it is with the criminal justice system. Those of us who work inside it, know that the answer to my reader's

Patterico's Pontifications » Yes on Proposition 6: Gang Intimidation of Witnesses Is a Big Problem

question is screamingly obvious: **yes, there is a huge problem with gang intimidation of witness** — and it goes on every single day.

I work in Compton. It is a commonplace, everyday situation to have a case where one or more of the witnesses is, at a minimum, reluctant to testify. Often it's far worse: witnesses actively avoid the police when it comes time to testify, and if they do come to court (sometimes in handcuffs) they often lie because they are scared.

For example, I had a case where a gang member shot a teenaged boy over a girl. (The shooting was also motivated by a gang rivalry.) The victim had surgery in which most of his intestine was removed. He wore a backpack with IV lines connected to a hole in his chest to give him nutrients; he will have to wear it for the rest of his life. He can take it off for short periods of time, but if he goes too many hours without it, he will become weak and eventually could die.

He told the police exactly who did it and why, and his story lined up with that of the girl over whom the victim and defendant had been fighting. The victim came to court at a preliminary hearing and testified that the defendant had shot him. So did his companion, who had also been shot at.

Then, before trial, both victims received threats on a MySpace page. You're about to read some of the threats, quoted verbatim. (Be aware that these threats use the "n-word." I don't use that word lightly, but I think you need to see the threats, because they happened and they were real.)

> yeah thats all right ma nigga but everybody know you and yo bitch made homie shawn is some snicth ass niggas but ill catch you slipping one day and tell them police to quit watching yall house

> yo ma nigga i heard yall niggas was snitching in shit whats up with that ma nigga

> yeah right bitch ass nigga you know who you snitched on a real nigga you and shawn

> i want you bitch ass niggas to stop going to the court house and stop snitching nigga i thought you niggas was suppossed to be from franklin crabs yeah WHAT YOU HEART BEATING FOE (YOU SCARED)

"Franklin Crabs" is a derogatory reference to the Franklin Square Crips, a rival gang to the Hacienda Village Bloods gang, of which the defendant was a member. "I'll catch you slipping" means "I'll catch you off guard." This phrase had a special resonance for the victim, as it is what the defendant had said just before filling the victim full of holes. My victim took this sort of threat seriously because he knew, from hard experience, that people making such threats could be deadly serious.

When it came time for trial, I went with an investigator to serve the victim with a subpoena at his home. He said he didn't want to come to court because of the death threats, but he was not interested in our offers of help to be moved. When the time came to go, he ran away from home. He didn't even go home to get his backpack of nutrients. Let me repeat that: **he ran away from home without the backpack that helped keep him alive, just so he wouldn't have to come to court**. His mom was beside herself with worry, and filed a missing person's report.

When we finally brought him in, all of a sudden he couldn't remember anything he'd said about the defendant's guilt.

What's more, his mom, who had been ultra-cooperative all along, suddenly turned hostile to me. It got to the point where she seemed to hate me worse than she hated the man who had shot her son.

The good news is that we deal with these situations all the time. This case hung 10-2, but I retried it, and the defendant is serving a 70-to-life prison sentence.

Patterico's Pontifications » Yes on Proposition 6: Gang Intimidation of Witnesses Is a Big Problem

But I might not have won the case if it weren't for the courage of one woman.

This woman was the mother of the other victim. (Because of the gang rivalry, the defendant had shot at a second boy, as well as at the one who had gotten hit. Like the boy who was hit, the other boy also took back his identification at trial.) Everyone but her was scared for their lives. She came in and told the jurors what her son had told her: that the defendant had been the shooter. This was damning evidence that her son, like the victim, had taken back his initial identification of the defendant due to gang threats. But the mom told the jury what her son had initially said, and how he had made up his mind to lie in court, and exculpate the defendant, out of fear for his own life.

When she took the stand, I asked her if she was scared, and she said: "I fear no-one except God, sir."

It was an inspiring and moving moment.

But what if that mother hadn't been willing to step forward? What if these victims had taken back their identifications *before* testifying under oath?

That would have presented a much tougher case; yet we have these tougher cases all the time. Sometimes our office loses them — because witnesses take back their identifications due to gang threats, and the jury isn't sure what to believe.

Sometimes, after we lose such cases, the defendants go out and kill other people.

This isn't fiction, folks. It happens.

The story of gang intimidation I tell above is hardly the only such example I have personally encountered. I prosecuted another case where a young man saw his brother executed in cold blood, feet from him. This young man took seven shots in his own body, and watched as a defendant stood straddling his brother, one foot on either side of his body, and emptied a gun into his brother's head.

When it came time for him to testify against the men who killed his brother, he ran from us. **It was time to testify against the people who had killed his brother, right in front of his eyes — and he ran.**

Why? Gang-related threats.

Again, these threats meant something to him. He had seen awful violence with his own eyes. He knew it was real. He knew threats could lead to actual harm.

I could tell you several similar stories. It is the norm for witnesses to become intimidated by gang threats. It is absolutely the norm.

I hope that gives you some insight as you go into the voting booth.

Yes on Proposition 6.

UPDATE: I originally had one of the bullet points as reading:

- Authorizes admission of sworn statements by witnesses to gang crimes who die or are unavailable to testify at the time of prosecution because of flight or intimidation.

I have eliminated "sworn" and "gang" from this description. I took it from language from the Yes on 6 site, but having reviewed the proposed language, I think it's misleading to leave those words in. Thanks to JRM.

# EXHIBIT J

Patterico's Pontifications » YOU Be the Judge!

 

## 12/17/2008

### YOU Be the Judge!

Filed under: Crime — Patterico @ 9:01 pm

Over at The Jury Talks Back, JRM (a Deputy District Attorney in real life) asks you what sentences you think would be appropriate in two hypothetical criminal cases:

> One of the fairly common issues facing those in the criminal justice system is, "What is this case worth?" How much time should the defendant serve?
>
> . . . .
>
> [H]ere are two scenarios. For each, assume you are the judge and the defendant has pled guilty at an early stage. For a jail or prison sentence, you can impose the exact amount of time a person will do (two years is two actual years in custody.) If you sentence to a year or less, you can also attach whatever terms you like; for more than a year the prison authorities will do that. You can sentence to any amount of time you like for the purposes of this exercise. You must sentence to a specific amount of time, or life without parole.
>
> Please give your proposed dispositions before reading the other comments.

Fascinating stuff — and it's fascinating to us prosecutors to see how non-lawyers answer these questions. So go weigh in, here.

Comments (4)

## 4 Comments

1. Dirty slimeball #1 – Natural life.

   Dirty slimeball #2 – 80% of statutory max.

   *Comment by JD (7f8e8c) — 12/17/2008 @ 10:47 pm*

2. Patterico's comment in the linked thread that the junkie is already serving life anyway, just on the installment plan, was hilarious.

   I don't know if it is kinder to let the addict stay in prison until he's very old or to let him out on some kind of drug probation program. he's done with life either way. A great reason why the war on drugs is not meritless.

   The driver committed a serious crime. People go to prison for murder for the exact same behavior (as noted in the other thread). Peer pressure is a bitch... but it goes both ways.

# EXHIBIT K

Patterico's Pontifications » Patterico Banned at the L.A. Times???

 

## 9/29/2009

### Patterico Banned at the L.A. Times???

Filed under: Dog Trainer — Patterico @ 9:19 pm

In response to a moronic *L.A. Times* Polanski-related blog post that said:

> Even his victim speaks out about the injustice of this trial in this acclaimed documentary.

I tried to leave a comment . . . and look what happened:



Are they banning all Deputy District Attorneys? Or just the ones that make them look like fools on a daily basis?

P.S. I know, I know. There's probably some innocent explanation for this. But do we know that for sure?

UPDATE 12-31-09: Revisiting this for my Year in Review, I see the comment was eventually published.

Comments (19)

## 19 Comments

1. I posted the same comment and it accepted it but then went into moderation.

   Comment by *Dana* (863a65) — 9/29/2009 @ 9:27 pm

# EXHIBIT L

Patterico's Pontifications » More on the Arrested "Reformed" Gang Member Alex Sanchez




## 6/25/2009

### More on the Arrested "Reformed" Gang Member Alex Sanchez

Filed under: Crime,Dog Trainer,General — Patterico @ 7:20 am

Yesterday Jack Dunphy noted the arrest of yet another "former" gang member who may not be quite so "former" as advertised:

> Alex Sanchez, described by the *Los Angeles Times* as a "nationally recognized anti-gang leader," was arrested today by the FBI. Among the charges against him is conspiracy to commit murder.

> I'm always very skeptical of anyone who claims to be a "former gang member." This is just the latest justification for my skepticism.

Along those lines, I thought I would resurrect the words of noted sucker Tom Hayden from 2000, published in (of course) the *Los Angeles Times*. The title? We Need Peacemakers Like Alex Sanchez:

> [I]t appears that the anti-gang war is directed even against former gang members working for peace on the streets.

> Last Friday, Rampart CRASH officers arrested Alex Sanchez, 27, as he was getting into his car in the mid-Wilshire area of Los Angeles. **Sanchez is a respected leader of Homies Unidos**, an anti-violence organization formed in L.A. and El Salvador by former gang members who have turned their lives around. . . **The U.S. government already pays for illegal aliens to stay in the country when they are undercover informants of use to law enforcement. Why not grant the same to a peacemaker in the hope of reducing gang violence?**

You read that right. **Hayden wanted to pay Sanchez to stay in this country.**

The rumor I hear is that he very nearly got his wish. According to that rumor, Sanchez was on the verge of receiving $100,000 from the City of Los Angeles for gang prevention when he was arrested. (I can't confirm the rumor, and neither can my very reliable source. Take it for what it's worth, which isn't much unless it's confirmed.) He would hardly be the only such person; this blog has previously discussed how Hector Marroquin was illegally selling guns as he ran a city-funded gang intervention program called "No Guns." (As I wrote at the time, this story was pushed by the *L.A. Weekly*, which ate the *L.A. Times*'s lunch on the story.)

Back in the days when Marc Cooper liked the *L.A. Weekly*, it published a naive piece about Sanchez which contained this gem of a quote:

> [A]lthough Sanchez remains in INS custody, he also remains in the U.S. while supporters appeal to federal authorities for leniency.

> Those supporters, including state Senator Tom Hayden, contend that **Sanchez is just the sort of**

Patterico's Pontifications » More on the Arrested "Reformed" Gang Member Alex Sanchez

**person the community needs** — a reformed gang member who turned his life around and had dedicated himself to leading a new generation of street-wise youth away from gang violence.

The current version of the *L.A. Weekly* that Marc Cooper and James Rainey despise so much reminds us of some of the embarrassing connections Sanchez had with local politicians:

Sanchez has ties to powerful, local politicians who range from L.A. City Council President Eric Garcetti to Mayor Antonio Villaraigosa.

**"Homies Unidos is exactly the kind of community-based violence prevention and intervention program Los Angeles needs to help eliminate its gang problem," reads a glowing statement from Garcetti,** which has been posted on the Homies Unidos Web site. (Note: The Web site has now been taken down.)

Also on the non-profit's Web site, a recent "Letter from the Executive Director" thanks Los Angeles City Councilmen Ed Reyes and Tony Cardenas for attending a November, 2008, banquet celebrating the 10th anniversary of Homies Unidos.

Sanchez also commends staff members who work for Reyes, Cardenas, and Villaraigosa. The city of Los Angeles, with the help of the mayor's office, officially recognized Sanchez's work with a resolution that was passed by the L.A. City Council.

"Silvia Beltran and George Magallanes from Councilman Ed Reyes office, Michael DelaRocha and Eduardo Hewitt from Councilman Tony Cardenas and Rafael Gonzales from the Mayor's Office were instrumental in helping Los Angeles City Council pass a resolution for Homies Unidos 10 years of work in the city of Los Angeles," Sanchez writes.

Nice work by Patrick Range McDonald, as always.

The public needs to wake up to the fact that there is a liberal cabal, consisting of folks like Tom Hayden and Eric Garcetti and the editors of the *Los Angeles Times*, who think it's a good idea to give large sums of money to "former" gang members, who use that money to fund criminal activities.

**Taxpayers are paying for crime.** When will we demand that it stop?

Comments (45)

# 45 Comments

1. "Taxpayers are paying for crime. When will we demand that it stop?"

   We have been demanding it stop for decades. To Nancy Pelosi's "Culture of Corruption" tax supported crime is a feature, not a bug.

   *Comment by tyree (21111a) — 6/25/2009 @ 7:58 am*

2. I'm torn on this.

   On the one hand, it seems like a fundamental principle that people can change, and that people who have done bad things in the past are entitled to make better decisions and improve their lives; and, correspondingly, that the sins of the past should not forever be held against those who have made the choice to change for the better.

# EXHIBIT M

Patterico's Pontifications » Dumbass Federal Judges Push Release of Criminals Who Are Bunked ALMOST As Tight As Sailors in a Submarine

 

# 9/7/2009

## Dumbass Federal Judges Push Release of Criminals Who Are Bunked ALMOST As Tight As Sailors in a Submarine

Filed under: Court Decisions,Crime,General,Morons — Patterico @ 1:45 am

[*Editor's note: if you're mortally offended by profanity, you might want to skip this post. However, those who are shocked to see the f-word on a blog should be even more shocked to see 40,000 state prisoners unleashed on our state. Consider being shocked by that which is truly shocking. -- P*]

My wife, God bless her, just had us watch the saddest movie I have ever seen. Tears were streaming down my face and I wasn't ashamed.

The movie is called "Dear Zachary: A Letter to a Son About His Father." I don't want to give away anything about the movie, but it is utterly heartbreaking, and a reminder that government has an obligation to protect its citizens from violence, and to remove violent people from the streets. Enough said about that; I don't want to spoil it for you.

And hey! what do you know? It just so happens that I see this movie when this comes across my computer screen:

> A panel of federal judges, accusing California officials of obstruction, on Thursday denied the state's request to delay an order to produce a plan for reducing its prison population by 40,000 inmates.

I have a message for this panel of federal judges — which the *L.A. Times* doesn't say and will never, ever say are all Democrat appointees:

Honorable Lawrence Karlton: fuck you.

Honorable Thelton Henderson: fuck *you*.

And you, the right Honorable **Stephen Reinhardt: fuck *you*.**

People are **going to die** because of this decision you have made. Don't pretend they won't, because **they will**. Lily Burk died at the hand of a petty thief, you know. I'm told he did something bad a long, long time ago — but he's just a petty thief now. He's **non-violent**. Just like the 40,000 **non-violent** people you assholes are about to release.

And *why* are you doing this? Because convicted felons in California aren't entitled to luxury five-star accommodations. Why, they're crammed into their cells in conditions almost as cramped as this:

Patterico's Pontifications » Dumbass Federal Judges Push Release of Criminals Who Are Bunked ALMOST As Tight As Sailors in a Submarine



64. Stacked up aboard ship.  (USN)

and this:

Patterico's Pontifications » Dumbass Federal Judges Push Release of Criminals Who Are Bunked ALMOST As Tight As Sailors in a Submarine



and this:



It's a wonder submarine sailors didn't kill each other during WWII. You can tell from the grim looks on their faces that they're about to engage in a bloody race riot.

Patterico's Pontifications » Dumbass Federal Judges Push Release of Criminals Who Are Bunked ALMOST As Tight As Sailors in a Submarine

I'm sorry I'm just a little profane here. But somehow, typing a couple of four-letter words in a blog post doesn't seem as extreme as writing an order that is going to kill people. So **fuck you**, dumbass judges. When the first person dies at the hand of one of these criminals you released, I'm going to be here to shove it right up your ass.

And if you're wondering why I'm angry, go watch the movie I just finished watching, why don't you, and learn about the real-life consequences of stupid fucking decisions made by stupid liberal judges.

P.S. Once you've seen the movie, the phrase "Keystone Cops" will take on a whole new meaning.

UPDATE 9-7-09 11:50 a.m.: A reply to some reactions in the comments.

One commenter says I am threatening the judges. Yes: I am "threatening" to remind the public, after someone dies, that it is these judges' fault. It should be obvious from the context that I'm not *physically* threatening them — although it should be obvious that their decision *is* physically threatening the citizenry of California.

To the commenters who say that the judges are really just doing their job, and that it's really the legislature's fault: again, look at the photos of the sailors. Those are the sorts of conditions these judges have declared unconstitutional. The decision by these three liberal hacks was not compelled by the law. It was activism, pure and simple, and **it's going to result in people dying**. It's about time someone got passionate about that — and so, while it's a little out of character for me to curse, maybe doing so will get people's attention *because* it's out of character.

Finally, one commenter says: "Patrick: As a member of the bar, you should not be cursing judges." Hey, if they want to bring me up on disciplinary charges for cursing them and their lousy decision, I say: *bring it on*. That would be a great way to focus a spotlight on what is about to happen to this state. And I would win eventually, because guess what? we still have a First Amendment in this country.

So fuck them.

Comments (183)

# 183 Comments

1. Normally I would be upset about one of my signature lines being stolen, but you use it so well, all I can do is applaud. 8)

   *Comment by Scott Jacobs (d027b8) — 9/7/2009 @ 1:54 am*

2. Remember. A real Congress can get rid of these judges.
   We need to put Impeachment on the list.
   The ever growing list.
   Yogi Berra said it best,
   "When you come to a fork in the road, take it."
   Well, we are there. I am fearful, but hopeful that the ballot box will decide which fork we take. But,
   "When in the course of human events…"

   *Comment by Paul Albers (663ee0) — 9/7/2009 @ 2:34 am*

3. Dear Zachary is one of the best and most moving movies I have ever seen. I highly recommend seeing it. Get it on Netflix.
   The saddest thing is that it is a true story.

   *Comment by HH (0922fa) — 9/7/2009 @ 2:51 am*

# EXHIBIT N

Patterico's Pontifications » Exclusive: Court Document Reveals Government's Admission That It Lacked Evidence That O'Keefe Intended to Commi...




# 5/28/2010

## Exclusive: Court Document Reveals Government's Admission That It Lacked Evidence That O'Keefe Intended to Commit Felony — A Fact the Government Omitted from Its Press Release!

Filed under: ACORN/O'Keefe,General — Patterico @ 12:05 am

The U.S. Attorney's Office for the Eastern District of Louisiana has filed a court document **admitting that James O'Keefe did not intend to tamper with the phones at Mary Landrieu's office, or commit any other felony**.

Oh — and the good folks at the Department of Justice **don't particularly want you to know that**. This post reveals that, at O'Keefe's hearing, the Assistant U.S. Attorney tried not to read that part of the document in court. What's more, the U.S. Attorney pointedly omitted this critical information from their press release.

The news of the Government's admission broke yesterday, when Big Journalism's Larry O'Connor reported that a court document filed in James O'Keefe's criminal case bearing the title "Final Factual Basis" contains the following language:

> In this case, **further investigation did not uncover evidence that the defendants intended to commit any felony** after the entry by false pretenses despite their initial statements to the staff of Senatorial office and GSA requesting access to the central phone system. Instead, the Government's evidence would show that **the defendants misrepresented themselves and their purpose for gaining access to the central phone system to orchestrate a conversation about phone calls to the Senator's staff and capture the conversation on video, not to actually tamper with the phone system, or to commit any other felony.**

This news, which O'Connor relayed at the end of a post about Media Matters' dishonesty, is a significant piece of news that deserves its own post. It is especially noteworthy because this paragraph comes from a version of the facts **that the Government has agreed to** by way of stipulation. The document contains the following language showing the Government's agreement:

> Both **the Government** and the defendants, JOSEPH BASEL, STAN DAI, ROBERT FLANAGAN, and JAMES O'KEEFE, **do hereby stipulate and agree that the above facts are true** and that they set forth a sufficient factual basis for the crime to which the defendants are pleading guilty.

In other words, **the Government has admitted that it has no evidence that James O'Keefe ever intended to tamper with Landrieu's phone system, or commit any other felony**.

This post reveals, for the first time, the entire document setting forth the facts stipulated to by the Government. You may read the document, which has been signed by the Assistant U.S. Attorney, here.

What's more, **the Government apparently didn't want to publicize this embarrassing part of the agreed-upon**

Patterico's Pontifications » Exclusive: Court Document Reveals Government's Admission That It Lacked Evidence That O'Keefe Intended to Commi...

**facts**, omitting any mention of it in their press release — and attempting not to read it in open court, until the defense attorneys caught the AUSA's omission.

O'Keefe told me last night that Assistant U.S. Attorney Ginsberg summarized the stipulated factual basis in open court, but initially omitted any mention of the paragraph I just quoted. (Consistent with O'Keefe's statement that the AUSA read the statement in open court, there is a [minute order](#) which states: "Factual basis for guilty plea provided by summarized testimony of Jordan Ginsberg, AUSA.")

According to O'Keefe, attorneys for Stan Dai and Joe Basel then asked the court to have the prosecutor read that paragraph aloud. O'Keefe told me that the prosecutor then somewhat reluctantly read the statement to the court. O'Keefe told me: "I was concerned the reporters in the back, thinking the statement was over, would not be paying attention as the prosecutor obliged."

Since I can find no mention of the paragraph in any reported Big Media news story, it appears that O'Keefe's concern was justified.

Rubbing salt in the wound, the U.S. Attorney's Office then issued a press release that summarized the facts in the stipulated factual basis — but which rather [pointedly omitted](#) the very same language that the Assistant U.S. Attorney was reluctant to read aloud in court . . . the language which shows O'Keefe and his companions never intended to tamper with the phones or commit any felony.

And then, of course, perennial O'Keefe ankle-biter Brad Friedman came along and [falsely claimed](#) that the **heavily edited and deceptive** press release showed that O'Keefe had indeed engaged in a "wiretap plot." Friedman was, of course, lying — and his libel was oafishly republished by Media Matters Senior Fellow Eric Boehlert on his [Twitter feed](#).



RT @TheBradBlog: Remember @AndrewBreitbart, @Patterico et al outrage at reports of @JamesOKeefeIII "wiretap plot"? FBI confirms. http:// ...

about 1 hour ago via web

*Media Matters Senior Fellow Eric Boehlert, caught with his pants down once again.*

So, in conclusion:

- The Government charged O'Keefe with a felony when there was never any evidence to back it up.

- The Government finally pled it out to a misdemeanor because the Government had no choice — because the Government lacked evidence of felonious intent on the part of O'Keefe.

- The judge ordered the tape, which would have shown that O'Keefe was merely doing a video sting, [to be destroyed](#).

Patterico's Pontifications » Exclusive: Court Document Reveals Government's Admission That It Lacked Evidence That O'Keefe Intended to Commi...

- The Assistant U.S. Attorney tried not to read language showing O'Keefe never intended to tamper with the phones.

- The U.S. Attorney's office omitted any reference to that language in their press release.

- Brad Friedman and Media Matters Senior Fellow Eric Boehlert then dishonestly trumpeted the dishonest press release as evidence of a "wiretap plot."

Did I leave anything out of the story of how this man was shamefully treated by the Government, the judicial system, and the lying scoundrels on the Internet? Or does that pretty much cover it?

UPDATE: The original version of this post embedded a version of the factual basis which (as noted in the post) was not yet signed by the Government. This is something I explicitly noted in the original post:

(Observant readers will note that the version uploaded here is not signed by the Government, but only by O'Keefe's attorney. However, O'Keefe, who sent me the document, tells me that it is indeed the final stipulated factual basis agreed to by the Government. The version you see at the link is simply the version his attorney e-mailed him before the sentencing hearing. At that hearing, the same document was then signed by O'Keefe and the Assistant U.S. Attorney. I have not yet been able to independently verify O'Keefe's statement, since the final version of the document is not yet available on PACER. O'Keefe tells me he is working on obtaining a copy signed by the Assistant U.S. Attorney; I will post that as soon as I receive it.)

I have since obtained the version signed by the Government, and have changed the link in the post to direct readers to that more relevant version.

Comments (22)

## 22 Comments

1. Chris and Soronel could not be reached for comment.

   their offices said they were awaiting new talking points to "address this unexpected and unprecedented development" and that Patterico was "not helping the nation heal" with his focus on this unimportant issue.

   *Comment by redc1c4 (fb8750) — 5/28/2010 @ 12:33 am*

2. Too bad O'Keefe is white. The DoJ could still dismiss he charges after the guilty plea but probably won't.

   *Comment by Mike K (67e8ce) — 5/28/2010 @ 1:12 am*

3. Sorry about the "t" on my laptop keyboard.

   *Comment by Mike K (67e8ce) — 5/28/2010 @ 1:12 am*

4.     Did I leave anything out of the story of how this man was shamefully treated[?]

   The Attorney Client communications being selectively leaked? I guess you can't really cover every single detail, though. This was a pretty thorough railroad attempt by the New Orleans establishment. A whole hell of a lot of people have accused O'Keefe of a whole hell of a lot of shit there never was any solid (nor any scintilla) of evidence for.

# EXHIBIT O

Patterico's Pontifications » Brooklyn D.A. Confirms O'Keefe Posed As Pimp; Friedman Lies Yet Again?

 

# 3/4/2010

## Brooklyn D.A. Confirms O'Keefe Posed As Pimp; Friedman Lies Yet Again?

Filed under: General — Patterico @ 7:31 am

Dave Surls reminds me of something I noticed when I read the Brooklyn D.A.'s statement finding no state law criminality by ACORN in New York:

> The three had been secretly videotaped by two people **posing as a pimp and prostitute**, who came to ACORN'S Brooklyn office, seeking advice about how to purchase a house with money generated by their 'business.'

Wow. **They viewed the unedited video and said that O'Keefe posed as a pimp?**

Boehlert's and Friedman's heads must be spinning.

Speaking of Friedman, he has repeatedly said that a Congressional Research Service report (which was released by that bastion of even-handedness, John Conyers) found no criminal wrongdoing by ACORN with respect to their actions on the O'Keefe/Giles videos. For example, Friedman states:

> [T]hree investigations (one from the Congressional Research Service, one from MA's former Attorney General, and the latest, just this week from the Brooklyn, NY District Attorney) have all found no criminal wrongdoing by the low-level ACORN employees caught on secret video . . .

I'm having trouble finding this exculpation in the report. Admittedly, I have only scanned it and have not yet read every word, so maybe I missed it. Can someone help me out?

Surely Friedman isn't lying *again* . . .

UPDATE: I added the words "state law" to the post. The D.A. made no determination regarding possible federal crimes. Thanks to PCD.

Comments (47)

# 47 Comments

1. If the report does not report actual criminal wrongdoing, then I suppose one could say that the report found no criminal wrongdoing.

   The report also found no smoking health hazards.

   *Comment by Amphipolis (b120ce) — 3/4/2010 @ 7:43 am*

# EXHIBIT P

Patterico's Pontifications » Brad Friedman: Press Release Confirming Well-Known Fact That O'Keefe Intended to Do Undercover Sting Vindicates M...

 

## 5/27/2010

### Brad Friedman: Press Release Confirming Well-Known Fact That O'Keefe Intended to Do Undercover Sting Vindicates Me, Somehow (Alternate Post Title: Brad Friedman Is a Huge Liar)

Filed under: General — Patterico @ 10:21 pm

Over at the blog of fabulist Brad Friedman, we see a post titled: FBI: O'Keefe DID Plan a 'Wiretap Plot' to Secretly Record Employees of U.S. Senator:

> Remember the disingenuous snit fits that Rightwing con-man Andrew Breitbart and his Tea Bag Boyz were on about when the original reports broke of "a plot to wiretap Democratic Sen. Mary Landrieu's office in the Hale Boggs Federal Building in downtown New Orleans" by Republican dirty trickster James O'Keefe and his band of co-conspirators?

> They were outraged — *outraged* — that the "liberal media" had included the word "wiretap" in their reports about the felony arrests of the operatives, since the FBI's arrest affidavit didn't specifically mention an attempt to wiretap or bug the phones in her office. In a desperate attempt to distract from the actual story and find some way to support their friends' charged with serious federal felonies, the Tea Bag Boyz demanded that a number of media outlets issue immediate retractions for the claim, and, of course, the "liberal media" outlets complied — as instructed — as usual.

> The notion of calling the federal criminals "TeaBuggers" just drove Andy's boys — particularly the shamelessly pseudonymous wingnut blogger & L.A. County Dep. District Attorney, Patrick "Patterico" Frey — to embarrassingly self-righteous (and inaccurate) distraction!

Friedman's conclusion: we were all wrong, because O'Keefe really did engage in a "wiretap plot." His proof? A new "FBI announcement" (actually a press release from the U.S. Attorney's Office from the Eastern District of Louisiana) shows that O'Keefe *intended to secretly record Landrieu's employees in a video sting*. You know: like he did at ACORN — which Brad claims violates "wiretap laws" and disingenuously labels "wiretapping."

**This is a fucking lie, and Brad Friedman is a fucking liar.** A "wiretap" is defined as "a concealed listening or recording device connected to a communications circuit." That definition does not apply to a simple undercover video sting — and Brad Friedman knows it.

We all knew O'Keefe intended to do an undercover sting and videotape it. This is not news. Calling that a "wiretap plot" is, in my view, defamatory.

As Larry O'Connor put it: "Who knew @aplusk [Ashton Kutcher] was WIRETAPPING all those people on Punk'd?" Kurt Schlichter identified the problem more directly: "Maybe I'm hypertechnical but doesn't wiretapping traditionally involve wiretapping?"

No, Kurt, you're not hypertechnical . . . you're just *honest*. Unlike Brad Friedman.

I hope O'Keefe demands a correction. I hope Friedman refuses. And **I hope O'Keefe sues him for it**.

P.S. That press release has a rather **curious and significant omission**. Consider that a teaser. Full story in the morning.

P.P.S. Here is Brad tweeting Steve Cooley to try to get me in trouble with my job for calling him a liar.

> TheBradBlog @SteveCooley4AG U cool w ur Dep DAs tweeting this 2 constnts/media? RT @Patterico @TheBradBlog that's a fucking lie & u are a fucking liar.

Intimidation FAIL. Trying to intimidate me at my workplace didn't work when Jeff Goldstein did it to me from the right, and it won't work when Brad Friedman does it to me from the left.

My response:

> @TheBradBlog I'm pretty sure @SteveCooley4AG is cool with me calling liars like you what they are. But thanks for asking! #intimidationFAIL

I don't live my life cowering from turds like you, Friedman.

P.P.P.S. As a bit of comedy gold to punctuate the post, allow me to present to you the following caveat at the head of Brad Friedman's Wikipedia entry:

> This article may contain wording that promotes the subject through exaggeration of unnoteworthy facts. Please remove or replace such wording.

Hahahahahahahahahaha.

You know, I –

Hahahahahahahahahahahahahahahahahahahahahahahahahahahahahaha!!!!!!!!!

Sorry.

*wipes tears from eyes*

You know, I think that would be a good tagline for bradblog.com. What do you think?

(H/t @breitbartfan77.)

UPDATE: Friedman responds by claiming that I selectively quoted the definition of "wiretap." He quotes one definition for the verb (actually, he used it as an attributive noun, but why quibble?) as follows: "To install a concealed listening or recording device or use it to monitor communications."

Which, of course, *also* doesn't apply. O'Keefe neither "installed" the device in Landrieu's office, nor did he use it to "monitor" communications, but rather simply record conversations taking place *in his presence*.

Swing and a miss.

Friedman also links to this set of Penal Code sections, which he claims is the "California wiretap act," to argue that undercover videos are somehow actually wiretaps. (I think it is actually known as the Invasion of Privacy Act, but don't take my word for it; contrary to Friedman's suggestions, I am not a wiretap violations prosecutor but a gang

murder prosecutor, speaking in my private capacity as I always do on this blog.)

I have looked at these sections and I don't see where they define what O'Keefe did as "wiretapping." Indeed, I don't see the word "wiretap" or any variant thereof in the law. If there is a section that defines in-person covert taping as "wiretapping" then I'd ask Friedman to kindly quote it for me.

In short: what "wire" did he "tap," Friedman?

Comments (77)

# 77 Comments

1. What kind of an insecure rectum tries to get somebody in trouble at work for what they post on a blog unconnected to that work? **ONE OF THE BIGGEST RECTUMS AND LIARS ON THE INTERNET – BRAD FRIEDMAN**, that's who.

   *Comment by daleyrocks (1d0d98) — 5/27/2010 @* *10:32 pm*

2. This post would aptly apply if Brad's name were replaced by "Chris Hooten".

   *Comment by AD - RtR/OS! (fce032) — 5/27/2010 @* *10:36 pm*

3. This may very well be the most partisan person in the entire world.

   His main claim to fame is that he thinks Republicans are stealing all the elections (well, obviously it's not a very sellable story now that Obama and the democrats won so handily recently, but Brad just thinks they won huge landslides that slightly overcame the GOP theft). He slanders good people all the time in his effort to intimidate Republicans from simply making sure elections follow the law and are free from chaotic bull. People whose entire mission is to make sure elections are smooth, lines and problems are documented clearly, and minimal opportunities are left for tampering… those people are villified.

   I can already tell you what tagline he'll use this November: DIEBOLDED!!!! Rolling your eyes? Don't. This crap has gotten enough press to scare people away from trusting our fair elections. If Brad was identifying actual crimes, this would be justified, but it's always the same vague insinuation stunt, later hyperlinked or interviewed as though it was actual proof (very similar to how O'Keefe is treated, as though he wiretapped… yet the link goes to entering under false pretenses).

   I think that's just about as far as a partisan can go… to deny any fair election if he didn't get the result he wanted, and ignoring the real damage that does to our society.

   Attempting to intimidate bloggers you disagree with is just another day in the life of this absolute shill. The way he insisted things were cut from the ACORN tapes, that he never pointed to in the transcripts, was pathetic. The way he

   *Comment by Dustin (b54cdc) — 5/27/2010 @* *10:49 pm*

4. *Calling that a "wiretap plot" is, in my view, defamatory.*

   IANAL, but it seems that way to me as well.

   *Comment by Apogee (49749b) — 5/27/2010 @* *11:09 pm*

# EXHIBIT Q

Patterico's Pontifications » Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing

 

## 3/23/2012

### Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing

Filed under: General — Patterico @ 7:31 am

I had hoped to do a monstrous post today noting all the very odd aspects about Nadia Naffe's story that Tommy Christopher ignored in his credulous reporting yesterday. But there are just too many, and I was tired last night and didn't have time to compile them all.

So I will probably do that post over the weekend or on Monday. In the meantime, I am looking for some crowdsourcing. What odd aspects did you notice?

My post yesterday is a good place to start; I don't need to hear those things repeated.

In a stream of consciousness here, these are the questions Tommy should be asking but is not:

- Why did you tell a judge this was all not harassment?

- Why do you claim the barn is remote when it is provably in a populated suburban area close to the street?

- Why didn't you call a cab, since you had a phone and were calling people?

- Why do you say O'Keefe's companion was brought to intimidate you and also say he was hiding?

- What does it mean when you say O'Keefe "downloaded and/or linked his Gmail account to my device"?

- Does that morally justify your publishing his emails?

- Where are the Andrew Breitbart allegations?

- Where is the evidence of a "rape plot"?

- Why did you retweet Andrew Breitbart favorably in late 2011 concerning Occupy after the barn incident?

- What changed in mid-February 2011 that made you turn on Andrew?

- If you turned your back, how do you know O'Keefe stopped by your beer?

- Why are you hurting innocent women who were allegedly done wrong by O'Keefe?

- If you were given roofies, how do you remember so much?

- How much did you in fact have to drink?

- What do you think this is doing to your job prospects and what does that say about what's really going on

Patterico's Pontifications » Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing

here?

- Why are you cozy with Internet thugs?

- Why do you say you retweet things so the FBI can get people's IP addresses?

- Do you realize how stupid that sounds?

- Why do some of your friends claim it's not you running the account?

- Why do you tweet things to noted Breitbart hater @NicoleGennette?

- Why did you make a snarky remark about Andrew's heart attack on the day he died?

- Why did you smear Patterico as a racist on Twitter when you knew it wasn't true?

- Did you publish your entire email to O'Keefe's board of directors?

- If you didn't, why not, and what did you leave out?

- Why do you say O'Keefe "stole" pictures of you from Facebook but "gave" you his emails because he supposedly checked them from your phone?

Just to name a few.

Surely you have some of your own!

UPDATE: A court has granted a temporary restraining order against Naffe's releasing any further emails and ordered her to bring all copies in her possession with her to court.

UPDATE x2: I have the injunction and will post it when I get home. I can't upload it from a phone.

UPDATE x3: The injunction is available here. Here is a screenshot of the relevant portion of the order:

IT IS ON THIS __23__ day of March, 2012;

ORDERED that Defendant Nadia Naffe and any person(s) acting in concert or participation with her who receives actual notice of this Order by personal service or otherwise, be and hereby are temporarily restrained and enjoined from disclosing, discussing, publishing or otherwise communicating the Information to or with any third party;

AND IT IS FURTHER ORDERED that Defendant show cause on __May 14__, 2012 at __9__ o'clock _a_.m. as to why a preliminary injunction should not be entered against her continuing the above restraints through the final adjudication of this matter; and

AND IT IS FURTHER ORDERED that Defendant shall have and bring with her to the hearing on __May 14__, 2012 at __9__ o'clock _a_.m. all originals and copies of the Information whether the Information is stored electronically or is contained in any other media whatsoever, including print; and

You may have noticed that Naffe is now threatening to report me to the State Bar for this post, which is, she claims, "legal advice." Because I point out holes in her story, she says, that constitutes "legal advice" to James O'Keefe in a civil matter. She also falsely accuses me of updating the post during work hours.

Patterico's Pontifications » Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing

I have seen this playbook before, folks.

By the way: given Naffe's admission that she accessed O'Keefe's emails, evidently without his permission, has she committed a crime? I offer no opinion on that, as this post (like all my posts!) is written in my private capacity, as an exercise of my rights as a private citizen under the First Amendment. I do wonder, however, whether the authorities are going to be investigating her for accessing O'Keefe's email without his permission.

Comments (249)

## 249 Comments

1. you would make a good lawyer I think

   *Comment by happyfeet (3c92a1) — 3/23/2012 @ 8:03 am*

2. I know what I'd like Tommy to confirm: that he himself has met with Nadia in person to confirm her authorship of every single tweet.

   *Comment by Sarahw (b0e533) — 3/23/2012 @ 8:03 am*

3. Just to name a few, ha.

   I agree, though, that Tommy's verification of this story is absurdly premature and he should instead be interviewing her.

   I don't suspect we will see Nadia do an interview on camera where good questions about her story are asked in real time. Shuster et al just don't seem to want to do that either.

   *Comment by Dustin (330eed) — 3/23/2012 @ 8:44 am*

4. If you knew he taped Emma there, why would you go there with him alone, and get blind stinking drunk?

   How do you explain the 4648572628494726 differences between your testimony to the Judge and the nonsense you are spewing now?

   How do you explain the ever-evolving narrative?

   Could you give us directions to #rapebarn or #miscegenationbarn?

   *Comment by JD (318f81) — 3/23/2012 @ 8:47 am*

5. - if you had decided to leave, why did you stay and drink alone in the barn?

   - if you were so woozy you feel you were daterapedrugged, how do you know your panties were in the trunk of the car?

   -Why did you leave so many things behind, if you had been planning to leave for hours and hours?

   -Why is your spelling and grammar so bad if you are a Harvard grad student?

   *Comment by MayBee (081489) — 3/23/2012 @ 8:56 am*

6. This whole Naffe strawman really did the trick. We aren't talking about Olby's and Shuster's denial of

Patterico's Pontifications » Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing

occurapes anymore.

But this strawman was dismantled with Naffe's own words. Screw these questions: she's lying. There are at least a dozen documented rapes from Occupoop, and then you have a "I got drunk and the guy I thought was my friend refused to drop everything to drive my drunk ass to a train station." There is no formal accusation of rape or attempted rape in the Naffe narrative. There's a hint that at some point, she put herself into a situation where a lesser human could have had the opportunity to rape her. But opportunity does not equal intent.

Just remember, rape doesn't matter or even count if it's committed by someone in the left. *cough*Clinton*uncough*

*Comment by Ghost (6f9de7) — 3/23/2012 @ 9:03 am*

7. Anyone who says "per se" in a presidential speech or address is a g\*\*-da\*\* as\*h\*\*e, and you can quote me on that boys.

*Comment by Harry Truman (255b30) — 3/23/2012 @ 9:12 am*

8. Sorry about that boys, Wrong thread. I really messed up on that one.

*Comment by Harry Truman (6451eb) — 3/23/2012 @ 9:14 am*

9. Epic hissy fit from the gang at Media Matters coming in 3. . .2. . .

*Comment by MSE (a3f54e) — 3/23/2012 @ 9:18 am*

10. - Why did you keep pictures of another woman in an intimate moment? Why not delete those, or give them to the woman you consider to be a victim?
    - How did you get the video, and have you discussed the situation with her? Did you get her permission to discuss it on Twitter (and elsewhere)?

*Comment by MayBee (081489) — 3/23/2012 @ 9:41 am*

11. Is there any evidence your #trophypanties were found in the trunk of the car in which you were driven back to the train station or are you just making that up?

    Is Lila Rose confirming your smears of James O'Keefe or are you just making things up about his relationship with her?

*Comment by daleyrocks (bf33e9) — 3/23/2012 @ 9:48 am*

12. How difficult is it to trip in a drunken stupor and accidentally download files from a computer to an external storage device, hypothetically, per se?

*Comment by daleyrocks (bf33e9) — 3/23/2012 @ 9:51 am*

13. Were you lying then or are you lying now or both?

*Comment by daleyrocks (bf33e9) — 3/23/2012 @ 9:53 am*

14. *UPDATE: A court has granted a temporary restraining order against Naffe's releasing any further emails and ordered her to bring all copies in her possession with her to court.*

Patterico's Pontifications » Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing

**SUHWEEEEEET !**

*Comment by Colonel Haiku (df9857) — 3/23/2012 @ 9:56 am*

15. Are you being paid for your tweets and blog posts or compensated in any other way?

Have you ever taken a course in ethics?

How often and how much do you drink? Do you have a problem with alcohol?

*Comment by daleyrocks (bf33e9) — 3/23/2012 @ 10:00 am*

16. You know, I bet her phone has a gps, and if not, google maps and an internet full of cab companies was one workstation away. Also the android phones I'm familiar with light up. I use my iphone to navigate in the dark all the time.

Also, it's "pitch" black and guy number 2 is "hiding"? Maybe it's just dark.

Had she no means to buy her own damn fare/ ticket? Dark stairs is unlawful restraint? Not giving her free rides and tickets is unlawful restraint?

Not actively removing her is unlawful restraint?

Even I put a quarter in my shoe in case a date went bad -

*Comment by Sarahw (b0e533) — 3/23/2012 @ 10:04 am*

17. Do you feel oppressed by the American legal system?

*Comment by daleyrocks (bf33e9) — 3/23/2012 @ 10:09 am*

18. *UPDATE: A court has granted a temporary restraining order against Naffe's releasing any further emails and ordered her to bring all copies in her possession with her to court.*

*SUHWEEEEEET !*

*Comment by Colonel Haiku — 3/23/2012 @ 9:56 am*

Does she have to bring all electronic copies (all devices containing them) or just hardcopies?

*Comment by Sarahw (b0e533) — 3/23/2012 @ 10:10 am*

19.     We aren't talking about Olby's and Shuster's denial of occurapes anymore.

Ghost, that is an important story and I hope it isn't lost in this furor over Nadia's scheming.

Unfortunately, I think the OWS movement is out of the Obama camp's control at this point and will probably be quite ugly in November. I think we will be reminded of them.

*Comment by Dustin (330eed) — 3/23/2012 @ 10:10 am*

20. - did she call her boyfriend, who has money, and ask him to purchase a ticket for her?

*Comment by MayBee (081489) — 3/23/2012 @ 10:10 am*

Patterico's Pontifications » Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing

21. That's a good preliminary injunction. Court should definitely see what's relevant before allowing her to do a massive (potentially irrelevantly embarrassing) document dump.

    *Comment by Leviticus (9c986d) — 3/23/2012 @ 10:15 am*

22. Maybee, the bing cache of her opus is 404ing. Do you remember who the boyfriend was? Cabana boys have been known to post things for other people. I was wondering if he or some other disgruntled boy might pinch hit for her.

    *Comment by Sarahw (b0e533) — 3/23/2012 @ 10:23 am*

23. Sarah- her boyfriend was a VP at HP, whited, with money. That's what set James off, that someone else was miscagenating with her.

    *Comment by MayBee (081489) — 3/23/2012 @ 10:25 am*

24. That and her using the confederate flag as a rake, or something.

    *Comment by Sarahw (b0e533) — 3/23/2012 @ 10:29 am*

25. Would a person in law school (I think that's the case) really behave the way she does if there was something to all this?

    I don't buy it for a second.

    *Comment by Noodles (3681c4) — 3/23/2012 @ 10:32 am*

26. Not giving her free rides and tickets is unlawful restraint?

    Not forcing the Catholic Church to pay for free rubbers, abortions, and sterilizations is denying women access to womens reproductive health.

    *Comment by JD (228f15) — 3/23/2012 @ 10:35 am*

27. Why are you threatening to hang her and beat her with a rake?

    #miscegenationbarn

    *Comment by JD (228f15) — 3/23/2012 @ 10:37 am*

28. In the case of the law school, the students pay, not the church. But I get your point.

    *Comment by Sarahw (b0e533) — 3/23/2012 @ 10:37 am*

29. Why would a person in law school (again, that is my belief) really quote an internet troll on legal matters?

    *Comment by Noodles (3681c4) — 3/23/2012 @ 10:38 am*

30. Having a man waiting downstairs was witness tampering, too.

    *Comment by MayBee (081489) — 3/23/2012 @ 10:38 am*

31. Is she in law school or B school?

Patterico's Pontifications » Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing

*Comment by MayBee (081489) — 3/23/2012 @ 10:38 am*

32. Nadia Naffe @NadiaNaffe

Thanks for letting me know Asst DA Patrick Fey/ @Patterico is giving O'keefe legal advice. I'm filing a CA bar complaint. @ElectMarcoRubio
In reply to Rubio4President
58m Nadia Naffe Nadia Naffe @NadiaNaffe

Patrick Fey, aka @Patterico is a Asst DA at the Justice Dept & he's giving O'keefe legal advice for a defense on his blog? @ElectMarcoRubio

*Comment by MayBee (081489) — 3/23/2012 @ 10:39 am*

33. I think grad school is what is being claimed. MSW.

*Comment by JD (228f15) — 3/23/2012 @ 10:41 am*

34. Strike the ~~why~~ on 29.

Why is she not on TV promoting her blog? It seems she had trouble with momentum from the left.

Why not go on Maddow or Current or something to get your story out there?

*Comment by Noodles (3681c4) — 3/23/2012 @ 10:42 am*

35. Why do you pal around with Kneal Rowhowser, Ronnie Brinaert, and other Kimberlin acolytes?

*Comment by JD (228f15) — 3/23/2012 @ 10:43 am*

36. Cheezit, Maybee. There's some insanity or autism or dyslexia in this mix.

*Comment by Sarahw (b0e533) — 3/23/2012 @ 10:46 am*

37. My guess on how she got into his email account.

He uses her phone and laptop to send emails as she describes. He doesn't close out the screen when he is done, and it leaves his username visible, but not his password.

When she is alone with his computers back at the "barn", she goes to GMail and finds that he has selected the "stay logged on" bypass for the password, and is able to go right into his account. She either has a thumb drive, or she links her laptop to his desktop and downloads his emails.

*Comment by shipwreckedcrew (97754e) — 3/23/2012 @ 10:47 am*

38. Why do so many of her Tweets sound like they could have double meanings?

I'll quote the first one I see. Even her most infamous ones about Andrew are like this.

Nadia Naffe @NadiaNaffe
James sent pics of this poor girl to at least 3 dozen people, bragged abt her oral abilities @carrieslight @electmarcorubio @keitholbermann

This could be taken a different way than it has been taken. Like she is a good debater.

Patterico's Pontifications » Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing

*Comment by Noodles (3681c4) — 3/23/2012 @* *10:47 am*

39.  She is friends with Melissa Clouthier (there is a picture of them together) who was just mentioned as a top conservative tweet stream.

I have seen no mention of Nadia from her. Has anyone asked her about Nadia?

*Comment by Noodles (3681c4) — 3/23/2012 @* *10:52 am*

40.  Nadia Naffe @NadiaNaffe

Thanks for letting me know Asst DA Patrick Fey/ @Patterico is giving O'keefe legal advice. I'm filing a CA bar complaint. @ElectMarcoRubio
In reply to Rubio4President
58m Nadia Naffe Nadia Naffe @NadiaNaffe

Patrick Fey, aka @Patterico is a Asst DA at the Justice Dept & he's giving O'keefe legal advice for a defense on his blog? @ElectMarcoRubio

Comment by MayBee — 3/23/2012 @ 10:39 am

This fits with a pattern of what those people she is palling around with would do. And it is disgusting.

*Comment by JD (228f15) — 3/23/2012 @* *10:54 am*

41.  About TC's coverage of her Part II I'll say this – when I read it I didn't get the feeling he was buying in hook, line, and sinker like he did in response to Part I. I think upon reflection he realized that some of the things she has written now do not jibe with the record she created in her written complaint and in her testimony.

What is pretty clear in reading her stuff is that she is quite immature, and not terribly bright, Harvard notwithstanding.

*Comment by shipwreckedcrew (97754e) — 3/23/2012 @* *10:54 am*

42.      Patrick Fey, aka @Patterico is a Asst DA at the Justice Dept & he's giving O'keefe legal advice for a defense on his blog? @ElectMarcoRubio

Comment by MayBee —

I've noticed something about Nadia's comments.

Her errors are unlikely errors. Like "you're" is always "your" and her misspelling of Patterico's name.

Everyone makes typos, but it's not normal for them to be repeated consistently.

I think whoever is writing Nadia's tweets for her has done this with so many accounts that he has to don a package of ticks. I guess the idea is this makes it seem more authentic, but it actually makes it look pretty fake.

Why is she not on TV promoting her blog?

Yes, I would like to see a video interview too.

Patterico's Pontifications » Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing

That Tommy Christopher vouching for this person already makes me worry that it's a complete fraud again.

*Comment by Dustin (330eed) — 3/23/2012 @ 10:55 am*

43. I've seen the pic, wondered if MC was the one vouching for NN.

*Comment by Sarahw (b0e533) — 3/23/2012 @ 10:55 am*

44. *That Tommy Christopher vouching for this person already makes me worry that it's a complete fraud again.*

*Comment by Dustin — 3/23/2012 @ 10:55 am*

Yep

*Comment by Sarahw (b0e533) — 3/23/2012 @ 10:58 am*

45.   This fits with a pattern of what those people she is palling around with would do. And it is disgusting.

   Comment by JD

Yeah, it's getting really old.

It's like clockwork. And they show who they are most afraid of.

*Comment by Dustin (330eed) — 3/23/2012 @ 10:59 am*

46. Not one person from Project Veritas has come out to defend her or bad talk her.

How is that possible?

Has anyone interviewed Hannah Giles who is mentioned in the transcript?

*Comment by Noodles (3681c4) — 3/23/2012 @ 11:00 am*

47. I don't get the fraudulent tweeter thing. Is the real girl supposed to still be locked in the #soapbarn or something?

*Comment by MayBee (081489) — 3/23/2012 @ 11:01 am*

48. I don't think it is at all uncommon for the target of smears to not respond.

*Comment by JD (228f15) — 3/23/2012 @ 11:01 am*

49. #rapebarn
#miscegenationbarn
#soapoperabarn
#nadianaffeisaliarbarn

*Comment by JD (228f15) — 3/23/2012 @ 11:02 am*

50. My guess is they are treading lightly and letting the injunctions do the work, noodles.

*Comment by MayBee (081489) — 3/23/2012 @ 11:03 am*

51.  If I had a friend that I believed was drugged for a possible rape I would not give two flying focks about the position of a guy like James is.

A lot of these people don't even work for him. Why would they not at least show support?

The other way around is also true. If I believed she was lying I would be supporting him.

*Comment by Noodles (3681c4) — 3/23/2012 @ 11:05 am*

52.  Why did the injunction come so late in the game?

Nothing makes sense in this thing.

*Comment by Noodles (3681c4) — 3/23/2012 @ 11:07 am*

53.       Not one person from Project Veritas has come out to defend her or bad talk her.

How is that possible?

Has anyone interviewed Hannah Giles who is mentioned in the transcript?

Comment by Noodles

There are two battles here. There's a serious legal battle that O'Keefe is likely more interested in. Then there's the day to day twitter harassment and smearing battle that I have learned the hard way is impossible to fight.

Nadia's been shown wrong, her claims baseless, so she comes up with more claims and the process begins again. It's impossible for her to run out of lies.

I don't get the fraudulent tweeter thing. Is the real girl supposed to still be locked in the #soapbarn or something?

Comment by MayBee

hahaha. Sorry, that cracked me up.

I admit it's a pretty out-there theory.

*Comment by Dustin (330eed) — 3/23/2012 @ 11:08 am*

54.  I also suspect a lot of peole are treading lightly because of the real life personal costs people have incurred after crossing paths with Nadia's new buddies.

*Comment by JD (228f15) — 3/23/2012 @ 11:08 am*

55.  Why did the injunction come so late in the game?

The lawsuit was only very recently filed.

*Comment by JD (228f15) — 3/23/2012 @ 11:09 am*

56.  Perhaps he didn't realize she had obtained his personal files, Noodles, until she started talking about it just lately.

*Comment by MayBee (081489) — 3/23/2012 @ 11:11 am*

57. She has been talking about having his emails for a long time. A month maybe?

    *Comment by Noodles (3681c4) — 3/23/2012 @ 11:12 am*

58. I don't get how it's a far out theory Dustin. Three of her own friends have doubted it is her.

    She is linked on Twitter to a guy she says she does not know (who says he knows her and the she cannot be vetted).

    *Comment by Noodles (3681c4) — 3/23/2012 @ 11:13 am*

59.    I also suspect a lot of peole are treading lightly because of the real life personal costs people have incurred after crossing paths with Nadia's new buddies.

       Comment by JD — 3/23/2012

    That is hanging over this whole thing like a shadow. I hope that is explained soon in better detail.

    Nadia very publicly partnered with these thugs.

    *Comment by Dustin (330eed) — 3/23/2012 @ 11:16 am*

60. this Soap barn is the creepiest place on earth.

    *Comment by SarahW (b0e533) — 3/23/2012 @ 11:16 am*

61. Why has Nadia tweeted about almost every girl associated with PV and none of them have responded. Like Lila Rose.

    No one cares that she is out there telling stories about them?

    *Comment by Noodles (3681c4) — 3/23/2012 @ 11:16 am*

62. I don't think many people know who Neal and company are. They really are legends in their own minds.

    Tommy quotes them though! haha

    *Comment by Noodles (3681c4) — 3/23/2012 @ 11:17 am*

63.    I don't get how it's a far out theory Dustin. Three of her own friends have doubted it is her.

    there is a basis for it, yeah, but it's hard to understand why Nadia would turn her twitter account over to someone and not pull the plug when they went too far.

    *Comment by Dustin (330eed) — 3/23/2012 @ 11:18 am*

64. @ Dustin 63

    Maybe, but you are putting a fake account into a context that might not be the correct one.

    *Comment by Noodles (3681c4) — 3/23/2012 @ 11:20 am*

Patterico's Pontifications » Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing

65.  Maybe it was never her account? Maybe it is her but she is acting so strange her friends don't get it. Maybe it was phished? Maybe a lot of reasons.

*Comment by Noodles (3681c4) — 3/23/2012 @ 11:21 am*

66.  I don't think many people know who Neal and company are. They really are legends in their own minds.

Tommy quotes them though! haha

Comment by Noodles — 3/23/2012 @ 11:17 am

Problem is' the people that do know who they are, and have seen the real life consequences of crossing paths with this evils cretinous scumbags know all too well who they are, and what they have done.

*Comment by JD (228f15) — 3/23/2012 @ 11:24 am*

67.  How come no journalist has gotten O'Keefe's address and explained or shown the barn (ie google maps)?

How hard could that be?

*Comment by Noodles (3681c4) — 3/23/2012 @ 11:24 am*

68.  Noodles- a court just ruled in O'Keefes favor, to keep Naffe from publishing the stuff she has. So apparently the judge and OKeefe have reason to believe it's her.

*Comment by MayBee (081489) — 3/23/2012 @ 11:26 am*

69.      Maybe it was phished?

If this isn't Nadia, then Nadia has at least agreed to what's going on here. It would be trivially easy for Nadia to announce this isn't her. Unless she really is incapacitated, which is I assume is not the case.

*Comment by Dustin (330eed) — 3/23/2012 @ 11:26 am*

70.      So apparently the judge and OKeefe have reason to believe it's her.

Good point.

*Comment by Dustin (330eed) — 3/23/2012 @ 11:27 am*

71.  She must be behind it, but I have to think there is some personality disorder or mental illness also behind her awfulness.

All the same maybe there is someone helping her out with tweets

*Comment by SarahW (b0e533) — 3/23/2012 @ 11:29 am*

72.  *Noodles- a court just ruled in O'Keefes favor, to keep Naffe from publishing the stuff she has. So apparently the judge and OKeefe have reason to believe it's her.*

*Comment by MayBee — 3/23/2012 @ 11:26 am*

I haven't been online very long. Is there a link to that?

Patterico's Pontifications » Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing

*Comment by Noodles (3681c4) — 3/23/2012 @ 11:29 am*

73. Noodles
^^^
|||

scroll up

*Comment by MayBee (081489) — 3/23/2012 @ 11:31 am*

74. *If this isn't Nadia, then Nadia has at least agreed to what's going on here. It would be trivially easy for Nadia to announce this isn't her. Unless she really is incapacitated, which is I assume is not the case.*

*Comment by Dustin — 3/23/2012 @ 11:26 am*

This is not true though. It wasn't very long ago that her friends said this might not be her. Do we know if they contacted her? Maybe they have. But nothing has happened yet. Maybe her lawyer is looking at it? We have no idea. Maybe she is in Mexico for spring break? Lots of maybes.

*Comment by Noodles (3681c4) — 3/23/2012 @ 11:32 am*

75. Maybe, do you mean this?

*UPDATE: A court has granted a temporary restraining order against Naffe's releasing any further emails and ordered her to bring all copies in her possession with her to court.*

If so, I meant a link to the document.

*Comment by Noodles (3681c4) — 3/23/2012 @ 11:34 am*

76. I think everyone at PV is keeping quiet on the instructions of the attorneys involved. SOP in situations like this is to not create anymore of a paper trial that will need to be explained later than already exists. We can see the path of destruction she has created for herself with her tweets — now she is the subject of a prelim injunction, likely granted in shortened time, which is highly unusual.

Just like the matter involving Shuster — I'm 100% confident that had he still been at MSNBC, his copy would have never made it past legal and the editorial control that exists at a major news organization, even one as slanted as MSNBC.

But at the low-budget outlet he has landed with, it seems like final editorial decision-making is with the morons that are going on the air, and you can see what happens when you give morons a camera and no one to watch over them.

Naffe's internet activity is in the same vein.

*Comment by shipwreckedcrew (97754e) — 3/23/2012 @ 11:36 am*

77. Her alcoholic miseries, while as described are consistent with BAC of 1.5 or greater, would be exacerbated if she were taking meds affecting serotonin or dopamine.

For someone expressing acute concern about her reputation, she has done a good deal to burn bridges and trash her credibility. She's exaggerated, stolen, attempted to publicly embarrass innocents to harm her target…it doesn't make a whole lot of sense even taken at face value.

Patterico's Pontifications » Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing

*Comment by SarahW (b0e533) — 3/23/2012 @ 11:37 am*

78.  What's your angle, Noodles?

I'm done with trying to answer you on this.

*Comment by MayBee (081489) — 3/23/2012 @ 11:42 am*

79.  I can see poor Nadia coming home from a really relaxing spring break vacation and check her inbox and …
eeeesh.

Same thing happened to poor Rep Weiner. #hacked while watchin' hockey.

Amusing thought. I also admit I don't see much sanity in Weiner's choices. He had it made. I try too hard to
understand folks who very well could just be screwed up upstairs.

*Comment by Dustin (330eed) — 3/23/2012 @ 11:43 am*

80.  I'm just asking if the injunction is online, Maybe.

*Comment by Noodles (3681c4) — 3/23/2012 @ 11:46 am*

81.  Nadia Naffe @NadiaNaffe
I'm sad. Sad that @AndrewBreitbart spent his last days on earth defending someone who truly didn't deserve
it. @ElectMarcoRubio

James is the one that didn't deserve it. That is my angle.

*Comment by Noodles (3681c4) — 3/23/2012 @ 11:48 am*

82.  _____

*very odd aspects about Nadia Naffe's story that Tommy Christopher ignored in his credulous reporting
yesterday*

These peculiar fights between the left and right, obscure by national standards, or in the matter of stories like
the one involving that teenager killed in Florida, Trayvon Martin — nonsensically blown out of proportion
by the MSM, thanks in part to the hype and propaganda of various liberals — never cease to amaze me.

Generally, whenever arguments are occurring among people, invariably the most foolish or dishonest
statements or supposed facts emanate from those who fancy themselves as being so compassionate, kind,
wonderful, beautiful, generous, tolerant, heartfelt and sophisticated.

[note: fished from spam filter. --Stashiu]

*Comment by Mark (411533) — 3/23/2012 @ 11:54 am*

83.  Is @ElectMarcoRubio practicing law on twitter without a license? Isn't that illegal?

*Comment by daleyrocks (bf33e9) — 3/23/2012 @ 11:55 am*

84.  Please please please please please please please please do not identify me. My career would be ruined for
having judgment soooooooooooooo bad to have dated Nadia Naffe.

Patterico's Pontifications » Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing

> *Comment by VP Person (58fa87) — 3/23/2012 @ 12:01 pm*

85. James didn't deserve what, Noodles?
    Breitbart's defense?

> *Comment by MayBee (081489) — 3/23/2012 @ 12:03 pm*

86. #thatwouldbecareersuicide

> *Comment by VP Person (58fa87) — 3/23/2012 @ 12:04 pm*

87. How come Nadia is not in the Harvard student/faculty/staff directory>

    Is she supposed to have attended at some point in the past? I might have misunderstood, I thought she was presently enrolled.

> *Comment by SarahW (b0e533) — 3/23/2012 @ 12:05 pm*

88. I guess I only looked in the public directory. She could be in the internal directory and I don't have access to that one.

> *Comment by SarahW (b0e533) — 3/23/2012 @ 12:06 pm*

89. Any harvard folks about? 😊

> *Comment by SarahW (b0e533) — 3/23/2012 @ 12:07 pm*

90. @ Maybe 85

    Not the defense, he himself did not deserve the smear he was getting.

    There are countless statements made by her that can be read a different way.

    It is one of the reasons it all comes off so weird.

> *Comment by Noodles (3681c4) — 3/23/2012 @ 12:08 pm*

91. Sarah, if she was a Harvard gal she should have a Boston address… when I searched all her addresses were in Florida.

    At least this doesn't grow the tally of crazy Boston ladies again.

    Perhaps she meant a correspondence degree? She's a graduate of a Florida university and Harvard has a popular online MBA program.

> *Comment by Dustin (330eed) — 3/23/2012 @ 12:11 pm*

92. SaraW, you are going to have to use her real name.

    I don't think it leads to Harvard.

> *Comment by Noodles (3681c4) — 3/23/2012 @ 12:12 pm*

93. Noodles, her real name is Nadia Kolasa Naffe.

Patterico's Pontifications » Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing

*Comment by Dustin (330eed) — 3/23/2012 @ 12:13 pm*

94.  I've seen "located in Boston" in reference to Naffe. Now I'm curious.

*Comment by SarahW (b0e533) — 3/23/2012 @ 12:13 pm*

95.  for example, when she left #Rapebarn and Penn Station, it was to return to Boston.

*Comment by SarahW (b0e533) — 3/23/2012 @ 12:15 pm*

96.  Maybe she's subletting.

*Comment by SarahW (b0e533) — 3/23/2012 @ 12:16 pm*

97.  It is all performance art. The real life consequences, the smears of people, dishonest bar complaints, and much worse is what they are aiming for.

*Comment by JD (58fa87) — 3/23/2012 @ 12:16 pm*

98.  There is another name also Dustin (someone else found it).

I might be wrong about it not leading to Harvard. I suppose I should look it up again. Too much information in my brain.

*Comment by Noodles (3681c4) — 3/23/2012 @ 12:17 pm*

99.  This shows her hanging out, at least in Boston. http://lockerz.com/gallery/2323531

*Comment by SarahW (b0e533) — 3/23/2012 @ 12:19 pm*

100.  Noodles, SPILL IT. 😃

*Comment by SarahW (b0e533) — 3/23/2012 @ 12:20 pm*

101.  For some reason I thought it lead to a different college in Boston. But it was this…

http://www.bostonypa.com/profile/NadiaMilhouse?xg_source=activity

*Comment by Noodles (3681c4) — 3/23/2012 @ 12:23 pm*

102.       for example, when she left #Rapebarn and Penn Station, it was to return to Boston.

       Comment by SarahW

That's true.

       Maybe she's subletting.

       Comment by SarahW

Also a good point.

And I had seen the Nadia Milhouse name, but thought that was a pen name. The Nadia Naffe name has a substantial paper trail after all.

Patterico's Pontifications » Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing

real life consequences, the smears of people, dishonest bar complaints, and much worse is what they are aiming for.

Disagreeing isn't enough for Neal. He's gotta make sure people learn a lesson by having their personal life affected in terrible and unfair ways.

Their target was Breitbart. Lee Stranahan said this, and he was right. But they will dig in and claw at anybody.

*Comment by Dustin (330eed) — 3/23/2012 @ 12:30 pm*

103. UPDATE x2: I have the injunction and will post it when I get home. I can't upload it from a phone.

*Comment by Patterico (dc5c27) — 3/23/2012 @ 12:33 pm*

104. Why would Nadia dox a friend of hers to get even at James?

She retracted,, but it was too late. Anyone can find pictures of the girl that saw that tweet.

*Comment by Noodles (3681c4) — 3/23/2012 @ 12:34 pm*

105.      She retracted,, but it was too late.

That is another of their patterns. They make the smear and make the attack and then 'retract' it once it's out there. I don't know if this is a serious effort to protect Nadia's reputation (it's idiotic if so) or if Nadia is just trying to be obnoxious (which is the most central of their patterns).

*Comment by Dustin (330eed) — 3/23/2012 @ 12:39 pm*

106. Comment by MayBee — 3/23/2012 @ 8:56 am

   *-Why did you leave so many things behind, if you had been planning to leave for hours and hours?*

Could be she wasn't planning to leave until she had destroyed one or more of his computers. But she wanted a reason for destroying the computers that didn't involve hiding evidence of copying files off of them, so she made it out to be like she was really anxious to leave.

   *-Why is your spelling and grammar so bad if you are a Harvard grad student?*

There could be a lot of reasons – what we need is samples of her earlier informal writing.

*Comment by Sammy Finkelman (e70ce9) — 3/23/2012 @ 12:40 pm*

107. Just an innocent question–is anything else possibly important going on and being ignored while folks are chasing their tails over the Nadia craziness?

*Comment by elissa (8a85cd) — 3/23/2012 @ 12:42 pm*

108. Quincy MA, huh?

*Comment by SarahW (b0e533) — 3/23/2012 @ 12:43 pm*

109. Shuster and Olbermann are being sued Elissa.

Patterico's Pontifications » Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing

Nadia is mentioned in the lawsuit, as far as I know.

The most important thing happening centered around her is a lawsuit that could take down a few 'journalists' (at least their reputations).

*Comment by Noodles (3681c4) — 3/23/2012 @ 12:45 pm*

110. Elissa, pretty much anything else would meet that description 😊

*Comment by SarahW (b0e533) — 3/23/2012 @ 12:47 pm*

111. My reaction to Elissa's good question is that this is a proactive strategy to fight against the vetting of Obama. Such as that great Ben Shapiro post about Obama yesterday.

BTW, Shapiro's book, "Primetime Propaganda," is a must read.

*Comment by Dustin (330eed) — 3/23/2012 @ 12:50 pm*

112. Comment by shipwreckedcrew — 3/23/2012 @ 10:47 am

*My guess on how she got into his email account.*

*He uses her phone and laptop to send emails as she describes. He doesn't close out the screen when he is done, and it leaves his username visible, but not his password.*

*When she is alone with his computers back at the "barn", she goes to GMail and finds that he has selected the "stay logged on" bypass for the password, and is able to go right into his account. She either has a thumb drive, or she links her laptop to his desktop and downloads his emails.*

The whole mention of the "device" (phone and/or laptop )may be a red herring.

His username is identical to his email address so she would have had it if he ever sent her any email. Now he might have several GMail accounts, but 7 years worth of emails means a heavily used account.

She didn't need to do anything special to get his username – what she needed was his password – or a way to bypass the password.

*Comment by Sammy Finkelman (e70ce9) — 3/23/2012 @ 12:51 pm*

113. You know who likes mischief? James O'Keefe.

You know else? Lee Stranahan.

I have no further questions.

*Comment by Noodles (3681c4) — 3/23/2012 @ 12:53 pm*

114. Noodles,

I don't buy that.

*Comment by Dustin (330eed) — 3/23/2012 @ 12:58 pm*

115. True, that scenario could be wrong.

How can this story go forward when Nadia has not been vetted?

We can talk weird stuff all day, but it is all a mental exercise until that has happened.

No right leaning blogger has really addressed any of this until this post.

Sure seems odd to me.

*Comment by Noodles (3681c4) — 3/23/2012 @ 1:06 pm*

116. Nadia Milhouse pops up her and there – facebook, on http://www.meetup.com/Boston-Tea-Party/members /5710341/, and similar meetup groups. Residence: boston (Cambridge mostly)

Where's the "Milhouse" from?

*Comment by SarahW (b0e533) — 3/23/2012 @ 1:07 pm*

117. Liberty Chick posted last night on here about how the barn is no way remote.

Do you think she didn't know that a month ago?

*Comment by Noodles (3681c4) — 3/23/2012 @ 1:11 pm*

118. Noodles – nobody looked into it before because it was not out there, in this capacity, until now. That nobody vetted her before she went nutz and started making outrageous claims is nonsense. There was no reason to before now.

*Comment by JD (58fa87) — 3/23/2012 @ 1:13 pm*

119. noodles, what kind of mischief would either Lee or O'keefe be up to here? I can't see that at all. It's one thing to yank people around on a message board or twitter, quite another to abuse the courts.

The usual suspects are happy playing around like that, but I don't see any scenario where Lee or Okeefe would find that jake or even advantageous.

*Comment by SarahW (b0e533) — 3/23/2012 @ 1:20 pm*

120. Noodles, You mean Liberty Chick would have known a month ago?

*Comment by SarahW (b0e533) — 3/23/2012 @ 1:21 pm*

121. What about my comment at 109? Nothing advantageous?

*Shuster and Olbermann are being sued Elissa.*

*Nadia is mentioned in the lawsuit, as far as I know.*

James was smeared as felon and as a possible rapist which her own transcripts dispute.

*Comment by Noodles (3681c4) — 3/23/2012 @ 1:24 pm*

122. @ Comment by SarahW — 3/23/2012 @ 1:21 pm

Yes, and so would have many other people. People that know James. People that have been there. People

Patterico's Pontifications » Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing

who know where he lives. People in Jersey could find out easily I am sure.

*Comment by Noodles (3681c4) — 3/23/2012 @ 1:26 pm*

123.  Clearly James is Nadia, smearing himself, filing charges against himself, and finding someone to get a lawyer and testify to a Judge. All to get Olbergasm and Shuster to lie about him.

*Comment by JD (58fa87) — 3/23/2012 @ 1:27 pm*

124.  Yes, and so would have many other people. People that know James. People that have been there. People who know where he lives. People in Jersey could find out easily I am sure.

Why in the world would anybody have even considered that before now?!

*Comment by JD (58fa87) — 3/23/2012 @ 1:29 pm*

125.       It's one thing to yank people around on a message board or twitter, quite another to abuse the courts.

That's right.

They also threatened to take Patterico to the Cali bar over this post.

They also said uncool sexual things about a named and completely external third party.

They also insulted and attacked Breitbart soon after he died and could not defend himself.

No, this is not a sting operation. There really are people out there conducting an attack that is easily seen as baseless.

And remember, if this were a sting, then O'Keefe would lose his suit against Shuster because he has unclean hands.

*Comment by Dustin (330eed) — 3/23/2012 @ 1:29 pm*

126.  nadia no-no
don't be nasty li'l Barn Ho
and her mama cried

*Comment by Colonel Haiku (df9857) — 3/23/2012 @ 1:31 pm*

127.  But Noodles, sure. I guess maybe I don't understand what you mean by mischief. I though you meant faking accounts or filing injunctions in bad faith.

*Comment by SarahW (b0e533) — 3/23/2012 @ 1:31 pm*

128.  I get the point of Noodle's comments, though. Surely they can't be serious. Surely they can't be so stupid as to think this is good strategy.

But apparently they are that stupid.

*Comment by Dustin (330eed) — 3/23/2012 @ 1:31 pm*

129.  People can mock my theory. That is fine with me. It is not ironclad.

However, I would like to see how anyone knows who is running that account. It is a fact that her friends think it might not be her. She denies knowing one of the friends she is linked to. Another strike against her is that Tommy has vouched for her. lol

Seriously though, how does anyone know who is running that account?

*Comment by Noodles (3681c4) — 3/23/2012 @ 1:33 pm*

130.   @ 124

She first talked about rape barn on Feb 23.

Almost a full month ago.

Andrew himself was taking her on.

*Comment by Noodles (3681c4) — 3/23/2012 @ 1:35 pm*

131.   I'm not trying to mock you Noodles. I just don't agree with your theory and I worry that you're going to set off some of the people who won't appreciate being suspected of involvement with a scheme that has some really bad collateral damage.

I know first hand that when people start casting those aspersions without enough basis, just because they are zealously seeking answers, it's counterproductive.

> Seriously though, how does anyone know who is running that account?
>
> Comment by Noodles

I'm not convinced she is. In fact, I'm suspicious. I know of one of her new pals who has boasted of running multiple sock accounts and using them to manipulate people.

*Comment by Dustin (330eed) — 3/23/2012 @ 1:41 pm*

132.   Okay, I had a whole other comment I was going to post that disputes almost everything Dustin says in 125. But I won't. I will stick to the *who is running the account*? argument.

*I know first hand that when people start casting those aspersions without enough basis, just because they are zealously seeking answers, it's counterproductive.*

If we don't know who is in fact running the account, isn't this whole thread counterproductive?

*Comment by Noodles (3681c4) — 3/23/2012 @ 1:48 pm*

133.      If we don't know who is in fact running the account, isn't this whole thread counterproductive?

> Comment by Noodles

No, for two reasons. The account goes way back. It didn't just pop up recently. It is Nadia Naffe's account. She talks to her associates, such as Breitbart, with it.

The other reason is that she is obviously aware of what this account is saying. This is at least obvious to me. And she's not disputing it. The most natural assumption is that she's actually writing it, but I'm suspicious of

that. However even if she isn't, she is permitting this stuff to be written under her name. She could easily email Breitbart's folks, leave a comment use another twitter account, and announce this is not her.

so I think that rules out that she's been backed or similar theories.

That leaves the theory that this is actually a clever ruse to expose some of the methods of Nadia's new apparent friends. If that's the case, that's awesome, but I don't think it's the case just because of how far they've gone. Just my opinion.

*Comment by Dustin (330eed) — 3/23/2012 @ 1:54 pm*

134.        so I think that rules out that she's been backed or similar theories.

I meant "hacked".

*Comment by Dustin (330eed) — 3/23/2012 @ 1:55 pm*

135. So the judge issued an injunction against a fake person, obviously.

*Comment by JD (58fa87) — 3/23/2012 @ 2:01 pm*

136. Now Noodles, if it turns out that Nadia and Emma and O'Keefe and Lee (I'm not sure why you suspect he would be part of it, but OK) and the rest are actually coordinating this, sure, that will restore her reputation with a lot of people. It would be epic. But I'm not sure the judge would use that term.

*Comment by Dustin (330eed) — 3/23/2012 @ 2:04 pm*

137. This who is fake, who is real crap is exactly what happened during Weinertweet.

*Comment by JD (58fa87) — 3/23/2012 @ 2:06 pm*

138. I've decided I am done arguing about this. I am not mad. =)

Alls one has to do is look at her most recent tweet. It is so stupid that idk how anyone could take her seriously. She is mocking them.

*Comment by Noodles (3681c4) — 3/23/2012 @ 2:27 pm*

139.        I can't upload it from a phone.

Now c'mon! BE the technology.

*Comment by Erick Brockway (d8066f) — 3/23/2012 @ 2:59 pm*

140. It was more obvious who was fake in Weinergate.

Nadia's own history and own more recent actions are more in line with a real (if nutz) vendetta of disgruntlement.

She's capable of the tweetery, but I still think she might be getting help.

*Comment by SarahW (b0e533) — 3/23/2012 @ 3:02 pm*

141. Anyone else recognize this nonsense? Read the twits tweets.

Patterico's Pontifications » Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing

*Comment by JD (58fa87) — 3/23/2012 @ 3:03 pm*

142.  JD, that was pathetic.

*Comment by SarahW (b0e533) — 3/23/2012 @ 3:08 pm*

143.  Nadia the tweeter is made of foolish.

*Comment by SarahW (b0e533) — 3/23/2012 @ 3:09 pm*

144.  JD, yeah. I don't think Patterico can discuss it here so I didn't mention it, but it's the exact same playbook. To the letter.

*Comment by Dustin (330eed) — 3/23/2012 @ 3:11 pm*

145.  I don't want to jump to any conclusions, but having read that injunction late last night, and considerng all the other known facts, I'm starting to suspect that Nadia Naffe might just be a thief.

This is starting to sound like something that the authorities who deal with criminal matters need to start getting interested in.

I'm not too keen on the idea of people going into my computer without my permission and downloading files that contain confidential legal agreements and whatnot, and then releasing them in an attempt to damage me. If that's not against the law, it ought to be.

And, I think there's real good reason to believe that's what's going on here.

*Comment by Dave Surls (46b08c) — 3/23/2012 @ 3:39 pm*

146.  hey Patterico!
judges golf ev'ry Friday
scooter out of juice?

*Comment by Colonel Haiku (5b963b) — 3/23/2012 @ 3:56 pm*

147.  LA Times is right
you should move much closer to
place of employment

*Comment by Colonel Haiku (5b963b) — 3/23/2012 @ 3:58 pm*

148.  As for Naffe (and Santa's, for that matter) various complaints, they're completely without merit, IMO.

I see no substantiated claims of anything. Only unsupported accusations, and most of those aren't actionable, anyway. And the few that are actionable, are only actionable because the law is often an ass, as are lawyers, judges, and juries.

In a perfect world, a scumbag, like Santa would never be allowed to threaten someone with that breach/wrongful termination hogwash (or any of the other hogwash) in the demand letter her shyster sent out, after she'd agreed to the usual at will, on two weeks notice, employment condition. They'd go to prison for doing that under the extortion laws.

Unfortunately, it ain't a perfect world, and shakedown artists use the legal system to legally steal and extort,

Patterico's Pontifications » Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing

every single day of the week.

*Comment by Dave Surls (46b08c) — 3/23/2012 @ 4:09 pm*

149. Colonel – Judges can come in handy, when on a links vacation.

*Comment by Tim the tax cheat (44de53) — 3/23/2012 @ 4:21 pm*

150. Was noodling through some of' the meetup groups Nadia Milhouse belongs to. One rather icky event she attended (paid ticket), Mar 1 of this year, is an ABC producer's cattle call for a greasy reality show called "Glass House."

Just ick.

NOW CASTING FOR THE NEXT GREAT UNSCRIPTED COMPETITION

**Do you HAVE to be the center of attention? Are you the person everybody WANTS at their party? Are you the type of person that is best described as "you either LOVE ME or HATE ME"? Would you like the chance to win $250,000 by defeating others like yourself in this mind-blowing competition show for ABC?**

**We are currently on a nationwide search looking for dynamic, competitive, energetic and outgoing individuals to compete in a NEW and EXCITING reality competition show. You MUST be at least 21 years old to participate.**

*Comment by SarahW (b0e533) — 3/23/2012 @ 4:27 pm*

151. 149… agreed, Tim, but the only "links" that interest me are Smokey Links®…

*Comment by Colonel Haiku (5b963b) — 3/23/2012 @ 4:43 pm*

152. It'd be funny if she sent her IDs to Tommy via Skype.

*Comment by koam @wittier (e39e6c) — 3/23/2012 @ 5:01 pm*

153. ^ heh

*Comment by Dustin (330eed) — 3/23/2012 @ 5:14 pm*

154. Tommy won't say who "met" with her, or how.

*Comment by SarahW (b0e533) — 3/23/2012 @ 5:22 pm*

155. So I'm guessing the confirmation is second hand and/or electronic

*Comment by SarahW (b0e533) — 3/23/2012 @ 5:25 pm*

156. I miss happyfeet

*Comment by SarahW (b0e533) — 3/23/2012 @ 5:27 pm*

157. He does seem to have a problem with strong and courageous women,

http://www.lifesitenews.com/images/sized/images/news/Stand_Up_Washington_Rose_Gi-580×406.jpg

Patterico's Pontifications » Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing

*Comment by narciso (230268) — 3/23/2012 @ 5:29 pm*

158. Nadia Naffe is neither strong, nor courageous. She and her merry little band of hate-filled hooligans are festering pustules on the asscheeks of humanity.

*Comment by JD (58fa87) — 3/23/2012 @ 5:36 pm*

159. I didn't mention Nadia, as my link made clear;

*Comment by narciso (230268) — 3/23/2012 @ 5:40 pm*

160. I know, I just just playing on your construct. My bad.

*Comment by JD (58fa87) — 3/23/2012 @ 5:41 pm*

161. Oh, there's something courageous about putting on display, for the entire world, that you are that stupid.

Maybe this is viral marketing for Yale?

*Comment by Dustin (330eed) — 3/23/2012 @ 5:42 pm*

162. UPDATE x3: The injunction is available here. Here is a screenshot of the relevant portion of the order:



You may have noticed that Naffe is now threatening to report me to the State Bar for this post, which is, she claims, "legal advice." Because I point out holes in her story, she says, that constitutes "legal advice" to James O'Keefe in a civil matter. She also falsely accused me of updating the post during work hours.

I have seen this playbook before, folks.

By the way: given Naffe's admission that she accessed O'Keefe's emails, evidently without his permission, has she committed a crime? I offer no opinion on that, as this post (like all my posts!) is written in my private capacity, as an exercise of my rights as a private citizen under the First Amendment. I do wonder, however, whether the authorities are going to be investigating her for accessing O'Keefe's email without his permission.

*Comment by Patterico (feda6b) — 3/23/2012 @ 5:45 pm*

Patterico's Pontifications » Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing

163.  No I think Milbank, and co, have covered that angle,

*Comment by narciso (230268) — 3/23/2012 @ 5:45 pm*

164.      I miss happyfeet

I don't miss the happyfeet who told me "fuck you."

Or the one who called Lila Rose a skank.

I miss the other happyfeet.

Too bad they're all the same guy.

*Comment by Patterico (feda6b) — 3/23/2012 @ 5:46 pm*

165.  Naffe has a history of nuisance litigation for profit and posing as a victim of discrimination. She is no conservative. She is a litiGATOR.

#wheredagatorgarments?

*Comment by Colonel Haiku (5b963b) — 3/23/2012 @ 5:54 pm*

166.  Hmmm. I don't think @ElectMarcoRubio has tweeted (or at least he has not been retweeted) since Ron Byrnart noticed Neal tweeted "done" after NN asked @EMR to delete something he'd tweeted.

Now there is a new foil. Surprise! He's an anti-Breitbart guy. NN knew Breitbart, right?

*Comment by MayBee (081489) — 3/23/2012 @ 6:50 pm*

167.  Same cast of characters as last time, MayBee.

*Comment by JD (58fa87) — 3/23/2012 @ 6:53 pm*

168.  Oh my mistake. He's back, unprotected.

*Comment by MayBee (081489) — 3/23/2012 @ 6:56 pm*

169.  Hilarious. Now they're claiming O'Keefe worked for me at the D.A.'s office.

Luckily I caught Nadia making that claim. Add it to the list of lies.

*Comment by Patterico (feda6b) — 3/23/2012 @ 7:03 pm*

170.  Hahahaha. Silly clowns they are.

Think she'll make the show cause hearing?

*Comment by SarahW (b0e533) — 3/23/2012 @ 7:06 pm*

171.  Cause I think she should if that's not too much practicing law.

*Comment by SarahW (b0e533) — 3/23/2012 @ 7:06 pm*

172.  She's a regular 'Joan Flanagan' can't help herself.

Patterico's Pontifications » Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing

*Comment by narciso (230268) — 3/23/2012 @ 7:07 pm*

173. Yeah, Nadia simply repeats, as fact, the assertions the psychos are making. Such as "breitbart unmasked", a foaming Breitbart hater.

Anything he says is gospel truth to Nadia.

And Breitbart gave Nadia her second chance. Pretty sick lady.

*Comment by Dustin (330eed) — 3/23/2012 @ 7:09 pm*

174. Can I just say one more thing? I remember Starchild's account started out by tweeting the Kardashians.

*Comment by MayBee (081489) — 3/23/2012 @ 7:19 pm*

175. She is just not right.

*Comment by JD (58fa87) — 3/23/2012 @ 7:22 pm*

176. She is Dr king and you are the Ku Klux Klan

*Comment by JD (58fa87) — 3/23/2012 @ 7:23 pm*

177. For those of you wondering it it is actually her, are the mistakes/mispellings in any earlier tweets you can read? Depending on how much she tweets you could read back 6 months or more…or maybe not.

*Comment by flicka47 (94db2d) — 3/23/2012 @ 7:31 pm*

178. You are all KKK because Nadia Naffe has horrific grammar, spelling, sentence structure, subject verb agreement, and overall writing skills.

*Comment by JD (58fa87) — 3/23/2012 @ 7:37 pm*

179. I think we have to change the Billy Madison skit, it is no longer the zenith of inanity,

*Comment by narciso (230268) — 3/23/2012 @ 7:47 pm*

180.         She is Dr king and you are the Ku Klux Klan

Don't you mean the "Klu Klux Klan"? She has called it that twice.

*Comment by Patterico (feda6b) — 3/23/2012 @ 7:48 pm*

181. More specifically, Naffe ain't right in the head.

*Comment by Colonel Haiku (cac7c9) — 3/23/2012 @ 7:48 pm*

182. Now they are tweeting Atty Gen Harris demanding she investigate.

*Comment by JD (58fa87) — 3/23/2012 @ 7:49 pm*

183. @KamalaHarris Atty Gen Harris: Dist Atty Fey is inserting himself into a legal matter. He is a disgrace to his office & should be removed.

*Comment by JD (58fa87) — 3/23/2012 @ 7:53 pm*

184. Flicka, her tweets pull up as far back as March 8, 2011

I noticed this:

> Nadia Naffe @NadiaNaffe
> Mr. Jobs you were a visionary. There won't be anymore pain where your going. Rest in peace.

From October 2011

and

> Nadia Naffe @NadiaNaffe
> Back atcha babe 😊 .. Haven't seen you in eyons…

From August 2011

That tends to argue against my view that the ticks are forced.

*Comment by Dustin (330eed) — 3/23/2012 @ 7:54 pm*

185. Don't you mean the "Klu Klux Klan"? She has called it that twice.

Comment by Patteric

Wow.

*Comment by Dustin (330eed) — 3/23/2012 @ 7:56 pm*

186. Careful. Kamala Harris is going to investigate you.

*Comment by JD (58fa87) — 3/23/2012 @ 8:00 pm*

187. I DEMAND TO KNOW WHAT SANDWICH ASSISTANT DISTRICT ATTORNEY PURCHASED WITH TAXPAYER DOLLARS TO EAT ON HIS TAXPAYER FUNDED LUNCHBREAK. AND DID IT HAVE MUSTARD…

THOSE LITTLE PACKETS COST TAXPAYER MONEY YOU KNOW

*Comment by SarahW (b0e533) — 3/23/2012 @ 8:01 pm*

188. Dustin, If I can think for a second I'll remember the name of the twitter archiving service that lets you look up the entire history of activity on an account. If I can't remember someone send up the Greg Beato signal…

*Comment by SarahW (b0e533) — 3/23/2012 @ 8:05 pm*

189. Patrick

well, on top of that, the citizenry has a right to know what the laws do and do not say. So it is perfectly appropriate for any person to comment on what the law says, if only to inform the public. how can we rule ourselves if we don't know what the law says?

And likewise, as lawyers, we have expertise in the law that lay people do not. Why would it be wrong to

share with the public our knowledge?

That's certainly what i have been doing in the trayvon martin case, on which i have a new post. you can click on my name and follow the link. Also at the site is a fun little friday frivolity.

(Yes, i am pimping my blog. so sue me.)

[note: fished from spam filter. --Stashiu]

*Comment by Aaron Worthing (73a7ea) — 3/23/2012 @ 8:09 pm*

190.   You can look at tweets sent with pictures back to 2010. Kim Kardashian is an old fav. And the "your" is there as well.

*Comment by MayBee (081489) — 3/23/2012 @ 8:09 pm*

191.   Sarah, Maybee, thanks. It's helpful to see the "your" goes back like that. Not helpful to my theory, but helpful anyway.

I think this is Nadia tweeting all this stuff. I was already kinda thinking it was just because it's doing such a poor job that anyone who actually had experience smearing people would probably not be quite that bad.

I do think it's clear Nadia is in touch with a familiar crew of folks who guide her down a familiar path.

*Comment by Dustin (330eed) — 3/23/2012 @ 8:13 pm*

192.         Kim Kardashian is an old fav

This is weird.

All these women in Boston, too.

Weird.

*Comment by Dustin (330eed) — 3/23/2012 @ 8:14 pm*

193.   N's old private sector gig was in internet marketing, too.

Thanks Maybee. DANG I used that arichive constantly six mos ago (and its name is just gone from my memory and my bookmarks)

*Comment by SarahW (b0e533) — 3/23/2012 @ 8:36 pm*

194.   -Why do you apparently only have one friend on twitter
-Where you really upset because Okeefe DIDN'T find you attractive enough to sexually pursue and being enraged developed the 'rape plot' to sooth your ego?

*Comment by Pamela (95126e) — 3/23/2012 @ 8:54 pm*

195.   @KamalaHarris Atty Gen Harris: @NadiaNaffe is a victim of an attempted sexual assault by Dist Atty Fey's fmr intern @JamesOKeefeIII

*Comment by JD (e5c06b) — 3/23/2012 @ 8:54 pm*

Patterico's Pontifications » Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing

196. by 1 friend I mean @elecmarorubio …and he's a Rubio impostor -type nonetheless…

*Comment by [Pamela](#) (95126e) — 3/23/2012 @ [8:56 pm](#)*

197. JD, they actually amaze me. Even at this late stage, they actually amaze me.

*Comment by Dustin (330eed) — 3/23/2012 @ [9:03 pm](#)*

198. It's [http://rs.research.ly/](http://rs.research.ly/) I'm looking at tweets from 2 years ago now…

*Comment by SarahW (b0e533) — 3/23/2012 @ [9:09 pm](#)*

199. #miscegenationisolatedfurnishedtrophypantyrapebarn

*Comment by daleyrocks (bf33e9) — 3/23/2012 @ [9:10 pm](#)*

200. #freezingmiscegenationisolatedfurnishedtrophypantysuburbanrapebarnwithstairs

*Comment by daleyrocks (bf33e9) — 3/23/2012 @ [9:13 pm](#)*

201. Fact: O'Keefe didn't work for me. He did clerk for the D.A.'s office, for a different D.A. in a completely different office. Never met him, ever.

Fact: they are now talking about my wife on Twitter. They believe she was the one who obtained the Nadia testimony. The reason for this is, when I first obtained it, I uploaded it to Scribd, thinking I had uploaded it to my account. Unfortunately, because my wife was logged in to her Facebook account, I was somehow logged into Scribd through her Facebook account — meaning that when I initially uploaded the document, it looked like it had been uploaded by my wife. (I don't think she had ever used Scribd before; it was an account that was apparently automatically created because of the Facebook account.)

I quickly corrected the error and uploaded the document to my account and changed the link on my blog. However, I apparently didn't delete the document from my wife's account. (I just did.) Now they are trying to make it sound like my wife is the one who uploaded the document, which is insane, but insanity never stopped them before.

Anyway, just setting the record straight. I don't particularly care to have my wife involved in all this, but naturally these people have tried to do that at every turn, because that's what they do.

*Comment by Patterico (feda6b) — 3/23/2012 @ [9:30 pm](#)*

202. @NadiaNaffe
2 yrs ago (697 days)
@cprater We have to be able to have a 'discussion' on race without being called a racist. Its too hard for whites to offer their opinions.

So far, her bland tweets of old don't much resemble @nadianow. Generally nothingburgers, some plugs for her blogs, insipid chat, and "nadia is doing x"

*Comment by SarahW (b0e533) — 3/23/2012 @ [9:32 pm](#)*

203. That is their playbook. They are thugs. Nadia teamed up with these thugs at the very first chance. They all see to intimidate away dissent to improve their ability to smear.

Patterico's Pontifications » Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing

*Comment by Dustin (330eed) — 3/23/2012 @ 9:36 pm*

204.  @NadiaNaffe
      1 yr ago PostEffect
      RT @DLoesch: Sorry, I won't be taking "advice" from liberal folks who think obsessive hatred & smears
      make for valid, journo content. #tcot

      RT irony

      *Comment by SarahW (b0e533) — 3/23/2012 @ 9:36 pm*

205.  Patterico- did you see this–

      In reply to Sheridan
      1h Sheridan Sheridan @OccupyRebellion

      @BreitbartUnmask @NadiaNaffe But look at the Scribd subscribers and there are family listed. I just saved
      everything.
      In reply to BreitbartUnmasked

      *Comment by MayBee (081489) — 3/23/2012 @ 9:41 pm*

206.  @NadiaNaffe
      1 yr ago
      I'm getting sick and tired of #MediaMatters pissing on @JamesOKeefeIII. He wasn't charged with a felony.
      Eat your heart out! #biggovt #tcot

      *Comment by SarahW (b0e533) — 3/23/2012 @ 9:45 pm*

207.  Patterico, I am not a lawyer, nor am I asking for lawyerly information. But it seems to me if a person has a
      court order against them, ordering them to NOT release materials that may have been illegally acquired, and
      those people are also trying to smear other people at the same time…well, do not all these thing conflate
      together to a judge, speaking to their bona fides and honesty…and dare I say it…character?

      *Comment by Simon Jester (f7e861) — 3/23/2012 @ 9:47 pm*

208.      Patterico- did you see this–

          In reply to Sheridan
          1h Sheridan Sheridan @OccupyRebellion

          @BreitbartUnmask @NadiaNaffe But look at the Scribd subscribers and there are family listed.
          I just saved everything.
          In reply to BreitbartUnmasked

      I did. That is what I am talking about in the comment above.

      *Comment by Patterico (feda6b) — 3/23/2012 @ 9:51 pm*

209.  "Surely you have some of your own?"

      I do.

Patterico's Pontifications » Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing

Nadia, were you born a double-dealing backstabber, or is that a learned trait?

*Comment by Dave Surls (e97413) — 3/23/2012 @ 10:02 pm*

210. I, now, don't like these blogfights just because they're not fun. Nadia Nafee seems to me to be from the Harvard that's in Hooterville, East Texas. (cf. Beverly Hillbillies, Season 1, Episode 2.) Don't let us bring ourselves down to her level.

On another subject, I think happyfeet was drunk. I met him, and he is a bit of a little shrimp without enough meat on him to absorb liquor.

*Comment by nk (dec503) — 3/23/2012 @ 10:11 pm*

211. OK. I just wanted to make sure you saw the thing about saving the info.

xoxoxo

*Comment by MayBee (081489) — 3/23/2012 @ 10:11 pm*

212.      So far, her bland tweets of old don't much resemble @nadianow. Generally nothingburgers, some plugs for her blogs, insipid chat, and "nadia is doing x"

         Comment by SarahW

Thanks, Sarah.

*Comment by Dustin (330eed) — 3/23/2012 @ 10:17 pm*

213. Okay this is a test to see if my comments appear or if i am stuck in the filters or something…

[note: fished from spam filter. --Stashiu]

*Comment by Aaron Worthing (73a7ea) — 3/23/2012 @ 10:18 pm*

214. *JD: She is Dr king and you are the Ku Klux Klan*

*Don't you mean the "Klu Klux Klan"? She has called it that twice.*
*Comment by Patterico — 3/23/2012 @ 7:48 pm*

– Methinks she belongs to the Klueless Klucks Klan.

*Comment by Icy (b60639) — 3/23/2012 @ 10:37 pm*

215. "My guess on how she got into his email account."

Maybe the same way I got into my son's account. My son borrowed my phone to check his mail and provisioned it with his email information not realizing that from that point forward I don't *need* his password to access the account. I can just "check mail" and it logs me into the account and shows me the email.

So my 10yo son doesn't realize that every thing he sends and receives on his email account from the family computer now shows up on my phone.

*Comment by crosspatch (6adcc9) — 3/23/2012 @ 10:59 pm*

Patterico's Pontifications » Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing

216. Had my son used a browser client to check the mail, it would be different. But he used the email client app on the phone and provisioned his account in the phone and it keeps that information persistently provisioned in the app.

   *Comment by crosspatch (6adcc9) — 3/23/2012 @ 11:02 pm*

217. What is the ISSUE here???

   James O'Keefe and Nadia Naffe, had a parting of "company".
   What has James O'Keefe been "accused" of?
   This crap is beyond ridiculous.
   James O'Keefe is James O'Keefe. He isn't the messenge, he is sometimes the "messenger". Nadia Naffe, is a very very low level politico…mover, and sometimes shaker.
   What is this entire HUB BUB, supposed to be about, and where is this supposed to end vis a vis, GOOD GUY vs BAD GUY (or girl).
   for Christs' sake, in the end game, are we supposed to believe that James O'Keefe is no longer a credible source of ACORN or other LIBTARD GRAFT and CORRUPTION??
   I don't care if James' O'Keefe is the cleanest young dude of all time. It's not about James O'Keefe. O'Keefe is an ambush journalist of sorts.
   Is there any suggestion that ACORN isn't, wasn't and will not again, be a DISGUSTING LIBTARD, CORRUPT CONCLAVE of LIBTARD LARGESSE??? For the love of GOD, why on EARTH, would the U.S. Govt, give a freaking DIME to corrupt LIBTARD orgs, like ACORN???

   *Comment by Gus (694db4) — 3/23/2012 @ 11:21 pm*

218. One last thought Patterico friends. After this little episode, what will the next HIGHLIGHT of NADIA NAFFE'S life be?? 15 minutes of fame, come and go quickly. Trayvon Martin is being USED by Obama, Sharpton, Jerry Rivers and Jesse "illegitimate child Reverend" Jackson. This is all POLITICAL.
   The NADIA NAFFE nonsense, is part of an attempt to discredit, James O'Keefe and Breitbart.
   Nadia Naffe, has outlived her usefulness to any GOP or CONSERVATIVE ORG. She had attempted to attach herself and her GENDER and RACE to several GOP causes. She is a burnt out star.
   It's sad and sickening, that my fellow CONSERVATIVE Brethren, DO NOT GET IT. There is nothing to talk about here. It's all another SANDRA FLUCKTARD set up.

   [note: fished from spam filter. --Stashiu]

   *Comment by Gus (694db4) — 3/23/2012 @ 11:29 pm*

219. I think it's kinda cute that she imagines she's MLK Jr. doing battle against the "Klu" Klux Klan.

   Cute in a psychotic sort of way.

   *Comment by Dave Surls (46b08c) — 3/24/2012 @ 1:34 am*

220. Gus, your D'ohbiden slip is showing.

   *Comment by Icy (b60639) — 3/24/2012 @ 1:53 am*

221. #dapantyeatin'barn

   *Comment by Colonel Haiku (7f53f9) — 3/24/2012 @ 4:04 am*

Patterico's Pontifications » Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing

222.  213, 214. The days of Outlook are gone for home use. Once in a while I get a message attempting to email thru some website that my client app isn't set up.

Then I remember the pain of finding the latest route to the bowels of MS to set it up, the hassels of being out of sync between the local computer and the server, of losing access to emails from any other computer because they don't exist in my inbox on the server,…

*Comment by gary gulrud (d88477) — 3/24/2012 @ 4:51 am*

223.  The Nadia Milhouse facebook page is no longer searchable.

So curious.

*Comment by SarahW (b0e533) — 3/24/2012 @ 10:05 am*

224.  I see we are all protected from @nadianaffe's twitter-stream silliness.

*Comment by SarahW (b0e533) — 3/24/2012 @ 10:34 am*

225.  I just want to say this, although I know I'm being obsessive-delusional.

Via Prudence Payne, we see starchild's first tweets.

On Nov 11, 2010 Starchild tells the Kardashians she loves them
On Nov 10, 2010 our girl was tweeting Kim Kardashian about a picture Kim tweeted.

Now, I know a lot of girls love Kim Kardashian. I'm just saying, though.

*Comment by MayBee (081489) — 3/24/2012 @ 12:04 pm*

226.  I don't think you're being obsessive or delusional, MayBee. The patterns here are strangely similar or this is an amazing coincidence.

*Comment by DRJ (a83b8b) — 3/24/2012 @ 12:07 pm*

227.  If you looked through her stream (it is private now) she had more than a few tweets with Ali. It is not just the picture that is tied to him.

This is one of the friends she denied knowing and the one who said that she could not be vetted.

*Comment by Noodles (3681c4) — 3/24/2012 @ 12:33 pm*

228.  *I see we are all protected from @nadianaffe's twitter-stream silliness.*

It might be in our best interest.

It is interesting though to see Nadia's account now protected just two week's after ElectMarcoRubio protected his account. Perhaps too many were getting too close…

*Comment by Dana (4eca6e) — 3/24/2012 @ 12:34 pm*

229.  To me her Tweets showed she was not only a solid conservative but one that didn't take any crap either.

*Comment by Noodles (3681c4) — 3/24/2012 @ 12:34 pm*

230. There was an interesting tweet from Dec 26 (going from memory here) that essentially states "Things to do in the New Year: Clean up my Twitter stream before I go public".

*Comment by Noodles (3681c4) — 3/24/2012 @ 12:37 pm*

231. Maybee; Boston, crazy, and just the right age. I am….intrigued.

*Comment by SarahW (b0e533) — 3/24/2012 @ 12:52 pm*

232. Oh, you can still see all the tweets on research.ly

*Comment by SarahW (b0e533) — 3/24/2012 @ 12:52 pm*

233. That Ali's timeline might be interesting if you go back to before the incident and after etc.

He is like a professional Twitterer! His timeline almost broke my computer. =)

*Comment by Noodles (3681c4) — 3/24/2012 @ 1:00 pm*

234. Maybee – Lee did say this:

*About the 'women from Boston.'*

*I've spoken to the woman who told me she was Jennifer George on the phone for about 20-30 minutes.*

*I've spoken to Nadia Naffe on the phone for more than an hour.*

*They didn't sound anything alike.*

However, at the time he said JGMA's accent sounded put-on, that electronic voice altering might have been employed; and as a group effort is possible, it's reasonable to speculate another person might have been used to make the calls to Lee.

*Comment by SarahW (b0e533) — 3/24/2012 @ 1:10 pm*

235. Going through O'keefe's pictures is interesting also.

Nothing major in there (that I found) except you do get a glimpse of his interactions with some of the girls.

They are actually kind of sweet. Young love type stuff (idk that to be the case but that's what it looks like).

*Comment by Noodles (3681c4) — 3/24/2012 @ 1:33 pm*

236. Maybee, any Lopez love? I hadn't noticed it…but will go looking.

*Comment by SarahW (b0e533) — 3/24/2012 @ 1:44 pm*

237. —Sorry about that boys, Wrong thread. I really messed up on that one.

That's OK Harry, give 'em hell!

*Comment by Red (7b5f67) — 3/24/2012 @ 2:11 pm*

238. http://www.youtube.com/user/IzzySantino

*Comment by Noodles (3681c4) — 3/24/2012 @ 5:12 pm*

239.  New post, with a document from Nadia's suit against the RNC. Apparently she intentionally kept the laptop they had given her, even after she was fired and instructed to return it. Details here.

*Comment by Patterico (feda6b) — 3/24/2012 @ 5:15 pm*

240.  "I see we are all protected from @nadianaffe's twitter-stream silliness."

I suspect her attorney might have something to do with that. She's said a whole lot of stuff, that she shouldn't have ought to said.

*Comment by Dave Surls (46b08c) — 3/24/2012 @ 5:15 pm*

241.  Yeah, I'm still curious whether she broke the law by accessing O'Keefe's emails without his permission.

My guess is that she is being reported for this, and we'll find out. But it's just a guess.

*Comment by Patterico (feda6b) — 3/24/2012 @ 5:18 pm*

242.  This is weird, and I am not saying this means anything, but that Izzysantino YT channel I just linked showed it was last active yesterday.

Now, 40 minutes after that it only shows the date joined as the last active (Oct 30, 2007). That means they just set that to private. I can also not read their channel comments now.

I only linked it because James had favorited a video of theirs and the link to the name Izzy Santa. Of course that doesn't necessarily mean that's her account but I found it odd.

*Comment by Noodles (3681c4) — 3/24/2012 @ 5:59 pm*

243.  Wait, I can read the comments now. Idk what is going on there.

*Comment by Noodles (3681c4) — 3/24/2012 @ 6:05 pm*

244.  This account just popped up on Larry O'connor's Twitter if any wants to poke around.

http://twitter.com/#!/izzy68

*Comment by Noodles (3681c4) — 4/3/2012 @ 5:25 pm*

245.  *Happy Friday to my BFF the Bayou Avenger. You know who you are.* 

I wonder if she is talking about one of the Mary Landrieu sting people in this tweet?

*Comment by Noodles (3681c4) — 4/3/2012 @ 5:29 pm*

246.  Idk if that is the right Izzy, some if it seems right but it kind of seems wrong also.

If it is, she is not following or being followed by Nadia or James (I scanned pretty quickly but that seems to be the case).

There is something about this whole Izzy Santa/love boat thing that seems odd to me.

Patterico's Pontifications » Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing

Obviously something went wrong, but idk if what went wrong is what we know about it.

*Comment by Noodles (3681c4) — 4/3/2012 @ 6:54 pm*

247. Caleb Howe (re-tweeted) Feb 2
Not liking subtle gun control canards coming from repubs in #fastandfurious hearing. Reminder: Guns don't kill people, people kill people.

Nadia Naffe @NadiaNaffe April 12
Sanford Police Dept. devalued Trayvon Martin's life for 45 days. A child killer roamed free, while racists rallied around him

She seems to have done a 180 on gun rights in a few months. Sure there are Dave Surls in the world, but most gun supporters do not care about the race aspect of this story and don't believe this was murder.

As an African American conservative Nadia would surely be aware of how the media spins stories on race etc. Do you think she believes Caleb is a racist? (note: I am assuming he is supporting Zimmerman)

I find this all rather odd.

*Comment by Noodles (3681c4) — 4/12/2012 @ 12:32 am*

248. **I checked Caleb's stream and idk if he is "pro Zimmerman" but he is for sure fighting back against the media narrative.

AndrewBreitbart (re-tweeted) Nov 28
Today on @Toure's 'That Broccoli is Racist: What Happens When The Broccoli IS Racist!' Dems again pass over key black for leadership!

I think it's safe to say she sees the humor in mocking people that think everything is racist.

*Comment by Noodles (3681c4) — 4/12/2012 @ 12:55 am*

249. If you read her Twitter stream, there is no doubt she is a solid conservative (even after the rumored incident).

She is also obviously against OWS.

How does someone seemingly change their political beliefs so quickly? It doesn't add up.

*Comment by Noodoes (3681c4) — 4/12/2012 @ 11:38 am*

RSS feed for comments on this post.

Sorry, the comment form is closed at this time.

- Recent Comments
  - Mitch on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying They're for a Government Shutdown
  - Sammy Finkelman on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying They're for a Government Shutdown
  - Sammy Finkelman on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying They're for a Government Shutdown
  - Sammy Finkelman on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying

Patterico's Pontifications » Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing

They're for a Government Shutdown
- ○ [Rorschach](#) on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying They're for a Government Shutdown
- ○ [Gerald A](#) on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying They're for a Government Shutdown
- ○ [Gerald A](#) on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying They're for a Government Shutdown
- ○ [narciso](#) on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying They're for a Government Shutdown
- ○ [Patricia](#) on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying They're for a Government Shutdown
- ○ [Dustin](#) on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying They're for a Government Shutdown

•



Purchases made through this search function benefit this site, at no extra cost to you.

•

**Help keep the site alive!**

PayPal only (no credit cards):



Credit Card donations (PayPal takes a bite):



Subscribe for $9 per month:







Patterico's Pontifications » Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing



*Hagel and Tantrums*

*#MyJihad: Muslim cleric tells converts to bury their Christian parents as if they were dead dogs*

*The Morning Flap: January 8, 2013*

*Des Moines Register Editor Backs Columnist's Absurd Claim That His Wishes for Deaths of GOP Leaders, Gun Owners Was 'Satire'*

*Iran's Islamist Regime Supports Obama's Pick of Hagel for Secretary of Defense*

**Read more...**

**Blogads**

- 
- 
- About Patterico

  ○ Pronounced "Patter-EE-koh"

  E-mail: Just use my moniker Patterico, followed by the @ symbol, followed by gmail.com

  [Frequently Unasked Questions (FUQs)](#)

  Contributor:
  [Hot Air](#)
  [Big Journalism](#)

  [What They're Saying](#)

The statements made on this web site reflect the personal opinions of the author. They are not made in any official capacity, and do not represent the opinions of the author's employer.



Patterico's Pontifications » Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing



[Copyright policy](#)

- Search:

  [Search]

- Categories:
  - [2004 Election](#)
  - [2008 Election](#)
  - [2010 Election](#)
  - [2012 Election](#)
  - [Abortion](#)
  - [Accepted Wisdom](#)
  - [ACORN/O'Keefe](#)
  - [Air Security](#)
  - [Awards](#)
  - [Bear Flag League](#)
  - [Blogging Matters](#)
  - [Bogus Statistics](#)
  - [Books](#)
  - [Brad Friedman](#)
  - [Brett Kimberlin](#)
  - [Buffoons](#)
  - [California Recall Election](#)
  - [Civil Liberties](#)
  - [Constitutional Law](#)
  - [Court Decisions](#)
  - [Crime](#)
  - [Current Events](#)
  - [Deport the Criminals First](#)

Patterico's Pontifications » Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing

- Dog Trainer
- Economics
- Education
- Environment
- Fiskings
- Gadgets
- General
- Government
- Grammar
- Gunrunner
- Health Care
- Hiltzik
- Homespun Bloggers
- Humor
- Immigration
- Infotel
- International
- Judiciary
- Kozinski
- Law
- Lunatics
- Media Bias
- Miscellaneous
- Morons
- Movies
- Music
- Nature
- Neal Rauhauser
- No on 36
- No on 66
- Nobel Peace Prize
- Obama
- Political Correctness
- Politics
- Principled Pragmatism
- Public Policy
- Race
- Real Life
- Religion
- Ron Brynaert
- Schiavo
- Scum
- Second Amendment
- Sheehan
- Snarkage
- Space
- Sports
- Spy Wiper
- Terrorism

Patterico's Pontifications » Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing

- Velvet Revolution
- War
- Watcher's Council
- Year in Review

- Archives:
  - January 2013
  - December 2012
  - November 2012
  - October 2012
  - September 2012
  - August 2012
  - July 2012
  - June 2012
  - May 2012
  - April 2012
  - March 2012
  - February 2012
  - January 2012
  - December 2011
  - November 2011
  - October 2011
  - September 2011
  - August 2011
  - July 2011
  - June 2011
  - May 2011
  - April 2011
  - March 2011
  - February 2011
  - January 2011
  - December 2010
  - November 2010
  - October 2010
  - September 2010
  - August 2010
  - July 2010
  - June 2010
  - May 2010
  - April 2010
  - March 2010
  - February 2010
  - January 2010
  - December 2009
  - November 2009
  - October 2009
  - September 2009
  - August 2009
  - July 2009

Patterico's Pontifications » Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing

- June 2009
- May 2009
- April 2009
- March 2009
- February 2009
- January 2009
- December 2008
- November 2008
- October 2008
- September 2008
- August 2008
- July 2008
- June 2008
- May 2008
- April 2008
- March 2008
- February 2008
- January 2008
- December 2007
- November 2007
- October 2007
- September 2007
- August 2007
- July 2007
- June 2007
- May 2007
- April 2007
- March 2007
- February 2007
- January 2007
- December 2006
- November 2006
- October 2006
- September 2006
- August 2006
- July 2006
- June 2006
- May 2006
- April 2006
- March 2006
- February 2006
- January 2006
- December 2005
- November 2005
- October 2005
- September 2005
- August 2005
- July 2005
- June 2005

Patterico's Pontifications » Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing

- May 2005
- April 2005
- March 2005
- February 2005
- January 2005
- December 2004
- November 2004
- October 2004
- September 2004
- August 2004
- July 2004
- June 2004
- May 2004
- April 2004
- March 2004
- February 2004
- January 2004
- December 2003
- November 2003
- October 2003
- September 2003
- August 2003
- July 2003
- June 2003
- May 2003
- April 2003
- March 2003
- February 2003

March 2012

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |   |

« Feb          Apr »

## Favorite Sites

- A Million Monkeys Typing
- Ace of Spades
- Acute Politics
- Alarming News
- Anwyn's Notes in the Margin
- Badgers Forward
- Beldar Blog

Patterico's Pontifications » Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing

- Best of the Web
- Betsy's Page
- Big Lizards
- BizzyBlog
- Blackfive
- Blogging.la
- BuzzMachine
- Captain's Quarters
- Carol Platt Liebau
- Commonwealth Conservative
- Confirm Them
- Constitutional Conservative
- Cop the Truth
- Countercolumn
- Dan Weintraub
- DANEgerus
- Dave Barry
- Day by Day
- Dead Parrot Society
- Dean's World
- Dispatches from the Culture Wars
- Doc Rampage
- Don Surber
- Donald Luskin
- Double Toothpicks
- Dowingba
- Dustbury
- EagleSpeak
- Error Theory
- Everything I Know Is Wrong
- FullosseousFlap's Dental Blog
- Galley Slaves
- HipperCritical
- Hoodathunk?
- How Appealing
- Hoystory.com
- Hugh Hewitt
- InstaPundit
- Internet Radio Network
- Jules Crittenden
- Junkyard Blog
- Just One Minute
- Kausfiles
- KelliPundit
- L.A. Observed
- Laura's Miscellaneous Musings
- Les Jones
- Let's Try Freedom
- Likelihood of Confusion

Patterico's Pontifications » Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing

- Lileks: The Bleat
- Little Green Footballs
- Local Liberty Blog
- Margi Lowry
- Media Lies
- Michael J. Totten
- Michelle Malkin
- My Pet Jawa
- Neo Warmonger
- New England Republican
- Oh, That Liberal Media
- Okie on the Lam
- Old Patriot's Pen
- Oraculations
- Outside the Beltway
- Pajama Pundits
- Patrick Ruffini
- Pejmanesque
- Piece of Work in Progress
- Pigilito
- Polipundit
- Politburo Diktat
- Popehat
- Power Line
- PressThink
- Professor Bainbridge
- Professor Chaos
- Pundit Review
- Radley Balko
- Ramblings' Journal
- RantingProfs
- Real Clear Politics Blog
- Right Wing News
- Rightwing Nuthouse
- Roger L. Simon
- Say Uncle
- ScrappleFace
- Sister Toldjah
- Sisu
- Southern Appeal
- Speed of Thought
- Spyware Warrior
- Stop the Bleating!
- Strong As An Ox and Nearly As Smart
- Stubborn Facts
- Such Little Things
- The Astute Blogger
- The Big Picture
- The Buck Stops Here

Patterico's Pontifications » Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing

- The Dialectizer
- The Hotline
- The Iconic Midwesterner
- The Movie Court
- The National Debate
- The Onion
- The Shape of Days
- The Spoons Experience
- The Unalienable Right
- The View from the Nest
- The Volokh Conspiracy
- ThoughtsOnline
- ThreeSheets
- TigerHawk
- Tim Blair
- Tim Worstall
- Villainous Company
- VodkaPundit
- Winds of Change
- Wizbang

# Links

- ○
- ○
- ○
- ○

# Patterico Sells Out

- Bodybugg
- Cheap azbox receiver
- Conservative Blog Advertising MiniNetwork
- L.A. Blogads Network
- LED
- Lingerie
- My Food Diary
- okayprom
- plastic film
- yoursdress
- Meta:
  - RSS 2.0
  - Comments RSS 2.0

Patterico's Pontifications » Tommy Christopher Fails to Vet Nadia Naffe, 1: Crowdsourcing

*Powered by **[WordPress](WordPress)**.*

Page loaded in: 0.5199 secs.

# EXHIBIT R

Patterico's Pontifications » Documents from Nadia Naffe's Race Discrimination Case Against the RNC: The Computer That Was Never Returned

 

# 3/24/2012

## Documents from Nadia Naffe's Race Discrimination Case Against the RNC: The Computer That Was Never Returned

Filed under: General — Patterico @ 5:11 pm

Poking around PACER, one finds the most interesting things. Things that journalists like Tommy Christopher might want to look into, if they found themselves writing about Nadia Naffe. The following is from an order made by the court overseeing that lawsuit, after taking testimony from Naffe regarding a laptop that she had been lent by the Florida Republican Party during her employment. The court found that she had been asked to return it, and intentionally did not:

> Based upon testimony of the plaintiff at the hearing, I find that the plaintiff, upon her termination on April 2, 2004, was specifically instructed to return all RPOF equipment, including a computer. The plaintiff had the computer at that point and intentionally did not return it. Subsequently, the plaintiff took the laptop computer to her mother's home in Pensacola, Florida, and it could no longer be located there, assertedly because the home was severely damaged during Hurricane Ivan.

The relevance of the laptop is described in her deposition, which I found on PACER as well, in three parts: one, two, and three. Interesting reading. Apparently she believed she had been given an inferior laptop, presumably because she was black, given the lawsuit's allegations.

But I guess it was good enough to keep after she was terminated, even though she had been instructed to return it.

By the way, I should note that Naffe has threatened to report me to my State Bar and my place of employment for writing posts critical of her:

Patterico's Pontifications » Documents from Nadia Naffe's Race Discrimination Case Against the RNC: The Computer That Was Never Returned



The theory is that, by pointing out holes in her story, on a public blog, concerning a matter of public interest, I am giving James O'Keefe "legal advice" in a civil suit.



The claim is absurd. If a non-lawyer criticizes O'Keefe, in a way that gives her a legal argument in court, is that practicing law without a license? No self-respecting employer or bar investigator would buy this logic, so she moved on to another false claim: that I updated my blog on company time. You can add that to a large set of other falsehoods she has told in recent days and weeks.

The motive is to silence me. The likely result is that her tactics will draw greater attention to my criticism of her claims, and her tactics of trying to silence her critics.

UPDATE: Interesting points in comments about the medications she was taking, and how those medications don't mix well with alcohol. One of the medications, Seroquil, is commonly prescribed for schizophrenia, mania, or bipolar disorder — all afflictions that may well not be temporary. If she was still taking the medications in late 2011, it could explain why she allegedly had such a strong reaction to alcohol. Details here.

There is another point about Seroquil that, together with the above information, might make for an interesting post. Will have to think about this one . . .

Comments (402)

# 402 Comments

1. Did I just give legal advice again? Dammit!

*Comment by Patterico (feda6b) — 3/24/2012 @ 5:15 pm*

2. And it was on company time, too, since I have to work all weekend (at home) — and took a few minutes out of that weekend work schedule to write this post.

   Double whammy!

   *Comment by Patterico (feda6b) — 3/24/2012 @ 5:17 pm*

3. She's a piece o' work. A perennial victim of discrimination/litiGATOR.

   *Comment by Colonel Haiku (bd479c) — 3/24/2012 @ 5:21 pm*

4. I find Nadia to be of sufficient intellectual heft to be able to possibly keep up with my 6th Grade daughter. Harvard, my a**. Unless Harvard has a Middle School.

   *Comment by dfbaskwill (c021f2) — 3/24/2012 @ 5:23 pm*

5. I've seen a lot of people start walking on eggshells when these kinds of charges and innuendos are pushed out into the public square.
   Patrick cowboys the f up and rides it.

   Good

   Breitbart would be proud

   *Comment by SteveG (e27d71) — 3/24/2012 @ 5:30 pm*

6. Harvard does have an Extension School. I believe anyone can attend.

   Wonder if Tommy C. should look into that too.

   But there I go, a sympathizer with the "Klu" Klux Klan, suggesting that someone who thinks "your" is the contraction for "you are" (as demonstrated by consistent tweets over months) is not necessarily Harvard material.

   *Comment by Patterico (feda6b) — 3/24/2012 @ 5:31 pm*

7. "She's a piece o' work."

   She's a piece of something…but, it ain't work.

   *Comment by Dave Surls (46b08c) — 3/24/2012 @ 5:36 pm*

8. Sure hope the teacher's union doesn't come after Patterico now for giving Nadia unauthorized grammar lessons.

   *Comment by elissa (ea306b) — 3/24/2012 @ 5:39 pm*

9. elissa,

   That was a very clever comment.

   *Comment by Patterico (2422ef) — 3/24/2012 @ 5:41 pm*

Patterico's Pontifications » Documents from Nadia Naffe's Race Discrimination Case Against the RNC: The Computer That Was Never Returned

10. LOL, Elissa.

BTW, you've gotta love the Streisand effect.

*Comment by Dustin (330eed) — 3/24/2012 @ 5:45 pm*

11. When the Black Panther's put up a reward, an Louis F. marks citizens for death we're looking at a spot of bother.

*Comment by gary gulrud (d88477) — 3/24/2012 @ 5:55 pm*

12. *you gave him 29 BULLET POINTS*
the fake "right" actual LEFT – using incendiary language again.

*Comment by builderD (958987) — 3/24/2012 @ 5:56 pm*

13. Yeah, I love the "company time" idea, as if you are on the clock working exactly your 8 hour day.

*Comment by MayBee (081489) — 3/24/2012 @ 6:00 pm*

14. Patterico – Can I get some advice at the same hourly rate you are billing O'Keefe?

*Comment by daleyrocks (bf33e9) — 3/24/2012 @ 6:00 pm*

15. Skipping over the laptop or a moment: Prozac and Ambien then. Prozac and Ambien now?

Prozac + alcohol equals exacerbated response to alcohol. Prozac plus Ambien plus Alcohol even moreso. Drugs affecting serotonin change both alcohol metabolism and its effects in the brain.

In fact, Ambien, full stop. Irrationality+confusion+ motor impairment

*Comment by SarahW (b0e533) — 3/24/2012 @ 6:02 pm*

16. (see Pdf 2 for factors affecting her testimony)

*Comment by SarahW (b0e533) — 3/24/2012 @ 6:03 pm*

17. Patrick still won't confess what sandwich he consumed using his taxpayer paid salary on his taxpayer subsidized lunch time.

*Comment by SarahW (b0e533) — 3/24/2012 @ 6:05 pm*

18. "Prozac + alcohol equals exacerbated response to alcohol. Prozac plus Ambien plus Alcohol even moreso. Drugs affecting serotonin change both alcohol metabolism and its effects in the brain."

SarahW – If you're looking for some suggestions, I could add a few.

*Comment by daleyrocks (bf33e9) — 3/24/2012 @ 6:06 pm*

19. "Patrick still won't confess what sandwich he consumed using his taxpayer paid salary on his taxpayer subsidized lunch time."

Or if he consumed taxpayer subsidized condiments on said sandwich.

*Comment by daleyrocks (bf33e9) — 3/24/2012 @ 6:08 pm*

20. Just noting she was taking both of those back then. Was she taking them when she was forced to use harsh soap. #lyebarn

   *Comment by SarahW (b0e533) — 3/24/2012 @ 6:09 pm*

21. Those little packets aren't free you know.

   *Comment by SarahW (b0e533) — 3/24/2012 @ 6:10 pm*

22. If the company just asks for it's property back, you don't have to give it back. It isn't like taking the company's time.

   *Comment by MayBee (081489) — 3/24/2012 @ 6:11 pm*

23. She's a liar. But you knew that. It's clear she converted the laptop to her own use, if she did it dishonestly she's a thief.

   *Comment by SarahW (b0e533) — 3/24/2012 @ 6:13 pm*

24. Daley has been the the #facedown barn?

   *Comment by SarahW (b0e533) — 3/24/2012 @ 6:14 pm*

25. "Just noting she was taking both of those back then."

   SarahW – OK then. Some people have trouble sleeping and try a variety of cocktails, both liquid and powdered. As you noted, some combinations exaggerate individual effects of cocktail components. Some folks look for that enhanced overall effect, some don't.

   *Comment by daleyrocks (bf33e9) — 3/24/2012 @ 6:16 pm*

26. J. Edgar Hoover this one times tried to get MLK to give his laptop back.

   *Comment by SarahW (b0e533) — 3/24/2012 @ 6:18 pm*

27. SarahW – I've been #facedown but not in a barn that I remember anyway.

   *Comment by daleyrocks (bf33e9) — 3/24/2012 @ 6:19 pm*

28. that "s" in times is not an attempt at dialect, just bad typing.

   *Comment by SarahW (b0e533) — 3/24/2012 @ 6:22 pm*

29. I'm ticked that O'Keefe didn't do this research prior to getting involved with this twit. This filing should have been a red flag James!!!

   *Comment by Pamela (95126e) — 3/24/2012 @ 6:24 pm*

30. I bring it up mainly because I was wondering the other day if she were taking something.

   *Comment by SarahW (b0e533) — 3/24/2012 @ 6:25 pm*

31.  *and it was on company time, too, since I have to work all weekend (at home)*

Some of these trolls have peculiar job histories. Flex time takes on a whole other meanings.

*Comment by Noodles (3681c4) — 3/24/2012 @* <u>*6:27 pm*</u>

32.  SarahW is really on to something.

She was taking Seroquel, as indicated in the third deposition. It is <u>used to treat schizophrenia, mania, and bipolar disorder</u>. The attorney says in that deposition that "she survives with that medication," and it's a reasonable question to ask whether she still takes the drug. Taking it with alcohol is <u>not recommended and can increase Seroquel's side effects</u>, which <u>can include drowsiness, agitation, dizziness, fatigue, weakness, lethargy, irritability, nausea, and shakiness</u>.

By the way, I am working on an edit for the first depo, and will try to put the link back up soon.

*Comment by Patterico (feda6b) — 3/24/2012 @* <u>*6:28 pm*</u>

33.       "Patrick still won't confess what sandwich he consumed using his taxpayer paid salary on his taxpayer subsidized lunch time."

Ground beef enchilada a la carte, small albondigas soup, diet Coke. Lunch of champions.

*Comment by Patterico (feda6b) — 3/24/2012 @* <u>*6:34 pm*</u>

34.  YOU SCARED SOMEONE….. THEY NOW HAVE A PROTECTED TWITTER ACCOUNT…BWAHAHAHAHAH

*Comment by* <u>*Pamela*</u> *(95126e) — 3/24/2012 @* <u>*6:34 pm*</u>

35.  Apparently the Prozac and Ambien was what she was taking on the first day of the deposition, but then she became distraught after the first day, and her psychiatrist then prescribed more serious medicine, including the ones described in my previous comment.

*Comment by Patterico (feda6b) — 3/24/2012 @* <u>*6:39 pm*</u>

36.  Holy heck. Well, that kind of illness would explain her jumbled interpretations of language that would not confuse others, and her mental insertion of serious threats into generally benign remarks/situations.

If her condition has worsened, perhaps it might explain why her own friends do not quite recognize her at the moment. It might even account for some of her peculiar difficulties with spelling and syntax (far less present in her earlier tweet history and blogging.)

Of course just plain old malice and stupidity might account for it. Though in my own case I usually just blame mypopia/presbyopia and floaters.

*Comment by SarahW (b0e533) — 3/24/2012 @* <u>*6:41 pm*</u>

37.  That bitch is, in my opinion, fucking crazy.

It is my contention that she is a worthless pile of crap who's only skills are lying, stealing, and filing bullshit lawsuits.

Patterico's Pontifications » Documents from Nadia Naffe's Race Discrimination Case Against the RNC: The Computer That Was Never Returned

*Comment by Scott Jacobs (ba5cb9) — 3/24/2012 @ 6:46 pm*

38. Well that could explain much concerning her apparent random association back and forth with reality. And her sense of victom-hood. Hope to heck she isn't out there driving. (Or being driven to rape-barns.)

*Comment by builderD (958987) — 3/24/2012 @ 6:49 pm*

39.          Holy heck. Well, that kind of illness would explain [...] (a lot)

I hope she has friends and family who reach out and help her, if this is the case. And it might be a case of mixed mental illness and malice… in which case I hope folks show her more grace than she's showing.

*Comment by Dustin (330eed) — 3/24/2012 @ 6:50 pm*

40. This was a case she wanted to bring, right?

*Comment by MayBee (081489) — 3/24/2012 @ 6:51 pm*

41. Wishing her not to drive , can't be construed as giving her legal advice from an unlicensed individual – can it ?

*Comment by builderD (958987) — 3/24/2012 @ 6:52 pm*

42. I'd be reluctant let someone drive a car or be a passenger on public transportation if they were taking medication that makes them drowsy, sick, or confused.

*Comment by DRJ (a83b8b) — 3/24/2012 @ 6:53 pm*

43. You know the truth of this one, DRJ: no good deed goes unpunished. Suddenly O'Keefe doesn't look quite so skeevy, huh?

*Comment by Simon Jester (be9387) — 3/24/2012 @ 6:56 pm*

44. My non- accredited, non- legal, un-licensed , legal advice to her would be : To use the diminished reality defense caused by medication/alcohol reactions. Her best defense against what sure seem as likely countersuits.

*Comment by builderD (958987) — 3/24/2012 @ 6:59 pm*

45. Why is that after reading this I get the feeling Nancy Pelosi is going to call another meeting and we are going to have to listen to Nadia giving Congressional Testimony telling us how America needs to provide all young Republican Women, Seroquel, Prozac, and Ambien free of charge.
    **Patterico**

*Comment by Sanmon (3df60c) — 3/24/2012 @ 7:03 pm*

46. and free taxi-fare if drunk, company or school computers , legal advice, rape-barn kits, twitter accounts . . . wait . . . i think all/ or most of of that was/is available to her.

*Comment by builderD (958987) — 3/24/2012 @ 7:08 pm*

47. "Taking it with alcohol is not recommended and can increase Seroquel's side effects"

Patterico – Everybody knows those recommendations are just there to scare people. Add a case a beer, some

xanax, some weed, you can have a one person party and crash for 12-18 hours.

*Comment by daleyrocks (bf33e9) — 3/24/2012 @ 7:18 pm*

48. It might just have been rxd to deal with her anxiety…but given all the strange behavior…

Anyway, it would make her beer beerier, that's for sure.

*Comment by Sarahw (b0e533) — 3/24/2012 @ 7:19 pm*

49. klonopin chaser of course.

*Comment by daleyrocks (bf33e9) — 3/24/2012 @ 7:20 pm*

50. Good God, these transcripts are tedious to read. I will keep trying though.

*Comment by Noodles (3681c4) — 3/24/2012 @ 7:23 pm*

51. That bitch is, in my opinion, f*cking crazy.

It is my contention that she is a worthless pile of cr@p who's only skills are lying, stealing, and filing bullsh*t lawsuits.

*Comment by Scott Jacobs (ba5cb9) — 3/24/2012 @ 7:31 pm*

52. Scott – Don't hold back.

*Comment by daleyrocks (bf33e9) — 3/24/2012 @ 7:32 pm*

53. Hmmmm, lets see now, can we think of anyone else who threatens bar complaints and complaints to your employer upon critical blog posts …

Gee, something ought to pop up in my memory.

*Comment by SPQR (26be8b) — 3/24/2012 @ 7:49 pm*

54. And if Nadia and that certain someone shared a common friend or two . . . wouldn't that be something?!

*Comment by Patterico (feda6b) — 3/24/2012 @ 7:51 pm*

55. Reading through that, I have to say politics are really messed up if you can have black outreach, Black Republican groups, and then it's illegal race-based employment practice for the party to then assign black employees to work those events.

*Comment by MayBee (081489) — 3/24/2012 @ 8:39 pm*

56. She seems madder that she wasn't running that show, if you ask me. Disgruntlement at not being in charge.

*Comment by Sarahw (b0e533) — 3/24/2012 @ 8:54 pm*

57. I just got done reading the second one. The defense attorney's frustration with her mendoucheity was palpable.

*Comment by JD (318f81) — 3/24/2012 @ 8:54 pm*

58. Not liking hr ideas is, and asking her to retract her big plans seems to have frrustrated her. She was offended at suggestion repub rallying was unsophisticated .

*Comment by Sarahw (b0e533) — 3/24/2012 @ 8:57 pm*

59. About to re-upload Volume 1.

*Comment by Patterico (feda6b) — 3/24/2012 @ 9:01 pm*

60. iPad typing, cheezit crackers. Im buying a stylus tomorrow, maybe it will improve

*Comment by Sarahw (b0e533) — 3/24/2012 @ 9:09 pm*

61. Just re-uploaded Volume 1. Had to redact a Social Security number. Kind of silly, since the document is freely available on PACER, but whatever.

*Comment by Patterico (feda6b) — 3/24/2012 @ 9:11 pm*

62. Doing the redaction made the document monstrously large.

*Comment by Patterico (feda6b) — 3/24/2012 @ 9:12 pm*

63. The trolls have a different set of rules for you to follow. They obviously really don't care about the number.

*Comment by Noodles (3681c4) — 3/24/2012 @ 9:14 pm*

64. Oh, I know the rules are different for me.

The medication is relevant, by the way. Who made a public issue out of why she got loopy from some alcohol?

*Comment by Patterico (feda6b) — 3/24/2012 @ 9:16 pm*

65. OMG, well this explains why she fits in with the nutroots, that deposition is agonizing,

*Comment by narciso (cf7360) — 3/24/2012 @ 9:17 pm*

66. Yeah, it's kind of weird. They know you are a good/decent person and expect you to act like one. They know they themselves are lowlifes and expect themselves to act like ones.

The meds don't surprise me. I guessed Celiac Disease. What do I know?

*Comment by Noodles (3681c4) — 3/24/2012 @ 9:21 pm*

67. Here's the thing.
A lot of people have issues.
But if you know about yourself that you have a history of needing strong medicine because you panic, and you can't concentrate, and you can't remember simple things….then you should be a decent person and not try to attribute those symptoms to someone else trying to drug and then rape you.

*Comment by MayBee (081489) — 3/24/2012 @ 9:26 pm*

68. A decent person would say, "We fought that night and I acted irrationally and don't remember a lot…but I have a history of that and I accept full responsibility for my behavior. I still never again want to work with

Patterico's Pontifications » Documents from Nadia Naffe's Race Discrimination Case Against the RNC: The Computer That Was Never Returned

James O'Keefe".

*Comment by MayBee (081489) — 3/24/2012 @ 9:29 pm*

69.  I wonder if there are going to be any new stories on Gawker or Mediwhateverite with this new information?

Somehow I don't think they will be as excited since it seems to be folding in on itself.

*Comment by Noodles (3681c4) — 3/24/2012 @ 9:35 pm*

70.  The truth didn't serve the template, which countered
the 'idiosyncratic' nature of the Occupy protests

*Comment by narciso (cf7360) — 3/24/2012 @ 9:37 pm*

71.  I just opened up doc 3, I'm presuming "lamaticol" is lamictal,the anti – seizure med….

*Comment by Sarahw (b0e533) — 3/24/2012 @ 10:08 pm*

72.  *That bitch is, in my opinion, fucking crazy.*
*It is my contention that she is a worthless pile of crap who's only skills are lying, stealing, and filing bullshit*
*lawsuits.*
*Comment by Scott Jacobs — 3/24/2012 @ 6:46 pm*

– When did the conversation switch to Gloria Allred?

Oh.

*Comment by Icy (838f58) — 3/24/2012 @ 10:10 pm*

73.  Itt's used for manic expression too….

*Comment by Sarahw (b0e533) — 3/24/2012 @ 10:10 pm*

74.  "I still never again want to work with James O'Keefe."

… because he's a creeper.

*Comment by Leviticus (870be5) — 3/24/2012 @ 10:13 pm*

75.  Yeah, Leviticus. It's him. He's the creeper.

*Comment by MayBee (081489) — 3/24/2012 @ 10:17 pm*

76.  "I just opened up doc 3, I'm presuming "lamaticol" is lamictal,the anti – seizure med…."

SarahW – Some docs have used anti-seizure meds of label for bulimia, anxiety, alcohol as well.

*Comment by daleyrocks (bf33e9) — 3/24/2012 @ 10:17 pm*

77.  off label.

*Comment by daleyrocks (bf33e9) — 3/24/2012 @ 10:18 pm*

78. *The medication is relevant, by the way. Who made a public issue out of why she got loopy from some alcohol?*
*Comment by Patterico — 3/24/2012 @ 9:16 pm*

– Mystery solved: she roofied herself!

*Comment by Icy (838f58) — 3/24/2012 @ 10:23 pm*

79. She can be a creeper too, MayBee. It's not like there's a Mutually Exclusive Creepiness Principle at play here…

*Comment by Leviticus (870be5) — 3/24/2012 @ 10:35 pm*

80. "Mystery solved: she roofied herself!"

- Icy

Makes more sense than her current story, since she obviously doesn't remember it…

*Comment by Leviticus (870be5) — 3/24/2012 @ 10:37 pm*

81. So, Leviticus, two creepers don't make a right. Or something? I'm confused.
Can you ask the question again?

*Comment by MayBee (081489) — 3/24/2012 @ 10:56 pm*

82. Leviticus,

It is certainly possible that the things O'Keefe did not specifically deny about the Boudreau incident did occur — and if so, there was some horrible judgment at play there.

And I don't know what happened in the barn and don't pretend to.

But when we're deciding how to apportion scorn, at what point do the equities shift and cause us to heap the greater amount on Ms. Naffe? When she smears a dead family man? When she (however comically) uses lies to threaten the livelihood of your blog host?

When?

*Comment by Patterico (2422ef) — 3/24/2012 @ 11:15 pm*

83. #37

Yeah, what Scott said.

I about died laughing, reading that deposition, btw. To paraphrase "light fingers" Nadia: I'm not sure if I can answer your questions, on account of I'm a whack job, and the drugs I'm taking might make me even more of a whack job (true: side effects of Ambien can include hallucinations and delusions, according to wiki).

Nothing like having your sole witness (at least I think she's their sole witness) confess to taking various mind-altering drugs, and then stating for the record that she's not even sure she'll be able to testify!

That's a real credibility builder.

Too freaking funny.

Thanks, Pat.

*Comment by Dave Surls (46b08c) — 3/24/2012 @ 11:19 pm*

84. Damn! And it would have been a big comeback hit for Whitney, too:

**The bitch, the bitch, the bitch … the bitch is whack!**

*Comment by Icy (838f58) — 3/24/2012 @ 11:21 pm*

85. Ding Ding Ding — we have a winner.

Scott Jacobs @ #37.

This one's not to hard to figure out.

As Forrest's mother used to say "Stupid is as stupid does."

*Comment by shipwreckedcrew (e57b7e) — 3/24/2012 @ 11:30 pm*

86. Leviticus is nothing if not consistent: past (alleged) ickiness begets future false accusations; cry no tears over O'Keefe, for he brought this upon himself.

*Comment by Icy (838f58) — 3/24/2012 @ 11:41 pm*

87. "She was taking Seroquel, as indicated in the third deposition. It is used to treat schizophrenia, mania, and bipolar disorder."

You have to admit that her doctor knows how to diagnose.

*Comment by Dave Surls (46b08c) — 3/25/2012 @ 1:26 am*

88. "Itt's used for manic expression too…."

Is that a medical condition where you can't stop talking?

I think I might have that.

*Comment by Dave Surls (46b08c) — 3/25/2012 @ 1:29 am*

89. I, personally, am worried that Mrs. Patterico will sue the bunch of us for alienation of Patterico's affections since he is using marital assets and taking away from quality family time to talk to us on this blog.

*Comment by nk (dec503) — 3/25/2012 @ 3:43 am*

90. "She was taking Seroquel…"

I think she's moved on to harder stuff, and is now taking a combination of Stupid-itol and Liesthruherteeth-itol. And, judging by her semi-coherent twitterisms, she's probably shooting up skank-idrene as well.

*Comment by Dave Surls (46b08c) — 3/25/2012 @ 4:59 am*

Case 2:12-cv-08443-GW-MRW   Document 40   Filed 01/11/13   Page 156 of 288   Page ID #:792

Patterico's Pontifications » Documents from Nadia Naffe's Race Discrimination Case Against the RNC: The Computer That Was Never Returned

91. iPad auto-correct is in Sheridan mode again.

*Comment by Sarahw (b0e533) — 3/25/2012 @ 6:12 am*

92. What the hell does a guy have to do to express his opinion in a protected fashion and yet still get sued by that loony-toon chick?

Damnit, I want in on the fun!

*Comment by Scott Jacobs (ba5cb9) — 3/25/2012 @ 6:23 am*

93. What the hell does a guy have to do to express his opinion in a protected fashion and yet still get sued by that loony-toon chick?

Damnit, I want in on the fun!

*Comment by Scott Jacobs (ba5cb9) — 3/25/2012 @ 6:23 am*

94. She had some tweet the other day that seemed overly touchy about speculation over her mental status.

Transient situational anxiety usually gets nothing more than some Ativan or Xanax thrown at it,. She was on some serious stuff then. Her drug cocktail at the time of the deposition is more common with diagnoses of bipolar, (or as Daleyrocks explained, alcoholism associated with mood disorder.)

Her atory always had one big thinking error on display: she tends to judge people's motivations behind their actions from their immediate effect on herself. She feels bad, the motivation is bad, or even hostile or threatening or some kind of deliberate cruelty. Other, more benign reasons can't be true, because of how she felt.

*Comment by Sarahw (b0e533) — 3/25/2012 @ 6:48 am*

95. nadia thinks she's
perpetual victim of
discrimination

*Comment by Colonel Haiku (0ee692) — 3/25/2012 @ 7:01 am*

96. Has there been any new activity/reaction yet from the big guy–the White House Correspondent–the practitioner of sacred and real journalism–Tommy Xtopher?

Obviously, for most behind-the scenes zealot leftist narrative builders and disseminators Nadia's credibility and issues with being truthful don't matter because they're convinced it's their job (and therefore quite OK to outright lie and make up stuff) to take down their political opponents at any cost. But at *some* point doesn't this start to catch up with Tommy? Won't his sloppiness, the laziness, the growing reputation for lack of curiosity or investigative rigor affect his standing with employers? He's already publicly embarrassed himself and Mediaite in the Weinergate affair. How many more passes does he get before colleagues or ambitious young journalists who want his job begin to undermine him–if they haven't already started?

*Comment by elissa (24cab4) — 3/25/2012 @ 7:11 am*

97. I'm wondering if Patrick's pondered follow up will relate to Seroquel's use as a "date rape" drug?

I'm also wondering what proportion of cunning and malice is in theer with the crazy. Could she have meant

Patterico's Pontifications » Documents from Nadia Naffe's Race Discrimination Case Against the RNC: The Computer That Was Never Returned

to set up o'keefe, or did she just go 'round the bend?

*Comment by Sarahw (b0e533) — 3/25/2012 @ 7:13 am*

98. Elissa, "too good to check" is how they roll over there. Tommy, however, is fast becoming a Jamie Gorelick figure, mistress of disaster.

*Comment by Sarahw (b0e533) — 3/25/2012 @ 7:20 am*

99. "How many more passes does he get?"

You know the answer... as many as he needs and then it's a "passes-spike" in his last year right before he retires.

*Comment by Colonel Haiku (0ee692) — 3/25/2012 @ 7:32 am*

100. Anti-seizure medications such as Lamictal, Depakote, Tegretol etc are used in bipolar disorder as mood stabilizers

*Comment by JGaulte (a57aa6) — 3/25/2012 @ 7:37 am*

101. If she is being treated for alcoholism I would expect to see Antabuse,Vivitrol, or Campral in her medication profile as well...JG/RPh

*Comment by JGaulte (a57aa6) — 3/25/2012 @ 7:44 am*

102. Clearly, the court documents and filings being discussed on this thread were also available to any intrepid journalist. There are only a couple of possibilities at play here: Tommy C. already knew what was in them about Nadia but plowed ahead anyway–foolishly assuming that nobody else would bother to look. Or, it never occurred to him to background check Nadia in the first place –which would be all the more stunningly stupid in light of his very public Nikki Reid disaster.

*Comment by elissa (24cab4) — 3/25/2012 @ 7:48 am*

103. McKenna has way more patience with her nonsense than I would.

*Comment by JD (e5c06b) — 3/25/2012 @ 7:50 am*

104. Haiku @ 7:32

I'm actually not so sure Tommy's all that immune from a professional standpoint. Journalism (and I do use the term loosely) can be a very competitive and nasty business. Reporters are willing to almost kill each other for "the get". Lots of ambitious journos would love to have his ID tag and to be sitting in his seat in the WH press room. I would not rule out palace intrigue and it appears that Tommy may be too clueless to even be watching his back or protecting what's left of his reputation.

*Comment by elissa (24cab4) — 3/25/2012 @ 8:04 am*

105. 25mg of Seroquel is below the daily dose commonly seen to treat schizophrenia. For schizophrenia the daily dosage range is usually several hundred milligrams up to the FDA labeled maximum dosage of 900mg/day and in some cases greater. Seroquel (specifically the XR dosage form) also has an FDA labeled indication as adjunctive therapy in Major Depressive Disorder to augment the action of an antidepressant. It also has an FDA labeled indication in the treatment of depressive episodes associated with Bipolar disorder. The lower

doses of Seroquel are most commonly seen to treat depressive manifestations of Bipolar 1 or 2. The additional use of the medication lamotrigine (lamictal) also points to Bipolar disorder….JG/RPH

*Comment by JGaulte (a57aa6) — 3/25/2012 @ 8:10 am*

106.  tommy throws at wall
and hopes that some sh\*t will stick
cares not for The Truth

*Comment by Colonel Haiku (0ee692) — 3/25/2012 @ 8:37 am*

107.  update:

Robin Abcarian in today's LA Times says that Mr. O'Keefe has adopted Saul Alinsky's theatrical tactics. Hmmm?

*Comment by AZ Bob (1c9631) — 3/25/2012 @ 9:36 am*

108.  You guys are just like the Klu Klucks Klan

*Comment by JD (318f81) — 3/25/2012 @ 9:58 am*

109.  "(or as Daleyrocks explained, alcoholism associated with mood disorder.)"

Sarahw – I was not attempting to diagnose, merely pointing out that some folks take drug label warnings as mere suggestions and ignore or seek out the enhanced effects described in the warnings through combination with alcohol or other drugs.

*Comment by daleyrocks (bf33e9) — 3/25/2012 @ 9:58 am*

110.  "If she is being treated for alcoholism I would expect to see Antabuse,Vivitrol, or Campral in her medication profile as well…JG/RPh"

JGaulte – If she admits to a problem with alcohol as you suggest above, I agree. Otherwise a doctor may attempt to treat with anti-anxiety or anti-seizure meds until she is ready to stop drinking. Just a thought.

*Comment by daleyrocks (bf33e9) — 3/25/2012 @ 10:02 am*

111.  Here's what I read throughout that deposition:
"And I'm rockin' one leg. Jealous?"

*Comment by MayBee (081489) — 3/25/2012 @ 10:09 am*

112.  Daleyrocks – I hope I didn't imply you were diagnosing! No, it's important to note off label uses, because her specific situation then and now is only partly or not known.

She discusses bouts of depression (explains it as a cause for leaving employment), and she discusses anxiety in parts 2 and 3 above.

The cocktail she gets is a common one for bipolar conditions. That would be my speculation if I were pressed to make one. I 'd add I think she goes off the deep end; if blogger and tweeter Nadia is ALL Nadia, then I see hints of mania/though disorder/ language dysfunction. Bipolar, or worse. I was reading through to see if she'd had any kind of breakdown or psychosis mentioned. All I've seen so far in those records is depression

and anxiety. But that's a strong cocktail. It suggests more.

*Comment by Sarahw (b0e533) — 3/25/2012 @ 10:14 am*

113. How many patients admit to doctors they drink to excess? I assume some do, especially those that see the doctor because they want to stop drinking, but my guess is most don't.

*Comment by DRJ (a83b8b) — 3/25/2012 @ 10:14 am*

114. Maybee heh. – that's been my mental picture of #BARNGIRL for a while.

*Comment by Sarahw (b0e533) — 3/25/2012 @ 10:15 am*

115. Could yu repeat the question please, after rambling borderline coherent totally mendoucheous answer cracks me up.

Sometimes yes, and sometimes no.

Explain the yes to me. Now explain the no to me.

That deposition was about 8 hours longer than it needed to be, due to her asshattery.

*Comment by JD (318f81) — 3/25/2012 @ 10:15 am*

116. Why did Nadia Naffe protect her twitter account?

*Comment by JD (318f81) — 3/25/2012 @ 10:18 am*

117. She (or someone helping her) shut down everything. The Nadia Milhouse facebook account, some old blogs, her Milhouse listing on some social networking groups. Some of those were mentioned here, next day they were removed.

*Comment by Sarahw (b0e533) — 3/25/2012 @ 10:23 am*

118. ( The facebook was at least removed from public searches.)

*Comment by Sarahw (b0e533) — 3/25/2012 @ 10:24 am*

119. Sarah, do you think the internet and social media shut downs also signify the (reluctant) shut down of the failing "operation"? Or does it mean something else?

*Comment by elissa (24cab4) — 3/25/2012 @ 10:28 am*

120. "But I'm responding!" (when she is upset at having her non-answers declared unresponsive)

What was that thing Lileks used to joke about?

Oh yes: " the chastening stare of the Perry Head"

http://www.lileks.com/bleats/archive/04/0804/0802art/perryhead.jpg

*Comment by Sarahw (b0e533) — 3/25/2012 @ 10:30 am*

121. I wrote something that I referred to as "my proposal". But that does not mean it was mine, does not mean I

was proposing what was contained in said proposal, and does not imply that I would be interested in doing what was contained in my proposal.

*Comment by JD (318f81) — 3/25/2012 @ [10:34 am](#)*

122.  Elissa, I don't know. She was getting kind of out there.

BUT –

She might be afraid and/or rationally want to block off prying.

She might have gone off the bend for reals, and is in a paranoid mood.

Maybe counsel or a good friend has corrected her and done what it could to clean up her act.

I have to think her friends would catch on at some point.

*Comment by Sarahw (b0e533) — 3/25/2012 @ [10:35 am](#)*

123.  The reason TC didn't get these documents of PACER (run by US Dist. Ct. clerk's office) is because you have to pay a per-page fee to download court documents using that site.

TC doesn't pay for information critical to getting a story right. He would rather make it up for free.

*Comment by shipwreckedcrew (e57b7e) — 3/25/2012 @ [10:43 am](#)*

124.  Also – It was somebody else's proposal really so I just called it my proposal which is not taking credit for it in the least. It's just proposal boilerplate.

*Comment by Sarahw (b0e533) — 3/25/2012 @ [10:43 am](#)*

125.  This is one of my favorites:

*A: It was more than once. I wouldn't call*
*3 that repeatedly.*

*Comment by Sarahw (b0e533) — 3/25/2012 @ [10:46 am](#)*

126.  But Tommy knew about the litigation, and his org should have a subscription. I that's not in his toolbox, that's very nearly a disgrace.

*Comment by Sarahw (b0e533) — 3/25/2012 @ [10:49 am](#)*

127.  "If that's not", that is

*Comment by Sarahw (b0e533) — 3/25/2012 @ [10:49 am](#)*

128.        But Tommy knew about the litigation, and his org should have a subscription. I that's not in his toolbox, that's very nearly a disgrace.

Comment by Sarahw

I agree.

Patterico's Pontifications » Documents from Nadia Naffe's Race Discrimination Case Against the RNC: The Computer That Was Never Returned

And it's not expensive.

*Comment by Dustin (330eed) — 3/25/2012 @ 10:53 am*

129. Was it before lunch or after lunch? I don't know, I don't want to speculate or put wrong information into the record, was it within minutes? I don't know. Was it with hours? I don't know. Was it the same day? I don't know. The same week? I don't know. The same month?!?!?!?!?!!?

*Comment by JD (318f81) — 3/25/2012 @ 10:57 am*

130. It's Dan Abrams. You would think he would have a Pacer account.

*Comment by MayBee (081489) — 3/25/2012 @ 11:03 am*

131. It seems impossible that he would not.

*Comment by Sarahw (b0e533) — 3/25/2012 @ 11:07 am*

132. ok then, at the end of Doc 3:

17 It's my client's
18 understanding the Lamaticol [lamictal] that she takes in
19 the morning is what — that medication is to
20 keep her coherent

More than anxiety going on. More than low mood.

*Comment by Sarahw (b0e533) — 3/25/2012 @ 11:14 am*

133. "She discusses bouts of depression (explains it as a cause for leaving employment), and she discusses anxiety in parts 2 and 3 above."

Sarahw – I wasn't trying to be critical. I haven't made it through 2&3 yet. I see the anti-depressants, anti-anxiety, and sleep meds combo commonly in this area, not necessarily an indicator of serious serious probs.

OT – In an example of great thinking, some women like to drop the booze for the pills cuz the pills don't have calories. Preserve girlish figures by getting hooked on benzos!

*Comment by daleyrocks (bf33e9) — 3/25/2012 @ 11:17 am*

134. "That deposition was about 8 hours longer than it needed to be, due to her asshattery."

JD – What I submitted to the EEOC did not include all the specific instances of racism and racial stereotyping that I invented after coaching by the EEOC. That's why there are differences in the documents. Can't you see that Mr. McKenna?

*Comment by daleyrocks (bf33e9) — 3/25/2012 @ 11:22 am*

135. Daleyrocks, no worries. I'm not feeling unfairly criticized or even criticized – and hope anyone is circumspect about drawing conclusions about Ns reasons.

However I did see this at the end of Doc 3

See the post right above yours for short quote) -

*Comment by Sarahw (b0e533) — 3/25/2012 @ 11:24 am*

136. Bet Mr. McKenna had a drink or two himself after having to endure that ordeal.

*Comment by elissa (24cab4) — 3/25/2012 @ 11:25 am*

137. I think if Tommy or Shuster had looked at this before promoting the #soapscare story, it would have been doing a kindness to her.

*Comment by MayBee (081489) — 3/25/2012 @ 11:26 am*

138. "See the post right above yours for short quote) -"

Sarahw – Heh. Dosage could have used a little tweaking.

*Comment by daleyrocks (bf33e9) — 3/25/2012 @ 11:30 am*

139. Maybee, but she was always expendable.

*Comment by Sarahw (b0e533) — 3/25/2012 @ 11:37 am*

140. A PACER account is nothing special. Tommy (or any of you) can sign up for one right now with a credit card.

I was charged for only 30 pages per volume of depo at 8 cents a page. Less than 8 bucks for the whole thing. Better yet, they spot you the first 10 bucks per quarterly billing cycle. I may end up paying a few bucks because I downloaded a lot of documents besides these — but this is not expensive. And the "subscription" is free.

*Comment by Patterico (61eaae) — 3/25/2012 @ 11:40 am*

141. It's been a long time since I asked about it, but I think Hubs has a deal where he gets all the docs he wants in the eastern district for a flat fee.

*Comment by Sarahw (b0e533) — 3/25/2012 @ 11:42 am*

142.     Better yet, they spot you the first 10 bucks per quarterly billing cycle.

Yeah, they've only billed me once and I've used it for years. If you don't use it much, you never go beyond the freebies.

But Tommy is a journalist and if he didn't value his reputation enough to drop a few bucks on normal research that explains why his reputation is where it is today.

*Comment by Dustin (330eed) — 3/25/2012 @ 11:44 am*

143. What's worse is if he did.

*Comment by Sarahw (b0e533) — 3/25/2012 @ 11:47 am*

144. By the way: please note that at least one Twitter thug is alleging I posted this information as "revenge" for Nadia's threatened complaint. This is straight from their playbook. If you do journalism about someone, they

Patterico's Pontifications » Documents from Nadia Naffe's Race Discrimination Case Against the RNC: The Computer That Was Never Returned

attack you personally. Not only do they get to try to intimidate you, but now they can also argue that your future journalism is personal retaliation for their complaint.

This actually turns the attack itself into a weapon. If she didn't file a frivolous complaint, they couldn't portray the journalism I was going to do anyway as "revenge posting" done for personal reasons.

They do the same thing with investigations: open a bogus investigation by complaining about the journalist in a frivolous manner, and then describe the journalist as "under investigation."

Interestingly, this thug critic has employed this very tactic himself.

Somewhere there is a playbook where this is all written down.

*Comment by Patterico (61eaae) — 3/25/2012 @ 11:49 am*

145.  I'm guessing he didn't though. He's too ready to go with that which he is ready to believe.

At sometime in the past few days this story should have stopped making sense to him, though, if it ever made sense to him.

He was all too ready to get her to tell her story, not for the truth of the matter but for the damage it could accomplish. He's like a mean girl. True or false is less important than the effect of the gossip.

*Comment by Sarahw (b0e533) — 3/25/2012 @ 11:52 am*

146.  "I may end up paying a few bucks because I downloaded a lot of documents besides these"

Patterico – If the suit moved any distance down the road, I assume Kester was deposed. If he was, did you download that for comparison?

*Comment by daleyrocks (bf33e9) — 3/25/2012 @ 11:55 am*

147.      If she didn't file a frivolous complaint, they couldn't portray the journalism I was going to do anyway as "revenge posting" done for personal reasons.

Yup

      then describe the journalist as "under investigation."

Check

Ever since Nadia teamed up with Neal, it's been like deja vu. Practically every element of this crew's BS has been repeated.

What's sad is if it turns out Nadia has some serious mental problems, and they used her like this anyway (but I recall when Ron was pretending to be crazy… right when he thought he was about to get into serious trouble).

*Comment by Dustin (330eed) — 3/25/2012 @ 11:58 am*

148.  Here's what's weird, Patterico. It's her lawsuit. She wanted it. She has indicated she currently feels she was completely right in filing this lawsuit. So how is this revenge? Does that mean they are seeing something unflattering in it?

*Comment by MayBee (081489) — 3/25/2012 @ 11:59 am*

149.  And did they ever depose her doctor?

*Comment by Sarahw (b0e533) — 3/25/2012 @ 12:00 pm*

150.  Shades of "Obamacare"

*Comment by Sarahw (b0e533) — 3/25/2012 @ 12:01 pm*

151.  It's a lovely name until the program is unpopular.

*Comment by Sarahw (b0e533) — 3/25/2012 @ 12:02 pm*

152.  Now… from American International Pictures… "They Were Expendable"… starring Tommy Christopher, as
      Cody Finke, ace reporter… directed by Roger Corman… rated 'IM' for immature audiences only…

*Comment by Colonel Haiku (b7cf0d) — 3/25/2012 @ 12:03 pm*

153.  It's revenge because it undermines her (already weak) story.

*Comment by Sarahw (b0e533) — 3/25/2012 @ 12:04 pm*

154.  You are all sexist and racist

*Comment by JD (318f81) — 3/25/2012 @ 12:07 pm*

155.  Yeah, it's just interesting to see them admit that.

*Comment by MayBee (081489) — 3/25/2012 @ 12:09 pm*

156.  *==At sometime in the past few days this story should have stopped making sense to him==*

      Sarah, yes. And this is one of the reasons I hate twitter so much. People get so emotionally involved in things
      in such public, personal, vitriolic ways and so invested in their own position that it becomes almost
      impossible for them to pull back from even when it stops making any sense. If required, an article or a single
      blog posting can be updated or amended or softened or tweaked with new info in a professional way. A series
      of profanity and spittle-laced tweets on the other hand are harder to correct and are out there making people
      like TC and others look foolish for all eternity.

*Comment by elissa (24cab4) — 3/25/2012 @ 12:10 pm*

157.      Patterico – If the suit moved any distance down the road, I assume Kester was deposed. If he
          was, did you download that for comparison

      Here's the thing: that deposition (if it exists) is probably not online. Depositions rarely appear on PACER;
      only court filings do. The reason Nadia's was put online is because it was an exhibit to a motion seeking
      more deposition time because of her delay tactics.

      So you see, her obstreperous behavior in the depo ended up being responsible for your ability to read it.

      There's a lesson there for anyone willing to see it.

*Comment by Patterico (61eaae) — 3/25/2012 @ 12:16 pm*

Case 2:12-cv-08443-GW-MRW   Document 40   Filed 01/11/13   Page 165 of 288   Page ID
#:801

Patterico's Pontifications » Documents from Nadia Naffe's Race Discrimination Case Against the RNC: The Computer That Was Never Returned

158.     obstreperous

Unruly, stubbornly out of control

Learn somethin' every day.

*Comment by Dustin (330eed) — 3/25/2012 @ 12:17 pm*

159.  What ended up happening with her suit?

*Comment by MayBee (081489) — 3/25/2012 @ 12:19 pm*

160.  "Sarah, yes. And this is one of the reasons I hate twitter so much."

elissa – I agree. Twitter is the debbil's invention.

*Comment by daleyrocks (bf33e9) — 3/25/2012 @ 12:22 pm*

161.  Tommy, afaik, opted not to issue more information in his very legitimate media outlet.
Shuster only chose to issue a semi-apology after making a statement on a news outlet owned by the former
Vice President of the United States.

Twitter may be a problem, but in this case Patterico has been able to use it to draw attention to reporting that
smears O'Keefe using a questionable witness.

*Comment by MayBee (081489) — 3/25/2012 @ 12:26 pm*

162.  One justification NN had for her difficulties in deposition was her medical condition/medications.

Would there have been any response to the motion on file with a medical report or some such? If the motion
wasn't objected to I guess there wouldn't be but maybe there is?

*Comment by Sarahw (b0e533) — 3/25/2012 @ 12:28 pm*

163.  I just want somebody to double check.

*Comment by Sarahw (b0e533) — 3/25/2012 @ 12:30 pm*

164.  All I know, Sarah, is that the court granted more time for the depo, and in the same order, the court ordered
Nadia to review her deposition transcript and note any answers that she gave that were incorrect because of
her medication.

*Comment by Patterico (feda6b) — 3/25/2012 @ 12:39 pm*

165.     What ended up happening with her suit?

Settled. Looks like it was about to go to trial. Last document is a dismissal based on a settlement.

*Comment by Patterico (feda6b) — 3/25/2012 @ 12:40 pm*

166.  I wonder if Nadia's attorney told her to take down her social media presence. If so, perhaps he also explained
how it would hurt her legal position to be filing frivolous complaints against me.

I kind of doubt this is what happened, because if so, it sure took him a long time to get around to doing this.

But you never know.

*Comment by Patterico (feda6b) — 3/25/2012 @ 12:42 pm*

167. *Somewhere there is a playbook where this is all written down*

   **"How To Blame The Victim While Invoking The Memory of Your Dead Son" by John Edwards**

   *Comment by Icy (5c3322) — 3/25/2012 @ 12:44 pm*

168. "The reason Nadia's was put online is because it was an exhibit to a motion seeking more deposition time because of her delay tactics."

   P – Got it.

   *Comment by daleyrocks (bf33e9) — 3/25/2012 @ 12:46 pm*

169. Thanks, Patterico. Settlement is what I would have guessed.

   *Comment by MayBee (081489) — 3/25/2012 @ 12:51 pm*

170. Given the medication Nadia was (is?) taking, she probably follows careful rules about drinking, like only doing it on days ending in "y".

   *Comment by daleyrocks (bf33e9) — 3/25/2012 @ 12:54 pm*

171. "when we're deciding how to apportion scorn, at what point do the equities shift and cause us to heap the greater amount on Ms. Naffe? When she smears a dead family man? When she (however comically) uses lies to threaten the livelihood of your blog host?"

   -Patterico

   I think it's probably appropriate to heap the greater amount of scorn on Naffe even at this point, because of the two of them she's the one who keeps running her mouth and that (often) bespeaks guilt. I'm just saying we should be heaping a lesser (but still significant) amount of scorn on O'Keefe, to keep ourselves honest.

   *Comment by Leviticus (870be5) — 3/25/2012 @ 1:07 pm*

172. Scorn seems a little much for O'Keefe given what we actually know.

   In fact, whatever sins he's committed it appears he's paid for many times over.

   *Comment by Dustin (330eed) — 3/25/2012 @ 1:13 pm*

173. So is that the main thing she has done to upset you, Leviticus — "running her mouth"?

   Anything more specific, perhaps?

   *Comment by Patterico (feda6b) — 3/25/2012 @ 1:14 pm*

174. In O'Keefes defense, he might not have seen the crazy coming.

   If she had not decompensated in his presence beforehand, nor that of other persons he knew, maybe her behavior was not only hard to handle and interpret, but impossible to predict.

*Comment by SarahW (b0e533) — 3/25/2012 @ 1:15 pm*

175. Allowing flagrant misrepresentations to stand as truth. Dissembling endlessly. Forcing her way into the public eye then (pathetically) trying to squelch her critics with threats. Possibly lying outright on multiple occasions. Needing an attorney before she's 30. And, finally, associating with James O'Keefe.

*Comment by Leviticus (870be5) — 3/25/2012 @ 1:19 pm*

176. And she hasn't "upset" me – I just don't think she's particularly trustworthy, at this point.

*Comment by Leviticus (870be5) — 3/25/2012 @ 1:21 pm*

177.      trying to squelch her critics with threats

This is the one I thought might get your attention.

*Comment by Patterico (feda6b) — 3/25/2012 @ 1:21 pm*

178.      And she hasn't "upset" me – I just don't think she's particularly trustworthy, at this point.

Oh. OK, then.

*Comment by Patterico (feda6b) — 3/25/2012 @ 1:22 pm*

179. Any others who aren't upset by her baseless threats towards me?

*Comment by Patterico (feda6b) — 3/25/2012 @ 1:23 pm*

180. What do you want me to say, man? She doesn't know what the f*ck she's talking about. You yourself pointed out how utterly ridiculous the threat was. So no, I'm not upset by it. It'd be like getting upset over a 5 year old's threat to run away and join the circus.

Doesn't mean I don't have a great deal of respect for you.

*Comment by Leviticus (870be5) — 3/25/2012 @ 1:27 pm*

181. I would like to point out that this claim being settled gives us an excellent example of what employment attorneys can get settlements on. Putting too much faith in the fact that an employment dispute has been settled is always a mistake. Even if the claim is against James O'Keefe.

*Comment by MayBee (081489) — 3/25/2012 @ 1:30 pm*

182. That is an excellent point, MayBee.

It seems like arrests, settlements, etc. are like Rorschach tests: people see what they want to see — based on their politics.

*Comment by Patterico (feda6b) — 3/25/2012 @ 1:33 pm*

183. I don't see any evidence that Naffe's accusations being baseless has any deterrent on her actually filing the suit.

So yes, I'm upset for you.

Patterico's Pontifications » Documents from Nadia Naffe's Race Discrimination Case Against the RNC: The Computer That Was Never Returned

*Comment by MayBee (081489) — 3/25/2012 @ 1:33 pm*

184. Leviticus,

I think Nadia Naffe and her enablers know something you don't: Even baseless claims can be hard to defend against, and they can tarnish or end careers.

*Comment by DRJ (a83b8b) — 3/25/2012 @ 1:35 pm*

185. "It seems like arrests, settlements, etc. are like Rorschach tests: people see what they want to see — based on their politics."

- Patterico

Whatever.

*Comment by Leviticus (870be5) — 3/25/2012 @ 1:36 pm*

186. "I think Nadia Naffe and her enablers know something you don't: Even baseless claims can be hard to defend against, and they can tarnish or end careers."

- DRJ

If that happens, I will be immensely upset for Patterico. Here and now, where Naffe is just another entitled moron shooting her mouth off, no, I'm not upset. He played it down himself. It's silly.

*Comment by Leviticus (870be5) — 3/25/2012 @ 1:37 pm*

187.    Whatever.

My comment wasn't specifically directed at you.

Do you actually disagree with it?

Really?

*Comment by Patterico (feda6b) — 3/25/2012 @ 1:41 pm*

188. Leviticus,

In retrospect, maybe this will be considered mere "silly" talk. However, attacking someone in their career isn't a joke and the worst doesn't have to happen for me to get upset about it.

*Comment by DRJ (a83b8b) — 3/25/2012 @ 1:45 pm*

189. Leviticus- Do you still suspect O'Keefe tried to get busy with NN?

*Comment by MayBee (081489) — 3/25/2012 @ 1:46 pm*

190.    In retrospect, maybe this will be considered mere "silly" talk. However, attacking someone in their career isn't a joke and the worst doesn't have to happen for me to get upset about it.

Bingo.

Case 2:12-cv-08443-GW-MRW   Document 40   Filed 01/11/13   Page 169 of 288   Page ID
#:805

Patterico's Pontifications » Documents from Nadia Naffe's Race Discrimination Case Against the RNC: The Computer That Was Never Returned

*Comment by Patterico (feda6b) — 3/25/2012 @ 1:49 pm*

191. "Scorn"????

O'Keefe did a great service to Americans when he exposed the ACORN machine for what it was. I have nothing but respect for the young man.

*Comment by Colonel Haiku (612d95) — 3/25/2012 @ 1:51 pm*

192. I'm most distressed with the scruples of those who wanted to get her story out before appraising it while it could still do some "good" (i.e. maximum damage.)

*Comment by SarahW (b0e533) — 3/25/2012 @ 1:55 pm*

193. "My comment wasn't specifically directed at you."

- Patterico

I figured it was directed at me. I don't disagree with it at all.

*Comment by Leviticus (870be5) — 3/25/2012 @ 1:55 pm*

194. FYI, Patterico, PACER fees go up next week to 10 cents / page. I think the quarterly minimum for no bill goes up a bit too.

*Comment by SPQR (354ab5) — 3/25/2012 @ 1:55 pm*

195. It's just unforgiveable.

*Comment by SarahW (b0e533) — 3/25/2012 @ 1:55 pm*

196. MayBee -

I don't know at this point.

*Comment by Leviticus (870be5) — 3/25/2012 @ 1:56 pm*

197. Meanwhile, still ruminating over a Starchild nexus.

*Comment by SarahW (b0e533) — 3/25/2012 @ 2:00 pm*

198. SarahW,

I wonder if Prudence Paine might have some input?

*Comment by DRJ (a83b8b) — 3/25/2012 @ 2:05 pm*

199. *However, attacking someone in their career isn't a joke and the worst doesn't have to happen for me to get upset about it.*

Also, whether the attacks are disproved and the accusers found to be liars – even discrediting themselves along the way, personal and professional damage can still be done. And at times, it can be irreparable. Not everyone waits for evidence *before* assuming accusations are true. We know who those people are. And they will be relentless in pushing the lies.

Patterico's Pontifications » Documents from Nadia Naffe's Race Discrimination Case Against the RNC: The Computer That Was Never Returned

*Comment by Dana (4eca6e) — 3/25/2012 @ 2:15 pm*

200. *Do you still suspect O'Keefe tried to get busy with NN?*

MayBee, IIRC, there was a comment NN wrote at the link happyfeet provided in an earlier post of her statement (since removed), where she referred to O'Keefe in oddly intimate terms – someone she had 'deep affection for' and considered 'precious'. It was somewhat surprising and out of nowhere. It made me wonder whether NN tried to get busy with O'Keefe and was rebuffed… hence, an angry rejected overly medicated drunk girl with an axe to grind.

Maybe simplistic, but she just doesn't seem that bright or clever.

*Comment by Dana (4eca6e) — 3/25/2012 @ 2:21 pm*

201.    Also, whether the attacks are disproved and the accusers found to be liars – even discrediting themselves along the way, personal and professional damage can still be done. And at times, it can be irreparable. Not everyone waits for evidence before assuming accusations are true. We know who those people are. And they will be relentless in pushing the lies.

Also, for busy people with a short attention span, when something is confidently asserted, some people retain it and believe it. Or at least think it MIGHT be true. I had someone ask me if O'Keefe really clerked for me, based on assertions made by an anonymous Twitter account who has done nothing but issue lies and smears in support of evil people. All he had to do was say it, and someone who should know better wondered if it was true.

It's not, by the way, as I already explained earlier. I have never met the man.

*Comment by Patterico (feda6b) — 3/25/2012 @ 2:29 pm*

202.    I don't disagree with it at all.

Then why the "whatever" comment?

*Comment by Patterico (feda6b) — 3/25/2012 @ 2:30 pm*

203. "Also, for busy people with a short attention span, when something is confidently asserted, some people retain it and believe it. Or at least think it MIGHT be true."

What else explains Tommy's method of reporting? Why else would he want to facilitate getting someone's story "out" before he checks it?

*Comment by SarahW (b0e533) — 3/25/2012 @ 2:32 pm*

204. Because I thought it was directed at me.

*Comment by Leviticus (870be5) — 3/25/2012 @ 2:36 pm*

205. *==What else explains Tommy's method of reporting? Why else would he want to facilitate getting someone's story "out" before he checks it?==*

alternate revenue source?

blackmail?

*Comment by elissa (e9c09f) — 3/25/2012 @ 2:37 pm*

206.   FYI, Patterico, PACER fees go up next week to 10 cents / page. I think the quarterly minimum for no bill goes up a bit too.

I'm not sure why I was able to download a document with 180-200 pages and only be charged for 30, but that's what happened. Even with the new rates, you could download all the depos yourself, and if that's all you got for the quarter, it would be free.

*Comment by Patterico (feda6b) — 3/25/2012 @ 2:38 pm*

207.   Shorthand Leviticus: regardless of the truth about the current circumstance, O'Keefe deserves to be harassed due to past misconduct — both real or alleged.

Somewhere in the deep south there's an open seat for Sheriff. Any candidates out there?

*Comment by Icy (5c3322) — 3/25/2012 @ 2:43 pm*

208.   Not "harassed." Just held in contempt.

*Comment by Leviticus (870be5) — 3/25/2012 @ 2:46 pm*

209.   Leviticus, why do you feel compelled to include your contempt of O'Keefe *alongside* Nadia's egregious lies and accusations, as if they were equal?

It's one thing to claim *Naffe is just another entitled moron shooting her mouth off*, but even moron's shooting their mouths off can do irreparable harm to a person's professional and private life.

*Comment by Dana (4eca6e) — 3/25/2012 @ 2:54 pm*

210.   "Leviticus, why do you feel compelled to include your contempt of O'Keefe alongside Nadia's egregious lies and accusations, as if they were equal?"

- Dana

I don't have to keep saying it, I suppose, so long as people get that that's my position and refrain from absentmindedly drifting into canonization of the guy in fits of sympathy as this thing unfolds. I am content at this point to watch Pat and others dissect Naffe's story, to see her present any evidence she may have to back her story up, etc, without making more reference to my low opinion of O'Keefe.

*Comment by Leviticus (870be5) — 3/25/2012 @ 3:00 pm*

211.   what……EVAH!!!
gotta do it with mo dramatic effect.

*Comment by Colonel Haiku (a3303a) — 3/25/2012 @ 3:02 pm*

212.   Between Canonization and Contempt. A great blog post title if I've ever heard one!

*Comment by elissa (e9c09f) — 3/25/2012 @ 3:06 pm*

213.   FWIW, I don't have the highest regard for O'Keefe either but that is not germane to the matter at hand – which is Nadia Naffe.

Case 2:12-cv-08443-GW-MRW   Document 40   Filed 01/11/13   Page 172 of 288   Page ID #:808

Patterico's Pontifications » Documents from Nadia Naffe's Race Discrimination Case Against the RNC: The Computer That Was Never Returned

*Comment by Dana (4eca6e) — 3/25/2012 @ 3:07 pm*

214.  Ok stop right there: "present any evidence she may have to back her story up"

Such as?

You are too sensible not to comprehend that her #rapebarn accusations are, in the light most favorable to herself, invented upon reflection, based entirely upon her subjective responses while she was intoxicated and irrational and nonsensical (on order of 5yo clown college applicants.)

Not to mention a claim of unlawful restraint is ludicrous under the fact situation she outlines, and that she was never improperly touched.

*Comment by SarahW (b0e533) — 3/25/2012 @ 3:14 pm*

215.  Patterico:

> *I'm not sure why I was able to download a document with 180-200 pages and only be charged for 30, but that's what happened.*

I think that's standard. According to PACER's FAQs:

> *The $.08 per page charge is based on the number of pages that result from each search and each requested report or document. The charge is not based on printing.*
> ***
> *Please note that there is a 30-page cap for documents and case-specific reports (i.e. docket report, creditor listing, claims register). You will not be charged more than $2.40 when you access documents or case-specific reports that are more than 30 pages. Please be aware that the 30-page cap does not apply to name search results, lists of cases, or transcripts (when available online).*

*Comment by DRJ (a83b8b) — 3/25/2012 @ 3:15 pm*

216.  There you go!

It's a great research tool and a great deal.

Of course, if Big Media uses it, it's journalism.

If a blogger does it, you threaten their job and call it harassment and stalking.

*Comment by Patterico (feda6b) — 3/25/2012 @ 3:16 pm*

217.  Touche'.

Apparently depositions are considered documents and not transcripts, or at least these were.

*Comment by DRJ (a83b8b) — 3/25/2012 @ 3:18 pm*

218.  I guess some media outlets can't afford $8-10 for research like this. Times really are tough, aren't they?

Of course, they can't say that since they can read it for free now that you've posted it here.

*Comment by DRJ (a83b8b) — 3/25/2012 @ 3:22 pm*

219.  With all this PACER talk, I might have to join later. Maybe after Mad Men.

Of course, surprises are nice. It must mean something is coming soon on Da Creeps.

*Comment by Noodles (3681c4) — 3/25/2012 @* *3:24 pm*

220.  I think I may lay off Nadia and give her a chance to realize she has made a mistake in threatening to report me for totally bogus reasons.

I don't really have much else to say about it right now anyway.

*Comment by Patterico (feda6b) — 3/25/2012 @* *3:42 pm*

221.  She may just be starting to realize that she has made a series of mistakes that could land her in trouble. Maybe she's reconsidering and that's why the Twitter and Facebook are gone.

Let's see.

*Comment by Patterico (feda6b) — 3/25/2012 @* *3:43 pm*

222.  Maybe someone told her that she looked like a fascist moron for threatening someone for remarks about the… porous nature of her story on a disclaimer riddled personal blog in a post subtitled 'Crowdsourcing'. "Do you know how stupid that sounds?" is not a legal strategy, unless they're waiting till later to teach us all the awesome stuff.

*Comment by Leviticus (870be5) — 3/25/2012 @* *3:53 pm*

223.  I think chances are pretty fair she's not right in the head; that increases compassion. If that doesn't mitigate the malicious spirit of her efforts, it at least points to obnoxiousness promoted by distorted perceptions and lack of insight.

*Comment by SarahW (b0e533) — 3/25/2012 @* *4:00 pm*

224.  "She may just be starting to realize that she has made a series of mistakes that could land her in trouble. Maybe she's reconsidering and that's why the Twitter and Facebook are gone."

I'll bet one of her lawyers became aware of what she's been doing, and told her to shut the hell up.

Frankly, I don't think she's smart enough to figure it out on her own.

*Comment by Dave Surls (46b08c) — 3/25/2012 @* *4:06 pm*

225.  "Ok stop right there: "present any evidence she may have to back her story up"?"

- SarahW

I was thinking more along the lines of evidence to support her allegations that O'Keefe had previously used that building to videotape a girl in a compromised position without her knowledge, but the publication of any emails she gets past a preliminary injunction too, I suppose. If that allegation is not supported by airtight evidence, then it's really really damn low. It's damn low to let people like Shuster and Olbermann turn whatever happened that night into a "rape plot," too, but that would be much lower.

*Comment by Leviticus (870be5) — 3/25/2012 @* *4:21 pm*

226.     I was thinking more along the lines of evidence to support her allegations that O'Keefe had previously used that building to videotape a girl in a compromised position without her knowledge, but the publication of any emails she gets past a preliminary injunction too, I suppose. If that allegation is not supported by airtight evidence, then it's really really damn low.

I guess she'll be bringing all those emails to court, and the judge will get to look at them and determine whether any such emails exist.

If they don't, maybe she'll say she took them to her mom's house and they got lost in the hurricane, like the laptop she kept.

*Comment by Patterico (feda6b) — 3/25/2012 @ 4:24 pm*

227.  Hopefully she's smart enough to realize that people saved the weird stuff she said on her Twitter. People like me. But almost assuredly not just me.

*Comment by Patterico (feda6b) — 3/25/2012 @ 4:25 pm*

228.  I think Ms. Naffe is smart enough to know it's one thing to talk about filing a legal claim and it's another to go through with it. As her deposition illustrates, the resulting scrutiny goes both ways.

*Comment by DRJ (a83b8b) — 3/25/2012 @ 4:27 pm*

229.  Yeah. Based on her conduct up to this point, I can't imagine that any sensible judge would allow her to release anything that's not directly relevant and highly probative to her specific allegations. If that results in nothing being released, that'll say a lot about who she is and what she's about.

*Comment by Leviticus (870be5) — 3/25/2012 @ 4:28 pm*

230.     without her knowledge

Assuming (which I do not) that such a video exists, how in the world would one know it was a secret to one of the parties? Just because it exists? If there was a way to know it was taken that way, wouldn't Nadia have pointed this out very early on? She had this material for a while.

Instead, and this is assuming the video exists (which I don't) she speculates hoping people decide O'Keefe is a creeper. The mission to harm his reputation works even when you realize Nadia is not being fair.

It's insidious. Of course, assuming this video exists (guess what: I don't) and was taken without the lady's knowledge, that is awful behavior. Though Nadia's telling the world highly sexual things about this lady was a revictimization or simply a victimization.

O'Keefe is a very controversial figure. I don't want to help smears work by letting my personal views contribute to a lie's effectiveness, but it's not always easy.

*Comment by Dustin (330eed) — 3/25/2012 @ 4:29 pm*

231.  Dustin:

> *O'Keefe is a very controversial figure. I don't want to help smears work by letting my personal views contribute to a lie's effectiveness, but it's not always easy.*

That's the nice thing about focusing on the facts, both here and in the Zimmerman-Trayvon Martin case. We

don't know enough about anyone's character to let that be the deciding factor regarding what happened or who we believe.

[note: fished from spam filter. --Stashiu]

*Comment by DRJ (a83b8b) — 3/25/2012 @ 4:35 pm*

232. "Doing the redaction made the document monstrously large."

That's because the version posted to PACER is rendered text, not an image.

An example of rendered text are the comments on this blog post. An example of scanned image is the excerpt in your blog post "Based upon . . ."

It looks like the transcript you made is a computer-generated image, you used a digital "printer" to transform the document from the rendered text (plus red box) to make a computer-generated image with no rendered text.

Differences are: you can select and copy rendered text, but not scanned image (unless OCR is performed on it)

If you zoom in on rendered text, it always looks clean no matter how high your zoom level. But if you zoom in on a scanned image, eventually it looks blocky and pixelated. Because you used a software "printer" to generate the volume with the SSN, it doesn't look very blocky, but if you zoom in enough you can see it's not as smooth as rendered text.

Rendered text tends to use much less memory to store the same amount of writing.

Here's a very important distinction: you can "redact" rendered text by drawing black highlighting over it (for example with a highlighter in MS Word, or the highlighter built in to Acrobat, or you can use Acrobat to put a colored box over it), and it appears to be redacted, but in reality, the rendered text still lives underneath the highlighting. A person looking at the PDF, or printing it out, won't see the "redacted" text. But they can select the text, copy, and paste it into an MS Word document, and read what you thought had been redacted. Ctrl-A Ctrl-C Ctrl-V.

As far as I can tell, you DID properly redact the SSN. I can't delete the red box to look at what was underneath it. Even if I went through the PDF bit-by-bit, I think the SSN is simply not stored there.

In the future, the way to keep file size down is to replace only particular pages that need redaction, and to leave the rest of the pages as the original rendered text. If you have a full version of Acrobat, it is easy to insert/remove pages.

Another way of thinking about the problem of false redaction of rendered text is to imagine if this comment was written entirely in white letters. Because the background is white, you would see nothing. But you could select the text of the comment to copy it and paste it into a text file or MS Word document, and from there you could read it. So you always have to be very careful with rendered text.

On the other hand, if you were to print out this page, including all the comments, and my comment was white text on a white background, the physical pieces of paper would show nothing. No matter how much trickery you had at your disposal, you could not tell by looking at the pieces of paper what my comment was. Blank paper simply does not give up its secrets.

Patterico's Pontifications » Documents from Nadia Naffe's Race Discrimination Case Against the RNC: The Computer That Was Never Returned

*Comment by Daryl Herbert (92a60f) — 3/25/2012 @* <u>4:37 pm</u>

233. Very interesting, Daryl. Thanks.

*Comment by DRJ (a83b8b) — 3/25/2012 @* <u>4:41 pm</u>

234. "If they don't, maybe she'll say she took them to her mom's house and they got lost in the hurricane, like the laptop she kept."

Patterico – Scoff if you must. Hurricanes can be tricky weather events. I've had them snatch small and large items out of my house when I was distracted for less than five seconds without disturbing anything else. Never turn your back on those suckers.

*Comment by daleyrocks (bf33e9) — 3/25/2012 @* <u>5:30 pm</u>

235. *I think I may lay off Nadia*

– That's what O'Keefe said. *rimshot*

*Comment by Icy (5c3322) — 3/25/2012 @* <u>7:31 pm</u>

236. Comment by Sarahw — 3/25/2012 @ 10:23 am

*She (or someone helping her) shut down everything. The Nadia Milhouse facebook account, some old blogs, her Milhouse listing on some social networking groups. Some of those were mentioned here, next day they were removed.*

As of last night….

<u>http://www.bostonypa.com/profile/NadiaMilhouse?xg_source=activity</u>

….found immediately with a Google search for Nadia Milhouse

….was still there..

and it still is. I didn't want to refresh it but I checked in another windwow.

It says there:

*Profession*
*Education and Training*

*I'm interested in*
*Networking*

*About me*
*Hello YPA! My name is Nadia Kroger-Milhouse and I'm thrilled to become a member of such a fantastic group. I finally had a chance to finish my profile and I'm looking forward to becoming more aquatinted with everyone.*

*About me: I have been a teacher for 10 years. I'm in the process of starting an education non-profit. I love working with students and watching them grow and develop. I enjoy snow boarding, hiking, jogging and bicycling.*

Patterico's Pontifications » Documents from Nadia Naffe's Race Discrimination Case Against the RNC: The Computer That Was Never Returned

*I am of Jewish and Hispanic decent. I'd like to meet members with similar goals and interest. I look forward to hearing from you!*

Now, does the picture here, look like the picture here, on the Nadia Naffe Twitter account?

http://twitter.com/#!/nadianaffe

It's protected, but the picture and some information is still there.

*Nadia Naffe*
*@NadiaNaffe*

*Blogger. Political Junkie. Cigar Aficionado. Frustrated Conservative. Email:* nnaffe@fas.harvard.edu

Nadia Kroger-Milhouse does look younger, but people sometimes put up old pictures. Nadia Naffe's skin is slightly darker, but that could be the photography.

*Comment by Sammy Finkelman (ea9037) — 3/25/2012 @* 8:40 pm

237.   Some years ago, I served on the Harris County Unauthorized Practice of Law Committee. We had responsibility for investigating complaints. When appropriate, we filed civil suits to obtain injunctive relief and restitution to victims. When appropriate, we referred the results of our investigations to the Harris County District Attorney with recommendations regarding criminal prosecution. Thus I can unequivocally say the following without fear of well-informed contradiction:

Ms. Naffe's allegation, had it been made about a lawyer in Houston, would definitely have been brought to the full attention of the entire Committee at one of its regular meetings.

You see, occasionally — after an hour or two of debating many routine cases and a few genuinely close questions, factual and often philosophical, regarding the unauthorized practice of law — sometimes we needed a bit of comic relief.

On such occasions, a committee member who'd reviewed and rejected a complaint as frivolous would nevertheless bring it to the meeting to read aloud, purely for comic effect.

During my tenure, the number of then-currently, validly licensed Texas lawyers who were disciplined or prosecuted — or even contacted by the Committee to inquire about possible defenses — for allegedly practicing law without a license in Harris County, Texas: Zero.

I can't speak for California. I'm not sure yet whether the Ninth Circuit has legalized thought-crimes or made common sense illegal; I'm not sure if California construes the term "unauthorized practice" to include and embrace its opposite, that is, licensed (authorized) practice of law. But in Houston, from among those responsible for investigating such complaints, Ms. Naffe would have only gotten a belly laugh in response.

*Comment by* Beldar *(f9f436) — 3/25/2012 @* 8:51 pm

238.   Sammy, Nadia is definately AKA Milhouse

That Boston picture is new since the other day! This was her profile pic this morning in the Boston Group.

She was pulled from this meetup group: http://www.meetup.com/Boston-Tea-Party/members/?offset=40&desc=1&sort=chapter_member.atime

Case 2:12-cv-08443-GW-MRW   Document 40   Filed 01/11/13   Page 178 of 288   Page ID #:814

Patterico's Pontifications » Documents from Nadia Naffe's Race Discrimination Case Against the RNC: The Computer That Was Never Returned

*Comment by SarahW (b0e533) — 3/25/2012 @ 9:17 pm*

239.  The Boston account profile has also been altered.

I were Nadia K Milhouse in Boston, I'd want no confusion on the point -

*Comment by SarahW (b0e533) — 3/25/2012 @ 9:24 pm*

240.  *I'm not sure yet whether the Ninth Circuit has legalized thought-crimes*
– If you mean "criminalize", then see: Prop 8 decision.

*or made common sense illegal*
– Only for themselves, when adjudicating cases on days that end in "y".

*Comment by Icy (5c3322) — 3/25/2012 @ 9:28 pm*

241.  *Sammy, Nadia is definately AKA Milhouse*

Milhooouuuusssse!

*Comment by Colonel Haiku (420ed2) — 3/25/2012 @ 9:29 pm*

242.  How odd. I cannot find that there is a Nadia-Kroger-Milhouse in Massachusetts. In fact, a Nationwide search came up empty for any Nadia Milhouse but Nadia Kolasa Milhouse.

I guess if kroger is a teacher, her certification will be online if it's like Virginia and California.

*Comment by SarahW (b0e533) — 3/25/2012 @ 9:31 pm*

243.  I should also mention, just for completeness while ridiculing, that whether done by a licensed lawyer or a layman, the offering of opinions in public on a matter of public controversy isn't considered the "practice of law" for purposes of the Texas statute forbidding the unauthorized practice of law. That would be another entirely sufficient reason to disregard Ms. Naffe's complaint, and would only have added to its humor value had I come across it as a committee member some years ago.

*Comment by Beldar (f9f436) — 3/25/2012 @ 9:33 pm*

244.  Icy, you're right (#240), I meant "de-legalized," and the Ninth Circuit's recent decision on Prop 8 is a good example of my grounds for wondering.

*Comment by Beldar (f9f436) — 3/25/2012 @ 9:37 pm*

245.  The old profile is still in the google cache for the moment. I took a screenshot just bc it's likely to disappear shortly. It's an empty profile except for the Sam Adams avatar.

*Comment by SarahW (b0e533) — 3/25/2012 @ 9:42 pm*

246.  Rats, teacher certs aren't publicly searchable online, that I can tell.

*Comment by SarahW (b0e533) — 3/25/2012 @ 9:42 pm*

247.  Of all the Bostons in all the world, Nadia Kolasa Milhouse walks into hers.

*Comment by SarahW (b0e533) — 3/25/2012 @ 9:44 pm*

Patterico's Pontifications » Documents from Nadia Naffe's Race Discrimination Case Against the RNC: The Computer That Was Never Returned

248. I'm curious that no national search brings up a Nadia K Milhouse that isn't Kolasa. That's odd, for a teacher.

*Comment by SarahW (b0e533) — 3/25/2012 @ 9:45 pm*

249. "In fact, a Nationwide search came up empty for any Nadia Milhouse but Nadia Kolasa Milhouse."

SarahW – She spelled out her middle name "Kolasha" in part one of the deposition.

*Comment by daleyrocks (bf33e9) — 3/25/2012 @ 9:46 pm*

250. Maybe she has a hyphenated name? Nope, search on a hyphenated name comes up empty. I must not be doing it right.

*Comment by SarahW (b0e533) — 3/25/2012 @ 9:47 pm*

251. I saw that. She's in databases as Kolasa, though.

*Comment by SarahW (b0e533) — 3/25/2012 @ 9:47 pm*

252. I'm sure the h spelling is correct if she put it in a deposition instead of an electric bill.

*Comment by SarahW (b0e533) — 3/25/2012 @ 9:49 pm*

253. What's curious is I can't find this other Boston Nadia Milhouse. I'll check Knowx tomorrow just to satisfy my curiosity.

*Comment by SarahW (b0e533) — 3/25/2012 @ 9:50 pm*

254. Daleyrocks – you saw the other Boston Nadia Milhouse has a middle name of Kroger…. that's what I'm looking for.

*Comment by SarahW (b0e533) — 3/25/2012 @ 9:51 pm*

255. Sammy had posted a link to the Boston meetup group "nadia Milhouse" that was altered, I think today.

The pic and name there now, are not related to Nadia Naffe.

Before today, it had a Sam Adams avatar and no profile description, other than a professed interest in education and training and networking, and an age range that fit Nadia Naffe.

Nadia Naffe's profile was pulled from another Boston Tea Party Meetup group.

*Comment by SarahW (b0e533) — 3/25/2012 @ 9:57 pm*

256. *Of all the Bostons in all the world, Nadia Kolasa Milhouse walks into hers.*

snort

*Comment by MayBee (081489) — 3/25/2012 @ 9:57 pm*

257. Just going to throw this in, though I doubt it will help a lot: Nadia's Harvard email indicates the "FAS" college (the arts and sciences), which includes the graduate extension school (they have mixed online classes for degrees wish as an MA in Journalism).

*Comment by Dustin (330eed) — 3/25/2012 @ 9:59 pm*

258. Guys, I think we've been Marianela'd

The profile pic appears to be lifted from a Hispanic fashion website.

http://www.migentehispana.com/Templates/images/fashion/614858_low.jpgile

*Comment by Sarahw (b0e533) — 3/25/2012 @ 10:07 pm*

259. doh. Here is a link that should work: http://www.migentehispana.com/Templates/fashion002.htm

*Comment by Sarahw (b0e533) — 3/25/2012 @ 10:09 pm*

260. Wait, which pic Sarah?

I think she just changed that meetup one to any random pic. We know what she looks like.

*Comment by Noodles (3681c4) — 3/25/2012 @ 10:11 pm*

261. Now I know we've been marianela'd.

https://www.facebook.com/people/Christina-Cordova/100002323219684

*Comment by Sarahw (b0e533) — 3/25/2012 @ 10:11 pm*

262.   Just going to throw this in, though I doubt it will help a lot: Nadia's Harvard email indicates the "FAS" college (the arts and sciences), which includes the graduate extension school (they have mixed online classes for degrees wish as an MA in Journalism).

I am going to lay money that anyone who wants to call the Harvard Extension School tomorrow to see if she has been a student there will be told that she has.

*Comment by Patterico (feda6b) — 3/25/2012 @ 10:11 pm*

263. I don't think so. That pic belongs to a real person.

*Comment by Sarahw (b0e533) — 3/25/2012 @ 10:12 pm*

264.   Now I know we've been marianela'd.

That's . . . very, very odd.

What do you make of it, Sarah?

*Comment by Patterico (feda6b) — 3/25/2012 @ 10:12 pm*

265. Yeah, but that is not a pic of Nadia. Remember, many people have met her in real life.

Yet there is the FB page Sammy found, and its picture is of another person. That's very strange.

*Comment by Patterico (feda6b) — 3/25/2012 @ 10:13 pm*

266. Maybe I am missing something but all I can see is that sometime today she went and jacked with all her

Patterico's Pontifications » Documents from Nadia Naffe's Race Discrimination Case Against the RNC: The Computer That Was Never Returned

accounts.

*Comment by Noodles (3681c4) — 3/25/2012 @ 10:19 pm*

267.  Patrick – I don't know but I call shenanigans.

just to emphasize to anyone confused – A Nadia Milhouse in Boston was part of that Boston meet-up group, and was linked to a local event.
.
Her profile had been a Sam Adams avatar and a few words about interests.

That profile was altered this morning with emphasis on a name that is distinguished as Nadia KROGER Milhouse, and on a racial heritage at variance with our Nadia Naffe/Milhouse.

Noodles, If I find Nadia Kroger Milhouse in a legitimate databack I'll take it back. But I can't find another Nadia K Milhouse in Boston, in Massachusetts, with or without a hyphen,
and I haven't yet found one in a national database.

*Comment by Sarahw (b0e533) — 3/25/2012 @ 10:23 pm*

268.  Wow.

*Comment by MayBee (081489) — 3/25/2012 @ 10:25 pm*

269.  I still don't get the connection between the FB page Sammy found and Nadia Naffe. It's clearly not her picture. So . . . what?

*Comment by Patterico (feda6b) — 3/25/2012 @ 10:25 pm*

270.  Comments crossed. I just read Sarah's explanation and I get it now.

*Comment by Patterico (feda6b) — 3/25/2012 @ 10:26 pm*

271.      17 It's my client's
          18 understanding the Lamaticol [lamictal] that she takes in
          19 the morning is what — that medication is to
          20 keep her coherent

They need to up the bitch's dose, if that's the case…

*Comment by Scott Jacobs (d027b8) — 3/25/2012 @ 10:28 pm*

272.  Again, I may be missing something but I think she just went in and changed it (most likely because she saw us talking about it).

I wouldn't be surprised if *someone* thought it would be *lulzy* to put up a picture linked to the name Cordova so Tineye finds it that way.

*Comment by Noodles (3681c4) — 3/25/2012 @ 10:28 pm*

273.      Needing an attorney before she's 30.

Oh well lah-dee-dah, ain't you just a fancy man, not needin' a lawyer before you're 30… :p

*Comment by Scott Jacobs (d027b8) — 3/25/2012 @ 10:29 pm*

274. SarahW,

Could you send the link to and screenshot of the Google cache? Feel free to embed in a comment but I'd like it by email too.

*Comment by Patterico (feda6b) — 3/25/2012 @ 10:30 pm*

275.     Meanwhile, still ruminating over a Starchild nexus.

Playing Mass Effect 3? 😊

*Comment by Scott Jacobs (d027b8) — 3/25/2012 @ 10:31 pm*

276. "Daleyrocks – you saw the other Boston Nadia Milhouse has a middle name of Kroger…. that's what I'm looking for."

SarahW – I never saw a Kroger-Milhouse. When I saw you guys use that I was wondering if she got married again and decided to hyphenate. The deposition also spells her maiden name with two "ll's", but she never spelled it out for them. Who knows if it was ever reviewed for accuracy.

The 10 years as a teacher in the YPA profile is complete BS based on what we know, so I was assuming it was another person or she decided to blatantly lie.

*Comment by daleyrocks (bf33e9) — 3/25/2012 @ 10:32 pm*

277. That Cordova facebook account has been around since at least April 2011.

*Comment by MayBee (081489) — 3/25/2012 @ 10:34 pm*

278. That's likely an innocent person whose picture they decided to grab to cover her tracks.

*Comment by Patterico (feda6b) — 3/25/2012 @ 10:35 pm*

279. The similarity to the Marienela tactic — and the rabid way that the allies have gone after me for this post — really make a person wonder.

*Comment by Patterico (feda6b) — 3/25/2012 @ 10:36 pm*

280. It's a totally fake FB. 2 friends, a picture from somewhere on the web, no activity.

*Comment by MayBee (081489) — 3/25/2012 @ 10:36 pm*

281.     I think I may lay off Nadia and give her a chance to realize she has made a mistake in threatening to report me for totally bogus reasons.

F*ck that. B*tch did her level best to f*ck with your life.

Burn her f*cking world to the ground, and salt the earth as you leave. Make the wasteland a memorial to all who would consider pulling that kind of bullsh*t.

*RUIN HER*. Don't stop until she calls you at home crying, begging for your forgiveness.

Case 2:12-cv-08443-GW-MRW   Document 40   Filed 01/11/13   Page 183 of 288   Page ID
#:819
Patterico's Pontifications » Documents from Nadia Naffe's Race Discrimination Case Against the RNC: The Computer That Was Never Returned

*Comment by Scott Jacobs (d027b8) — 3/25/2012 @ 10:37 pm*

282. My guess is that this is a troll by the usual suspects. They see people looking stuff up on here so they change some accounts with a picture linked to Cordova and watch as we all run around.

*Comment by Noodles (3681c4) — 3/25/2012 @ 10:40 pm*

283. I pray that Nadia gets what she deserves.

*Comment by daleyrocks (bf33e9) — 3/25/2012 @ 10:40 pm*

284. MayBee,

I dunno. She just may not be that into Facebook.

*Comment by Patterico (feda6b) — 3/25/2012 @ 10:40 pm*

285. Not just Boston. Quincy. Clearly a message.

*Comment by MayBee (081489) — 3/25/2012 @ 10:41 pm*

286. Again, I'm inclined to sit back and see whether Nadia follows through on her threat, or has wised up. Will know soon enough.

For what it's worth, I may not be able to share whatever I learn publicly, as office communications are assumed to be private.

*Comment by Patterico (feda6b) — 3/25/2012 @ 10:42 pm*

287. Hurricane stole Nadia's Facebook account.

*Comment by daleyrocks (bf33e9) — 3/25/2012 @ 10:42 pm*

288. Patrick, that account had been mentioned by me on your blog just before everything was pulled/ jacked, whatever.

A logical reason for the sudden and very specific alteration in profile, iwoukd be that is was meant to distinguish it from nkm and all of her nuttiness. That's whatI presumed was going on when Sammy pointed out that meetuip profile had not been removed., and I saw it has been so changed.

The new profile name wasn't showing up anywhere it usually would, and that very unusual for a teacher.

The image match showed that pic doesn't belong to the Nadia Kroger millhouse the teacher, in Boston, but a dental hygienist in Arizona.

Since Nadia was fond of meetup groups, and spending time in Boston ( and in other Boston meetups, such as the tea parry group) and i could never find Nadia Mulhouse. I still think that was Nadia Kolasha' mil houses profile.

*Comment by Sarahw (b0e533) — 3/25/2012 @ 10:43 pm*

289. Can you send it on?

*Comment by Patterico (feda6b) — 3/25/2012 @ 10:44 pm*

290. Sarah,

Yes, I understand. The explanation is clear. Thank you.

*Comment by Patterico (feda6b) — 3/25/2012 @ 10:44 pm*

291. Or maybe it he Facebook is fake too. The pic is all over the place. And hubs wants me to stop looking and come to bed.

Ill look for Nadia Kroger Milhouse In knowX tomorrow.

*Comment by Sarahw (b0e533) — 3/25/2012 @ 10:49 pm*

292. No such YPA profile on the Wayback Machine.

*Comment by Patterico (feda6b) — 3/25/2012 @ 10:49 pm*

293. Gerald Naffe will probably take you more credible places.

Of course someone could get O'Keefe's side of the story. Or maybe Hannah's. Or maybe, I don't know, about 50 or so people that know her online.

*Comment by Noodles (3681c4) — 3/25/2012 @ 10:50 pm*

294. Sure. But if it's her, why did they not just scrub it, but also put a bullshit picture to throw people off?

*Comment by Patterico (feda6b) — 3/25/2012 @ 11:00 pm*

295. That's why it seems like a troll (especially witht the Cordova name). Maybe they are tracking IPs. Who knows? None of this makes sense.

It really doesn't make sense that her blog it not updated and her Twitter is down. She didn't think this was a possibility?

James sure doesn't seem worried.

@JamesOKeefeIII
A remix of "King for one day" by Thompson Twins just came on Sirius First Wave. I had to pull the car over and dance.

*Comment by Noodles (3681c4) — 3/25/2012 @ 11:06 pm*

296. It's also Nydia Loya
https://www.facebook.com/people/Nydia-Loya/100002809882297

*Comment by MayBee (081489) — 3/25/2012 @ 11:21 pm*

297. Image search

*Comment by MayBee (081489) — 3/25/2012 @ 11:25 pm*

298. This is more likely the source of the image.

http://es.123rf.com/photo_614858_modelo-de-la-manera.html

Patterico's Pontifications » Documents from Nadia Naffe's Race Discrimination Case Against the RNC: The Computer That Was Never Returned

*Comment by Noodles (3681c4) — 3/25/2012 @ 11:26 pm*

299.  I don't speak Spanish but I think I can read it.

Modelo De la Manera

*Comment by Noodles (3681c4) — 3/25/2012 @ 11:26 pm*

300.  I was wrong. I think it just means *Fashion Model*.

*Comment by Noodles (3681c4) — 3/25/2012 @ 11:30 pm*

301.  Yeah, it's all over. A stock photo for a hispanic woman.

*Comment by MayBee (081489) — 3/25/2012 @ 11:31 pm*

302.  Although Nadia Kroger-Milhouse looks younger in the picture than Nadia Naffe, according to her stated biography, she has to be about the same age as Nadia Naffe (born Oct 1978), since she states she has been teacher for 10 years.

Important question: Are we sure that the Boston (or Quincy Massachusetts) Nadia Naffe is the same person as the Florida Nadia Naffe who worked for the Republican Party and was planning on studying accounting and had never worked as a teacher, as of September, 2005? Or is there just one Nadia Naffe, who resembles a pathological liar?

The Florida Nadia Naffe said her middle name was Kolasha and her maiden name was Nadia **Kolasha** Millhouse (she spelled out Kolasha, but Millhouse may have been spelled by the court reporter, perhaps relying on some document) See her July 29, 2005 deposition page 5 lines 20 and 22 and Page 6 line 2. She says that Naffe is her married name and that she was married from 1996 to 2000.

But Massachusetts Nadia Naffe says her name is Nadia **Kroger**-Milhouse.

There seems to be an issue in the deposition about whether she was related to a Johnny Hunter. Her position is that she was not, but it seems like maybe she had told people – and convinced Johnny Hunter? – that she was. The allusion is a little bit too fragmentary to guess what really happened here but I'd say there really seems to be a possibility of some blatant dishonesty going on here.

*Comment by Sammy Finkelman (ea9037) — 3/25/2012 @ 11:44 pm*

303.  Sammy- the picture isn't of Nadia anyone. It's a stock photo that's been used around the web and on facebook for at least 2 different women.

*Comment by MayBee (081489) — 3/25/2012 @ 11:54 pm*

304.  *Hurricane stole Nadia's Facebook account.*
*Comment by daleyrocks — 3/25/2012 @ 10:42 pm*

. . . and her meds.

*Comment by Icy (5c3322) — 3/25/2012 @ 11:57 pm*

305.  Comment by Patterico — 3/25/2012 @ 10:13 pm

Case 2:12-cv-08443-GW-MRW   Document 40   Filed 01/11/13   Page 186 of 288   Page ID
#:822

Patterico's Pontifications » Documents from Nadia Naffe's Race Discrimination Case Against the RNC: The Computer That Was Never Returned

*Yet there is the FB page Sammy found, and its picture is of another person. That's very strange.*

That's not FaceBook. That's the Boston Young Professionals Association. It's her page at BostonYPA.com.

It has a connection to Facebook (and some other places) You can like it on Facebook – but it completely independent of Facebook. It's linked to it in some way, like blogs can be.

*Comment by Sammy Finkelman (ea9037) — 3/26/2012 @ 12:07 am*

306.  I was talking about the Christina Cordova page. I guess someone else found that? I lose track sometimes.

*Comment by Patterico (feda6b) — 3/26/2012 @ 12:14 am*

307.  Sarahw found it on Facebook and posted the link at 3/25/2012 @ 10:11 pm PDT two minutes before you made that comment. That appears to be the original, because the YPA Profile picture is cropped.. I found that first, at about 9 PM Saturday night March 2 24, 2012, EDT but didn't post anything about it until 8:40 pm PDT (11:40 PM EDT – that late!? I guess I kept checking things out.)

*Comment by Sammy Finkelman (ea9037) — 3/26/2012 @ 1:17 am*

308.  I found the photo – Sarahw found out it was on Facebook.

The FB/YPA photo looks like it might very well be of the same woman pictured on the Nadia Naffe Twitter account. Not the same photo, but the same woman, but taken 10 years or more earlier. It's actually too young for the Nadia Kroger-Milhouse profile.

And Sarahw says that, contrary to appearances, that picture didn't use to be there (the Nadia Milhouse YPA page gives every appearance of not having been updated since March 1 at the latest.)

There never was much activity. She joined apparently on January 20. There's 2 comments and 2 likes.

And only the mention of the Social/Professional Networking Mixer at Bell In Hand in Faneuil Hall scheduled for March 1, 2012 from 7pm to 9pm that was what – going to be broadcast on the local ABC affiliate?

If the picture is new, of course, it never would have seemed incongruous for a woman in her early 30s. If anybody actually was looking at it.

I don't know if anyone can check JPG dates. Copying a photo – or scanning an old one – changes the date.

*Comment by Sammy Finkelman (ea9037) — 3/26/2012 @ 2:03 am*

309.  The FB/YPA photo looks like it might very well be of the same woman pictured on the Nadia Naffe Twitter account. Not the same photo, but the same woman, but taken 10 years or more earlier. It's actually too young for the Nadia Kroger-Milhouse profile.

Dude. Different person.

*Comment by Patterico (c2377a) — 3/26/2012 @ 6:40 am*

310.  Sammy, I took a screenshot of the profile that was there before (the one that was active fri or Sat or whenever it is I last looked at it). It had the Sam Adams avatar.

The new pic is some hispanic woman, who is not Nadia Naffe and not linked to her twitter picture.

At this time I think the YPA meetup profile had been "our" Nadia's, If she's hiding her greasy reality show tryout or someone is just having a bit of fun, good for them.

My curiosity will only extend so far as to See If there is a "Kroger Milhouse" Nadia in a Knowx search. If there is one I'll tell.

Kitteh to someone's laser pointer is alright for a lazy Sunday, but screw it. If someone's got a story to tell, they'll tell it whether you ask them or not.

In the immortal words of Happyfeet, fuuu Patterico-haunting skanks, and enjoy your thorazine.

*Comment by Sarahw (b0e533) — 3/26/2012 @ 6:58 am*

311.  My curiosity on this also extends only so far. And I've probably reached that point.

*Comment by Patterico (feda6b) — 3/26/2012 @ 7:07 am*

312.  Oh, Maybee's quick take on the "Cordova" Arizona Hygienist was quite correct.

All the family photos are borrowed.

"Mom"
http://e.cityweekly.net/cityweekly/2010/02/25/#?article=773338

"Kid"
https://www.facebook.com/WICharacterEducationPartnership

I didn't bother with "niece"

*Comment by SarahW (b0e533) — 3/26/2012 @ 7:21 am*

313.  Since there is a minor Twitter troll connected to a certain convicted bomber and perjurer who is trying to make an issue out of Scott Jacobs's comment above, let me say for the record that I do not agree with anyone who urges that I "ruin" Nadia Naffe. I am simply engaging in journalism regarding a person who has started a public controversy, who has chosen to target me in real life because of that journalism. It's really just that simple.

I would also ask that commenters refrain from making comments like that, because they don't help. The Twitter troll is planning to report me to my office now because of that comment, even though it is not my comment and I disagree with the sentiment. Comments like that do nothing to help and actually are counterproductive.

*Comment by Patterico (feda6b) — 3/26/2012 @ 7:26 am*

314.  I will add that comments like that are not only counterproductive, they play directly into the harassers' hands. It is actually part of their playbook to elicit cornments like that. They would be especially thrilled to goad me Into making such comments. But they'll settle for watching one of my commenters doing it and then smearing me with it.

*Comment by Patterico (c2377a) — 3/26/2012 @ 7:33 am*

315.  Me, I'd rather Nadia helped than ruined. My hunch is that she's got some mental problems and was goaded into making this situation a lot worse. She probably just needs some help and could actually be helpful in

Case 2:12-cv-08443-GW-MRW   Document 40   Filed 01/11/13   Page 188 of 288   Page ID
#:824

Patterico's Pontifications » Documents from Nadia Naffe's Race Discrimination Case Against the RNC: The Computer That Was Never Returned

revealing the truth about those who have used her.

As usual, they use people in a way that doesn't really help them, but does keep them furious at the Enemy.

*Comment by Dustin (330eed) — 3/26/2012 @ 7:40 am*

316. To be clear, I'd rather she *be* helped than be ruined. I still think her actions are very wrong and obviously I don't support them, but I think she needs help. The last thing I want to see is this person even less stable.

*Comment by Dustin (330eed) — 3/26/2012 @ 7:42 am*

317. catching up. i don't see how patterico's public commentary in his prior post about nadia's barngate posts, raising his questions about it, is an ethics violation for an attorney. i'm certainly no expert, but I remember that the deputy AG Andrew Shirvell in Michigan was allowed a lot of leeway to discuss his political views online–he only got fired/disciplined because he crossed the line into stalking an individual person and smearing them in fairly crazy ways for being gay. That's NOTHING like what happened here. you couldn't have any legal "blawgs" if commenting on a case was an ethics violation.

as for the laptop, i'm not seeing the huge significance of that. employees like to take the things they've been given when they leave, which they shouldn't do. it appears the defendant in the case knew the laptop was destroyed and wanted an "inference" drawn that its destruction meant it had bad stuff on it that would hurt nadia's discrimination case. obviously that would help defendants case, so its a smart argument, but the court didn't do that. Whatever happened to the discrimination case? Was it dismissed? Settled?

*Comment by milowent (1b563e) — 3/26/2012 @ 8:38 am*

318. Milowent – it was not her laptop to keep. I think that was the bigger point they were making, that she is a thief.

*Comment by JD (318f81) — 3/26/2012 @ 8:48 am*

319. She kept it after she had been terminated (which no, people do not do) and after she had been asked to return it, took it to her mothers, where it was "destroyed".

The idea that regular people just keep work laptops after they've been asked to return them is just kind of shocking to me.

*Comment by MayBee (081489) — 3/26/2012 @ 9:00 am*

320. I do think it's interesting that people set up fake Twitter and Facebook accounts to spring into use when needed.
In this case, there is the fake dental hygienist and her photo double in Houston on facebook just created and hanging around the web. So weird.

*Comment by MayBee (081489) — 3/26/2012 @ 9:04 am*

321. MayBee – it is common for people to steal laptops from their employer. Duh.

*Comment by JD (e5c06b) — 3/26/2012 @ 9:31 am*

322. Where was that Meagan Broussard chick from? I forget, but wasn't it near Houston?

I have the dimmest unreliable memory of that "hispanic woman" stock photo pic being used as a friend in

some other fake fb profile, maybe a fake GC profile.

*Comment by Sarahw (b0e533) — 3/26/2012 @ 9:37 am*

323.  "To be clear, I'd rather she *be* helped"

Yeah, well, I'd help her from afar, if I was you, Dustin.

She seems to have a slight tendency to bite the hand that feeds.

*Comment by Dave Surls (46b08c) — 3/26/2012 @ 9:44 am*

324.  In her depo, Nadia was confronted with a letter from her ("demented") employer at the brickyard documenting her sudden departure, and requesting return of keys, overpaid salary, and cellphones.

Nadia said she'd never laid eyes on the letter before, and had not given it over as part of document production.

Yet she she had carefully documented return of the cellphone (and, fwiw, nk not given that documentation over to opposing counsel)

I'm guessing she didn't give the salary back.

*Comment by Sarahw (b0e533) — 3/26/2012 @ 9:46 am*

325.  Asking for the laptop back is just poor form on the part of the employer. It really reflects poorly on them that they tried to use that against their former employee.

milowent- the court *deferred* any jury instruction about an inference to be made for the trial judge. The trial never happened.

*Comment by MayBee (081489) — 3/26/2012 @ 9:47 am*

326.  "Would you mind if I share your blog with my twitter group?"

If you went around saying that to people thirty years ago, they would have locked you up in the nuthouse.

*Comment by Dave Surls (46b08c) — 3/26/2012 @ 9:48 am*

327.  Everybody should have the opportunity to work in the nourishing environment of a brickyard.

*Comment by daleyrocks (bf33e9) — 3/26/2012 @ 9:53 am*

328.  "Asking for the laptop back is just poor form on the part of the employer."

MayBee – Exactly. First they give the black chick a laptop that's inferior quality than the ones they gave white employees, then they have the gall to ask for their second rate property back when she leaves their employment? **PRIMA FACIE RACISM**

**NO JUSTICE, NO PEACE**

*Comment by daleyrocks (bf33e9) — 3/26/2012 @ 9:58 am*

329.       Since there is a minor Twitter troll connected to a certain convicted bomber and perjurer who is

trying to make an issue out of Scott Jacobs's comment above

I believe the propper internet response is "COME AT ME BRO!!!"

*Comment by* **Scott Jacobs** *(d027b8) — 3/26/2012 @* _11:33 am_

330.   "The idea that regular people just keep work laptops after they've been asked to return them is just kind of shocking to me."

Well, prepare to be shocked. I don't know if they are "regular" people, but when you leave your employer in a dispute, I think its much more likely to happen. Its clearly not appropriate, but it happens

This study says 3% of departing employees admitted (self-report!!) they wrongfully kept their laptops. http://www.ponemon.org/local/upload/fckjail/generalcontent/18/file /Data%20Loss%20Risks%20During%20Downsizing%20FINAL%201.pdf

Employers blog about this problem, its not isolated:

http://www.millercanfield.com/publications-alerts-542.html

http://www.foundersspace.com/team/what-if-a-laid-off-employee-refuses-to-return-his-laptop-to-the-company/

http://www.lawtechie.com/2011/10/confidentiality-agreement-warrants-return-of-passwords-but-not-laptop/

—

"The trial never happened." Why not?

*Comment by* **milowent** *(1b563e) — 3/26/2012 @* _11:41 am_

331.   Nadia Naffe is one of the 3%erz. Se stole their laptop, and that was the evil inference that counsel wanted people to draw.

*Comment by JD (6a2c58) — 3/26/2012 @* _11:47 am_

332.   The one's that do are guilty at least of conversion and if they lie and sneak it away, it's theft.

*Comment by SarahW (b0e533) — 3/26/2012 @* _11:55 am_

333.   So admitting she has it, but not returning it, is conversion at the very least. If she lied about its demise, she flat stole it.

*Comment by SarahW (b0e533) — 3/26/2012 @* _11:56 am_

334.   It was a sneaky hurricane what ruined a laptop but not the structure.

*Comment by JD (6a2c58) — 3/26/2012 @* _11:58 am_

335.   Twitter troll is insane. Patterico endorses the content of every comment posted on this site, despite what Patterico might say to the contrary.

*Comment by JD (e5c06b) — 3/26/2012 @* _12:13 pm_

336.  Of course twitter troll is insane. Plain starkers.

I have a name for that technique ( to Pachoucha) from one of my hub's first big cases.

*Comment by SarahW (b0e533) — 3/26/2012 @ 12:24 pm*

337.  Naffe's tactics are very CAIR-like.

*Comment by LadyLiberty1885 (19edb6) — 3/26/2012 @ 1:39 pm*

338.  alright, you made me guys look. the timeline of the naffe GOP discrimination lawsuit is roughly as follows:

Aug 2003- Naffe is hired as field director in Florida for GOP/Bush-Cheney campaign

April 2, 2004 – Naffe says she is fired after filing complaint about racial discrimination

August 2004 – Naffe files federal lawsuit
http://articles.orlandosentinel.com/2004-08-24/news/0408240053_1_discrimination-state-party-tampa

July 2005 – Naffe gives deposition

Sometime after deposition – case settles out of course, presumably all terms are confidential.

http://www.tampabay.com/news/politics/gop-challengers-blogger-taking-early-aim-at-hillsborough-commissioner/1185923

*Comment by milowent (be890a) — 3/26/2012 @ 1:52 pm*

339.  out of court*, sorry for the typo.

*Comment by milowent (be890a) — 3/26/2012 @ 1:52 pm*

340.  There are a lot more "clues" in Rape Barn 2: Electric Boogaloo than any old or dummy account that might be out there.

Every word in it is deliberate.

*Comment by Noodles (3681c4) — 3/26/2012 @ 1:56 pm*

341.  I did run that knowx tracer, btw, to see what came up.

Exactly one Nadia Milhouse (#rapehouse nadia)

No Nadia Kroger Milhouse, No Nadia Kroger-Milhouse in multi-state search

No Nadia Kroger in MA

Verdict: ZZZZZzzzzzenanigans

*Comment by Sarahw (b0e533) — 3/26/2012 @ 3:54 pm*

342.  "April 2, 2004 – Naffe says she is fired after filing complaint about racial discrimination"

milowent – Hurricane Ivan, the event which Nadia blames for the loss of the RPOF's laptop, was in

September 2004.

*Comment by daleyrocks (bf3e9) — 3/26/2012 @ 4:21 pm*

343. @342 – and? i guess no one cared about until she filed suit in August 2004, then? again, not surprising to me. The GOP was a little busy with things other than recovering an allegedly old laptop. when she sued, any defense attorney worth his salt would want to see that laptop for evidence.

*Comment by milowent (0f8248) — 3/26/2012 @ 6:55 pm*

344. I don't think that's the fact situation, Milowent. She was asked to return it upon termination.

*Comment by SarahW (b0e533) — 3/26/2012 @ 7:01 pm*

345. See the paragraph from the depo at the top of this post.

*Comment by SarahW (b0e533) — 3/26/2012 @ 7:04 pm*

346. "I don't think that's the fact situation, Milowent. She was asked to return it upon termination."

I guarantee you she was, that would be standard protocol for anyone with halfway competent HR people. what you do when people don't comply is another thing.

the value of the laptop in all this would be more useful if we knew how much the GOP paid to settle her discrimination claim, which we are not going to find out, i am sure.

unless nadia synced her emails to James' laptop, i guess.

*Comment by milowent (0f8248) — 3/26/2012 @ 9:45 pm*

347. "when she sued, any defense attorney worth his salt would want to see that laptop for evidence."

milowent – Exactly, but the hurricane ate it. Also, it is not in any way inconsistent with the links you posted earlier.

Remember Nadia seemed to have a lot of trouble remember what work she had done on which computer and fessed up to not having searched her home computer for discoverable documents during her deposition. Of course she didn't want to turn over the laptop.

*Comment by daleyrocks (bf3e9) — 3/26/2012 @ 11:24 pm*

348. daley – i didn't read the whole deposition. i interpreted the posting of it as fair game, since its a public document, but its mostly evidence with which to potentially smear nadia regarding her barngate narrative. if hannah giles or izzy santa or lila rose, all who worked closely with o'keefe, came out and said "this o'keefe barn story sounds like total bullshit, James would never do anything like that" i'd probably be over it completely. in any event, this is all really just a personal squabble between o'keefe and nadia. the failed sting on the NYU professor who had the gall to ask for project veritas' form 990 is the most interesting part of the whole shebang.

*Comment by milowent (1b563e) — 3/27/2012 @ 5:27 am*

349. oh, and i don't really believe the laptop was damaged during hurricane ivan, its just too convenient.

Case 2:12-cv-08443-GW-MRW   Document 40   Filed 01/11/13   Page 193 of 288   Page ID #:829

Patterico's Pontifications » Documents from Nadia Naffe's Race Discrimination Case Against the RNC: The Computer That Was Never Returned

*Comment by milowent (1b563e) — 3/27/2012 @ 5:28 am*

350.  I'm guessing the settlement is somewhere in the "pay the attorney" range. But that's just a guess.

*Comment by SarahW (b0e533) — 3/27/2012 @ 6:03 am*

351.  "daley – i didn't read the whole deposition. i interpreted the posting of it as fair game, since its a public document, but its mostly evidence with which to potentially smear nadia regarding her barngate narrative."

milowent – I guess commenting on Nadia's activities regarding her employment with the RPOF and prior to the settlement of her lawsuit (shortly after the deposition) makes sense to you. To me it amounts to phoning it in.

*Comment by daleyrocks (bf33e9) — 3/27/2012 @ 11:12 am*

352.  I meant to include without reading the deposition

*Comment by daleyrocks (bf33e9) — 3/27/2012 @ 11:13 am*

353.  Comment by milowent — 3/27/2012 @ 5:28 am

*oh, and i don't really believe the laptop was damaged during hurricane ivan, its just too convenient.*

Highly unlikely,m but the judge had to accept that , because there is no easy wasy to prove otherwise.

My question is, what was so important not to return the laptop? I don't think it was the money – not at that stage. I suppose it is fear of what could be found on the laptop. What could be found? Much of the content of erased files of course. I am wondering what she might have been worrying about.

*Comment by Sammy Finkelman (d22d64) — 3/27/2012 @ 1:34 pm*

354.  I don't get that part at all. She had their property and shouldn't have and it was destroyed so she should pay for the computer and the software and the data. This isn't complicated.

An honorable person would pay for the property.

*Comment by Dustin (330eed) — 3/27/2012 @ 1:37 pm*

355.  Comment by Sarahw — 3/26/2012 @ 6:58 am

*Sammy, I took a screenshot of the profile that was there before (the one that was active fri or Sat or whenever it is I last looked at it). It had the Sam Adams avatar.*

I looked at the current page just after or aboput 9 PM Saturday night Eastern Daylight Time, March 24, 2012. I believe I booted up at about 8:55 PM, as I took a pictures of the screen at about that time (A day or two before, Firefox had somehow wandered off the icons on the bottom of that iMac)

You could have seen the old one later than 9 PM Saturday EDT if your browser had not refreshed the page.

I also looked at the Nadia Naffe Twitter page, which was protected at that point. That page did not automatically refresh – a later loading of that page had a different number of follwers and people following.

*Comment by Sammy Finkelman (d22d64) — 3/27/2012 @ 2:08 pm*

Case 2:12-cv-08443-GW-MRW   Document 40   Filed 01/11/13   Page 194 of 288   Page ID #:830

Patterico's Pontifications » Documents from Nadia Naffe's Race Discrimination Case Against the RNC: The Computer That Was Never Returned

356. *It's an empty profile except for the Sam Adams avatar.*

   *At this time I think the YPA meetup profile had been "our" Nadia's, If she's hiding her greasy reality show tryout or someone is just having a bit of fun, good for them.*

   It looks like someone went to a lot of trouble to create false history like the editing of the London Times in George Orwell's 1984. It';s not just replacing the picture – it's putting in historical data (although it might have been from another profile maybe)

   The purpose, obviously, is so that the casual researcher should come to the conclusion that Nadia Milhouse and Nadia Naffe are not the same person.

   There has to be an important reason for this.

   If the Twitter picture is a picture of the real Nadia, then it looks like Nadia – or WINSTON SMITH – used some search engine to find a picture of a woman who resembled her and put that into the YPA profile. (the picture intended for people who knew for a fact that the YPA Nadia Milhouse and the Twitter Nadia Naffe were the same person. The false biography and slight name change intended for those who did not.)

   *Comment by Sammy Finkelman (d22d64) — 3/27/2012 @ 2:10 pm*

357. *The new pic is some hispanic woman, who is not Nadia Naffe and not linked to her twitter picture.*

   The whole idea was that people should not think they were the same person. But a similar picture was used so as to limit suspicion on the part of people who knew for a fact that the two accounts belonged to the same person.

   The following website:

   http://es.123rf.com/photo_614858_modelo-de-la-manera.html

   …says that the photographer was:

   Carla Van Wagoner
   De United States
   Miembro desde January 2006

   *Comment by Sammy Finkelman (d22d64) — 3/27/2012 @ 2:23 pm*

358. Cool, you foud the source for the stock photo! Ironic how often it gets used on cosmetic dentistry websites, given all the fuss about teeth jokes.

   *Comment by Sarahw (b0e533) — 3/27/2012 @ 3:02 pm*

359. Sammy, that photgrapher is on shutterstock.com, too. There's a whole cache of the same model.
   http://www.shutterstock.com/cat.mhtml?lang=en&search_source=search_form&version=llv1&anyorall=all&safesearch=1&searchterm=Hispanic+woman&photos=on&search_group=&orient=&search_cat=&searchtermx=&photographer_name=CarlaVanWagoner&people_gender=&people_age=&people_ethnicity=&people_number=&commercial_ok=&color=&show_color_wheel=1&secondary_submit=Search

   *Comment by Sarahw (b0e533) — 3/27/2012 @ 5:29 pm*

360.  Sorry, link is wonky. But you can search on the photographer's name to see the collection.

I wonder what the photographer would think about use of her pictures by fake-account scammers? Maybe nothing if she got paid. Maybe something if the image has just been lifted for free.

*Comment by Sarahw (b0e533) — 3/27/2012 @ 5:36 pm*

361.  Went to the photographers FB…the model is one of her friends. I dropped the photographer a short note with the links in case she retains any interest in the pics, and might care about them being used to create fraud IDs.

*Comment by Sarahw (b0e533) — 3/27/2012 @ 6:43 pm*

362.  Very interesting about the photo.

milowent said:
*as for the laptop, i'm not seeing the huge significance of that. employees like to take the things they've been given when they leave, which they shouldn't do. it appears the defendant in the case knew the laptop was destroyed and wanted an "inference" drawn…*

and
*oh, and i don't really believe the laptop was damaged during hurricane ivan, its just too convenient.*

and
*This study says **3% of departing employees** admitted (self-report!!) they wrongfully kept their laptops. This while including a link stating this is fraud and employers find it a problem*

and
*and? i guess no one cared about until she filed suit in August 2004, then? again, not surprising to me.*

In service to not caring about Nadia stealing her employer's computer, milowent hauls the goalposts around with him for a while.

*Comment by MayBee (081489) — 3/27/2012 @ 7:03 pm*

363.  SOP, MayBee

*Comment by JD (318f81) — 3/27/2012 @ 7:05 pm*

364.  Of course they cared that she stole a laptop. You just can't sue people for that kind of stuff because it's not worth it.

Not only does she steal computers, but she actually boasted stealing all her associate's (O'Keefe) emails. And then when they had problems, she held them over his head. She's read every single secret in that man's email. This is an unbelievable breach of privacy.

Imagine what Shuster and Tommy Christopher would say about O'Keefe if he did this to a woman he was angry with.

And everyone who has ever left her alone in their house or let her borrow their laptop or phone now is chewing on what Nadia has on them.

*Comment by Dustin (330eed) — 3/27/2012 @ 7:24 pm*

365.  "In service to not caring about Nadia stealing her employer's computer, milowent hauls the goalposts around with him for a while."

MayBee – Then milowent fesses up to not have read Nadia's deposition which might have given a real indication why she would not want to have turned over the laptop. Heck, she admitted she didn't even search her home computer for documents responsive to discovery requests.

Pure hackery on milowent's part.

*Comment by daleyrocks (bf33e9) — 3/27/2012 @ 7:31 pm*

366.  if its hackery not to choose to read a 500 page deposition, i'm guilty as charged. my point has always been that laptop theft of former employees is a not uncommon problem employers have to deal with. when it happens to anyone here, go talk to HR, now you know that have guides for dealing with that stuff.

again, if if hannah giles or izzy santa or lila rose, all who worked closely with o'keefe, came out and said "this o'keefe barn story sounds like total bullshit, James would never do anything like that" i'd probably be over it completely.

*Comment by milowent (0f8248) — 3/27/2012 @ 7:45 pm*

367.  "my point has always been that laptop theft of former employees is a not uncommon problem employers have to deal with."

milowent – It depends on your definition of uncommon, doesn't it? My point is that it is unethical and stealing. Also given Nadia's obvious evasiveness in her deposition, if I had to bet, I would guess there was ample reason for her not to produce the laptop if she was contemplating a lawsuit against the RPOF.

*Comment by daleyrocks (bf33e9) — 3/27/2012 @ 8:42 pm*

368.  "if its hackery not to choose to read a 500 page deposition, i'm guilty as charged."

milowent – Guilty. Why read any of the subject of the post you are attempting to bloviate authoritatively on, right? Makes no sense at all.

*Comment by daleyrocks (bf33e9) — 3/27/2012 @ 8:44 pm*

369.  mil may have a bright future in congress. They tend to not read stuff before they bloviate authoritatively there, either.

*Comment by elissa (4d84c9) — 3/27/2012 @ 8:56 pm*

370.  You have to pass the bill, to find out what was in it, methinks.

*Comment by Simon Jester (ecbe56) — 3/27/2012 @ 9:22 pm*

371.  i guess you guys never have to sleep, you are better folks than i. that why if hannah, izzy, or lila just spoke up, lazy people like me and the mainstream media would stop wondering if there is a story here.

*Comment by milowent (0f8248) — 3/27/2012 @ 9:25 pm*

372.  If there is not sufficient evidence that Nadia Naffe is a lying liar what tells lies, then I don't know what to tell you.

*Comment by JD (318f81) — 3/27/2012 @ 9:34 pm*

373.  "i guess you guys never have to sleep, you are better folks than i."

milowent – Or you could just be a lazy hack.

*Comment by daleyrocks (bf33e9) — 3/27/2012 @ 9:46 pm*

374.  if hannah, izzy, or lila just spoke up … jesus christ, why won't anyone just point me to what they've probably said somewhere already? cuz i'm a lazy hack.

*Comment by milowent (0f8248) — 3/27/2012 @ 9:51 pm*

375.  Folks, having interacted with Milowent this evening on Twitter, I'd ask you lighten up a bit…

Sure, he's lazy. He admits it, and you know what? That's fine. If he doesn't want to search for links on his own, that isn't horrible.

Just provide the things. Once you do, he's willing to look at them, and question those whose story the evidence proves to be false.

Occupy Rebellion still hasn't really answered his questions after proof a criminal case had been tossed out, once confronted with a screen shot proving it had been.

*Comment by Scott Jacobs (d027b8) — 3/27/2012 @ 10:00 pm*

376.  Why do they have to say something to please you, milowent? None of them have said anything about it. Which, considering the way Nadia treats people who talk about her, that is probably wise policy.

You notice they aren't taking a stand on her behalf, right?
There's no evidence to support what she says, her history shows her to be litigious, accusatory, and dissembling, not to mention someone who helps herself to information on computers that belong to other people.

But yeah, you go ahead and ignore all that and make your own rule for what other people should do to prove her accusations wrong.

*Comment by MayBee (081489) — 3/27/2012 @ 10:11 pm*

377.  In other words, you don't care to let her own actions, words, and history speak to the trustworthiness of her accusations.

Instead, you insist that other people not involving themselves surely means something bad.

*Comment by MayBee (081489) — 3/27/2012 @ 10:15 pm*

378.  milowent – I can also say it's not uncommon for employers to use information contained on company owned assets used by employees, such as computers, as grounds to terminate employees. Some employees try to take steps to prevent employers from reviewing what is on their computers by erasing their contents or refusing to return portable or remotely sited computers. A lot of files can be recovered forensically if the employee does not know what he/she is doing.

*Comment by daleyrocks (bf33e9) — 3/27/2012 @ 10:15 pm*

379.   Milo, thinks Weinergate was a political hoax, swallows the Planned Parenthood meme, hook line and sinker, and that's among the most reputable things on his blog.

*Comment by narciso (83bb81) — 3/27/2012 @ 10:17 pm*

380.   *if hannah giles or izzy santa or lila rose, all who worked closely with o'keefe, came out and said "this o'keefe barn story sounds like total bullshit, James would never do anything like that" i'd probably be over it completely.*
*Comment by milowent — 3/27/2012 @ 7:45 pm*

– So, having "worked closely with O'Keefe" makes their hearsay opinions more relevant than any actual documented testimony/statements and evidence, or lack thereof?

*Comment by Icy (25eae8) — 3/28/2012 @ 2:13 am*

381.   Yeah… Way to go folks. That's exactly how you convince a guy on the edge. Nicely done.

Idiots.

*Comment by Scott Jacobs (d027b8) — 3/28/2012 @ 2:41 am*

382.   "Just provide the things. Once you do, he's willing to look at them, and question those whose story the evidence proves to be false."

thanks scott. its funny, because i first got interested in investigating stories during rathergate, and i completely supported the research done showing the docs were a hoax, because it was good research vetting by folks like patterico on the right. that is the way i have approached things since then. i defended patterico posting the deposition as fair game (though i was told by lefties "why are you defending this!!"!"), but i don't think the laptop theft story proves much of anything.

"Why do they have to say something to please you, milowent?"

they don't. but trying to pick who is more believable between o'keefe and naffe? i have serious issues with that.

*Comment by milowent (d3dcb6) — 3/28/2012 @ 6:25 am*

383.   Sure it proves something, Milowent. It proves she is willing to convert property belonging to others to her own use, fib about it, and was not only dilatory about meeting her obligations in document production, but probably had discoverable work product on the machine.

*Comment by SarahW (b0e533) — 3/28/2012 @ 6:53 am*

384.   "but trying to pick who is more believable between o'keefe and naffe? i have serious issues with that."

milowent – It's even harder when you don't read publicly available source material.

Have you read Nadia's complaint that was dismissed by the judge in New Jersey and compared that to what she is saying now?

*Comment by daleyrocks (bf33e9) — 3/28/2012 @ 7:08 am*

385.   You shouldn't have a problem picking who is more believable in the present instance, milowent, because

O'keefe has accused her of nothing except threatening to reveal his email communications, and she's actually done that.

Moreover, her own story, read in the light most favorable to herself, is full of holes and inconsistencies. Her innuendo/conclusions rest on relation of her subjective fears and personal reactions to her situation, none of which materialized, by her own account, and ludicrous, somewhat nutty notions of what unlawful restraint might be.

Every action of Okeefes from the times his first removal from the barn to his dropping her off at the train station with aid of another driver can be viewed in a vastly different light based on her own admission that she was drinking, and information that has come to light about her mood instability and former and very likely present use of medication to control unstable mood, that not only amplifies the effects of alcohol, but which if being adjusted or missed or over-used could result into her tipping into an episode of detatchment from reality or mania. Moreover well after the fact such an episode could lead to a confabulated history.

*Comment by SarahW (b0e533) — 3/28/2012 @ 7:10 am*

386. Scott,

Calling other commenters "Idiots" because they didn't follow your advice on how to win friends and influence people? Classic.

*Comment by DRJ (a83b8b) — 3/28/2012 @ 7:48 am*

387. "Calling other commenters "Idiots" because they didn't follow your advice on how to win friends and influence people? Classic."

DRJ – Also, I have not seen anything on this thread to indicate the commenter in question is in good faith "on the edge."

Dancing goal posts is never the best indicator in my experience.

*Comment by daleyrocks (bf33e9) — 3/28/2012 @ 8:00 am*

388. *Just provide the things. Once you do, he's willing to look at them, and question those whose story the evidence proves to be false.*

Funny.

*Comment by MayBee (081489) — 3/28/2012 @ 8:24 am*

389. I think that's funny because that's exactly what happened until we got to the point where only *other* women weighing in will do.

*Comment by MayBee (081489) — 3/28/2012 @ 8:39 am*

390. Why should any other woman "weigh in" when Nadia's narrative speaks for itself (as in being backaway crazy)?

*Comment by SarahW (b0e533) — 3/28/2012 @ 8:42 am*

391. You don't need anything BUT her own narration to determine its unreliability.

*Comment by SarahW (b0e533) — 3/28/2012 @ 8:42 am*

392.  I agree. It's all right there for those who want to read it. There are also some very good clues as to why involved women wouldn't want to jump in and publicly criticize NN.

*Comment by MayBee (081489) — 3/28/2012 @ 8:57 am*

393.  uninvolved women

*Comment by MayBee (081489) — 3/28/2012 @ 9:07 am*

394.  Begone, foreign spambot!

*Comment by Icy (1b5e18) — 4/2/2012 @ 1:07 pm*

395.  Hey, it worked!

Here, let me try it again: Amy Holmes, conservative babe extraordinaire, marry me!

???

*Comment by Icy (1b5e18) — 4/2/2012 @ 1:10 pm*

396.  better be careful
with da brussels never know
what will sprout later

*Comment by Colonel Haiku (24d813) — 4/8/2012 @ 2:38 pm*

397.  Has NN posted #rapebarn 3 like she promised?

*Comment by JD (34d969) — 4/8/2012 @ 3:30 pm*

398.  Nope, but it would be strange for her to post anything before he hearing, in May, don't you think? (That is,if her lawyer has control of his erratic client.)

*Comment by Sarahw (b0e533) — 4/8/2012 @ 4:50 pm*

399.  Her last comment at her site says it is coming, sarahw

*Comment by JD (34d969) — 4/8/2012 @ 5:34 pm*

400.  i heart scentsy candles NG has a neurosis about my one at work I leave it on overnight all the time and she's very very certain it's gonna burn the office down one day

wouldn't that be something

*Comment by happyfeet (3c92a1) — 4/8/2012 @ 6:20 pm*

401.  JD, I saw that earlier this week sometime. I call it #bottomlessbarn

*Comment by Sarahw (b0e533) — 4/8/2012 @ 7:14 pm*

402.  From what I have read here, Ms. Naffe would seem to have a limitless future if she were to enter the federal

Patterico's Pontifications » Documents from Nadia Naffe's Race Discrimination Case Against the RNC: The Computer That Was Never Returned

civil service system.

*Comment by Ed B. (5d05e8) — 4/21/2012 @ [12:26 am](#)*

[RSS feed for comments on this post.](#)

Sorry, the comment form is closed at this time.

- Recent Comments
  - [Mitch](#) on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying They're for a Government Shutdown
  - [Sammy Finkelman](#) on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying They're for a Government Shutdown
  - [Sammy Finkelman](#) on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying They're for a Government Shutdown
  - [Sammy Finkelman](#) on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying They're for a Government Shutdown
  - [Rorschach](#) on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying They're for a Government Shutdown
  - [Gerald A](#) on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying They're for a Government Shutdown
  - [Gerald A](#) on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying They're for a Government Shutdown
  - [narciso](#) on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying They're for a Government Shutdown
  - [Patricia](#) on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying They're for a Government Shutdown
  - [Dustin](#) on Political Advice from an Amateur: Um, Republicans Might Want to Stop Saying They're for a Government Shutdown

-

Purchases made through this search function benefit this site, at no extra cost to you.

-
**Help keep the site alive!**

PayPal only (no credit cards):



Credit Card donations (PayPal takes a bite):

Patterico's Pontifications » Documents from Nadia Naffe's Race Discrimination Case Against the RNC: The Computer That Was Never Returned



Subscribe for $9 per month:



- Advertise on Patterico's Pontifications

Hagel and Tantrums

#MyJihad: Muslim cleric tells converts to bury their Christian parents as if they were dead dogs

The Morning Flap: January 8, 2013

Des Moines Register Editor Backs Columnist's Absurd Claim That His Wishes for Deaths of GOP Leaders, Gun Owners Was 'Satire'

Iran's Islamist Regime Supports Obama's Pick of Hagel for Secretary of Defense

Read more...

Blogads

- 
- 
- About Patterico

  ○ Pronounced "Patter-EE-koh"

E-mail: Just use my moniker Patterico, followed by the @ symbol, followed by gmail.com

Patterico's Pontifications » Documents from Nadia Naffe's Race Discrimination Case Against the RNC: The Computer That Was Never Returned

[Frequently Unasked Questions (FUQs)](#)

Contributor:
[Hot Air](#)
[Big Journalism](#)

[What They're Saying](#)

The statements made on this web site reflect the personal opinions of the author. They are not made in any official capacity, and do not represent the opinions of the author's employer.



[Copyright policy](#)

- Search:

[ Search ]

- Categories:
  - [2004 Election](#)
  - [2008 Election](#)
  - [2010 Election](#)
  - [2012 Election](#)
  - [Abortion](#)
  - [Accepted Wisdom](#)

Patterico's Pontifications » Documents from Nadia Naffe's Race Discrimination Case Against the RNC: The Computer That Was Never Returned

- ACORN/O'Keefe
- Air Security
- Awards
- Bear Flag League
- Blogging Matters
- Bogus Statistics
- Books
- Brad Friedman
- Brett Kimberlin
- Buffoons
- California Recall Election
- Civil Liberties
- Constitutional Law
- Court Decisions
- Crime
- Current Events
- Deport the Criminals First
- Dog Trainer
- Economics
- Education
- Environment
- Fiskings
- Gadgets
- General
- Government
- Grammar
- Gunrunner
- Health Care
- Hiltzik
- Homespun Bloggers
- Humor
- Immigration
- Infotel
- International
- Judiciary
- Kozinski
- Law
- Lunatics
- Media Bias
- Miscellaneous
- Morons
- Movies
- Music
- Nature
- Neal Rauhauser
- No on 36
- No on 66
- Nobel Peace Prize
- Obama

Patterico's Pontifications » Documents from Nadia Naffe's Race Discrimination Case Against the RNC: The Computer That Was Never Returned

- Political Correctness
- Politics
- Principled Pragmatism
- Public Policy
- Race
- Real Life
- Religion
- Ron Brynaert
- Schiavo
- Scum
- Second Amendment
- Sheehan
- Snarkage
- Space
- Sports
- Spy Wiper
- Terrorism
- Velvet Revolution
- War
- Watcher's Council
- Year in Review

- Archives:
  - January 2013
  - December 2012
  - November 2012
  - October 2012
  - September 2012
  - August 2012
  - July 2012
  - June 2012
  - May 2012
  - April 2012
  - March 2012
  - February 2012
  - January 2012
  - December 2011
  - November 2011
  - October 2011
  - September 2011
  - August 2011
  - July 2011
  - June 2011
  - May 2011
  - April 2011
  - March 2011
  - February 2011
  - January 2011
  - December 2010

Patterico's Pontifications » Documents from Nadia Naffe's Race Discrimination Case Against the RNC: The Computer That Was Never Returned

- November 2010
- October 2010
- September 2010
- August 2010
- July 2010
- June 2010
- May 2010
- April 2010
- March 2010
- February 2010
- January 2010
- December 2009
- November 2009
- October 2009
- September 2009
- August 2009
- July 2009
- June 2009
- May 2009
- April 2009
- March 2009
- February 2009
- January 2009
- December 2008
- November 2008
- October 2008
- September 2008
- August 2008
- July 2008
- June 2008
- May 2008
- April 2008
- March 2008
- February 2008
- January 2008
- December 2007
- November 2007
- October 2007
- September 2007
- August 2007
- July 2007
- June 2007
- May 2007
- April 2007
- March 2007
- February 2007
- January 2007
- December 2006
- November 2006

Patterico's Pontifications » Documents from Nadia Naffe's Race Discrimination Case Against the RNC: The Computer That Was Never Returned

- ○ October 2006
- ○ September 2006
- ○ August 2006
- ○ July 2006
- ○ June 2006
- ○ May 2006
- ○ April 2006
- ○ March 2006
- ○ February 2006
- ○ January 2006
- ○ December 2005
- ○ November 2005
- ○ October 2005
- ○ September 2005
- ○ August 2005
- ○ July 2005
- ○ June 2005
- ○ May 2005
- ○ April 2005
- ○ March 2005
- ○ February 2005
- ○ January 2005
- ○ December 2004
- ○ November 2004
- ○ October 2004
- ○ September 2004
- ○ August 2004
- ○ July 2004
- ○ June 2004
- ○ May 2004
- ○ April 2004
- ○ March 2004
- ○ February 2004
- ○ January 2004
- ○ December 2003
- ○ November 2003
- ○ October 2003
- ○ September 2003
- ○ August 2003
- ○ July 2003
- ○ June 2003
- ○ May 2003
- ○ April 2003
- ○ March 2003
- ○ February 2003

**March 2012**

- **M  T  W  T  F  S  S**

« Feb          Apr »

Patterico's Pontifications » Documents from Nadia Naffe's Race Discrimination Case Against the RNC: The Computer That Was Never Returned

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |   |

« Feb          Apr »

## • Favorite Sites

- A Million Monkeys Typing
- Ace of Spades
- Acute Politics
- Alarming News
- Anwyn's Notes in the Margin
- Badgers Forward
- Beldar Blog
- Best of the Web
- Betsy's Page
- Big Lizards
- BizzyBlog
- Blackfive
- Blogging.la
- BuzzMachine
- Captain's Quarters
- Carol Platt Liebau
- Commonwealth Conservative
- Confirm Them
- Constitutional Conservative
- Cop the Truth
- Countercolumn
- Dan Weintraub
- DANEgerus
- Dave Barry
- Day by Day
- Dead Parrot Society
- Dean's World
- Dispatches from the Culture Wars
- Doc Rampage
- Don Surber
- Donald Luskin
- Double Toothpicks
- Dowingba
- Dustbury
- EagleSpeak
- Error Theory
- Everything I Know Is Wrong

Patterico's Pontifications » Documents from Nadia Naffe's Race Discrimination Case Against the RNC: The Computer That Was Never Returned

- FullosseousFlap's Dental Blog
- Galley Slaves
- HipperCritical
- Hoodathunk?
- How Appealing
- Hoystory.com
- Hugh Hewitt
- InstaPundit
- Internet Radio Network
- Jules Crittenden
- Junkyard Blog
- Just One Minute
- Kausfiles
- KelliPundit
- L.A. Observed
- Laura's Miscellaneous Musings
- Les Jones
- Let's Try Freedom
- Likelihood of Confusion
- Lileks: The Bleat
- Little Green Footballs
- Local Liberty Blog
- Margi Lowry
- Media Lies
- Michael J. Totten
- Michelle Malkin
- My Pet Jawa
- Neo Warmonger
- New England Republican
- Oh, That Liberal Media
- Okie on the Lam
- Old Patriot's Pen
- Oraculations
- Outside the Beltway
- Pajama Pundits
- Patrick Ruffini
- Pejmanesque
- Piece of Work in Progress
- Pigilito
- Polipundit
- Politburo Diktat
- Popehat
- Power Line
- PressThink
- Professor Bainbridge
- Professor Chaos
- Pundit Review
- Radley Balko
- Ramblings' Journal

Patterico's Pontifications » Documents from Nadia Naffe's Race Discrimination Case Against the RNC: The Computer That Was Never Returned

- RantingProfs
- Real Clear Politics Blog
- Right Wing News
- Rightwing Nuthouse
- Roger L. Simon
- Say Uncle
- ScrappleFace
- Sister Toldjah
- Sisu
- Southern Appeal
- Speed of Thought
- Spyware Warrior
- Stop the Bleating!
- Strong As An Ox and Nearly As Smart
- Stubborn Facts
- Such Little Things
- The Astute Blogger
- The Big Picture
- The Buck Stops Here
- The Dialectizer
- The Hotline
- The Iconic Midwesterner
- The Movie Court
- The National Debate
- The Onion
- The Shape of Days
- The Spoons Experience
- The Unalienable Right
- The View from the Nest
- The Volokh Conspiracy
- ThoughtsOnline
- ThreeSheets
- TigerHawk
- Tim Blair
- Tim Worstall
- Villainous Company
- VodkaPundit
- Winds of Change
- Wizbang

# Links

- ○
- ○
- ○
- ○

# Patterico Sells Out

Patterico's Pontifications » Documents from Nadia Naffe's Race Discrimination Case Against the RNC: The Computer That Was Never Returned

- ○ [Bodybugg](#)
- ○ [Cheap azbox receiver](#)
- ○ [Conservative Blog Advertising MiniNetwork](#)
- ○ [L.A. Blogads Network](#)
- ○ [LED](#)
- ○ [Lingerie](#)
- ○ [My Food Diary](#)
- ○ [okayprom](#)
- ○ [plastic film](#)
- ○ [yoursdress](#)
- Meta:
  - ○ [RSS 2.0](#)
  - ○ [Comments RSS 2.0](#)

*Powered by* [**WordPress**](#).

Page loaded in: 1.0112 secs.

# EXHIBIT S

# Patterico's Pontifications

*Harangues that Just Make Sense*



## 3/24/2012

### DOCUMENTS FROM NADIA NAFFE'S RACE DISCRIMINATION CASE AGAINST THE RNC: THE COMPUTER THAT WAS NEVER RETURNED

Filed under: General — Patterico @ 5:11 pm

Poking around PACER, one finds the most interesting things. Things that journalists like Tommy Christopher might want to look into, if they found themselves writing about Nadia Naffe. The following is from an order made by the court overseeing that lawsuit, after taking testimony from Naffe regarding a laptop that she had been lent by the Florida Republican Party during her employment. The court found that she had been asked to return it, and **intentionally did not**:

> Based upon testimony of the plaintiff at the hearing, I find that
> the plaintiff, upon her termination on April 2, 2004, was specifically
> instructed to return all RPOF equipment, including a computer. The plaintiff
> had the computer at that point and intentionally did not return it.
> Subsequently, the plaintiff took the laptop computer to her mother's home in
> Pensacola, Florida, and it could no longer be located there, assertedly because
> the home was severely damaged during Hurricane Ivan.

The relevance of the laptop is described in her deposition, which I found on PACER as well, in three parts: **one**, **two**, and **three**. Interesting reading. Apparently she believed she had been given an inferior laptop, presumably because she was black, given the lawsuit's allegations.

But I guess it was good enough to keep after she was terminated, even though she had been instructed to return it.

By the way, I should note that Naffe has threatened to report me to my State Bar and my place of employment for writing posts critical of her.



The theory is that, by pointing out holes in her story, on a public blog, concerning a matter of public interest, I am giving James O'Keefe "legal advice" in a civil suit.



## Recent Comments

**SPQR** on L.A. Times Cites Claim by Pro-Gun Control Group As If It Came From Some Neutral "Policy Center" on Guns

**mojo** on End of the Week Links

**aphrael** on Four More Years? How About Eight? Or Twelve? Or a LIFETIME!!!!!!'

**narciso** on Okay, Boehner: Take A Damned Stand

**Steve57** on Democrat Congressman: Let's Pay Off the Debt by Minting a Trillion Dollar Coin!

**Steve57** on Democrat Congressman: Let's Pay Off the Debt by Minting a Trillion Dollar Coin!

**gary gulrud** on Okay, Boehner: Take A Damned Stand

**Steve57** on Democrat Congressman: Let's Pay Off the Debt by Minting a Trillion Dollar Coin!

**gary gulrud** on Open Thread: Chuck Hagel for Defense!

**narciso** on Open Thread: Chuck Hagel for Defense!

### Search Amazon.com:

Amazon.com

Keywords:

Search **New** and **Used** amazon.com.

**Purchases made through this search function benefit this site, at no extra cost to you.**

**Help keep the site alive!**

PayPal only (no credit cards):



Credit Card donations (PayPal takes a bite):



Subscribe for $9 per month:



209





The claim is absurd. If a non-lawyer criticizes O'Keefe, in a way that gives her a legal argument in court, is that practicing law without a license? No self-respecting employer or bar investigator would buy this logic, so she moved on to another false claim: that I updated my blog on company time. You can add that to a large set of other falsehoods she has told in recent days and weeks.

The motive is to silence me. The likely result is that her tactics will draw greater attention to **my criticism of her claims**, and her tactics of trying to silence her critics.

UPDATE: Interesting points in comments about the medications she was taking, and how those medications don't mix well with alcohol. One of the medications, Seroquil, is commonly prescribed for schizophrenia, mania, or bipolar disorder — all afflictions that may well not be temporary. If she was still taking the medications in late 2011, it could explain why she allegedly had such a strong reaction to alcohol. Details **here**.

There is another point about Seroquil that, together with the above information, might make for an interesting post. Will have to think about this one . . .

**Comments (402)**

## 402 Comments

1. Did I just give legal advice again? Dammit!

   Comment by Patterico (feda6b) — 3/24/2012 @ **5:15 pm**

2. And it was on company time, too, since I have to work all weekend (at home) — and took a few minutes out of that weekend work schedule to write this post.

   Double whammy!

   Comment by Patterico (feda6b) — 3/24/2012 @ **5:17 pm**

3. She's a piece o' work. A perennial victim of discrimination/litiGATOR.

   Comment by Colonel Haiku (bd479c) — 3/24/2012 @ **5:21 pm**

4. I find Nadia to be of sufficient intellectual heft to be able to possibly keep up with my 6th Grade daughter. Harvard, my a**. Unless Harvard has a Middle School.

   Comment by **dfbaskwill** (c021f2) — 3/24/2012 @ **5:23 pm**

5. I've seen a lot of people start walking on eggshells when these kinds of charges and innuendos are pushed out into the public square.
   Patrick cowboys the f up and rides it.

   Good

   Breitbart would be proud

Good

Breitbart would be proud

Comment by SteveG (e27d71) — 3/24/2012 @ 5:30 pm

6.  Harvard does have an Extension School. I believe anyone can attend.

Wonder if Tommy C. should look into that too.

But there I go, a sympathizer with the "Klu" Klux Klan, suggesting that someone who thinks "your" is the contraction for "you are" (as demonstrated by consistent tweets over months) is not necessarily Harvard material.

Comment by Patterico (feda6b) — 3/24/2012 @ 5:31 pm

7.  "She's a piece o' work."

She's a piece of something…but, it ain't work.

Comment by Dave Surls (46bo8c) — 3/24/2012 @ 5:36 pm

8.  Sure hope the teacher's union doesn't come after Patterico now for giving Nadia unauthorized grammar lessons.

Comment by elissa (ea306b) — 3/24/2012 @ 5:39 pm

9.  elissa,

That was a very clever comment.

Comment by Patterico (2422ef) — 3/24/2012 @ 5:41 pm

10. LOL, Elissa.

BTW, you've gotta love the Streisand effect.

Comment by Dustin (330eed) — 3/24/2012 @ 5:45 pm

11. When the Black Panther's put up a reward, an Louis F. marks citizens for death we're looking at a spot of bother.

Comment by gary gulrud (d88477) — 3/24/2012 @ 5:55 pm

12. *you gave him 29 BULLET POINTS*
the fake "right" actual LEFT – using incendiary language again.

Comment by builderD (958987) — 3/24/2012 @ 5:56 pm

13. Yeah, I love the "company time" idea, as if you are on the clock working exactly your 8 hour day.

Comment by MayBee (081489) — 3/24/2012 @ 6:00 pm

14. Patterico – Can I get some advice at the same hourly rate you are billing O'Keefe?

Comment by daleyrocks (bf33e9) — 3/24/2012 @ 6:00 pm

15. Skipping over the laptop or a moment: Prozac and Ambien then. Prozac and Ambien now?

Prozac + alcohol equals exacerbated response to alcohol. Prozac plus Ambien plus Alcohol even moreso.



Patterico **Boehner:** take a damned STAND.
patterico.com/2013/01/06/oka...
yesterday · reply · retweet · favorite

jdgolfer72 @jtLOL @davidgregory @shawnanbcnews David Gregory supports laws that he intentionally violates, publicly. @Patterico @Planet_Rawr
yesterday · reply · retweet · favorite

jdgolfer72 @LegInsurrection @davidgregory @jtLOL @Patterico David, when will you address your decision to intentionally break DC gun laws publicly?
yesterday · reply · retweet ·

**Join the conversation**

**Copyright policy**

Search:

[ Search ]

Categories:
2004 Election
2008 Election
2010 Election
2012 Election
Abortion
Accepted Wisdom
ACORN/O'Keefe
Air Security
Awards
Bear Flag League
Blogging Matters
Bogus Statistics
Books
Brad Friedman
Brett Kimberlin
Buffoons
California Recall Election
Civil Liberties
Constitutional Law
Court Decisions
Crime
Current Events
Deport the Criminals First
Dog Trainer
Economics
Education
Environment
Fiskings
Gadgets
General
Government
Grammar
Gunrunner
Health Care

# EXHIBIT T

Patterico's Pontifications » The O.J. Posts — Part One: Introduction




## 8/20/2006

### The O.J. Posts — Part One: Introduction

Filed under: General — Patterico @ 5:32 pm

[*This is Part One of a series of posts on the O.J. Simpson trial.*]

A lot of you folks responded to my recent post in which I told you how I had predicted a guilty verdict in the O.J. case. One commenter reminded me that I have told you in the past that I have a few stories about the case to tell. So I thought that, over the next few days, I could tell some of my O.J. stories. I'll start tomorrow; today is merely the introduction.

I don't mean to build this up too much; I certainly don't pretend to have any key insights that will astound and amaze you. But I do have a small bit of insight into some issues in the case. So if you're one of those people who is still fascinated by the case even though it is more than 10 years old, stick with me over the next few days. If you're not — well, maybe the guest posters and I will be able to come up with something else that will interest you.

I should say that I come at this with a perspective: I think O.J. Simpson is guilty of the murders of Nicole Simpson and Ron Goldman. I think he got away with murder. Part of the object of these posts is to explore why.

I should also say that, while I am a Deputy District Attorney, I was not one at the time of the trial. I have no vested interest in making excuses for the District Attorney's Office. I am a big fan of Vincent Bugliosi's. I read his book "Outrage" with great interest, and agreed with most of his severe criticisms of the prosecution case. I think that Marcia Clark and Chris Darden made several highly questionable decisions and I'm not afraid to say so. I do not know Clark or Darden. (I do know Bill Hodgman, but he had heart trouble early in the case and did not have the same level of involvement that he otherwise would have had — which I think is a shame, for reasons I'll explain in a future post.)

But despite the fact that I think Clark and Darden screwed up the case, I still think they proved it beyond a reasonable doubt. Tomorrow I'll explain why I don't think it made a difference to the jurors.

P.S. My site has a disclaimer on the sidebar that says that everything I say on this site is said in my personal capacity, not my official capacity, and does not necessarily reflect the views of my office. I think that it bears repeating here, given that I am talking about events and people relating to the office, albeit the office as it was over 10 years ago.

Comments (32)

## 32 Comments

1. The whole OJ Trial was rigged just like with MICHEAL JACKSON

# EXHIBIT U

Patterico's Pontifications » Using People's Summer Reading List Against Them in a Criminal Trial: Not Always a Bad Idea





# 5/27/2007

## Using People's Summer Reading List Against Them in a Criminal Trial: Not Always a Bad Idea

Filed under: Crime — Patterico @ 9:30 am

Howard Bashman has an excellent column about using fiction that people read as evidence against them in criminal prosecutions. Howard argues that this should never be allowed. As well written as Howard's column is, I disagree with its conclusion. In the abstract, it sounds like an easy call to argue that it violates the First Amendment to use people's reading material against them. But it's not an abstract question, as the facts demonstrate:

> A man is arrested in Las Vegas on federal criminal charges of traveling across state lines with intent to engage in a sexual act with a minor and using an interstate communication facility to attempt to persuade a minor to engage in sexual acts. The evidence against the man consists of the transcripts of multiple online chats between the man and a police officer posing as a 14-year-old girl. On the date selected for their meeting, the man traveled from his home in Anaheim, Calif., to Las Vegas, where police apprehended him at the designated meeting place.

> At trial, the man seeks to defend against the charges by maintaining that he believed that he was chatting with a 30- to 40-year-old woman who had been pretending to be an underage girl, and that he was expecting to meet that woman at the designated location in Las Vegas. When the man was arrested, he was carrying a personal digital assistant (PDA) containing more than 140 stories that described adults having sex with children. The prosecution sought to introduce many of these stories into evidence at trial, to rebut the man's defense that he was not intending to meet an underage minor for sex.

The Ninth Circuit ruled that the evidence was admissible. Bashman writes that the dissent "stands as a masterful defense of the ability to read and think about ideas free from government interference in a free society. Sadly, that view no longer represents the law in the nation's largest federal judicial circuit."

I disagree with Howard's argument that the Ninth Circuit's opinion is a bad decision.

I have grave concerns about using people's reading material against them. But at the same time, it would be a major disservice to the truth to exclude this evidence in this particular case. Take another example that takes the emotional issue of sex with minors out of the equation. A man stands accused of pushing another man off a cliff. His defense is that it was an accident. He is arrested at the scene of the crime with a PDA with more than 140 stories about men killing other men by pushing them off a cliff, and claiming it was an accident.

Do we really want to have an inflexible rule that would exclude any such evidence? Does it really make sense to say that the jury can't even hear about this highly relevant evidence?

If we excluded such evidence, would we extend the *per se* exclusion to any *writings* that the defendant made that

Patterico's Pontifications » Using People's Summer Reading List Against Them in a Criminal Trial: Not Always a Bad Idea

he could argue are fiction? Remember, I was against using Jim Webb's depiction of sex acts with a minor in a novel against him in a Senate campaign. But if someone were on trial for fellating his seven-year-old stepson, and had written a "fictional" story about a man who fellates his seven-year-old stepson, with numerous similarities between the "story" and reality, I would think that would be highly relevant evidence.

This is not theory, by the way. I know of cases where accused murderers are caught on tape in jail rapping about how they killed the victim. Should such admissions be excluded from evidence?

Again, it all comes down to specifics, and I think that blanket rules of exclusion would be unwise.

I understand the concerns to the contrary. For example, nonsensical P.C. attitudes could easily create a situation where, for example, having read *Huckleberry Finn* or *To Kill a Mockingbird* could be used against you in a racial hate crime prosecution. After all, these books do have the N-word in them, and blacks have successfully argued to have them banned in some places, for that reason. The specter of misuse of such evidence looms large.

But I wouldn't solve that problem by excluding all such evidence, including in cases like the cliff-murder hypothetical I described above. That, in my view, would impede the truth-seeking function of the justice system in some cases.

I would have a rule that is *very* restrictive against the use of such evidence, but that allows it in highly unusual cases like the ones described above. Defense attorneys will still have available to them the argument that fiction is fiction. They can argue to jurors: "You've all read books about crime. Do we really want to live in a world where your reading of such books can be used against you in court?" But I think juries should be given the chance to hear all the facts and make up their own minds, in cases where the relevance of the reading material is striking.

But then again, I'm just a tool of the state (albeit one speaking in his private capacity). Feel free to lay into me. But as you do, please don't be flippant about the idea that this rule could allow serious criminals, including murderers, to go free. Imagine that the guy thrown off the cliff was your brother, son, or dad. And tell me where you would draw the line on arguably "fictional" writings by the defendant that strikingly resemble the actual facts of the crime.

P.S. As always, it's worth reading the opinions themselves in coming to a judgment on their correctness. The majority opinion is more persuasive. It notes, for example, that the defendant had argued that his intent was to meet a grown woman who pretended to be a little girl. The majority argues that, if the defendant had 144 stories about a man going to meet a woman who pretends to be a little girl, that would certainly be relevant.

The dissent makes the *Huckleberry Finn* argument I note in the post. But it also unpersuasively argues that the majority confuses fantasy with intent, and gives all sorts of examples of people who engaged in fantasy who did not even arguably engage in criminal acts with criminal intent. For example, the dissent says:

> Johnny Cash probably could not have written Folsom Prison Blues without imagining himself a murderer imprisoned for life — "I shot a man in Reno, just to watch him die" — but there is no reason to suppose that he ever intended murder in real life.

Indeed. But what if Johnny Cash *really had* shot a man in Reno — and the issue in the trial was whether he had done it in self-defense, or just to watch him die? In that case, I would think it highly relevant that he wrote lyrics saying that he had shot the man "just to watch him die."

The dissent says the majority confuses fantasy with reality. But in truth, the dissent confuses people who only engage in fantasy with people who have arguably acted to make their fantasies a reality. There is a difference, and the dissent (and Bashman) should not paper over this difference.

Comments (49)

# EXHIBIT V

Patterico's Pontifications » L.A. Times Staffer: Holding Man Accountable for Drugging and Anal Rape of 13-Year-Old Child Will Take Too Much $$$$




## 9/27/2009

### L.A. Times Staffer: Holding Man Accountable for Drugging and Anal Rape of 13-Year-Old Child Will Take Too Much $$$$

Filed under: Dog Trainer — Patterico @ 6:23 pm

I never thought I'd see the day when the *L.A. Times* published a piece arguing that it is too costly to pursue justice for the anal rape of a 13-year-old child.

In a post titled "Roman Polanski still being hounded by L.A. County prosecutors," the *L.A. Times*'s Patrick Goldstein makes an unusual argument against holding Roman Polanski accountable for drugging and anally raping a 13-year-old girl — namely, it would cost too much money:

> With the state Legislature forced to make dramatic cuts in the prison budget and a three-judge federal panel having recently ordered California lawmakers to release as many as 40,000 inmates in response to the scandalous overcrowding of the California state prison system, it seems like an especially inauspicious time for the L.A. County District Attorney's Office to be spending some of our few remaining tax dollars seeing if it can finally, after all these years, put Roman Polanski behind bars.

I can think of few crimes that are more deserving of punishment than drugging and anally raping a 13-year-old girl. And that's what Polanski did. While I recognize that my office allowed Polanski to plead to a lesser charge because of his fame — the girl was reluctant to testify once it became clear that her anal rape would be discussed in international media for weeks — the girl's grand jury testimony speaks for itself:

> A. Then he lifted up my legs and went in through my anus.

> Q. What do you mean by that?

> A. He put his penis in my butt.

> . . . .

> Q. Do you know whether he had a climax?

> A. Yes.

> Q. And how do you know that?

> A. Because I could kind of feel it and it was in my underwear. It was in my underwear. It was on my butt and stuff.

> Q. When you say that, you believe that he climaxed in your anus?

Patterico's Pontifications » L.A. Times Staffer: Holding Man Accountable for Drugging and Anal Rape of 13-Year-Old Child Will Take Too Much $$$$

A. Yes.

Q. What does climax mean?

A. That his semen came out.

Q. Do you know what semen is?

A. Yes.

Q. Did you see some semen or feel some semen?

A. I felt it.

Q. Where did you feel it?

A. I felt it on the back of my behind and in my underwear when I put them on.

The girl testified that she allowed this to happen because she was afraid of him, adding that Polanski had her take part of a Quaalude, which she washed down with a swallow of champagne.

To me, this crime seems like it's worth spending money on. Goldstein, by contrast, apparently believes that anal rapes of 13-year-olds are too costly to prosecute — or, at least, if the defendant has managed to escape punishment by fleeing the country, and has obtained the moral support of the victim (whom he paid off in a settlement).

IRONIC UPDATE: At the bottom of Goldstein's post is this standard disclaimer: "If you are under 13 years of age you may read this message board, but you may not participate." I guess 13 is the age of consent at the *L.A. Times*, huh?

UPDATE x2: As I make clear on the sidebar and in other posts on this issue, while I work for the Los Angeles County District Attorney, I do not speak for him in any official capacity whatsoever. I write this post as a private citizen, and I express no opinion on what sentence Polanski should receive.

[Comments (115)](#)

# 115 Comments

1. Evidently, Patterico, we are just not part of the "in" Hollywood crowd or we'd understand.

   *Comment by SPQR (26be8b) — 9/27/2009 @ 6:31 pm*

2. Patrick,
   Two points,
   1) Could someone ask this reporter what crimes should be pusued ? I understand child moestation/drugging/rape might not be serious enough to warrant punishment ,but I'd be interested in what is.
   2) If money is the problem, I'd be willing to contribut$100/month ad infinitum to Mr Polanski's prison expenses.

   *Comment by corwin (427300) — 9/27/2009 @ 6:37 pm*

3. Good points, except that the Times's position is even dumber than you are giving them credit for. They

# EXHIBIT W

Patterico's Pontifications » Disclaimer

 

## 9/29/2009

### **Disclaimer**

Filed under: — Patterico @ 6:59 pm

The author is a Deputy District Attorney. He does not speak for his office on this blog, but rather in his private capacity under the First Amendment. He expresses no opinion about the sentence Roman Polanski should receive, and will leave that argument to be made by the appropriate people in his office.

Comments (23)

# 23 Comments

1. [...] P.S. Standard disclaimer here. [...]

   *Pingback by Patterico's Pontifications » Polanski in 1979: Everyone Wants to Fuck Young Girls! (e4ab32) — 9/29/2009 @ 8:12 pm*

2. [...] P.S. Standard disclaimer here. [...]

   *Pingback by Patterico's Pontifications » Robert Harris: Polanski Did It, But It's YOUR Fault (e4ab32) — 9/29/2009 @ 9:09 pm*

3. [...] * [...]

   *Pingback by Patterico's Pontifications » Stopped Watch: Steve Lopez Has Excellent Column on Polanski (e4ab32) — 9/29/2009 @ 10:55 pm*

4. [...] But as for these Internet lefties . . . I will lose my bearings if I start to think of these people as sensible. Please, someone mention Obama and Bush, so we can get them frothing at the mouth again.* [...]

   *Pingback by Patterico's Pontifications » Leftists and Conservatives Can Agree: Polanski Is a Child Rapist Who Should Face Justice (e4ab32) — 9/30/2009 @ 7:18 am*

5. [...] I think it's time for the disclaimer. [...]

   *Pingback by Patterico's Pontifications » Harvey Weinstein: Hollywood Has the Best Moral Compass (e4ab32) — 9/30/2009 @ 11:28 pm*

6. [...] * [...]

   *Pingback by Patterico's Pontifications » AP: Swiss Will Hold Polanski in Custody (e4ab32) — 10/6/2009 @ 7:19 am*

# EXHIBIT X

Patterico's Pontifications » Steven Mikulan Errs on Characterization of Polanski Plea Agreement

 

## 11/12/2009

### Steven Mikulan Errs on Characterization of Polanski Plea Agreement

Filed under: General — Patterico @ 8:38 pm

Steven Mikulan:

> This Friday the 13th won't be just another day in a Swiss jail for Roman Polanski. By then the director will have sat behind bars, awaiting extradition to Los Angeles, for 48 full days — a significant figure for legal numerologists.
>
> Not only is it a longer period of incarceration than Polanski spent in Chino State Prison for psychiatric observation in 1978, but, when added to those 42 days in Chino, it adds up to the magic number of 90.
>
> **That's his proposed sentence reached under the plea deal 32 years ago.**

Wrong. As I have explained previously: "At the time of his plea, he was made no promises whatsoever regarding the length of his sentence."

I don't know this because I have some secret knowledge as the result of working in the D.A.'s office — I have no such knowledge. Nor do I purport to speak for my office — my Polanski posts are most definitely made in my private capacity.

I say it because the publicly available evidence is overwhelming, as I have shown before.

Yes, at some point after the plea, the judge indicated an intent to (effectively) sentence him to 90 days in prison. But the judge's off the record indication came after the plea. It was not part of the plea, and the 90-day sentence was not "his proposed sentence reached under the plea deal 32 years ago."

I'm going to correct this error every time I see it.

Comments (12)

## 12 Comments

1. To his credit, the writer includes this:

   > For one thing, [USC law professor Jean Rosenbluth] points out, Polanski fled the country in 1978 *before the deal he'd struck with prosecutors was formalized as a sentence.* [emphasis added] For another, there are possible penalties arising from his flight.

   That doesn't wholly excuse his recycling of the tired canard that Polanski had a deal to only get 90 days, but it does make him slightly better than a lot of other bloggers and commenters who have addressed this case.

# EXHIBIT Y

Patterico's Pontifications » Lawsuit Day Approaching for Shuster and Olbermann? Sure Looks That Way!!!




## 2/27/2012

### Lawsuit Day Approaching for Shuster and Olbermann? Sure Looks That Way!!!

Filed under: General — Patterico @ 6:27 pm

After James O'Keefe demanded that David Shuster retract his defamatory characterization of James O'Keefe as a "convicted felon," Shuster has taken to Twitter — but has he retracted? Mmmm . . . not so much. As a matter of fact, I think you could call this "doubling down":

> Hey @JamesokeefeIII apologize to @nadianaffe. And @AndrewBreitbart why wont u condemn **his alleged sex assault plan?** http://t.co/DcjK6XwN

I hear a distant rumbling sound . . . and it sounds like *momentum for a libel suit building*.

**Rapidly.**

Meanwhile, Andrew Breitbart has published several tweets corroborating my belief that a libel suit is likely forthcoming. For example:

> What are Vegas odds that @DavidShuster & @KeithOlbermann get sued for libel this week?

I sure wouldn't bet against it, I'll tell you that.

By the way, I just took a look at the Current page that Shuster links yet again today. It says:

> D.C. correspondent David Shuster calls right-wing blogger Andrew Breitbart a hypocrite for his silence on the subject of **the rape allegation facing his conservative activist protégé James O'Keefe** . . .

I listened to Shuster's description of the allegations made by Naffe, and **I'm not hearing a "rape allegation." Frankly, I'm not hearing an "alleged sex assault plan" either.** What I'm hearing — and this is just if the allegations are true, which I do not assume — are allegations that O'Keefe and Naffe argued; that he refused to drive her to a station from a barn on his parents' property after the argument; suggestions that Naffe experienced symptoms of incapacitation (which could be consistent with being drugged, or could be consistent with any number of any causes as well, including drinking too much); and that O'Keefe harassed Naffe after the fact (among other things). Listen for yourself:

Patterico's Pontifications » Lawsuit Day Approaching for Shuster and Olbermann? Sure Looks That Way!!!

Is that a "rape allegation"? A "sex assault plan"? I'm not hearing it in that description.

Are Shuster and Current trying to *add* counts to the defamation suit?

It sure seems that way.

Wow.

Stay tuned. I have a feeling this story is not going away.

UPDATE: I have new, exclusive, source material regarding the specifics of Naffe's allegations — and how they were misrepresented by Shuster. This is worth a new post, which will probably go up in the morning. Stay tuned.

[Comments (402)](#)

# 402 Comments

1. Racists

   *Comment by JD (448fa8) — 2/27/2012 @ 6:32 pm*

2. Do Shuster and Olbermann have so much faith in leftward lean that they show no hesitancy in continuing in this manner?

   Or are they just this stupid?

   *Comment by Colonel Haiku (9080eb) — 2/27/2012 @ 6:33 pm*

3. Yes

   *Comment by JD (448fa8) — 2/27/2012 @ 6:37 pm*

4. I don't see how Shuster wants anyone to take his 'rape' allegation seriously if he can't correct when fully aware he smeared a guy as a convicted felon when that charge was shown to be baseless.

   He must take his audience's credulousness for granted.

   *Comment by Dustin (401f3a) — 2/27/2012 @ 6:43 pm*

# EXHIBIT Z

Patterico's Pontifications » EXCLUSIVE: Transcript of Nadia Naffe's Testimony Against James O'Keefe




## 2/28/2012

### EXCLUSIVE: Transcript of Nadia Naffe's Testimony Against James O'Keefe

Filed under: General — Patterico @ 12:16 am

I don't believe this transcript has been released anywhere else. The linked transcript is from a probable cause hearing* in a New Jersey criminal court, in which Nadia Neffe alleged "harassment" by James O'Keefe.

What I find interesting (if not surprising) is how badly these allegations have been blown out of proportion by Keith Olbermann and David Shuster. Even if you accept the allegations as true — and keep in mind that they are only allegations, and that O'Keefe almost certainly disputes them — they do not even come close to establishing a "rape allegation" as alleged on the Current web site, or an "alleged sex assault plan" as claimed by Shuster on his Twitter feed last night.

Instead, we learn from the transcript that the increasingly infamous incident at the "barn" (a makeshift office with a furnished bed, bathroom, and kitchen) was not even the subject of Naffe's harassment complaint. Instead, she complained essentially that O'Keefe said disparaging things about her *after the fact*. We learn as we read the transcript that Olbermann and Shuster **completely distorted the allegations testified to by Ms. Naffe**, twisting the allegations into a virtual rape — when Ms. Naffe did not claim at the time to have been touched, threatened, drugged, or harassed in any way that night.

Let's first look at how Olbermann and Shuster characterized what happened — and then look at Naffe's actual allegations:

On December 22, Keith Olbermann characterized the incident this way:

> After refusing to be involved with O'Keefe's upcoming hidden-camera sting about Occupy Wall Street called — or part of his "To Catch A Journalist" series, Naffe asked to be brought to the nearest train station. O'Keefe refused, instead urging her to stay overnight in a barn on his parent's property. That's when she threatened to call the police.

> She recounted in testimony that, at one point during the night, "I found it hard to move and control my muscles," saying, "It was his intent to persuade me to spend the night in the barn."

> Finally relenting to her requests, O'Keefe and a friend piled her into the car, where she passed out, before eventually arriving at Pennsylvania Station to board a train to Boston. Naffe says she later discovered that a wireless mouse and underpants had been stolen from her luggage.

> Naffe turned down an offer of money from O'Keefe, she says, several days later.

> Which is when, she says, he began a consistently brutal campaign of emotional harassment.

Shuster portrays the incident similarly, claiming to see "great irony" in Breitbart's criticism of rapes at Occupy sites

Patterico's Pontifications » EXCLUSIVE: Transcript of Nadia Naffe's Testimony Against James O'Keefe

while saying nothing about Naffe's allegations — implying that Naffe had claimed to have been raped. Like Olbermann, Shuster implies that O'Keefe held Naffe at a barn on his parents' property while O'Keefe was present; possibly drugged her; and refused to drive her back until she threatened to call police.

But when you read the actual transcript, it turns out that the allegations are quite different from the portrayal by Olbermann and Shuster. According to the transcript, we learn that **after O'Keefe had left**, Naffe decided she wanted to leave, and insisted that O'Keefe **return** to the barn. She claimed to be feeling sick, which she suspected was from the alcohol she had drunk: "I thought the alcohol had made me sick." Apparently not suspecting O'Keefe of having done anything wrong, she **tried to get him to come back to the barn**. He initially refused:

> But he refused to come back to the barn. He said that all he cared about was his project. He insisted that I spend the night there and that we take the matter up in the morning. He wanted to go shoot videos the next day.

Here is a screenshot from the transcript:



```
that I told James that I didn't want to work with him
any longer on the video project.  I told James that I
was sick and that I wanted to go home.  I thought the
alcohol had made me sick.  I felt nauseated,
disoriented and extremely sleepy.  But he refused to
come back to the barn.  He said that all he cared about
was his project.  He insisted that I spend the night
there and that we take the matter up in the morning.
He wanted to go shoot videos the next day.
```

Maybe not the most gentlemanly behavior, **if the allegations are true** — but not the behavior of a sex fiend.

Finally, Naffe got O'Keefe's attention when she **threatened to destroy O'Keefe's computers** (as well as call the police):

> [A]s the evening went on, there were phone calls and texts and things like that. At which point, I finally threatened James that I was going to call the police **and even destroy his Macs, his computers, if he did not come back to the barn and get me back to the train station. It was at that point that he agreed to come back to the barn.**

Here is another screenshot from the transcript:

229

Patterico's Pontifications » EXCLUSIVE: Transcript of Nadia Naffe's Testimony Against James O'Keefe

> So as you said, as the evening went on, there were
> phone calls and texts and things like that. At which
> point, I finally threatened James that I was going to
> call the police and even destroy his Macs, his
> computers, if he did not come back to the barn and get
> me back to the train station. It was at that point
> that he agreed to come back to the barn.
>     However, when he returned to the barn he didn't
> return alone. He brought another man with him. I

Why O'Keefe would drug a woman and drive away leaving her alone, Shuster and Olbermann never explain — because *they imply O'Keefe was there with her all along, trying to rape her.*

As you can see from the above screenshot, Naffe testified that O'Keefe eventually arrived *with another man*, and unsuccessfully tried to persuade her to stay. Olbermann and Shuster make the effort to persuade her to stay sound like an overture for sex, which she never said it was, and which would have been unlikely with another man present. She refused, and passed out in the car — perhaps because she had had too much to drink.

When she awoke, she noticed items missing from her suitcase — not "stolen from her luggage" as Olbermann claims, but simply "missing" . . . perhaps because she had had too much to drink:

> I, I went back home. I, I returned home to Boston. At which point I realized that there were items missing from my luggage; my wireless mouse, my, my USB connector and my scarf and my panties. I didn't have any of those items.

In court, Naffe repeatedly told the judge that **she was not claiming that what happened at the barn was harassment** — much less a "rape allegation" or an "alleged sex assault plan." The court repeatedly said that he could not find anything in her certification that sounded like harassment, and she confirmed that she had not been threatened or touched:

> COURT: In reviewing your certification, **it's clear that there was nothing that set forth there [sic] regarding any striking, shoving, touching or any other threat to do so; is that correct?**
>
> **NAFFE: That's correct.**
>
> COURT: . . . **I didn't discern any course of alarming conduct in this statement.** . . . I'm just trying to determine — it appeared to me from your statement that you voluntarily met with Mr. O'Keefe and voluntarily came to Westwood. At some point it appears that there was a dispute between you and Mr. O'Keefe, and Mr. O'Keefe left the area where you had been, and then you were calling him and texting him to come back and take you to some form of transportation.
>
> NAFFE: That's correct, sir.
>
> COURT: **That in and of itself doesn't show me that there was any harassment.** So I need to know if there was anything — see, your statement doesn't, doesn't make out a case for harassment.

Here is another screenshot from the transcript, setting forth the judge's view that Naffe's allegations of the events at the barn did not describe harassing behavior:

> In reviewing your certification, it's clear
> that there was nothing that set forth there regarding
> any striking, shoving, touching or any other threat to

**N. Naffe - Court**                                                      9

> do so; is that correct?
> A    That's correct.
> Q    All right.  In the statement itself, and
> albeit a lengthy statement, it appears that the, we're
> then dealing either with an offensive communication or
> a course of alarming conduct.  I didn't discern any
> course of alarming conduct in this statement.  So I
> need you to tell me what I

At page 15 Naffe says that it was on a different day, October 23rd, that "the harassments started." The court clarifies that nothing that happened when she was at the barn is part of her complaint for harassment. At page 16:

> COURT: Is it your allegation that the incident of harassment happened after you left Westwood and went back to Boston?
>
> NAFFE: Yes, sir.
>
> . . . .
>
> COURT: . . . The harassment happened after you left Westwood [the location of the barn/office]?
>
> NAFFE: That is correct, sir. . . .

Shuster twists quite a few other facts. He says that after that night, O'Keefe offered Naffe money "to stay silent." The transcript shows this to be an utter fabrication by Shuster, as Naffe explicitly said she didn't know what the money was for:

> On October 23rd James contacted me and offered to pay me money, **I'm not exactly sure what for**, but he offered to pay me some money.

If money was offered, could it have been reimbursement for travel expenses? Nothing in her testimony contradicts that possibility. Yet Shuster, with no basis in fact, describes her as calling it hush money.

Shuster claims that the judge dismissed the complaint on a jurisdictional ruling, saying there was insufficient evidence that the "harassment" occurred in O'Keefe's town. Not quite, Davey. Virtually everything that happened the night that Shuster wants to portray as an attempted rape happened within the court's jurisdiction. That is beyond dispute. **But the court didn't see what happened that night as harassment, and Naffe agreed with the court.** It was only when O'Keefe allegedly said several mean things about Naffe *later* — the things that Naffe said had constituted the only harassment — that the judge said she had failed to establish *that those mean things were said within the court's jurisdiction*. Naffe had not been present when O'Keefe had allegedly said these things. She had returned to Boston, and heard about them second-hand.

Patterico's Pontifications » EXCLUSIVE: Transcript of Nadia Naffe's Testimony Against James O'Keefe

Shuster then claims that the judge "urged" Naffe to pursue her claims in civil court. Not hardly. He simply noted that the claims could be pursued there if she wished:

> . . . I don't find that there is a course of alarming conduct or repeatedly committed acts directed to you. You made a case that sounded perhaps that would have tones of slander, but those are civil matters and not quasi criminal matters and not cognizable in this court. . . . So I am making a ruling that I am not finding probable cause for the issuance of the harassment complaint.

**In what world is that a judge "urging" the complainant to pursue civil relief?** In David Shuster's dream world. That's where.

Nowhere else.

Shuster's accuracy deficiencies run so deep, he even claims that O'Keefe and Naffe were planning to target Occupy Wall Street, while the transcript shows the plot was part of O'Keefe's "To Catch a Journalist" series, having *nothing to do* with OWS. Hey, whatever makes a better story, right, Dave? And to hell with the facts.

If these allegations are true — and *they are merely allegations*, I repeat yet again — then the behavior described is boorish, at a minimum. **That does not give Shuster and Olbermann license to totally distort the allegations and portray them as something they are not.**

When you add this to Shuster's and Olbermann's false characterization of O'Keefe as a convicted felon, and their refusal to retract that blatantly false claim, you can see why they appear headed for some **big, big legal trouble** in civil court.

And you know what?

**It couldn't happen to a nicer pair of guys.**

Comments (119)

# 119 Comments

1. *Apparently in New Jersey, the complaining victim provides a statement or "certification" of their allegations against the suspect. The judge then hears testimony from the alleged victim, and asks questions to determine whether there is probable cause for the issuance of a criminal complaint. At this hearing, the suspect has no right to cross examine the complaining victim.

   *Comment by Patterico (feda6b) — 2/28/2012 @ 12:16 am*

2. Good job Patterico. I really hope both Shuster and Olby get sued. Something needs to happen. If not it's just too depressing to think about.

   *Comment by Noodles (3681c4) — 2/28/2012 @ 12:49 am*

3. I am in favor of O'Keefe suing until such time that he retains Gloria Alred as council… Then I'm gonna have to side with Olby, and that is gonna make me eat a bullet…

   *Comment by Scott Jacobs (d027b8) — 2/28/2012 @ 12:54 am*

4. I really hope both Shuster and Olby get sued. Something needs to happen. If not it's just too depressing to think about.

# EXHIBIT AA

Patterico's Pontifications » The Naffe/O'Keefe Incident for Short Attention Span Readers




## 2/28/2012

### **The Naffe/O'Keefe Incident for Short Attention Span Readers**

Filed under: General — Patterico @ 7:41 am

Let's sum up how Olbermann and Shuster defamed James O'Keefe.

They called him a convicted felon when he's not.

Olbermann said O'Keefe was on parole when he wasn't.

Olbermann and Shuster portray the incident as a "rape allegation" (Current site) or an "alleged sex assault plan" (Shuster Twitter) when Naffe never even alleged that what happened that night was harassment, or that she was touched or threatened in any way.

Olbermann and Shuster portray the incident as O'Keefe possibly drugging Naffe and trying to keep her overnight at a barn where he was present, only to drive her away when she threatened to call the police. In fact, Naffe alleged that O'Keefe had threatened not to **return to** a makeshift office furnished with a bed, bathroom, and kitchen, until Naffe, feeling sick from what she believed was alcohol, threatened to **destroy his computers** and call the police — whereupon O'Keefe returned with another man and tried to persuade her to stay.

Olbermann said Naffe had discovered items "stolen" from her suitcase when she had said only that, after feeling sick from alcohol, she later found items "missing" from her suitcase (which she could have left behind herself).

Shuster said Nadia Naffe claimed she was paid money "to be silent" when she said only that she had been offered money (which could have been to cover travel expenses).

Shuster claimed a judge had "urged" Naffe to pursue O'Keefe in civil court when he merely had noted that as an alternative option after telling her that he did not find probable cause that O'Keefe's actions in the barn constituted harassment.

Are you starting to see why Shuster and Olbermann are headed for a big fat lawsuit?

Comments (44)

## 44 Comments

1. Note the coordination in the other thread, this is not merely about Olbermann and Schuster,

   *Comment by narciso (87e966) — 2/28/2012 @ 7:51 am*

2. While I don't agree with what either Shuster or Olbermann did, I don't see them worrying in the least about getting sued.

# EXHIBIT BB

Patterico's Pontifications » I Am Going to Take a Deep Breath

 

## 3/16/2012

### I Am Going to Take a Deep Breath

Filed under: General — Patterico @ 9:57 pm

Writing blog posts while extremely angry is probably not a good idea. Tommy Christopher has really done it tonight; you can check Twitter if you care. I plan to write it up, but I think I'll do it tomorrow when I am not furious over a smear of my friend who died.

For now, I will just say this: if you're going to pass along a story about someone who recently passed away, and the story paints that person in a bad light, and you are aware of facts that strongly undercut the story . . . the decent thing to do is to report those facts.

UPDATE: I will probably still be furious tomorrow, is my guess. But my fury will have leveled out to a manageable state, I think.

UPDATE x2: The best place to read about what made me so angry is at Twitchy.com, in a post titled Mediaite smears James O'Keefe and Andrew Breitbart. The post lays out *all* of the relevant context and tweets, with a link to (and extensive quotes from) my post discussing the testimony Nadia Naffe gave regarding the barn incident. Twitchy.com concludes:

> Let us be clear: We don't have a problem with Mediaite covering Naffe's allegatons. We do have a problem with Mediaite's failure to mention that **the allegation of a "rape plot" is inconsistent with the allegations in Naffe's criminal complaint.**

Indeed. And so do I. A big problem.

I just want to add one thing. A friend of mine whom I respect greatly has tried to vouch for Nadia Naffe. Me, I don't know what happened in the barn; all I know is what Nadia Naffe testified to . . . and it didn't sound like a "rape plot" to me. I think it is a smear of Andrew to imply that he ignored a "rape plot" — without explaining that she told a judge she was not harassed or even touched that night in O'Keefe's makeshift office (aka the "rape barn").

And I also know this: my opinion of Nadia Naffe was cemented the day Andrew Breitbart died — because on that very same day, she tweeted this:

Patterico's Pontifications » I Am Going to Take a Deep Breath



That disgusting tweet, and the company she keeps on Twitter these days (check for yourself: one of her retweets, republished by Tommy, is from someone who recently claimed to have been raided by the FBI), has me very suspicious of her motives.

Comments (305)

# 305 Comments

1. Haven't yet read the Twitter feed, but it's hard to object to what you wrote as a general matter.

   I'll say this: Breitbart sure inspired a lot of passions, including an obvious passionate love in his friends. Probably because he felt and expressed unguileless passions — and truth — himself.

   *Comment by Random (afcb1f) — 3/16/2012 @ 10:00 pm*

2. Nadia Naffe is a lying liar that hearts Neal Rowhowser.

   *Comment by JD (0e9826) — 3/16/2012 @ 10:10 pm*

3. Sorry about your friend, and hope that you are OK.

   *Comment by carlitos (49ef9f) — 3/16/2012 @ 10:12 pm*

4. Anyone know if it's possible to ciew their tweets in a threaded or conversation view, prefereqbly on an iphone? I only see their individual outgoing tweets at each of their Twitter URLs and it's a bit hard to piece them together in sequence.

   *Comment by Random (afcb1f) — 3/16/2012 @ 10:13 pm*

5. *view

   *Comment by Random (afcb1f) — 3/16/2012 @ 10:14 pm*

6. I survived Rape Barn 2012 and all I got was this lousy but really tight-fitting t-shirt what shows off my rack better than a lot of stuff I paid Express good money for.

   *Comment by happyfeet (3c92a1) — 3/16/2012 @ 10:17 pm*

# EXHIBIT CC

Patterico's Pontifications » Questions About Nadia Naffe's Story




## 3/22/2012

### Questions About Nadia Naffe's Story

Filed under: General — Patterico @ 7:25 am

The big Nadia Naffe barn incident story is online. I don't particularly feel like linking or quoting it; I'm sure you can find it if you want to. I don't have a lot of time to discuss it, so I'll just throw out a few quick questions to Nadia that I predict she and the partisan hacks writing about this story (hi Tommy Christopher!) will ignore:

- Where is the evidence of a "rape plot"?

- Where is the evidence that Andrew Breitbart ignored a "rape plot"?

- If there was a "rape plot" then why did you testify that what happened that night was not harassment?

- Why not call a cab? Why call Andrew Breitbart (who was all the way across the country) instead?

- "James had downloaded and/or linked his Gmail account to my device." What does "and/or" mean? Don't you know which happened?

- If someone accesses their Gmail from your phone or computer, and you are later able to re-enter their account, does that morally entitle you to access their account and download years' worth of emails, as you insinuate you have done — or to publish all their emails online, as you have threatened to do?

- Just how "remote" was this barn?

- Why didn't you mention your threat to destroy O'Keefe's computers?

- Is there anything missing from your republication of that email you sent to O'Keefe and his board of directors? If so, what does it say?

- Why all the coziness with Anons and Internet thugs on Twitter?

The "and/or" thing is quite striking.

Countdown to Tommy Christopher uncritically repeating all this as if it's a damning story with no holes in 5…4…3..

Comments (385)

## 385 Comments

1. If you discuss this on Twitter, the preferred tag is #rapebarn.

# EXHIBIT DD
# FILED UNDER SEAL

# EXHIBIT GG
# FILED UNDER SEAL

# EXHIBIT FF
# FILED UNDER SEAL

# EXHIBIT GG

12/28/12                    https://www.pacer.gov/psco/cgi-bin/billrpt.pl

```
CUSTOMER NUMBER: PA2218
DATE RANGE:      03/24/2012 - 03/24/2012              PAGE:         1

DATE        CLIENT CODE                 TIME IN  DESCRIPTION
            SEARCH CRITERIA                      PAGES      AMOUNT
------------------------------------------------------------------------
COURT: FLORIDA MIDDLE DISTRICT COURT (FLMDC)
  03/24/2012                            04:48:56 HISTORY/DOCUMENTS
            8:04-CV-01916-JDW-TGW                          3          0.24
  03/24/2012                            04:49:14 IMAGE90-0
            8:04-CV-01916-JDW-TGW DOCUMENT 90-0            1          0.08
  03/24/2012                            16:22:34 IMAGE1-0
            8:04-CV-01916-JDW-TGW DOCUMENT 1-0            14          1.12
  03/24/2012                            16:25:27 IMAGE52-0
            8:04-CV-01916-JDW-TGW DOCUMENT 52-0            2          0.16
  03/24/2012                            16:26:32 IMAGE53-0
            8:04-CV-01916-JDW-TGW DOCUMENT 53-0            1          0.08
  03/24/2012                            16:28:01 IMAGE62-0
            8:04-CV-01916-JDW-TGW DOCUMENT 62-0            2          0.16
  03/24/2012                            16:29:23 IMAGE81-0
            8:04-CV-01916-JDW-TGW DOCUMENT 81-0            2          0.16
  03/24/2012                            16:30:28 IMAGE26-0
            8:04-CV-01916-JDW-TGW DOCUMENT 26-0           25          2.00
  03/24/2012                            16:37:18 TRANSCRIPT:60-0
            8:04-CV-01916-JDW-TGW DOCUMENT 60-0            1          0.08
  03/24/2012                            16:38:00 IMAGE63-0
            8:04-CV-01916-JDW-TGW DOCUMENT 63-0           15          1.20
  03/24/2012                            16:40:02 IMAGE89-0
            8:04-CV-01916-JDW-TGW DOCUMENT 89-0            2          0.16
  03/24/2012                            17:18:55 IMAGE75-0
            8:04-CV-01916-JDW-TGW DOCUMENT 75-0           20          1.60
  03/24/2012                            17:23:30 IMAGE75-1
            8:04-CV-01916-JDW-TGW DOCUMENT 75-1           30          2.40
  03/24/2012                            17:25:18 IMAGE75-2
            8:04-CV-01916-JDW-TGW DOCUMENT 75-2           30          2.40
  03/24/2012                            17:26:59 IMAGE75-3
            8:04-CV-01916-JDW-TGW DOCUMENT 75-3           30          2.40
  03/24/2012                            17:36:56 IMAGE76-0
            8:04-CV-01916-JDW-TGW DOCUMENT 76-0            9          0.72
  03/24/2012                            19:44:56 IMAGE54-0
            8:04-CV-01916-JDW-TGW DOCUMENT 54-0            3          0.24
PAGES       SUBTOTAL FOR FLMDC                           190         15.20
                                                   ===============
SUBTOTAL FOR FLORIDA MIDDLE DISTRICT COURT (FLMDC)              15.20


        PAGES TOTAL:                               190         15.20
                                                   ===============
        TOTAL:                                                 15.20
```

244

# EXHIBIT HH

Electronic Case Filing | U.S. District Court - Middle District of Florida          https://ecf.flmd.uscourts.gov/doc1/04702499953

**Document Selection Menu**

Select the document you wish to view.

**Document Number:** 75          20 pages          0.7 mb

| Attachment | Description | |
|---|---|---|
| 2 | *Restricted* | 0 kb |
| 3 | *Restricted* | 0 kb |
| 4 | *Restricted* | 0 kb |

View All  or  Download All          20 pages          0.7 mb

1/3/2013 10:54 AM

Electronic Case Filing | U.S. District Court - Middle District of Florida                    https://ecf.flmd.uscourts.gov/doc1/04702499953

# EXHIBIT II



**Nadia Naffe**
@NadiaNaffe

No one put a gun to O'keefe's head & forced him to download his emails into my machine. @ElectMarcoRubio

Twitter for iPhone · 3/17/12 9:15 AM

# EXHIBIT JJ

**MCHblazer**
@thatquirkylaura @NadiaNaffe Wiff them teefs, If somebody grabbed Nadia by the ankles and held her upside down they could use her as a rake.

4 hours

251



**NadiaNaffe**
@NadiaNaffe

Perhaps, it was the comment abt hanging me upside down by my ankles & beating me with a rake.

@Liberty_Chick @mchblazer @owaincunedda

Twitter for iPhone · 3/18/12 11:36 AM





Twitter, Inc. [US] https://twitter.com/Patterico/status/181465215198707712

Home   Connect   Discover   Me   Search

**Mandy Nagy** @Liberty_Chick    18 Mar
@Patterico @OwainCunedda Point is, they make it *look* like it was me or another target who sd the offensive thing. They do it all the time.
Details

**Patterico**
@Patterico

@Liberty_Chick Had she stuck to complaining about the racially offensive insult and properly attributed it, that would have been fine.

Reply   Delete   Favorite

12:40 PM - 18 Mar 12 · Embed this Tweet

254



Adam Shriver @AdamJShriver                                    18 Mar
@Liberty_Chick @tommyxtopher @NadiaNaffe So? He said it.
You replied to all, and so did she. She didn't claim you said it.
Details

Patterico
@Patterico

@stlactivisthub Actually he didn't say it. He made a racially disparaging remark I condemn; she turned it into a violent threat.

3:26 PM - 18 Mar 12 · Embed this Tweet

← Reply   🗑 Delete   ★ Favorite

255



🔒 Twitter, Inc. [US] https://twitter.com/Patterico/status/181513746747899904

Home | Discover | Connect | Me | Search

**Adam Shriver** @AdamJShriver — 18 Mar
@Patterico I don't know. Borderline violent imagery. Could easily be interpreted as a threat, though room for interpretation.
Details

**Patterico** @Patterico

@stlactivisthub Really it was pretty obviously not a threat but a despicable insult.

3:53 PM - 18 Mar 12 · Embed this Tweet

Reply | Delete | Favorite

256

**NadiaNaffe**

1 hour

Don't lawyer this up @Patterico. Just admit it. Your guy @MCHblazer used racial code words. But u can't can u?

@stlactivisthub @tommyxtopher



Twitter, Inc. [US] https://twitter.com/Patterico/status/181535930329477120

**Patterico**
@Patterico

@NadiaNaffe Saying @mchblazer is my guy when I criticized his tweets is deeply, deeply dishonest. @stlactivisthub @tommyxtopher

← Reply  🗑 Delete  ★ Favorite

5:21 PM · 18 Mar 12 · Embed this Tweet

Reply to @Patterico @NadiaNaffe @MCH-blazer @stlactivisthub



**Patterico**
@Patterico

@NadiaNaffe I called his insult "despicable," "a racially disparaging remark I condemn," "quite ugly," and a "racially offensive insult."

5:28 PM - 18 Mar 12 · Embed this Tweet

◄ Reply  🗑 Delete  ★ Favorite

Reply to @Patterico @NadiaNaffe





**Patterico**
@Patterico

@MCHblazer You're a cretin and an idiot. Andrew Breitbart would have been disgusted by you. Blocked.

← Reply  🗑 Delete  ★ Favorite

6:23 PM · 18 Mar 12 · Embed this Tweet





**Patterico**
@Patterico

General announcement: if you think using black dialect to mock a black person is funny, unfollow now. I don't want you as a follower anyway.

← Reply · Delete · ★ Favorite

9:40 PM · 18 Mar 12 · Embed this Tweet

263



Twitter, Inc. [US] https://twitter.com/Patterico/status/181920799932944387

Home   Connect   Discover   Me   Search

Matt @mwjones_71
@Patterico sorry man, I should have asked you. Apologies. If you want to tell me I'd like to know.
Details                                                    19 Mar

Patterico
@Patterico

@mwjones_71 The attention seeker tried to smear me by suggesting I supported a guy who offensively talked to her in black dialect.

Reply   Delete   Favorite

6:51 PM - 19 Mar 12 · Embed this Tweet

Reply to @Patterico @mwjones_71

264

# EXHIBIT KK



Twitter, Inc. [US] https://twitter.com/Patterico/status/173828381601385677

David Shuster @DavidStuster                           26 Feb
In case you missed it, my segment on @andrewbreitbart's
hypocrisy given @jamesokeefeiii
current.com/shows/countdow... via @CountdownKO
Details  ◆ Reply  ↕ Retweet  ★ Favorite

Patterico
@Patterico

@DavidShuster You owe @jamesokeefeiii a
retraction. A big one. You'd better issue it
promptly.

◆ Reply  🖺 Delete  ★ Favorite

1
RETWEET

9:36 AM - 26 Feb 12 · Embed this Tweet

Reply to @Patterico @DavidSruster @jamesOkeefeiii

© 2012 Twitter  About  Help

266

# EXHIBIT LL

anonymouse.org/cgi-bin/anon-www.cgi/http://nadianaffe.com/

# NADIA NAFFE

HEADLINES | TECH + MEDIA | VIDEO | POLITICS | ELECTIONS | BUSINESS | ACTIVISM | JAMES O'KEEFE | DONATE

**MAY 01**

## A Precursor to Part III: My Response to James O'keefe's Lawsuit

It's been nearly a month since, "The Bam Incident" was published. Part III was intended to explain what happened at the probable cause hearing in New Jersey, detail how the Westwood Police Department conducted their investigation of James O'keefe and clarify some important facts. It was my hope that Part III would dispel some things and clarify others, due to inaccuracies presented by all the parties involved, prior to me speaking out about this matter publicly.

You might have noticed, the third installment to this tragic story was never posted (it will be soon). I never thought I would endure harassment from this man for so long, but James is obsessed with me. O'keefe has used every means at his disposal to ensure the public never learned about his attempted assault. He has used his friends, John Patrick Frey and Christi Frey as surrogates for his continued campaign of harassment. Indeed, the instigation of this litigation was intended to do just that — continue his harassment.

Read my response to O'keefe's lawsuit here.

Patrick Frey may have believed that posting my Social Security Number and medical records online to his blog, in retaliation, would intimidate and stop me from telling the truth about O'keefe, chill my First Amendment rights and dissuade me from coming forward to report a crime committed in his jurisdiction. Though, what he has accomplished is precisely the opposite.

These two civil servants, both deputy district attorney's in Los Angeles County, in the past were able to bully and harass private individuals, with impunity. But their patent on intimidation and retribution expired when they came to me. The Frey's are the poster children for the type of rampant corruption Carmen Trutanich, Alan Jackson and Danette Myers have

## Featured Blog Posts

A Precursor to Part III: My Response to James O'keefe's Lawsuit

Part II: The Bam Incident

Part I: My Time as an Accomplice to Convicted Criminal James O'keefe

## Recent Comments

Steve on Part I: My Time as an Accomplice to Convicted Criminal James O'keefe

William on Part I: My Time as an Accomplice to Convicted Criminal James O'keefe

Kevin on Part I: My Time as an Accomplice to Convicted Criminal James O'keefe

Nadia Naffe on Part II: The Bam Incident

djami67 on Part II: The Bam Incident



onymouse.org/cgi-bin/anon-www.cgi/http://nadianaffe.com/

Read my response to OKeefe's lawsuit here.

Patrick Frey may have believed that posting my Social Security Number and medical records online to his blog, in retaliation, would intimidate and stop me from telling the truth about OKeefe, chill my First Amendment rights and dissuade me from coming forward to report a crime committed in his jurisdiction. Though, what he has accomplished is precisely the opposite.

These two civil servants, both deputy district attorney's in Los Angles County, in the past were able to bully and harass private individuals, with impunity. But their patent on intimidation and retribution expired when they came to me. The Frey's are the poster children for the type of rampant corruption Carmen Trutanich, Alan Jackson and Danette Myers have each spoken out against.

District Attorney Steve Cooley's legacy will assuredly be marred by the Frey's conduct. Albeit, it was the cumulative effect of the D.A.'s decisions, acts, omissions, or his careless monitoring of the Frey's professional conduct, which allowed these events to take place, such that DA Cooley's office is completely tainted by their actions. My legal team in California has taken the steps necessary to hold these individuals jointly liable for their actions. (I'll post the 910 complaint here, when we receive a stamped copy back from the LA County clerks office.)

I'm looking forward to deposing the Frey's and analyzing their financials. I want to know how two civil servants in their early 40's were able to afford a $1.3 million dollar home in Rancho Palos Verdes. My attorney's will be questioning them about their alleged "swatting" incident, when they're both under oath.

● Posted on May 1st, 2012   ● Posted by Nadia Naffe   ☐ No Comments   ▣ Filed under: Uncategorized
● Tags:

## MAR 22 Part II: The Barn Incident

Making the decision to come forward to discuss in detail what happened at the barn that night, between me and James OKeefe, was one of the hardest choices I've ever had to make. When I left the Westwood Courthouse after the hearing with James, I wanted this painful chapter in my life to be over, but it would never be over until I came forward to tell my story. My hope in being here is about more than simply setting the record straight. It's about making sure other women

William on Part I: My Time as an Accomplice to Convicted Criminal James OKeefe

Kevin on Part I: My Time as an Accomplice to Convicted Criminal James OKeefe

Nadia Naffe on Part II: The Barn Incident

djsam67 on Part II: The Barn Incident



# EXHIBIT MM



## @NadiaNaffe



in practice, they never settle within that time period. I wldnt settle anyway. But, I still have to wait 45 days before I can begin issuing



5/3/12 4:26 PM

..subpoenas on Pat Frey's friends and associates



5/3/12 4:28 PM

My attorneys will ask Frey who Ace is when he's under oath during depos.



5/3/12 4:31 PM

He will either come clean or he and his wife will be disbarred. I don't think he'd risk his and her career to protect Aces identity.

271



5/3/12 7:31 PM

We believe we already know who Ace is. Perhaps we may subpoena Ace's communications, but that for my attys to strategize.

# EXHIBIT NN

17h

**Nadia Naffe** @NadiaNaffe
Reply · Retweet · Favorite · Open

I know my civil rights & I won't be pushed around by a rogue Govt lawyer inserting himself in a civil matter @ElectMarcoRubio@kamalaharris

In reply to Rubio4President

274



**Nadia Naffe**
@NadiaNaffe

Thanks for letting me know Asst DA Patrick Fey/ @Patterico is giving Okeefe legal advice. I'm filing a CA bar complaint. @ElectMarcoRubio

Twitter for iPhone • 3/23/12 9:44 AM

275



**NadiaNaffe**
@NadiaNaffe

We shall see what Internal Affairs thinks abt your misuse of Gov't time & resources. We'll see how they interpret legal advice.

@Patterico

Twitter for iPhone · 3/23/12 1:52 PM

23h

**Nadia Naffe** @NadiaNaffe

Reply Retweet Favorite · Open

I actually want @Patterico to keep his post up, so that Internal Affairs can see what U.S. Dist Atty Patrick Fey is at work posting. @Dust92

In reply to Dustin

277



**Nadia Naffe** @NadiaNaffe                    1h

U either lack common sense or have no interest in keeping ur job. We'll see if IA thinks ur behavior is becoming of a Dist Atty.

@Patterico

← In reply to Patterico

278



21h

**BreitbartUnmasked** @BreitbartUnmask

Reply  Retweet  Favorite · Open

@NadiaNaffe @Patterico Many complaints about Frey already filed. Suggest IA and reporting him. The more the people report less power he has.

Retweeted by Nadia Naffe

In reply to Nadia Naffe

279

23h



**Nadia Naffe** @NadiaNaffe

Reply · Retweet · Favorite · Open

Perhaps, it's best to ignore Patterico & move on. There is no common ground. I have much larger fish to fry. @OwainCunedda@electmarcorubio

In reply to Dayton Cheatham

280

# EXHIBIT OO

# Nadia Naffe Won't Shut Up, But She'll Threaten You To Make You Shut Up

Mar 26, 2012    By Ken    Law, Politics & Current Events

Ideal clients and ideal political opponents share an important quality: they'll shut up if you tell them to.

James O'Keefe and Nadia Naffe are not ideal clients, and political blogger Patterico is not an ideal political opponent.

Who are these people?

Well, no doubt you've heard of James O'Keefe, a conservative activist who seems to have embarked on a skit-based journalism career. His pimp-visits-ACORN routine led to political upheaval and a lawsuit which I wrote about in 2009. Another caper led to a misdemeanor conviction.

Nadia Naffe is a young conservative activist who once worked with O'Keefe, and is now publicly accusing him of a scheme to assault her sexually. A judge previously dismissed her harassment claim against O'Keefe for insufficient evidence, and even sources that would normally report any allegation against O'Keefe with unmitigated glee are treating her with suspicion, though that may be based more on her conservative background than on a sober evaluation of facts. Her diction and demeanor give us a glimpse of what it would be like if Gawker Media hired a lolcat.

Patterico is a political blogger and, in his day job, a Deputy District Attorney in Los Angeles County. Patterico is substantially to the right of me, and we probably disagree more than we agree; however, I see him as someone who calls them as he sees them and does an admirable job of avoiding "my side, right or wrong" mentality. His site is well worth reading.

What do these people have to do with shutting up?

Well, first, O'Keefe and Naffe are classic examples of nightmare clients. They are embroiled in litigation or threatening litigation and yet *will not shut the fuck up*. Here's the thing — unless your attorney is a partner in a Kardashian-inspired approach to litigation and is helping you use the court system to get publicity, any competent attorney will tell you that you need to *shut up* about the subject of your lawsuits, criminal investigations, and prosecutions. Anything less makes your case *vastly* more difficult to litigate. O'Keefe is suing media outlets for harming his reputation by falsely reporting (maliciously or incompetently) that he had been convicted of a felony, but won't shut up about it. The result is a wealth of statements that any lawyer will use to impeach him and tear apart his argument that his reputation has been damaged by the media. Similarly, Naffe would clearly like to sue O'Keefe, but her antics have rendered any case very probably unwinnable by offering a wealth of impeaching statements and rhetoric that puts her motives in the worst light possible. The result — both have created an appearance that they view litigation as politics by other means, not as a way of resolving genuine disputes. *Lawyers hate clients like that.*

Moreover, Naffe might well be not-shutting-up her way into trouble. A significant part of her story involves documents she apparently downloaded when she got access to O'Keefe's email. One hopes that she has an attorney advising her, and that the attorney is familiar with the federal computer fraud statute, 18 U.S.C. section 1030, which makes it a federal crime to do the following:

282

> (a) Whoever—
>
> . . . .
>
> (2) intentionally accesses a computer without authorization or exceeds authorized access, and thereby obtains—
>
> . . . .
>
> (C) information from any protected computer [a term including any computer or mobile device "which is used in or affecting interstate or foreign commerce or communication,"];
>
> . . .
>
> or
>
> . . .
>
> (7) with intent to extort from any person any money or other thing of value, transmits in interstate or foreign commerce any communication containing any—
>
> . . .
>
> (B) threat to obtain information from a protected computer without authorization or in excess of authorization or to impair the confidentiality of information obtained from a protected computer without authorization or by exceeding authorized access;
>
> . . .

Second: Nadia Naffe and her political allies very much want Patterico to shut up about her allegations against O'Keefe, and they are willing to threaten him to shut him up.

See, when Naffe released her (to date) two-part series accusing O'Keefe publicly, Patterico offered some skeptical questions, the sort of questions that one might ask in written discovery or in a deposition or on cross-examination. The next day he offered still more. Some of the questions are about the circumstances of the incident Naffe describes; others are about her political biases. Many are questions that any good attorney would ask in evaluating her claims. The defense attorney in me is tempted to say that this is the most thorough consideration of exculpatory evidence that I have ever seen from a Los Angeles County Deputy District Attorney, but that would be uncouth, so I will not, and you should definitely forget that I brought it up.

Naffe and her allies did not refute Patterico's bullet points or explain why they did not detract from her case or credibility. Rather, they turned to threats.

 

**@NadiaNaffe @Patterico Many complaints about Frey already filed. Suggest IA and reporting him. The more the people report less power he has.**



Naffe has now locked down her twitter account. Before she did, though, she indicated that she was reporting Patterico to "Internal Affairs" at the DA's Office. She suggested that he had done wrong by (1) writing posts that amounted to "legal advice" to O'Keefe, (2) writing posts that amounted to "interfering in civil matters," and (3) posting on a private blog during work hours.

As to the third part, her claim appears to be ass-damp speculation. Anyone with a blog knows that when you write and when you publish can be two very different times; I routinely write before or after work and set posts to publish during the day, or give posts a last read-through during a break and publish then. Patterico is an old hand at this, used to feckless bullying by political opponents, and I would be surprised if he's not very careful about his on-the-clock behavior.

Her other two claims are simply ridiculous. Naffe released assertions publicly in a clear bid for publicity. The notion that a blogger who happens to be a lawyer can't comment on her claims without straying into "legal advice" to a party is ludicrous. Such a wide interpretation of ethical rules would not survive First Amendment scrutiny. Similarly, the notion that an attorney is "interfering" in a public civil matter by commenting upon it is fatuous. Naffe and her hangers-on will not be producing any authority supporting their arguments, because (1) it doesn't exist and (2) they aren't capable of finding it if it did exist.

But Naffe and her supporters aren't relying upon the legal force of their arguments. They are relying upon openly censorious

thuggery — on politics by other means. Misconduct allegations against an attorney — even when they are sub-literate and specious — are embarrassing, inconvenient, and annoying. That's the point of the tweet pictured above, and of Naffe's celebrations of censorship-by-complaint. Naffe and her supporters do not seek to persuade, or to prove their cause is right — they intend to make frivolous complaints to a public entity in hopes of silencing a critic. For this, they deserve our contempt.

I have no idea what really happened between O'Keefe and Naffe. On the one hand, I find O'Keefe to be skin-crawlingly creepy and would not let him near my daughters unless I had a Mossberg Persuader pointed at his junk. On the other hand, Naffe seems like an unbalanced publicity-seeker. I'm not interested in being the one who sorts out what happened. I am, however, interested in freedom of expression. By that metric, right now Naffe and her pals are coming off as the clear villains of this exchange.

Edited to add: By the way, I will not hesitate to put up the Popehat signal to arrange pro bono defense of Patterico to the extent that the sub-normal blather ripens into anything.

Edited again: An apt illustration of the sort of sub-normal censorious asshattery that Naffe has in her corner:

> You can't hide behind journalism or free speech, because you are NOT a journalist. You are a THUG and a DISGRACE to the community and state of California. And we are going to make an example out of you for all to see. And that example is your THUGGISH behavior, your outright OUTRAGEOUS conduct towards women, other races, other religions, and other cultures. You are an avowed racist, and you attack and or support others who go out and attack people without provocation. And we will dedicate our time, effort, and money to root out your THUGGISH ways. And will campaign to have you called on the carpet for every attack on others you promote. And you can take that to the bank and cash it you despicable low rent thug.

I'm pretty sure this blogger is immune to an equally censorious response, because he doesn't have a job, or the folks at the place he cleans toilets on the night shift don't care.

Last 5 posts by Ken

- Popehat Signal Update: Good Resolution To Steubenville, Ohio Defamation Case - December 27th, 2012
- Question for Bloggers: Do You Even Try to Check The Spam Filter? - December 27th, 2012
- Vote In The Second Annual Popehat "Censorious Asshat of the Year" Poll - December 26th, 2012
- A Purely Local Bummer - December 21st, 2012
- Professor Loomis and the NRA: A Story In Which EVERYONE Annoys Me - December 19th, 2012

    - Add to Reddit
    - Post to Delicious

Like   0

284