KENNETH P. WHITE (Bar No. 238052)
kwhite@brownwhitelaw.com
333 South Hope Street, 40th Floor
Los Angeles, CA  90071-1406
Telephone:  213. 613.0500

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADIA NAFFE, an individual<br><br>PLAINTIFF(S)<br><br>v.<br><br>JOHN PATRICK FREY, an individual, and COUNTY OF LOS ANGELES<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV12-08443-GW (MRWx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (LIST DOCUMENTS):

(1) Application to File Documents Under Seal and (2) Proposed Order re Application to File Documents Under Seal

**Document Description:**

☐ Administrative Record
☑ Exhibits
☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]
☐ Other

**Reason:**

☑ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☐ Manual Filing required ( *reason* ):

| | |
|---|---|
| January 11, 2013<br>Date | s/Kenneth P. White<br>Attorney Name<br><br>John Patrick Frey, an individual<br>Party Represented |

*Note:*  File one Notice of Manual Filing in each case, each time you manually file document(s).

G-92 (6/12)            **NOTICE OF MANUAL FILING**