1  PAUL B. BEACH, State Bar No. 166265
   pbeach@lbaclaw.com
2  ALEXANDRA B. ZUIDERWEG, State Bar No. 270177
   azuiderweg@lbaclaw.com
3  LAWRENCE BEACH ALLEN & CHOI, PC
   100 West Broadway, Suite 1200
4  Glendale, California 91210-1219
   Telephone No. (818) 545-1925
5  Facsimile No. (818) 545-1937

6  Attorneys for Defendant
   County of Los Angeles
7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11 NADIA NAFFE, an individual,          ) Case No. CV 12-8443 GW (MRWx)
                                        )
12          Plaintiff,                  ) Honorable George H. Wu
                                        )
13                                      )
   vs.                                  ) **DEFENDANT COUNTY OF LOS**
14                                      ) **ANGELES' NOTICE OF JOINDER**
                                        ) **IN JOHN PATRICK FREY'S**
15 JOHN PATRICK FREY, an                ) **MOTIONS TO DISMISS**
                                        ) **PURSUANT TO FED. R. CIV. P.**
16 individual, and the COUNTY OF        ) **RULES 12(B)(1) AND 12(B)(6)**
   LOS ANGELES, a municipal entity,     ) **(DOCKET NOS. 34 AND 35)**
17                                      )
          Defendants.                   )
18                                      ) Date:  February 14, 2013
                                        ) Time:  8:30 a.m.
19 _____) Crtm:  10
                                        )
20                                      )

21

22        TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR

23 COUNSEL OF RECORD:

24 ///

25 ///

26 ///

27

28

                            1

1       PLEASE TAKE NOTICE that Defendant County of Los Angeles

2 ("Defendant" or "County") hereby joins in John Patrick Frey's Motion To

3 Dismiss Pursuant To Rule 12(b)(6) Of The Federal Rules of Civil Procedure

4 (Docket No. 34 ) and Motion To Dismiss Pursuant To Rule 12(b)(1) Of The

5 Federal Rules Of Civil Procedure (Docket No. 35), set for hearing on February

6 14, 2013 at 8:30 a.m. in Courtroom 10 of the above-entitled Court, located at 312

7 N. Spring Street, Los Angeles, California, 90012.

8

9

10 Dated:  January 11, 2013           LAWRENCE BEACH ALLEN & CHOI, PC

11

12                             By    /s/  Alexandra B. Zuiderweg

13                                  Alexandra B. Zuiderweg

14                                  Attorneys for Defendant

15                                  County of Los Angeles

16

17

18

19

20

21

22

23

24

25

26

27

28