JASON S. LEIDERMAN, SBN 203336
jay@leidermandevine.com
JAMES B. DEVINE, SBN 205270
james@leidermandevine.com
LEIDERMAN DEVINE LLP
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

EUGENE R. IREDALE, SBN 75292
egiredale@yahoo.com
IREDALE AND YOO, APC
105 West "F" Street
San Diego, CA 92101-6036
Tel: 619-233-1525
Fax: 619-233-3221

Attorneys for Plaintiff
NADIA NAFFE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NADIA NAFFE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN PATRICK FREY, an individual, and COUNTY OF LOS ANGELES, a municipal entity,<br><br>Defendants. | Case No.: CV12-08443-GW (MRWx)<br><br>**STIPULATION RE CONTINUE DEFENDANTS' MOTIONS SET FOR FEBRUARY 14 AND 21, 2013 AND SCHEDULING LEIDERMAN DEVINE'S MOTION TO BE SUBSTITUTE OUT AS COUNSEL OF RECORD FOR PLAINTIFF** |

///
///
///
///

STIPULATION RE CONTINUE DEFENDANTS' MOTIONS SET FOR FEBRUARY 14 AND 21, 2013 AND SCHEDULING LEIDERMAN DEVINE'S MOTION TO BE SUBSTITUTE OUT AS COUNSEL OF RECORD FOR PLAINTIFF, Page 1

LEIDERMAN DEVINE LLP
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Nadia Naffe ("Plaintiff" or "Naffe"), Defendant John Patrick Frey ("Frey") and Defendant County of Los Angeles (the "County"), by and through their respective counsel of record, hereby stipulate to and ask the Court to order the following:

## RECITALS

1. Plaintiff has agreed to relieve Leiderman Devine LLP as her counsel of record in the within captioned matter;

2. On January 18, 2013, Plaintiff associated Eugene R. Iredale of the law firm Iredale and Yoo, APC as her counsel;

3. Frey's Motion to Dismiss pursuant to Federal Rule of Civil Procedure ("FRCP") 12 (b)(6); Motion to Dismiss pursuant to FRCP 12 (b)(1), Motion to Strike (Anti-SLAPP), and Request for a Security Undertaking are scheduled for February 14, 2013. Plaintiff's Oppositions to the motions are due on January 24, 2013.

4. The County's Motion to Dismiss is scheduled for February 21, 2013. Plaintiff's Opposition is due on January 30, 2013.

5. Since Mr. Iredale will be substituting in as counsel of record for Plaintiff, additional time is needed in order for him to review the file, the motions on-calendar and prepare the necessary oppositions.

6. Accordingly, the Parties have reached an agreement as to a new hearing date for all motions currently on-calendar and Plaintiff's motion to be substituted, opposition and reply brief deadlines.

## STIPULATION

1. To continue Frey's Motion to Dismiss pursuant to Federal Rule of Civil Procedure ("FRCP") 12 (b)(6); Motion to Dismiss pursuant to FRCP 12 (b)(1), Motion to Strike (Anti-SLAPP), and Request for a Security Undertaking from February 14, 2013 to March 18, 2013 at a time that is convenient to the Court.

STIPULATION RE CONTINUE DEFENDANTS' MOTIONS SET FOR FEBRUARY 14 AND 21, 2013 AND SCHEDULING LEIDERMAN DEVINE'S MOTION TO BE SUBSTITUTE OUT AS COUNSEL OF RECORD FOR PLAINTIFF, Page 2

LEIDERMAN DEVINE LLP
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

Frey may file a supplement to the motions on January 28, 2013 briefly setting forth a new fact regarding the status of a document available on PACER. The parties agree that Plaintiff's oppositions to the motions are due on February 20, 2013, to give Frey additional time to reply. Frey's reply briefs are due on March 4, 2013.

2. To continue the hearing on the County's Motion to Dismiss from February 21, 2013 to March 18, 2013 at a time that is convenient to the Court. Plaintiff's opposition to the motion is due on February 20, 2013. The County's reply brief is due on March 4, 2013.

3. Leiderman Devine LLP's motion to be substituted out as counsel of record is scheduled for March 18, 2013. The moving papers must be filed by January 28, 2013. Defendants' oppositions are due on February 24, 2013. Plaintiff's reply is due on March 4, 2013.

Dated: January 23, 2013              LEIDERMAN DEVINE LLP


By:/s/ James B. Devine
    Jason S. Leiderman
    James B. Devine
    Attorneys for Plaintiff
    NADIA NAFFE


Dated: January 23, 2013              IREDALE AND YOO, APC


By:/s/ Eugene R. Iredale
    Eugene R. Iredale
    Attorneys for Plaintiff
    NADIA NAFFE


///

///

STIPULATION RE CONTINUE DEFENDANTS' MOTIONS SET FOR FEBRUARY 14 AND 21, 2013 AND SCHEDULING LEIDERMAN DEVINE'S MOTION TO BE SUBSTITUTE OUT AS COUNSEL OF RECORD FOR PLAINTIFF, Page 3

LEIDERMAN DEVINE LLP
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

| | |
|---|---|
| Dated: January 23, 2013 | BROWN WHITE & NEWHOUSE LLP |
| | By:/s/ Kenneth R. White |
| | Kenneth R. White |
| | Attorneys for Defendant |
| | JOHN PATRICK FREY |
| Dated: January 23, 2013 | GOETZ FITZPATRICK LLP |
| | By:/s/ Ronald D. Coleman |
| | Ronald D. Coleman |
| | Attorneys for Defendant |
| | JOHN PATRICK FREY |
| Dated: January 23, 2013 | LAWRENCE BEACH ALLEN &CHOI, PC |
| | By:/s/ Paul B. Beach |
| | Paul B. Beach |
| | Alexandra B. Zuiderweg |
| | Attorneys for Defendant |
| | COUNTY OF LOS ANGELES |

STIPULATION RE CONTINUE DEFENDANTS' MOTIONS SET FOR FEBRUARY 14 AND 21, 2013 AND SCHEDULING LEIDERMAN DEVINE'S MOTION TO BE SUBSTITUTE OUT AS COUNSEL OF RECORD FOR PLAINTIFF, Page 4

LEIDERMAN DEVINE LLP
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280