GOETZ FITZPATRICK LLP
RONALD D. COLEMAN
rcoleman@goetzfitz.com
One Penn Plaza, Suite 4401
New York, NY 10119
Telephone: 212.695.8100
Facsimile: 212.629.4013

Counsel for Defendants
JOHN PATRICK FREY AND
CHRISTI FREY


BROWN WHITE & NEWHOUSE LLP
KENNETH P. WHITE (Bar No. 238052)
kwhite@brownwhitelaw.com
333 South Hope Street, 40th Floor
Los Angeles, CA 90071-1406
Telephone: 213. 613.0500
Facsimile: 213.613.0550

Local Counsel for Defendants
JOHN PATRICK FREY AND
CHRISTI FREY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADIA NAFFE, an individual,<br><br>                    Plaintiff,<br><br>         v.<br><br>JOHN PATRICK FREY, an individual, CHRISTI FREY, an individual, STEVE M. COOLEY, an individual, and the COUNTY OF LOS ANGELES, a municipal entity,<br><br>                    Defendants. | Case No.: CV12-08443-GW (MRWx)<br><br>Judge:   Hon. George H. Wu<br><br>**SUPPLEMENTAL DECLARATIONS OF JOHN PATRICK FREY AND KENNETH P. WHITE IN SUPPORT OF DEFENDANT JOHN PATRICK FREY'S MOTIONS; EXHIBITS**<br><br>Hearing Date:  February 14, 2013<br>Time:           8:30 a.m.<br>Courtroom:    10<br><br>Complaint Filed:  October 2, 2012 |

# TABLE OF CONTENTS

**EXHIBIT**

**DECLARATION OF JOHN PATRICK FREY**

**DECLARATION OF KENNETH P. WHITE**

Naffe Deposition Transcript, Vol. II ................................................................................. DD

Naffe Deposition Transcript, Vol. I ................................................................................. EE

Naffe Deposition Transcript, Vol. III ................................................................................ FF

PACER Printout of Docket Item 75 with Exhibits ........................................................... PP

**SUPPLEMENTAL DECLARATION OF JOHN PATRICK FREY**

I, JOHN PATRICK FREY, declare:

1. I am a defendant in this action and a resident of the County of Los Angeles in the State of California. I make this Supplemental Declaration in support of (1) my Motion to Dismiss the First Cause of Action Pursuant to FRCP 12(b)(6), but, with respect to that motion, only for the purpose of setting forth judicially noticeable facts or attaching documents referred to and relied upon in Plaintiff's First Amended Complaint; (2) my Motion to Dismiss the Second through Seventh Causes of Action Pursuant to FRCP 12(b)(1); (3) my Motion to Strike the Second Through Sixth Causes of Action Pursuant to California Code of Civil Procedure Section 425.16; and (4) my Motion for an Undertaking Pursuant to Code of Civil Procedure Section 1030. I have personal knowledge of the following facts and if called upon to testify, would and could do so competently as follows. However, because this Supplemental Declaration is offered for a limited purpose, it does not include all information I know about the matters referred to herein.

2. Attached hereto as Exhibits DD, EE, and FF are true and correct copies of the deposition transcripts described in Paragraphs 22-25 of my original declaration submitted in support of these motions. They are in the same form as when I downloaded them from PACER as described in that declaration, except that they have been redacted to comply with the Local Rules of the Central District of California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 28, 2013 in _____, California.

JOHN PATRICK FREY

1
SUPPLEMENTAL DECLARATIONS OF JOHN PATRICK FREY AND KENNETH P. WHITE IN SUPPORT OF MOTIONS
771992.1

## SUPPLEMENTAL DECLARATION OF KENNETH P. WHITE

I, KENNETH P. WHITE, declare:

1.      I am an attorney licensed to practice law in California, and am a Partner at Brown White & Newhouse LLP, attorneys for Defendant John Patrick Frey.  I make this Supplemental Declaration in support of Defendant's (1) Motion to Dismiss the First Cause of Action Pursuant to FRCP 12(b)(6) (but only to the extent this declaration sets forth judicially noticeable facts or attaches documents referred to and relied upon in Plaintiff's First Amended Complaint); (2) Motion to Dismiss the Second through Seventh Causes of Action Pursuant to FRCP 12(b)(1); (3) Motion to Strike the Second Through Sixth Causes of Action Pursuant to California Code of Civil Procedure Section 425.16; and (4) Motion for an Undertaking Pursuant to Code of Civil Procedure Section 1030.  I have personal knowledge of the following facts and if called upon to testify, would and could do so competently as follows.  However, because this supplemental declaration is submitted for a limited purpose, it does not contain all information I know about the matter.

2.      I previously lodged Exhibits DD, EE, and FF attached hereto pursuant to a Motion to Seal.  Upon the Court's denial of that Motion, my assistant informed me that she had checked the PACER docket for the matter *Naffe v. Republican Party of Florida* and discovered that the status of the three exhibits was no longer marked as "restricted."  Later on January 18, 2013, I logged onto PACER myself and checked the docket for the Florida case.  I discovered that the three deposition transcripts – attached as exhibits to Docket item 75 in that case, as discussed in Mr. Frey's Motions – were no longer restricted, and I was able to download them.  The versions I was able to download on January 18, 2012 appeared identical to the Exhibits DD, EE, and FF hereto, which Mr. Frey downloaded in March 2012.

3.      I checked the docket again as of January 24, 2013, and saw that the transcripts remained available on PACER as of that date.  Attached as Exhibit PP is a true and correct copy of a printout of the page of Exhibits to Docket Item 75 from PACER in that case as of January 24, 2013.

I declare under penalty of perjury under the laws of the State of California that the

1  foregoing is true and correct.  Executed on January 28, 2013 in Los Angeles, California.

                                          *s/Kenneth P. White*
                                            KENNETH P. WHITE