1  GOETZ FITZPATRICK LLP
   RONALD D. COLEMAN
2  rcoleman@goetzfitz.com
   One Penn Plaza, Suite 4401
3  New York, NY  10119
   Telephone:  212.695.8100
4  Facsimile:  212.629.4013

5  Counsel for Defendants
   JOHN PATRICK FREY AND
6  CHRISTI FREY

7

   BROWN WHITE & NEWHOUSE LLP
8  KENNETH P. WHITE (Bar No. 238052)
   kwhite@brownwhitelaw.com
9  333 South Hope Street, 40th Floor
   Los Angeles, CA  90071-1406
10 Telephone:  213. 613.0500
   Facsimile:   213.613.0550
11
   Local Counsel for Defendants
12 JOHN PATRICK FREY AND
   CHRISTI FREY
13

14              UNITED STATES DISTRICT COURT

15              CENTRAL DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17  NADIA NAFFE, an individual, | Case No.: CV12-08443-GW (MRWx) |
| 18           Plaintiff, | Judge:    Hon. George H. Wu |
| 19      v. | |
| 20  JOHN PATRICK FREY, an individual, CHRISTI FREY, an individual, STEVE M. COOLEY, an individual, and the COUNTY OF LOS ANGELES, a municipal entity, | **NOTICE OF ERRATA RE:** SUPPLEMENTAL DECLARATIONS OF JOHN PATRICK FREY AND KENNETH P. WHITE IN SUPPORT OF DEFENDANT JOHN PATRICK FREY'S MOTIONS |
| 23           Defendants. | |
| 24 | Hearing Date:  February 14, 2013 Time:                8:30 a.m. Courtroom:      10 |
| 26 | Complaint Filed:  October 2, 2012 |

782956.1

NOTICE OF ERRATA'

1      Please take notice that Document Number 47 was efiled in error.  It did not contain

2 Mr. Frey's signature nor the Exhibits mentioned.

3      The correct pleading, Supplemental Declarations of John Patrick Frey and Kenneth P.

4 White in Support of Motions, Document Number 48 was efiled shortly thereafter.

6 DATED:  January 29, 2013          Respectfully submitted,

8                                    GOETZ FITZPATRICK LLP LLP

10                                   By   _s/Ronald D. Coleman_____
                                             RONALD D. COLEMAN
11                                            Counsel for Defendant
                                              JOHN PATRICK FREY

14 DATED:  January 29, 2013          Respectfully submitted,

15                                   BROWN WHITE & NEWHOUSE LLP

17                                   By   _s/Kenneth P. White_____
                                             KENNETH P. WHITE
18                                         Local Counsel for Defendant
                                              JOHN PATRICK FREY

782956.1

2                              NOTICE OF ERRATA