UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADIA NAFFE,<br><br>   Plaintiff,<br><br> v.<br><br>JOHN PATRICK FREY, et al.,<br><br>   Defendants. | Case No. CV 12-8443-GW(MRWx)<br><br>**ORDER RE CONTINUANCE OF DEFENDANTS' MOTIONS SET FOR FEBRUARY 14 AND 21, 2013 AND SCHEDULING LEIDERMAN DEVINE'S MOTION TO BE SUBSTITUTE OUT AS COUNSEL OF RECORD FOR PLAINTIFF** |

Having considered Plaintiff and Defendants' Stipulation to Continue Defendant John Patrick Frey ("Frey") motions set for February 14, 2013, the County of Los Angeles' (the "County") set for February 21, 2013, and schedule Leiderman Devine LLP's motion to be substituted out as counsel of record for Plaintiff and finding good cause thereby,

**IT IS HEREBY ORDERED:**

1. Frey's Motion to Dismiss pursuant to Federal Rule of Civil Procedure ("FRCP") 12 (b)(6); Motion to Dismiss pursuant to FRCP 12 (b)(1), Motion to Strike (Anti-SLAPP), and Request for a Security Undertaking currently scheduled for February 14, 2013 are continued to **March 18, 2013 at 8:30 a.m.** in Courtroom 10. Frey's supplement to the motions is due on January 28, 2013. Plaintiff's oppositions to the motions are due on February 20, 2013. Frey's reply briefs are due on March 4, 2013.

2. The hearing on the County's Motion to Dismiss, currently scheduled for February 21, 2013, is continued to **March 18, 2013 at 8:30 a.m.** in Courtroom 10. Plaintiff's opposition to the motion is due on February 20, 2013. The County's reply brief is due on March 4, 2013.

3. Leiderman Devine LLP's motion to be substituted out as counsel of record is scheduled for March 18, 2013 at 8:30 a.m. The moving papers must be filed by January 28, 2013. Defendants' oppositions are due on February 24, 2013. Plaintiff's reply is due on March 4, 2013.

IT IS SO ORDERED.

Dated: January 28, 2013

BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT