JASON S. LEIDERMAN, SBN 203336
jay@leidermandevine.com
JAMES B. DEVINE, SBN 205270
james@leidermandevine.com
LEIDERMAN DEVINE LLP
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

EUGENE R. IREDALE, SBN 75292
egiredale@yahoo.com
IREDALE AND YOO, APC
105 West "F" Street
San Diego, CA 92101-6036
Tel: 619-233-1525
Fax: 619-233-3221

Attorneys for Plaintiffs
NADIA NAFFE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| NADIA NAFFE, an individual,<br><br>              Plaintiff,<br><br>      vs.<br><br>JOHN PATRICK FREY, an individual, and COUNTY OF LOS ANGELES, a municipal entity,<br><br>              Defendants. | Case No.: CV12-08443-GW (MRWx)<br><br>**NOTICE OF MOTION AND MOTION FOR ORDER RELIEVING LEIDERMAN DEVINE LLP AS COUNSEL OF RECORD FOR PLAINTIFF; SUPPORTING DECLARATIONS**<br><br>Date:  **March 18, 2013**<br>Time:  **8:30 a.m.**<br>Place: **Courtroom 10**<br>         **312 North Spring Street**<br>         **Los Angeles, CA 90012-4701** |

## TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on March 18, 2013 at 8:30 a.m. in Courtroom 10 of the above-entitled Court, Plaintiff Nadia Naffe ("Plaintiff" or "Naffe") will and hereby does move for an order relieving Jay Leiderman and James B. Devine of LEIDERMAN

NOTICE OF MOTION AND MOTION FOR ORDER
RELIEVING LEIDERMAN DEVINE LLP AS COUNSEL
OF RECORD FOR PLAINTIFF; SUPPORTING
DECLARATIONS, Page 1

LEIDERMAN DEVINE LLP
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

DEVINE LLP ("Firm") as her counsel of record.  Said motion is based upon the grounds that (1) Plaintiff has agreed to relieve Firm as her counsel of record, (2) Plaintiff has previously associated Eugene R. Iredale of the law firm Iredale and Yoo, APC as her counsel, and (3) there will be no prejudice to Plaintiff as a result of Firm being relieved as counsel.  Said motion is supported by the concurrently filed and served Memorandum of Points and Authorities, supporting declarations and evidence attached thereto, and such other oral and/or documentary evidence submitted at or before the hearing on this matter.

Dated:          January 31, 2013                    LEIDERMAN DEVINE LLP


                                                    By: /s/ James B. Devine
                                                        Jason S. Leiderman
                                                        James B. Devine
                                                        Attorneys for Plaintiff
                                                        NADIA NAFFE

NOTICE OF MOTION AND MOTION FOR ORDER
RELIEVING LEIDERMAN DEVINE LLP AS COUNSEL
OF RECORD FOR PLAINTIFF; SUPPORTING
DECLARATIONS, Page 2

LEIDERMAN DEVINE LLP
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

## MEMORANDUM OF POINTS AND AUTHORITIES

Even with the client's consent, an attorney may not withdraw as counsel except with leave of court. (See CD CA Rule 83–2.9.2.1.) Here, Plaintiff has consented to the substitution. (See Declaration of Nadia Naffe Re: Motion to Be Relieved as Counsel (the "Naffe Dec.") at ¶ 4.)

Unless "good cause" is shown and the "ends of justice" so require, no substitution or relief of attorneys will be allowed where it will cause delay in prosecution of the action. (See CD CA Rule 83–2.9.2.4.) Here, because Plaintiff has already associated into the case as her counsel Eugene R. Iredale of Iredale and Yoo, APC, there will be no delay in the prosecution of the case. (See Naffe Dec. at ¶ 5.)

An attorney's motion to withdraw must be made upon written notice to the client and to all other parties. (CD CA Rule 83–2.9.2.1.) As shown by Plaintiffs' declaration and the attached proof of service, both the client and all other parties have been given notice of the motion to withdraw. (See Naffe Dec. at ¶ 6.)

For all of the above-stated reasons, Plaintiff respectfully requests the Court to issue an order relieving Jay Leiderman and James B. Devine of LEIDERMAN DEVINE LLP as her counsel of record.

