JASON S. LEIDERMAN, SBN 203336
jay@leidermandevine.com
JAMES B. DEVINE, SBN 205270
james@leidermandevine.com
LEIDERMAN DEVINE LLP
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

EUGENE R. IREDALE, SBN 75292
egiredale@yahoo.com
IREDALE AND YOO, APC
105 West "F" Street
San Diego, CA 92101-6036
Tel: 619-233-1525
Fax: 619-233-3221

Attorneys for Plaintiffs
NADIA NAFFE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NADIA NAFFE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN PATRICK FREY, an individual, and COUNTY OF LOS ANGELES, a municipal entity,<br><br>Defendants. | Case No.: CV12-08443-GW (MRWx)<br><br>**(PROPOSED) ORDER RE MOTION RELIEVING LEIDERMAN DEVINE LLP AS COUNSEL OF RECORD FOR PLAINTIFF**<br><br>Date: March 18, 2013<br>Time: 8:30 a.m.<br>Place: Courtroom 10<br>312 North Spring Street<br>Los Angeles, CA 90012-4701 |

///

///

///

///

(PROPOSED) ORDER RE MOTION RELIEVING
LEIDERMAN DEVINE LLP AS COUNSEL OF RECORD
FOR PLAINTIFF, Page 1

LEIDERMAN DEVINE LLP
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

Having considered Leiderman Devine LLP's Motion to Be Relieved as Counsel of Record for Plaintiff Nadia Naffe, and finding good cause thereby,

**IT IS HEREBY ORDERED:**

1. Jay Leiderman and James B. Devine of LEIDERMAN DEVINE LLP are relieved as counsel for Plaintiff Nadia Naffee in the above-captioned matter as of the date execution of this Order; and

2. Eugene R. Iredale of the law firm Iredale and Yoo, APC will remain as counsel of record for Plaintiff Nadia Naffe.

DATED: _____, 2013            _____

Hon. George H. Wu
United States District Court Judge

(PROPOSED) ORDER RE MOTION RELIEVING
LEIDERMAN DEVINE LLP AS COUNSEL OF RECORD
FOR PLAINTIFF, Page 2

LEIDERMAN DEVINE LLP
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280