Eugene G. Iredale (SBN 75292)
Julia Yoo (SBN 231163)
IREDALE & YOO, APC
105 West F Street, 4th Floor
San Diego, CA 92101
Tel:   (619) 233-1525
Fax:   (619) 233-3221

Attorneys for Plaintiff,
NADIA NAFFE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
(Hon. George H. Wu)

| | |
|---|---|
| NADIA NAFFE, an individual, <br><br> Plaintiff, <br><br> v. <br><br> JOHN PATRICK FREY, an individual, STEVE M. COOLEY, an individual, and the COUNTY OF LOS ANGELES, a municipal entity, <br><br> Defendant. | Case No. 12-CV-08443-GW (MRWx) <br><br> **NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Eugene Iredale of Iredale & Yoo, APC, hereby appears as counsel for Nadia Nafee, in the above referenced action. All pleadings and papers should be served electronically in this action via ECF to **egiredale@yahoo.com**

Respectfully submitted,

Date:   2/20/2013

*/s/ Eugene G. Iredale*
Eugene G. Iredale
Attorney for Plaintiff
NADIA NAFFE