EUGENE G. IREDALE, SBN: 75292
IREDALE and YOO, APC
105 West F Street, 4th Floor
San Diego, California  92101-6036
TEL: (619) 233-1525
FAX: (619) 233-3221

Attorneys for Plaintiff, NADIA NAFFE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| NADIA NAFFE, an individual<br><br>           Plaintiff,<br><br>v.<br><br>JOHN PATRICK FREY, an individual, and the COUNTY OF LOS ANGELES, a municipal entity,<br><br>           Defendants. | Case No:  CV12-08443-GW (MRWx)<br><br>**PLAINTIFF NADIA NAFFE'S OPPOSITION TO DEFENDANT JOHN PATRICK FREY'S MOTION FOR A SECURITY UNDERTAKING PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE 1030**<br><br>Date:  March 18, 2013<br>Time: 8:30 a.m.<br>Crtm.: 10 |

Defendant Frey now argues that this Court does not have jurisdiction over Ms. Naffe's suit because she cannot meet the jurisdictional threshold for diversity jurisdiction. Mot. To Dismiss, ECF. no. 35, at 2. He attempts to litigate how a jury would view Ms. Naffe's claim for damages based on her interactions with Defendant Frey, Andrew Breitbart and James O'Keefe. *Id*. at pp. 4-6. In other words, because Ms. Naffe had the temerity to challenge misrepresentations made about her and attempted to correct misconceptions, she is less deserving of emotional damages. *Id*. at 4. According to Defendant Frey's logic, Ms. Naffe would be more deserving of damages if she was frail, passive and meek. Once again, Defendant Frey invokes stereotypes of gender roles and "proper" feminine behavior to evaluate Ms. Naffe's conduct. It is reminiscent of the tone he exhibited towards Ms. Naffe when he taunted her for failing to "call a cab to escape the barn." First Amended Complaint (FAC) at ¶ 42.

The First Amended Complaint properly states facts that support this Court's jurisdiction based on diversity of citizenship. The FAC states that Ms. Naffe is a citizen of Massachusetts. Mr. Frey is a citizen of California. Additionally, the FAC alleges facts that show Ms. Naffe suffered actual damages as a result of Defendant Frey's conduct. Such damages will exceed the jurisdictional threshold of $75,000. *See* FAC ¶¶ 54, 57, 61-63.

Ms. Naffe's declaration, attached hereto and incorporated by reference, further demonstrates the extent of the damages she suffered due to Defendant Frey's conduct, which will easily exceed $75,000.  Ms. Naffe's Social Security number is being used fraudulently by a variety of individuals.  Decl. Nadia Naffe at ¶¶ 3-4.  She currently suffers from a bleeding ulcer, depression, anxiety, severe migraines and difficulty concentrating.  Decl. Nadia Naffe at ¶ 5.  Ms. Naffe's reputation is also ruined, hampering her employment prospects.  *Id*. at ¶7.  A simple Google search of her name brings up the Patterico posts attacking Ms. Naffe's credibility and honesty.  *Id*.

For the foregoing reasons, Ms. Naffe respectfully requests that the Court deny Defendant Frey's motion to dismiss pursuant to Fed. R. Civ. Pro. Rule 12(b)(1).

DATED February 21, 2013                    Respectfully submitted,

/s/ Eugene Iredale
EUGENE G. IREDALE
Attorney for Plaintiff
NADIA NAFFE