EUGENE G. IREDALE, SBN: 75292
IREDALE and YOO, APC
105 West F Street, 4th Floor
San Diego, California  92101-6036
TEL: (619) 233-1525
FAX: (619) 233-3221

Attorneys for Plaintiff, NADIA NAFFE

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| NADIA NAFFE, an individual<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN PATRICK FREY, an individual, and the COUNTY OF LOS ANGELES, a municipal entity,<br><br>　　　　Defendants. | Case No:   CV12-08443-GW (MRWx)<br><br>**PLAINTIFF NADIA NAFFE'S DECLARATION IN SUPPORT OF HER OPPOSITION TO DEFENDANT JOHN PATRICK FREY'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(1)**<br><br>Date:  March 18, 2013<br>Time: 8:30 a.m.<br>Crtm.: 10 |

I, NADIA NAFFE, being duly sworn, hereby declare:

1. I am the Plaintiff in this case.  I know the following facts from my own personal knowledge and, if called as a witness, could testify to them.

2. On March 26, 2012, immediately after Mr. Frey published my Social Security number on his blog, "Patterico's Pontifications," I began receiving alerts from Experian, a credit reporting agency, that changes were being made to my credit report.

3. In August 2012 the Internal Revenue Service (IRS) contacted me to inform me that multiple individuals had used my Social Security number to report earned income.

---

Declaration of Nadia Naffe

1

As I am a full time student at Harvard University, working to earn my degree in English for teaching, I do not earn an income.

4. In May 2012 a car dealership contacted me to verify whether I intended to purchase a car. I did not attempt to purchase any vehicle.

5. Since Mr. Frey began attacking me on his blog and on Twitter in February 2012, I have suffered numerous health problems. His conduct has caused me great distress. I am suffering from a bleeding ulcer, depression, anxiety, severe migraines and difficulty concentrating, which has had negative affects on my studies.

6. Additionally, Mr. Frey's statements about me on his blog and on Twitter have provoked his unstable fans and followers to harass and threaten me. I have had to move twice now due to death threats I have received.

7. Mr. Frey has also ruined my reputation, making it exceedingly difficult for me to find any employment. A simple Google search of my name brings up Mr. Frey's blog and his statements about me are available for all prospective employers to read.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on February 20, 2013 in Cambridge, Massachusetts.

*Signature on following page*
_____
NADIA NAFFE

As I am a full time student at Harvard University, working to earn my degree in English for teaching, I do not earn an income.

4. In May 2012, a car dealership contacted me to verify whether I intended to purchase a car. I did not attempt to purchase any vehicle.

5. Since Mr. Frey began attacking me on his blog and on Twitter in February 2012, I have suffered numerous health problems. His conduct has caused me great distress. I am suffering from a bleeding ulcer, depression, anxiety, severe migraines and difficulty concentrating, which has had negative affects on my studies.

6. Additionally, Mr. Frey's statements about me on his blog and on Twitter have provoked his unstable fans and followers to harass and threaten me. I have had to move twice now due to death threats I have received.

7. Mr. Frey has also ruined my reputation, making it exceedingly difficult for me to find any employment. A simple Google search of my name brings up Mr. Frey's blog and his statements about me are available for all prospective employers to read.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on February 20, 2013 in Cambridge, Massachusetts.

_____
NADIA NAFFE