EUGENE G. IREDALE, SBN: 75292
IREDALE and YOO, APC
105 West F Street, 4th Floor
San Diego, California 92101-6036
TEL: (619) 233-1525
FAX: (619) 233-3221

Attorneys for Plaintiff, NADIA NAFFE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| NADIA NAFFE, an individual<br><br>Plaintiff,<br><br>v.<br><br>JOHN PATRICK FREY, an individual, and the COUNTY OF LOS ANGELES, a municipal entity,<br><br>Defendants. | Case No: CV12-08443-GW (MRWx)<br><br>**PLAINTIFF NADIA NAFFE'S OPPOSITION TO DEFENDANT JOHN PATRICK FREY'S MOTION FOR A SECURITY UNDERTAKING PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE 1030**<br><br>Date: March 18, 2013<br>Time: 8:30 a.m.<br>Crtm.: 10 |

Defendant Frey, again, attempts to litigate the underlying merits of Ms. Naffe's case by introducing declarations with conflicting or additional facts.  He seeks to have Ms. Naffe post an undertaking of $75,000 in order for her to seek redress of her grievances.  Given that Ms. Naffe's reputation is tarnished, her health shattered, and her prospects of employment dim due to Frey's conduct (*see generally* Declaration of Nadia Naffe dated February 20, 2013) demanding that Ms. Naffe post an undertaking to merely pursue her claims against Frey is abusive.  Defendant Frey previously sought to chill Ms. Naffe's ability to seek redress for her grievance against him by threatening to investigate her for criminal misconduct.  First Amended Complaint (FAC) at ¶¶48-49.  Now he wishes to silence her voice and deprive her of an opportunity to litigate the merits of her claim by demanding she post an expensive undertaking.

Furthermore, Defendant Frey has not shown that he is likely to prevail on Ms. Naffe's causes of actions.  Ms. Naffe hereby incorporates her opposition to Defendant Frey's motion to dismiss pursuant (ECF no. 53) and her opposition to his motion to strike (ECF no. 54) in support of the instant opposition to Frey's motion for an undertaking.  The aforementioned oppositions set forth the reasons why Defendant Frey will not ultimately prevail on either Ms. Naffe's §1983 cause of action or her various state law tort claims.

For the foregoing reasons, Ms. Naffe respectfully requests that the Court deny Defendant Frey's motion for an undertaking pursuant to Cal. Code Civ. Pro. § 1030.

DATED February 21, 2013　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Eugene Iredale
　　　　　　　　　　　　　　　　　　　　　　EUGENE G. IREDALE
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　NADIA NAFFE