GOETZ FITZPATRICK LLP
RONALD D. COLEMAN
rcoleman@goetzfitz.com
One Penn Plaza, Suite 4401
New York, NY 10119
Telephone: 212.695.8100
Facsimile: 212.629.4013

Counsel for Defendant
JOHN PATRICK FREY

BROWN WHITE & NEWHOUSE LLP
KENNETH P. WHITE (Bar No. 238052)
kwhite@brownwhitelaw.com
333 South Hope Street, 40th Floor
Los Angeles, CA 90071-1406
Telephone: 213. 613.0500
Facsimile: 213.613.0550

Local Counsel for Defendant
JOHN PATRICK FREY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADIA NAFFE, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>JOHN PATRICK FREY, an individual, CHRISTI FREY, an individual, STEVE M. COOLEY, an individual, and the COUNTY OF LOS ANGELES, a municipal entity,<br><br>            Defendants. | Case No.: CV12-08443-GW (MRWx)<br><br>Judge:   Hon. George H. Wu<br><br>**DEFENDANT JOHN PATRICK FREY'S OBJECTION TO DECLARATION OF NADIA NAFFE SUBMITTED IN OPPOSITION TO PENDING MOTIONS**<br><br>Hearing Date:  April 18, 2013<br>Time: ___         8:30 a.m.<br>Courtroom:     10<br><br>Complaint Filed:  October 2, 2012 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant John Patrick hereby objects to the following specified portions of the February 20, 2013 Declaration of Nadia Naffe, submitted by her in Opposition to Defendant's various motions.

Moreover, to the extent Plaintiff intends to re-proffer her previously filed declaration, which she submitted in opposition to Mr. Frey's original Motion to Strike, Mr. Frey incorporates his previously filed objections thereto by reference.

DATED: March 4, 2013

Respectfully submitted,
GOETZ FITZPATRICK LLP LLP

By   *s/Ronald D. Coleman*
    RONALD D. COLEMAN
    Counsel for Defendant
    JOHN PATRICK FREY

DATED: March 4, 2013

Respectfully submitted,
BROWN WHITE & NEWHOUSE LLP

By   *s/Kenneth P. White*
    KENNETH P. WHITE
    Local Counsel for Defendant
    JOHN PATRICK FREY

# OBJECTIONS TO DECLARATION OF NADIA NAFFE

| **Material Objected to:** | **Grounds for Objection:** |
|---|---|
| OBJECTION NUMBER 1<br><br>Paragraph 2, lines 21-24<br><br>". . . . I began receiving alerts from Experion, a credit reporting agency, that charges were being made to my credit card." | Hearsay.  Federal Rule of Evidence 802.<br><br>Sustained _____<br><br>Overruled_____ |
| OBJECTION NUMBER 2<br><br>Paragraph 3, lines 25-26:<br><br>"In August 2012 the Internal Revenue Service (IRS) contacted me to inform me that multiple individuals had used my Social Security number to report earned income." | Hearsay.  Federal Rule of Evidence 802.<br><br>Sustained _____<br><br>Overruled_____ |
| OBJECTION NUMBER 3<br><br>Paragraph 4, lines 3-4:<br><br>"In May 2012 a car dealership contacted me to verify whether I intended to purchase a car." | Hearsay.  Federal Rule of Evidence 802.<br><br>Sustained _____<br><br>Overruled_____ |
| OBJECTION NUMBER 4<br><br>Paragraph 6, Lines 10-12:<br><br>"Additionally, Mr. Frey's statements about me on his blog and on Twitter have provoked his unstable fans and followers to threaten and harass me." | Lack of foundation and personal knowledge.  Federal Rule of Evidence 602. Hearsay.  Federal Rule of Evidence 802.<br><br>Sustained _____<br><br>Overruled_____ |

| | |
|---|---|
| OBJECTION NUMBER 5<br><br>Paragraph 7, Lines 14-15:<br><br>"Mr. Frey has also ruined my reputation, making it exceedingly difficult for me to find any employment." | Lack of foundation and personal knowledge.  Federal Rule of Evidence 602.<br><br><br>Sustained _____<br><br>Overruled_____ |

DATED:  March 4, 2013

Respectfully submitted,

GOETZ FITZPATRICK LLP LLP

By   *s/Ronald D. Coleman*
            RONALD D. COLEMAN
              Counsel for Defendant
            JOHN PATRICK FREY

DATED:  March 4, 2013

Respectfully submitted,
BROWN WHITE & NEWHOUSE LLP

By   *s/Kenneth P. White*
            KENNETH P. WHITE
          Local Counsel for Defendant
            JOHN PATRICK FREY