| | |
|---|---|
| Name _Eugene Iredale_ | |
| Address _105 West F St., 4th Fl._ | |
| City, State, Zip _San Diego, CA 92101_ | |
| Phone _(619) 233-1525_ | |
| Fax _(619) 233-3221_ | |
| E-Mail _egiredale@yahoo.com; gjun@iredalelaw.com_ | |
| ☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADIA NAFFE<br><br>                      PLAINTIFF(S),<br>          v.<br>JOHN PATRICK FREY, et al.<br><br>                      DEFENDANT(S). | CASE NUMBER:<br><br>12-cv-08443-GW-MRW<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that _____NADIA NAFFE_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
   Dismissing case (doc. no. 65)

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on ____April 19, 2013____. Entered on the docket in this action on _April 19, 2013_.

A copy of said judgment or order is attached hereto.

_April 19, 2013_____                    _____[signature]_____
Date                                                Signature
                                                    ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note:   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                                       NOTICE OF APPEAL