# UNITED STATES DISTRICT COURT
## Central District of California

## NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS AND PROPOSED BILL OF COSTS

NADIA NAFFE,

v.                                    Case Number:  CV12-08443-GW (MRWx)

JOHN PATRICK FREY, et al.

Judgment having been entered in this action on ___Apr 19, 2013___ against ___Plaintiff, Nadia Naffe___,
                                                  Date

the Clerk is requested to tax the following as costs at ___9:00 a.m.___ on ___May 17, 2013___ :
                                                                             Date

| | |
|---|---:|
| Filing fees: see L.R. 54-3.1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $0.00 |
| Fees for service of process: see L.R. 54-3.2 . . . . . . . . . . . . . . . . . . . . | $0.00 |
| United States Marshal's fees: see L.R. 54-3.3 . . . . . . . . . . . . . . . . . . . . | $0.00 |
| Reporter's transcripts: see L.R. 54-3.4 . . . . . . . . . . . . . . . . . . . . . . . | $0.00 |
| Depositions: see L.R. 54-3.5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $0.00 |
| Witness fees (itemize on page 2): see L.R. 54-3.6 . . . . . . . . . . . . . . . . . . | $0.00 |
| Interpreter's and translator's fees: see L.R. 54-3.7 . . . . . . . . . . . . . . . . | $0.00 |
| Docket fees: see L.R. 54-3.8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $0.00 |
| Masters, commissioners and receivers: see L.R. 54-3.9 . . . . . . . . . . . . . . . . | $0.00 |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10 . . . . . . | $92.50 |
| Premiums on bonds and undertakings: see L.R. 54-3.11 . . . . . . . . . . . . . . . . | $0.00 |
| Other Costs: see L.R. 54-3.12 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $0.00 |
| State Court costs: see L.R, 54-3.13 . . . . . . . . . . . . . . . . . . . . . . . . . | $0.00 |
| Costs on appeal: see L.R. 54-4 . . . . . . . . . . . . . . . . . . . . . . . . . . . | $0.00 |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 . . . . . . . . . . . | $0.00 |
| Other (please itemize)  Parking - $28; Postage - $4.09 | $32.09 |
| **TOTAL** | $124.59 |

**NOTE TO PARTIES SUBMITTING BILL OF COSTS:** You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service by e-mail as set forth below and/or

[ ] Conventional service by first class mail, postage prepaid as set forth below

s/Kenneth P. White                                    Kenneth P. White
Signature                                             Print Name

Costs are taxed in the amount of _____

_____    By: _____    _____
Clerk of Court                    Deputy Clerk                     Date

## WITNESS FEES (computation, *see* 28 U.S.C. § 1821 for statutory fees)

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | |

## INSTRUCTIONS AND NOTICES REGARDING BILL OF COSTS

**SPECIAL NOTE:** An itemization <u>and</u> documentation to support the claims made in all categories must be attached to the Application for Bill of Costs. Documentation must include receipts, orders, and stipulations of the parties, as applicable. Receipts must be self-explanatory (e.g., receipts for service must include the name of the individual or business providing the service). The Clerk's designee may disallow expenses that do not have supporting documentation. The claiming party must ensure that the total of the costs requested in all categories on Form CV-59 matches the total reflected in the supporting documentation. The Clerk's designee shall allow all items in the application that are properly recoverable as costs.

**PROCEDURE FOR FILING BILL OF COSTS:** Local Rule 54-2. Within 14 days after the entry of judgment, the party entitled to costs must electronically file this completed form, which must indicate the hour and date when the application will be made. All costs must be specified so that the nature of the claim can be readily understood. Once a determination of the allowable costs has been made, the Bill of Costs will be filed electronically by the Clerk.

**TIME OF APPLICATION; HEARING:** Local Rule 54-2.2. The date and time for taxation of costs by the Clerk must be not less than 14 nor more than 21 days from the date notice is given to the other parties. Applications shall be heard when and as described in the Court's Bill of Costs Handbook, available on the court's website.

## ALSO NOTE:

**28 U.S.C. § 1924:** Verification of bill of costs. Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed.

**28 U.S.C. § 1920, which provides in part:** "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**

**Rule 54(d)(1)**
Costs Other Than Attorney's Fees. Unless a federal statute, these rules, or a court order provides otherwise, costs - other than attorney's fees - should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

**Rule 6(d)**
Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**Rule 58(e)**
Cost or Fee Awards. Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**Alysse Florez**

| | |
|---|---|
| **From:** | Linda Abajo |
| **Sent:** | Monday, February 04, 2013 11:37 AM |
| **To:** | Alysse Florez |
| **Subject:** | RE: Any additional copy costs for January? |

370 b/w re FREY, Patrick and Christi v. Naffe.  That's it.  Thanks.

**From:** Alysse Florez
**Sent:** Saturday, February 02, 2013 3:45 PM
**To:** Linda Abajo
**Subject:** Any additional copy costs for January?

☺

**Alysse M. Florez**
Brown White & Newhouse, LLP
333 South Hope Street, 40th Floor | Los Angeles, CA 90071
aflorez@brownwhitelaw.com
(213) 613.0500

*Copying costs*
*370 copies B/W*
*@ .25 ea.*
*= $92.50*

1

*Parking Frey*

3

*Parking Frey*

EL PUEBLO
LOT 2

| | |
|---|---|
| Fee Computer Number: | 4 |
| Cashier: | HERNANDEZ Id #104 |
| Transaction Number: | 168741 |
| Entered: | 12/10/2012 06:28 |
| Exited: | 12/10/2012 09:33 |
| Ticket #79678 | Dispenser #2 |
| Lot: | Lot 2 |
| Area: | Area 1 |
| Rate: | DAILYVAR |
| Parking Fee: | $ 14.00 |
| Total Fee: | $ 14.00 |
| Cash: | $ 20.00 |
| Total Paid: | $ 20.00 |
| Change Due | $ 6.00 |

③

LOT 2

| | |
|---|---|
| Fee Computer Number: | 4 |
| Cashier: | WANNAPHOR Id #107 |
| Transaction Number: | 227422 |
| Entered: | 04/18/2013 06:56 |
| Exited: | 04/18/2013 10:10 |
| Ticket #37248 | Dispenser #2 |
| Lot: | Lot 2 |
| Area: | Area 1 |
| Rate: | DAILYVAR |
| Parking Fee: | $ 14.00 |

EL PUEBLO
LOT 2

Duplicate

| | |
|---|---|
| Fee Computer Number: | 4 |
| Cashier: | WANNAPHOR Id #107 |
| Transaction Number: | 227422 |
| Entered: | 04/18/2013 06:56 |
| Exited: | 04/18/2013 10:10 |
| Ticket #37248 | Dispenser #2 |
| Lot: | Lot 2 |
| Area: | Area 1 |
| Rate: | DAILYVAR |
| Parking Fee: | $ 14.00 |
| Total Fee: | $ 14.00 |
| Cash: | $ 14.00 |
| Total Paid: | $ 14.00 |



b/c ✓
5-2