```
 1                 UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3                       WESTERN DIVISION

 4

 5   THE HONORABLE GEORGE H. WU, U.S. DISTRICT JUDGE PRESIDING

 6

 7   NADIA NAFFE,                   )
                                    )
 8            Plaintiff,            )
                                    )
 9     vs.                          )    No.  CV 12-8443-SVW
                                    )
10                                  )
     JOHN PATRICK FREY, et al.,     )
11                                  )
              Defendants.           )
12   _____)

13

14

15            REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                   LOS ANGELES, CALIFORNIA

17                   THURSDAY, APRIL 18, 2013

18

19

20

21

22   _____

23              DEBORAH K. GACKLE, CSR, RPR
                   United States Courthouse
24            312 North Spring Street, Room 402A
                Los Angeles, California 90012
25                    (213) 620-1149
```

**APPEARANCES OF COUNSEL:**

**For the Plaintiff:**

    Eugene Gerald Iredale
    Eugene G Iredale Law Offices
    105 West F St, 4th Fl
    San Diego, CA 92101-6036
    619-233-1525
    Fax: 619-233-3221
    Email: egiredale@yahoo.com

**For the Defendants:**

    Alexandra B Zuiderweg
    Lawrence Beach Allen & Choi LLP
    100 West Broadway Suite 1200
    Glendale, CA 91210
    818-545-1925
    Fax: 818-545
    Email: azuiderweg@lbaclaw.com

    Kenneth P White
    Brown White and Newhouse LLP
    333 South Hope Street 40th Floor
    Los Angeles, CA 90071-1406
    213-613-0500
    Fax: 213-613-0550
    Email: kwhite@brownwhitelaw.com

                              - - - - -

```
 1    LOS ANGELES, CALIFORNIA; THURSDAY, APRIL 18, 2013; 9:35 A.M.
 2                              - - - - -
 3
 4              THE COURT:  Let me call the matter of Naffe versus
 5    Frey.
 6              MS. ZUIDERWEG:  Good morning, Your Honor.  Alexandra
 7    Zuiderweg for the County of Los Angeles.
 8              THE COURT:  All right.
 9              MR. WHITE:  Good morning, Your Honor.  Kenneth White
10    appearing for Patrick Frey.
11              THE COURT:  All right.
12              MR. IREDALE:  Eugene Iredale, Your Honor.  With the
13    court's permission, appearing for the plaintiff, Ms. Naffe.
14              THE COURT:  All right.
15              MR. IREDALE:  There is a motion for substitution.
16    Your Honor had indicated in your tentative that you would grant
17    it.
18              THE COURT:  No opposition, and you're here.  What can
19    I say?  You're already here.
20              MR. IREDALE:  Yes.
21              THE COURT:  Okay.  So what can I say?  You're already
22    here.  All right.
23              I issued a tentative on these.  Let me ask:  Does
24    either side want to argue anything?
25              MR. IREDALE:  Yes, Your Honor.
```

```
 1                THE COURT:  Okay.
 2                MR. IREDALE:  I would.  First of all, let me, if I
 3   could, address the 1983 issue.  There are two things I want to
 4   do in that regard.  The first is I'd like to provide a citation
 5   to the court regarding the issue of the use of public
 6   facilities, specifically district attorney's office facilities,
 7   as constituting acting under color of state law.  The case is a
 8   Ninth Circuit case, *McDade v. West*.  The cite is 223 F.3d 1135.
 9   It was decided in 2000.
10                THE COURT:  Does it have an internal cite?
11                MR. IREDALE:  I'm sorry, Your Honor?
12                THE COURT:  An international cite?
13                MR. IREDALE:  I do not have an internal cite.
14                THE COURT:  That's fine.
15                MR. IREDALE:  Essentially, the entire case deals with
16   the factual situation in which a representative of the district
17   attorney's office used his computer facilities to access
18   information regarding the private address of a person and then
19   shared it with another party so that there could be some
20   additional legal action taken that was unrelated to the
21   district attorney's office.  In other words, he accessed the
22   computer, used it for the purpose of assisting a private party,
23   and provided that information.  They said that was acting under
24   color of state law.
25                THE COURT:  Is their use of the county computer
```

1  system here?
2           MR. IREDALE:  It is alleged throughout the complaint
3  that the county computer and county time were used by Mr. Frey
4  in the activities which are set forth in the complaint.
5           THE COURT:  But putting time aside -- so, in other
6  words, the communications were made via the county's computer
7  system is what you're saying is alleged.