Dated:      January 31, 2013              LEIDERMAN DEVINE LLP


By: /s/ James B. Devine
Jason S. Leiderman
James B. Devine
Attorneys for Plaintiff
NADIA NAFFE

NOTICE OF MOTION AND MOTION FOR ORDER RELIEVING LEIDERMAN DEVINE LLP AS COUNSEL OF RECORD FOR PLAINTIFF; SUPPORTING DECLARATIONS, Page 3

LEIDERMAN DEVINE LLP
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

## DECLARATION OF NADIA NAFFE
## RE: MOTION TO BE RELIEVED AS COUNSEL

I, Nadia Naffe, declare as follows:

1.   I am over the age of 18 and am the plaintiff in this lawsuit.

2.   I have personal knowledge of the within stated facts, and if called upon to testify, could and would testify competently thereto.

3.   I make this declaration in support of my motion to relieve Leiderman Devine LLP as my counsel of record in this lawsuit.

4.   On or about January 3, 2013, I was advised by Jay Leiderman that Leiderman Devine LLP was dissolving as a law firm, and that new counsel would need to be obtained. I consent to Leiderman Devine LLP being relieved as my counsel of record.

5.   After speaking with Mr. Leiderman, I spoke with Eugene R. Iredale about taking my case and he accepted. On January 18, 2013, Mr. Iredale was associated in as co-counsel to Leiderman Devine LLP pending the motion to be relieved. As such, I do not believe that there will be any delay in the prosecution of this action as a result of Leiderman Devine LLP being relieved as counsel.

6.   Leiderman Devine LLP has provided me with notice of this motion by, inter alia, discussing it with me prior to the filing, obtaining my consent, and signing this declaration.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on January 30, 2013, at _____ .

By:   _____
            Nadia Naffe

NOTICE OF MOTION AND MOTION FOR ORDER
RELIEVING LEIDERMAN DEVINE LLP AS COUNSEL OF
RECORD FOR PLAINTIFF; SUPPORTING
DECLARATIONS. Page 4

LEIDERMAN DEVINE LLP
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

## DECLARATION OF JAMES B. DEVINE
## RE: MOTION TO BE RELIEVED AS COUNSEL

I, James B. Devine, declare as follows:

1.      I am an attorney licensed to practice law in the State of California and before this Court. I am a partner in the law firm Leiderman Devine LLP, the attorneys of record for Plaintiff NADIA NAFFE ("Plaintiff").

2.      I have personal knowledge of the within stated facts, and if called upon to testify, could and would testify competently thereto.

3.      I make this declaration in support of Plaintiff's motion to relieve Leiderman Devine LLP as my counsel of record in this lawsuit.

4.      On or about January 3, 2013, Leiderman Devine LLP commenced dissolution as a partnership. As a direct result of the dissolution, the two partners of Leiderman Devine LLP, Jay Leiderman and I, are unable to represent Plaintiff in this lawsuit.

5.      Approximately ten days after we notified Plaintiff of the law firm's intention to dissolve, Plaintiff notified our firm that she had spoken with Eugene R. Iredale of Iredale and Yoo, APC, about taking her case. Thereafter, both my partner and I spoke with Mr. Iredale and he agreed to accept the case.

6.      On January 18, 2013, I caused to be filed and served a Notice of Association of Counsel for Plaintiff on all parties to this lawsuit wherein it was disclosed that Mr. Iredale was associated in as co-counsel to Leiderman Devine LLP. This association is intended only for the period pending the motion to be relieved, after which Mr. Iredale will be Plaintiff's counsel. As such, I do not believe that there will be any delay in the prosecution of this action as a result of Leiderman Devine LLP being relieved as counsel.

7.      On January 30, 2013, I received the Order from the Court directing that this motion be filed no later than January 28, 2013. I endeavored to get this motion filed as soon as I received the Order from the Court.

///

NOTICE OF MOTION AND MOTION FOR ORDER
RELIEVING LEIDERMAN DEVINE LLP AS COUNSEL
OF RECORD FOR PLAINTIFF; SUPPORTING
DECLARATIONS, Page 5

LEIDERMAN DEVINE LLP
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

1         I declare under penalty of perjury under the laws of the United States of America

2    and the State of California that the foregoing is true and correct.

3         Executed on January 31, 2013, at Ventura, California

4

5         By:          _James B. Devine_

6                         James B. Devine

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION FOR ORDER
RELIEVING LEIDERMAN DEVINE LLP AS COUNSEL
OF RECORD FOR PLAINTIFF; SUPPORTING
DECLARATIONS, Page 6