8           MR. IREDALE:  The allegations of the complaint are
9  that they were used, at least in part, of the communications
10 that are alleged in the complaint, yes.
11          THE COURT:  All right.
12          MR. IREDALE:  And that -- allegations made throughout
13 the complaint.
14          THE COURT:  What else?
15          MR. IREDALE:  Secondly, I just wanted to focus the
16 issue -- I recognize that the discoursive nature of these
17 tweets and emails can sometimes tend to cause a loss of focus,
18 but the constitutional focus of the case should be clear.  The
19 allegation here is that Frey, a deputy district attorney, was
20 using his official position, among other things, to threaten
21 and to retaliate against the plaintiff for actions that she had
22 taken, including her intent to report O'Keefe's violation of a
23 California criminal violation that occurred in the county of
24 Los Angeles.
25          The facts in that regard were that Ms. Naffe,

```
 1   together with Mr. O'Keefe, had gone to and tape recorded,
 2   without consent, conversations that they had personally with
 3   Congresswoman Maxine Waters and then went to the bank at which
 4   her husband was employed and engaged in additional
 5   nonconsensual tape recording of conversations that they had
 6   with him.  And that at this time, Ms. Naffe was going to or
 7   contemplating reporting this activity to the district
 8   attorney's office.
 9           The court in its tentative says, Well, this
10   allegation is a little vague.  What are we talking about?  A
11   violation of federal law, violation of state, and, if so, in
12   what geographical area?  Because it seems as though you're all
13   over the place.
14           I wanted to be quite specific in pointing out to the
15   court the places in the complaint where it is alleged that as
16   of the date of the statements and acts that are alleged to be
17   in violation of 1983, Frey had knowledge that this illicit
18   recording had occurred and that it occurred in Los Angeles.
19           I need the court, if I could, to take judicial notice
20   of Penal Code section 632, and I suspect Your Honor already
21   knows it.  Penal Code 632 makes it a criminal violation -- as a
22   matter of fact, it's a wobbler.  It can be alleged as a
23   felony -- a criminal violation to tape record a person without
24   their consent, and what is normally considered, for example, a
25   confidential communication under 632 does not necessarily
```

```
 1   constitute a confidential communication, the normal parlance of
 2   confidential.  That is to say if you have a conversation with
 3   somebody and you expect that that person will then go to a
 4   third person and repeat verbatim exactly what you've said but
 5   that person is tape recording your conversation without consent
 6   as well, that's violative of the statute.
 7            And so there was a violation of California Penal Code
 8   that had occurred, Ms. Naffe was contemplating reporting that,
 9   and one of the appropriate authorities -- as a matter of fact,
10   the only appropriate authority with respect to that violation,
11   was the district attorney's office.  And in the context of
12   these -- the various things are said, including the statement,
13   My first task is to determine what, if any, penal statutes you
14   have admitted violating, and this is after it had been public,
15   and Ms. Naffe had made it public that she had engaged in this
16   conduct with O'Keefe.
17            And after -- O'Keefe was on a roll at this time.  He
18   had just been arrested shortly before for, for sneaking into
19   the office under false pretenses of Senator Landrieu in
20   Louisiana, and he was receiving national publicity for his
21   violation of the statutes here in California and elsewhere with
22   respect to ACORN.
23            It is alleged further in this complaint that O'Keefe
24   was a former intern at the district attorney's office and a
25   friend of Frey's, and so the allegation here is that in using
```

```
 1  district attorney's computer facilities, property and --
 2  although the court discounts it slightly, nonetheless -- on
 3  county time, Frey, a member of the district attorney's office,
 4  made statements which were designed to intimidate Ms. Frey[sic]
 5  from the exercise of her right to petition the government from
 6  a redress -- for redress of grievances, specifically, to report
 7  a crime, and to retaliate against her --
 8            THE COURT:  I understand the argument.
 9            MR. IREDALE:   -- for her actions.
10            We think that that's state action; we think that that
11  is color of law.
12            THE COURT:  What else you got besides those two?
13            MR. IREDALE:  That's it.
14            THE COURT:  Let me hear a response to those two.
15            MR. WHITE:  Your Honor, it's easy in court to make a
16  slip of the tongue, but some things are part of a pattern.
17  Mr. Iredale just alleged that Mr. Frey tweeted that, It's my
18  task now to see what penal statutes you violated.  In fact, as
19  the court said in its tentative, My first task is learning what
20  criminal statutes, if any, you have admitted violating, which,
21  as the court has pointed out, is proximate to tweets about
22  asking what federal criminal law has been violated.  That is
23  part of a pattern in this case of misrepresentations --
24            THE COURT:  Stop.  Again, you're not arguing to a
25  jury.
```

```
 1              MR. WHITE:  I beg your pardon.
 2              Your Honor, with respect to the late-coming citation
 3   to that case, which was not cited in the opposition to the
 4   original 12(b)(6) or this one, there's a reason McDade was not
 5   previously cited:  It's not on point.  McDade involved a
 6   district attorney abusing the internal district attorney
 7   computer databases to find nonpublic information.  Here, there
 8   is no allegation that anything like that happened.  What there
 9   are, are repeated conclusory and tepid information belief
10   allegations that Mr. Frey was doing something on county time.
11   As the court pointed out, that's not enough.  This is nothing
12   like McDade because the only information published is
13   information that was in the public record, and to this day, as
14   of on PACER yesterday, remains the public record, depositions
15   that have been filed in a case.
16              With respect to the allegations regarding whether or
17   not anything was threatened regarding Mr. Frey's official
18   capacity, again, the court's tentative is correct.  The
19   circumstances we've shown is that he repeatedly said, including
20   with respect to his suggestions that Ms. Naffe might have
21   violated the law, that he was speaking in his personal
22   capacity.  Indeed, the very documents that the plaintiff
23   incorporates say that explicitly.
24              If the court has any concerns about McDade, since it
25   hasn't been cited before, I'd appreciate an opportunity to file
```

1 perhaps a two-page supplement about *McDade*, but the rest is
2 very clear.  I respectfully ask that the court consider -- and
3 I submit it to the court's sound discretion -- an OSC re
4 sanctions under the inherent power Rule 83 or 1927 for
5 sanctions jointly and severally against prior and current
6 attorneys and Ms. Naffe.
7             THE COURT:  I understand the request.  I'll take this
8 matter under submission.  I'll take a look at *McDade* and see if
9 it changes my mind.  And as to the district attorney's office's
10 purported involvement as a -- some sort of potential charge, I
11 will take a look at that stuff as well, and I'll see if it
12 changes my tentative or not, okay?
13             MR. IREDALE:  Very good, Your Honor.  Thank you, Your
14 Honor.
15             MS. ZUIDERWEG:  Your Honor, the county respectfully
16 requests that if the court is inclined to depart from its
17 tentative that the court rule on the county's motion to dismiss
18 as to plaintiff's state law claims.
19             THE COURT:  I will think about that if I change my
20 tentative.  If I don't change my tentative, there's no sense in
21 walking down that road.
22             MS. ZUIDERWEG:  Of course, Your Honor.  Thank you.
23             MR. WHITE:  Thank you, Your Honor.
24             THE COURT:  Thank you.  Have a nice day.
25                  (Proceedings concluded at 9:50 a.m.)

```
 1                    C E R T I F I C A T E

 2

 3         I hereby certify that the foregoing is a true and

 4   correct transcript from the stenographic record of

 5   the proceedings in the foregoing matter.

 6

 7                                           May 20, 2013

 8   /S/_____    _____

 9      Deborah K. Gackle                      Date
        Official Court Reporter
10      CSR No. 7106

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

| / | ACORN [1] 7/22 | 7/21 |
|---|---|---|
| /S [1] 11/8 | acting [2] 4/7 4/23 | call [1] 3/1 |
| | action [2] 4/20 8/10 | can [4] 3/18 3/21 5/17 6/22 |
| **0** | actions [2] 5/21 8/9 | capacity [2] 9/18 9/22 |
| 0500 [1] 2/21 | activities [1] 5/4 | case [7] 4/7 4/8 4/15 5/18 8/23 9/3 9/15 |
| 0550 [1] 2/21 | activity [1] 6/7 | cause [1] 5/17 |
| | acts [1] 6/16 | CENTRAL [1] 1/2 |
| **1** | additional [2] 4/20 6/4 | certify [1] 11/3 |
| 100 [1] 2/15 | address [2] 4/3 4/18 | change [2] 10/19 10/20 |
| 105 [1] 2/7 | admitted [2] 7/14 8/20 | changes [2] 10/9 10/12 |
| 1135 [1] 4/8 | after [2] 7/14 7/17 | charge [1] 10/10 |
| 1149 [1] 1/25 | again [2] 8/24 9/18 | Choi [1] 2/14 |
| 12 [1] 9/4 | against [3] 5/21 8/7 10/5 | Circuit [1] 4/8 |
| 12-8443-SVW [1] 1/9 | al [1] 1/10 | circumstances [1] 9/19 |
| 1200 [1] 2/15 | Alexandra [2] 2/14 3/6 | citation [2] 4/4 9/2 |
| 1406 [1] 2/20 | all [7] 3/8 3/11 3/14 3/22 4/2 5/11 6/12 | cite [4] 4/8 4/10 4/12 4/13 |
| 1525 [1] 2/8 | allegation [4] 5/19 6/10 7/25 9/8 | cited [3] 9/3 9/5 9/25 |
| 18 [2] 1/17 3/1 | allegations [4] 5/8 5/12 9/10 9/16 | claims [1] 10/18 |
| 1925 [1] 2/16 | alleged [8] 5/2 5/7 5/10 6/15 6/16 6/22 7/23 8/17 | clear [2] 5/18 10/2 |
| 1927 [1] 10/4 | Allen [1] 2/14 | Code [3] 6/20 6/21 7/7 |
| 1983 [2] 4/3 6/17 | already [3] 3/19 3/21 6/20 | color [3] 4/7 4/24 8/11 |
| | although [1] 8/2 | coming [1] 9/2 |
| **2** | among [1] 5/20 | communication [2] 6/25 7/1 |
| 20 [1] 11/7 | ANGELES [7] 1/16 1/24 2/20 3/1 3/7 5/24 6/18 | communications [2] 5/6 5/9 |
| 2000 [1] 4/9 | another [1] 4/19 | complaint [7] 5/2 5/4 5/8 5/10 5/13 6/15 7/23 |
| 2013 [3] 1/17 3/1 11/7 | any [3] 7/13 8/20 9/24 | computer [7] 4/17 4/22 4/25 5/3 5/6 8/1 9/7 |
| 213 [1] 1/25 | anything [3] 3/24 9/8 9/17 | concerns [1] 9/24 |
| 213-613-0500 [1] 2/21 | APPEARANCES [1] 2/1 | concluded [1] 10/25 |
| 213-613-0550 [1] 2/21 | appearing [2] 3/10 3/13 | conclusory [1] 9/9 |
| 223 [1] 4/8 | appreciate [1] 9/25 | conduct [1] 7/16 |
| | appropriate [2] 7/9 7/10 | confidential [3] 6/25 7/1 7/2 |
| **3** | APRIL [2] 1/17 3/1 | Congresswoman [1] 6/3 |
| 312 [1] 1/24 | are [10] 4/3 5/4 5/8 5/10 6/10 6/16 7/12 8/16 9/9 9/9 | consent [3] 6/2 6/24 7/5 |
| 3221 [1] 2/8 | area [1] 6/12 | consider [1] 10/2 |
| 333 [1] 2/20 | argue [1] 3/24 | considered [1] 6/24 |
| | arguing [1] 8/24 | constitute [1] 7/1 |
| **4** | argument [1] 8/8 | constituting [1] 4/7 |
| 402A [1] 1/24 | arrested [1] 7/18 | constitutional [1] 5/18 |
| 40th [1] 2/20 | as [15] | contemplating [2] 6/7 7/8 |
| 4th [1] 2/7 | aside [1] 5/5 | context [1] 7/11 |
| | ask [2] 3/23 10/2 | conversation [2] 7/2 7/5 |
| **5** | asking [1] 8/22 | conversations [2] 6/2 6/5 |
| 545 [1] 2/16 | assisting [1] 4/22 | correct [2] 9/18 11/4 |
| | at [8] 5/9 6/3 6/6 7/17 7/24 10/8 10/11 10/25 | could [3] 4/3 4/19 6/19 |
| **6** | attorney [3] 5/19 9/6 9/6 | COUNSEL [1] 2/1 |
| 6036 [1] 2/7 | attorney's [9] 4/6 4/17 4/21 6/8 7/11 7/24 8/1 8/3 10/9 | county [8] 3/7 4/25 5/3 5/3 5/23 8/3 9/10 10/15 |
| 619-233-1525 [1] 2/8 | attorneys [1] 10/6 | county's [2] 5/6 10/17 |
| 619-233-3221 [1] 2/8 | authorities [1] 7/9 | course [1] 10/22 |
| 620-1149 [1] 1/25 | authority [1] 7/10 | court [15] |
| 632 [3] 6/20 6/21 6/25 | azuiderweg [1] 2/17 | court's [3] 3/13 9/18 10/3 |
| | | Courthouse [1] 1/23 |
| **7** | **B** | crime [1] 8/7 |
| 7106 [1] 11/10 | bank [1] 6/3 | criminal [5] 5/23 6/21 6/23 8/20 8/22 |
| | be [5] 4/19 5/18 6/14 6/16 6/22 | CSR [2] 1/23 11/10 |
| **8** | Beach [1] 2/14 | current [1] 10/5 |
| 818-545 [1] 2/16 | because [2] 6/12 9/12 | CV [1] 1/9 |
| 818-545-1925 [1] 2/16 | been [5] 7/14 7/18 8/22 9/15 9/25 | |
| 83 [1] 10/4 | before [2] 7/18 9/25 | **D** |
| | beg [1] 9/1 | databases [1] 9/7 |
| **9** | belief [1] 9/9 | date [2] 6/16 11/9 |
| 90012 [1] 1/24 | besides [1] 8/12 | day [2] 9/13 10/24 |
| 90071-1406 [1] 2/20 | Broadway [1] 2/15 | deals [1] 4/15 |
| 91210 [1] 2/15 | Brown [1] 2/19 | DEBORAH [2] 1/23 11/9 |
| 92101-6036 [1] 2/7 | brownwhitelaw.com [1] 2/22 | decided [1] 4/9 |
| 9:35 [1] 3/1 | but [5] 5/5 5/18 7/4 8/16 10/1 | Defendants [2] 1/11 2/12 |
| 9:50 [1] 10/25 | | depart [1] 10/16 |
| | **C** | depositions [1] 9/14 |
| **A** | CA [3] 2/7 2/15 2/20 | deputy [1] 5/19 |
| a.m [2] 3/1 10/25 | CALIFORNIA [7] 1/2 1/16 1/24 3/1 5/23 7/7 | designed [1] 8/4 |
| about [5] 6/10 8/21 9/24 10/1 10/19 | | determine [1] 7/13 |
| abusing [1] 9/6 | | Diego [1] 2/7 |
| access [1] 4/17 | | discounts [1] 8/2 |
| accessed [1] 4/21 | | |

### D
discoursive [1]  5/16
discretion [1]  10/3
dismiss [1]  10/17
district [15]
DIVISION [1]  1/3
do [2]  4/4 4/13
documents [1]  9/22
does [3]  3/23 4/10 6/25
doing [1]  9/10
don't [1]  10/20
down [1]  10/21

### E
easy [1]  8/15
egiredale [1]  2/9
either [1]  3/24
else [2]  5/14 8/12
elsewhere [1]  7/21
Email [3]  2/9 2/17 2/22
emails [1]  5/17
employed [1]  6/4
engaged [2]  6/4 7/15
enough [1]  9/11
entire [1]  4/15
Essentially [1]  4/15
et [1]  1/10
Eugene [3]  2/6 2/6 3/12
exactly [1]  7/4
example [1]  6/24
exercise [1]  8/5
expect [1]  7/3
explicitly [1]  9/23

### F
F.3d [1]  4/8
facilities [4]  4/6 4/6 4/17 8/1
fact [3]  6/22 7/9 8/18
facts [1]  5/25
factual [1]  4/16
false [1]  7/19
Fax [3]  2/8 2/16 2/21
federal [2]  6/11 8/22
felony [1]  6/23
file [1]  9/25
filed [1]  9/15
find [1]  9/7
fine [1]  4/14
first [4]  4/2 4/4 7/13 8/19
Fl [1]  2/7
Floor [1]  2/20
focus [3]  5/15 5/17 5/18
foregoing [2]  11/3 11/5
former [1]  7/24
forth [1]  5/4
FREY [10]  1/10 3/5 3/10 5/3 5/19 6/17 8/3
 8/4 8/17 9/10
Frey's [2]  7/25 9/17
friend [1]  7/25
further [1]  7/23

### G
GACKLE [2]  1/23 11/9
geographical [1]  6/12
GEORGE [1]  1/5
Gerald [1]  2/6
Glendale [1]  2/15
go [1]  7/3
going [1]  6/6
gone [1]  6/1
good [3]  3/6 3/9 10/13
got [1]  8/12
government [1]  8/5

grant [1]  3/16
grievances [1]  8/6

### H
had [12]
happened [1]  9/8
has [3]  8/21 8/22 9/24
hasn't [1]  9/25
have [8]  4/10 4/13 7/2 7/14 8/20 9/15 9/20
 10/24
he [5]  4/21 7/17 7/20 9/19 9/21
hear [1]  8/14
her [5]  5/22 6/4 8/5 8/7 8/9
here [8]  3/18 3/19 3/22 5/1 5/19 7/21 7/25
 9/7
hereby [1]  11/3
him [1]  6/6
his [5]  4/17 5/20 7/20 9/20 9/21
Honor [14]
HONORABLE [1]  1/5
Hope [1]  2/20
husband [1]  6/4

### I
I'd [2]  4/4 9/25
I'll [3]  10/7 10/8 10/11
I'm [1]  4/11
if [12]
illicit [1]  6/17
in [35]
inclined [1]  10/16
including [3]  5/22 7/12 9/19
incorporates [1]  9/23
Indeed [1]  9/22
indicated [1]  3/16
information [6]  4/18 4/23 9/7 9/9 9/12 9/13
inherent [1]  10/4
intent [1]  5/22
intern [1]  7/24
internal [3]  4/10 4/13 9/6
international [1]  4/12
intimidate [1]  8/4
into [1]  7/18
involved [1]  9/5
involvement [1]  10/10
Iredale [4]  2/6 2/6 3/12 8/17
is [30]
issue [3]  4/3 4/5 5/16
issued [1]  3/23
it [21]
it's [4]  6/22 8/15 8/17 9/5
its [3]  6/9 8/19 10/16

### J
JOHN [1]  1/10
jointly [1]  10/5
JUDGE [1]  1/5
judicial [1]  6/19
jury [1]  8/25
just [3]  5/15 7/18 8/17

### K
Kenneth [2]  2/19 3/9
knowledge [1]  6/17
knows [1]  6/21
kwhite [1]  2/22

### L
Landrieu [1]  7/19
late [1]  9/2
late-coming [1]  9/2
law [8]  2/6 4/7 4/24 6/11 8/11 8/22 9/21
 10/18
Lawrence [1]  2/14

lbaclaw.com [1]  2/17
learning [1]  8/19
least [1]  5/9
legal [1]  4/20
let [4]  3/4 3/23 4/2 8/14
like [3]  4/4 9/8 9/12
little [1]  6/10
LLP [2]  2/14 2/19
look [2]  10/8 10/11
LOS [7]  1/16 1/24 2/20 3/1 3/7 5/24 6/18
Los Angeles [3]  3/7 5/24 6/18
loss [1]  5/17
Louisiana [1]  7/20

### M
made [4]  5/6 5/12 7/15 8/4
make [1]  8/15
makes [1]  6/21
matter [5]  3/4 6/22 7/9 10/8 11/5
Maxine [1]  6/3
May [1]  11/7
McDade [7]  4/8 9/4 9/5 9/12 9/24 10/1 10/8
me [4]  3/4 3/23 4/2 8/14
member [1]  8/3
might [1]  9/20
mind [1]  10/9
misrepresentations [1]  8/23
morning [2]  3/6 3/9
motion [2]  3/15 10/17
Mr. [6]  5/3 6/1 8/17 8/17 9/10 9/17
Mr. Frey [3]  5/3 8/17 9/10
Mr. Frey's [1]  9/17
Mr. Iredale [1]  8/17
Mr. O'Keefe [1]  6/1
Ms. [8]  3/13 5/25 6/6 7/8 7/15 8/4 9/20 10/6
Ms. Frey [1]  8/4
Ms. Naffe [7]  3/13 5/25 6/6 7/8 7/15 9/20
 10/6
my [7]  7/13 8/17 8/19 10/9 10/12 10/19 10/20

### N
NADIA [1]  1/7
NAFFE [9]  1/7 3/4 3/13 5/25 6/6 7/8 7/15
 9/20 10/6
national [1]  7/20
nature [1]  5/16
necessarily [1]  6/25
need [1]  6/19
Newhouse [1]  2/19
nice [1]  10/24
Ninth [1]  4/8
no [5]  1/9 3/18 9/8 10/20 11/10
nonconsensual [1]  6/5
nonetheless [1]  8/2
nonpublic [1]  9/7
normal [1]  7/1
normally [1]  6/24
North [1]  1/24
not [9]  4/13 6/25 8/24 9/3 9/4 9/5 9/11 9/17
 10/12
nothing [1]  9/11
notice [1]  6/19
now [1]  8/18

### O
O'Keefe [4]  6/1 7/16 7/17 7/23
O'Keefe's [1]  5/22
occurred [4]  5/23 6/18 6/18 7/8
office [8]  4/6 4/17 4/21 6/8 7/11 7/19 7/24 8/3
office's [1]  10/9
Offices [1]  2/6
official [3]  5/20 9/17 11/9
okay [3]  3/21 4/1 10/12
on [7]  3/23 7/17 8/2 9/5 9/10 9/14 10/17

## O

**one [2]** 7/9 9/4
**only [2]** 7/10 9/12
**opportunity [1]** 9/25
**opposition [2]** 3/18 9/3
**or [5]** 6/6 9/4 9/16 10/4 10/12
**original [1]** 9/4
**OSC [1]** 10/3
**other [3]** 4/21 5/5 5/20
**out [3]** 6/14 8/21 9/11
**over [1]** 6/13

## P

**PACER [1]** 9/14
**page [1]** 10/1
**pardon [1]** 9/1
**parlance [1]** 7/1
**part [3]** 5/9 8/16 8/23
**party [2]** 4/19 4/22
**PATRICK [2]** 1/10 3/10
**pattern [2]** 8/16 8/23
**penal [5]** 6/20 6/21 7/7 7/13 8/18
**perhaps [1]** 10/1
**permission [1]** 3/13
**person [5]** 4/18 6/23 7/3 7/4 7/5
**personal [1]** 9/21
**personally [1]** 6/2
**petition [1]** 8/5
**place [1]** 6/13
**places [1]** 6/15
**plaintiff [5]** 1/8 2/4 3/13 5/21 9/22
**plaintiff's [1]** 10/18
**point [1]** 9/5
**pointed [2]** 8/21 9/11
**pointing [1]** 6/14
**position [1]** 5/20
**potential [1]** 10/10
**power [1]** 10/4
**PRESIDING [1]** 1/5
**pretenses [1]** 7/19
**previously [1]** 9/5
**prior [1]** 10/5
**private [2]** 4/18 4/22
**proceedings [3]** 1/15 10/25 11/5
**property [1]** 8/1
**provide [1]** 4/4
**provided [1]** 4/23
**proximate [1]** 8/21
**public [5]** 4/5 7/14 7/15 9/13 9/14
**publicity [1]** 7/20
**published [1]** 9/12
**purported [1]** 10/10
**purpose [1]** 4/22
**putting [1]** 5/5

## Q

**quite [1]** 6/14

## R

**re [1]** 10/3
**reason [1]** 9/4
**receiving [1]** 7/20
**recognize [1]** 5/16
**record [4]** 6/23 9/13 9/14 11/4
**recorded [1]** 6/1
**recording [3]** 6/5 6/18 7/5
**redress [2]** 8/6 8/6
**regard [2]** 4/4 5/25
**regarding [4]** 4/5 4/18 9/16 9/17
**remains [1]** 9/14
**repeat [1]** 7/4
**repeated [1]** 9/9
**repeatedly [1]** 9/19

**report [2]** 5/22 8/6
**Reporter [1]** 11/0
**REPORTER'S [1]** 1/15
**reporting [2]** 6/7 7/8
**representative [1]** 4/16
**request [1]** 10/7
**requests [1]** 10/16
**respect [5]** 7/10 7/22 9/2 9/16 9/20
**respectfully [2]** 10/2 10/15
**response [1]** 8/14
**rest [1]** 10/1
**retaliate [2]** 5/21 8/7
**right [6]** 3/8 3/11 3/14 3/22 5/11 8/5
**road [1]** 10/21
**roll [1]** 7/17
**Room [1]** 1/24
**RPR [1]** 1/23
**rule [2]** 10/4 10/17
**Rule 83 [1]** 10/4

## S

**said [5]** 4/23 7/4 7/12 8/19 9/19
**San [1]** 2/7
**sanctions [2]** 10/4 10/5
**say [4]** 3/19 3/21 7/2 9/23
**saying [1]** 5/7
**says [1]** 6/9
**Secondly [1]** 5/15
**section [1]** 6/20
**see [3]** 8/18 10/8 10/11
**seems [1]** 6/12
**Senator [1]** 7/19
**sense [1]** 10/20
**set [1]** 5/4
**severally [1]** 10/5
**shared [1]** 4/19
**she [2]** 5/21 7/15
**shortly [1]** 7/18
**should [1]** 5/18
**shown [1]** 9/19
**sic [1]** 8/4
**side [1]** 3/24
**since [1]** 9/24
**situation [1]** 4/16
**slightly [1]** 8/2
**slip [1]** 8/16
**sneaking [1]** 7/18
**so [6]** 3/21 4/19 5/5 6/11 7/7 7/25
**some [3]** 4/19 8/16 10/10
**somebody [1]** 7/3
**something [1]** 9/10
**sometimes [1]** 5/17
**sorry [1]** 4/11
**sort [1]** 10/10
**sound [1]** 10/3
**South [1]** 2/20
**speaking [1]** 9/21
**specific [1]** 6/14
**specifically [2]** 4/6 8/6
**Spring [1]** 1/24
**St [1]** 2/7
**state [5]** 4/7 4/24 6/11 8/10 10/18
**statement [1]** 7/12
**statements [2]** 6/16 8/4
**STATES [2]** 1/1 1/23
**statute [1]** 7/6
**statutes [4]** 7/13 7/21 8/18 8/20
**stenographic [1]** 11/4
**Stop [1]** 8/24
**Street [2]** 1/24 2/20
**stuff [1]** 10/11
**submission [1]** 10/8
**submit [1]** 10/3

**substitution [1]** 3/15
**suggestions [1]** 9/20
**Suite [1]** 2/15
**supplement [1]** 10/1
**suspect [1]** 6/20
**SVW [1]** 1/9
**system [2]** 5/1 5/7

## T

**take [4]** 6/19 10/7 10/8 10/11
**taken [2]** 4/20 5/22
**talking [1]** 6/10
**tape [4]** 6/1 6/5 6/23 7/5
**task [3]** 7/13 8/18 8/19
**tend [1]** 5/17
**tentative [9]** 3/16 3/23 6/9 8/19 9/18 10/12 10/17 10/20 10/20
**tepid [1]** 9/9
**Thank [4]** 10/13 10/22 10/23 10/24
**that [57]**
**that's [5]** 4/14 7/6 8/10 8/13 9/11
**their [2]** 4/25 6/24
**then [3]** 4/18 6/3 7/3
**there [6]** 3/15 4/3 4/19 7/7 9/7 9/8
**there's [2]** 9/4 10/20
**these [3]** 3/23 5/16 7/12
**they [4]** 4/23 5/9 6/2 6/5
**things [4]** 4/3 5/20 7/12 8/16
**think [3]** 8/10 8/10 10/19
**third [1]** 7/4
**this [13]**
**those [2]** 8/12 8/14
**though [1]** 6/12
**threaten [1]** 5/20
**threatened [1]** 9/17
**throughout [2]** 5/2 5/12
**THURSDAY [2]** 1/17 3/1
**time [6]** 5/3 5/5 6/6 7/17 8/3 9/10
**together [1]** 6/1
**tongue [1]** 8/16
**transcript [2]** 1/15 11/4
**true [1]** 11/3
**tweeted [1]** 8/17
**tweets [2]** 5/17 8/21
**two [4]** 4/3 8/12 8/14 10/1
**two-page [1]** 10/1

## U

**U.S [1]** 1/5
**under [6]** 4/7 4/23 6/25 7/19 10/4 10/8
**understand [2]** 8/8 10/7
**UNITED [2]** 1/1 1/23
**unrelated [1]** 4/20
**use [2]** 4/5 4/25
**used [4]** 4/17 4/22 5/3 5/9
**using [2]** 5/20 7/25

## V

**vague [1]** 6/10
**various [1]** 7/12
**verbatim [1]** 7/4
**versus [1]** 3/4
**very [3]** 9/22 10/2 10/13
**via [1]** 5/6
**violated [3]** 8/18 8/22 9/21
**violating [2]** 7/14 8/20
**violation [10]** 5/22 5/23 6/11 6/11 6/17 6/21 6/23 7/7 7/10 7/21
**violative [1]** 7/6

## W

**walking [1]** 10/21
**want [2]** 3/24 4/3
**wanted [2]** 5/15 6/14

## W

was [18]
Waters [1]  6/3
we [3]  6/10 8/10 8/10
we've [1]  9/19
well [3]  6/9 7/6 10/11
went [1]  6/3
were [5]  5/3 5/6 5/9 5/25 8/4
West [3]  2/7 2/15 4/8
WESTERN [1]  1/3
what [14]
where [1]  6/15
whether [1]  9/16
which [6]  4/16 5/4 6/3 8/4 8/20 9/3
White [3]  2/19 2/19 3/9
will [3]  7/3 10/11 10/19
without [3]  6/2 6/23 7/5
wobbler [1]  6/22
words [2]  4/21 5/6
would [2]  3/16 4/2
WU [1]  1/5

## Y

yahoo.com [1]  2/9
yes [3]  3/20 3/25 5/10
yesterday [1]  9/14
you [11]  3/16 7/2 7/3 7/13 8/12 8/18 8/20
 10/13 10/22 10/23 10/24
you're [6]  3/18 3/19 3/21 5/7 6/12 8/24
you've [1]  7/4
your [17]

## Z

Zuiderweg [2]  2/14 3/7