UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

THE HON. GEORGE H. WU, JUDGE PRESIDING

NADIA NAFFE,                    )
                                )
            Plaintiff,          )
                                )
    vs.                         ) No. CV 12-8443-GW
                                )
JOHN PATRICK FREY, et al.,      )
                                )
            Defendant.          )
_____)

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Los Angeles, California

Monday, December 10, 2012; 9:00 A.M.

DEFENDANTS JOHN PATRICK FREY AND CHRISTI FREY'S MOTION TO STRIKE THE SECOND THROUGH SIXTH CAUSES OF ACTION OF THE COMPLAINT; DEFENDANTS JOHN PATRICK FREY AND CHRISTI FREY'SMOTION TO DISMISS FIRST THROUGH SIXTH CAUSES OF ACTION OF THE COMPLAINT

Wil S. Wilcox, CSR 9178
Official U.S. District Court Reporter
312 North Spring Street, # 432-A
Los Angeles, California 90012
Phone: (213) 290-2849

**APPEARANCES OF COUNSEL:**

**FOR THE PLAINTIFF:**

>	JASON S. LEIDERMAN
>	Leiderman Devine LLP
>	5740 Ralston Street Suite 300
>	Ventura, CA 93003
>	805-654-0200
>	Fax: 805-654-0280
>	Email: jay@criminal-lawyer.me

**FOR THE DEFENDANTS JOHN PATRICK FREY AND CHRISTI FREY:**

>	KENNETH P. WHITE
>	Brown White and Newhouse LLP
>	333 South Hope Street 40th Floor
>	Los Angeles, CA 90071-1406
>	213-613-0500
>	Fax: 213-613-0550
>	Email: kwhite@brownwhitelaw.com

**FOR THE DEFENDANT COUNTY OF LOS ANGELES AND MR. COOLEY:**

>	PAUL B. BEACH
>	Lawrence Beach Allen and Choi PC
>	100 West Broadway Suite 1200
>	Glendale, CA 91210-1219
>	818-545-1925
>	Fax: 818-545-1937
>	Email: pbeach@lbaclaw.com

**LOS ANGELES, CA.; MONDAY, DECEMBER 10, 2012; 9:00 A.M.**

-oOo-

THE COURT: Let me call the matter of Naffe versus Frey.

MR. LEIDERMAN: Good morning, Your Honor. Jay Leiderman on behalf of Nadia Naffe.

THE COURT: All right.

MR. WHITE: Good morning, Your Honor. Kenneth White on behalf of defendants John Patrick Frey and Christi Frey.

MR. BEACH: Good morning, Your Honor. Paul Beach for defendant County of Los Angeles and Mr. Cooley.

THE COURT: All right. We are here on motions to strike and to dismiss. I've issued a tentative which more or less focuses, somewhat initially, on the Court's jurisdiction. I presume both sides have seen it?

MR. WHITE: Yes, Your Honor.

MR. LEIDERMAN: Yes, Your Honor.

THE COURT: Does somebody want to argue something?

MR. LEIDERMAN: Your Honor, we can amend the pleading appropriately.

Ms. Naffe is a resident of Florida. She's a domiciliary of Massachusetts currently while she's attending Harvard University.

THE COURT: Wouldn't it be just the opposite? In

other words, her domicile is in Florida, but she's currently residing in Massachusetts while going to Harvard?

MR. LEIDERMAN: Did I just say it the opposite way?

THE COURT: Yes.

MR. LEIDERMAN: I'm not having a good morning, Your Honor. I apologize.

THE COURT: That's all right. Okay.

Even if that is done, there is still a question as to whether or not there is a basis here for the 1983 claim because there does not appear to be any state action insofar as the 1983 claim is concerned.

MR. LEIDERMAN: Okay. Does the Court want me to address myself to factual matters that we could allege to amend this to bring it within 1983 as the Court sees it? I believe we can do that, but I don't know if the Court wants me to go expounding on other factual matters.

The Court focused in on one piece from the declaration that was appended to the opposition to the anti-SLAPP motion, if I've read this correctly.

THE COURT: Well, let me put it this way. The complaint itself does not provide a sufficient basis for an allegation of state action. And the response of the Court was it's insufficient. And the question is whether or not the plaintiff can allege anything that would pull it into a

sufficient allegation of some form of state action.

    MR. LEIDERMAN: Your Honor, we believe we can with an amendment based upon, again, what the Court circled in on which was Mr. Frey's statement that my first task is learning what criminal statutes, if any, you have admitted violating.

    That was in connection with an incident in Los Angeles County where Ms. Naffe and Mr. O'Keefe went to surreptitiously tape Ms. Waters, Congresswoman Maxine Waters, in her office.

    Mr. O'Keefe gave Ms. Naffe his telephone which had -- or they switched telephones for some reason during this. One apparently had a better recording device. And Mr. O'Keefe checked his e-mails on Ms. Naffe's phone and didn't log out. And she had access to his e-mail for some time. That's the theft that I guess that was alluded to in the complaint, but I believe the Court feels we didn't plead with sufficient specificity.

    So, the comments with respect to what statutes, what criminal statutes she's violated go to a theft case in Los Angeles County. I think the Court correctly notes that Mr. Frey -- I believe it's pronounced actually Fray. It may be pronounced --

    MR. WHITE: It is Frey.

    MR. LEIDERMAN: It is Frey?

MR. WHITE: That's correct.

MR. LEIDERMAN: Okay. Mr. Frey was discussing the theft of e-mails and personal property, which of course is state action which of course is subject to his role as a prosecutor. And he said he was going to personally admit that. So we believe we can cure this with an amendment.

THE COURT: Let me stop you. Let me ask the defense counsel. What's your response to that?

MR. WHITE: My response, Your Honor, is first of all, the context. Again, from things that the plaintiff has submitted shows, as the Court pointed out in its tentative, that Mr. Frey said: Can you send me the federal statute? Do you know the federal statute covering unauthorized access of e-mail?

Even if the plaintiff were to supplement its prior complaint, and in doing so, of course, it can't contradict any of the things she said already, that would not be state action because no reasonable inference could be drawn that a blogger who goes under the name Patterico's Pontifications who is tweeting under a Twitter account linked to that blog was doing anything related to his duties as a deputy district attorney.

Notably, the plaintiff has never alleged and isn't alleging that he ever said he would use the power of the district attorney's office. Very notably, the plaintiff is

avoiding alleging where in the district attorney's office Mr. Frey works. That's because he's in the hardcore gangs unit, which as they know is not likely to be prosecuting theft of e-mails.

Even if they added this additional bit, Your Honor, it would not cross the line. It's simply not anything related to his duties and it's not purporting to be related to anything to his duties.

THE COURT: All right. For the other defendant, anything?

MR. BEACH: I agree with counsel for Mr. Frey, Your Honor.

THE COURT: All right. Let me ask plaintiff's counsel. Any response to that?

MR. LEIDERMAN: Yes, there is. This tweet is the tip of the iceberg for this. There is voluminous materials that our firm chose not to add into the original complaint, not to make it 100 or 200 paragraphs with respect to all of what Mr. Frey did.

I believe this can be cured with amendment, not just on this basis that the Court pointed out. But I believe -- and we'd need to go through this -- that there are other avenues that link him closer to the state action. Now that we have the Court's logic in this, we believe we can follow it and ultimately prevail on this.

```
           THE COURT:  Yes.

           MR. WHITE:  Respectfully, Your Honor, that's
simply not specific enough.  Plaintiff had an opportunity to
respond in a reply.  Plaintiff had an opportunity to come
here prepared today to articulate.

           THE COURT:  No.  The problem is that even if the
plaintiff responded in a reply --

           MR. WHITE:  Pardon me.  I should say in the
opposition, Your Honor.

           THE COURT:  Okay.  All right.  I will give the
plaintiff one more shot at this, but only one more shot at
this.  And I will not address the other pending matter since
this matter I think really at this point in time is the
thing that's controlling.

           So, I will allow an amendment.  I presume the
amendment can be filed within the next ten days.  I will
require it to be filed by the 21st of December.

           Yes.

           MR. WHITE:  Your Honor, given the holidays after
that, may I respectfully request -- I don't remember off the
top of my head the amount of time I normally get.  I think
it's ten days.  If I could have to file my follow-up motion
to dismiss say 20 days after that.

           THE COURT:  Sure.

           MR. LEIDERMAN:  No objection.
```

THE COURT: All right. So that would be on the 11th of January.

MR. WHITE: Yes, Your Honor.

THE COURT: Okay.

MR. WHITE: In addition, since the Court raised sua sponte the issue of the adequacy of the damages allegation for purposes of diversity jurisdiction, would the Court like me to address that in a separate motion?

THE COURT: No. It would be the same motion.

MR. WHITE: Very well, Your Honor.

THE COURT: Address everything in regards to the amended complaint.

Yes.

MR. BEACH: Your Honor, so would Mr. Cooley's motion which is presently set for hearing on the 20th be taken off calendar?

THE COURT: It will be taken off calendar. In other words everything, also, the motion. I guess there is an anti-SLAPP motion that is also on calendar. I'm taking that off as well.

MR. WHITE: And, again, the Court's not reaching that so that there is no prejudice to bring it again should the federal claim survive?

THE COURT: Yes. There is no prejudice in that regard. The federal practices in regards to SLAPP is

```
different than the state practice in regards to SLAPP.
         MR. WHITE:    Yes, Your Honor.
         THE COURT:   All right.
         MR. WHITE:    Thank you, Your Honor.
         THE COURT:   Anything else we need to discuss?
         MR. LEIDERMAN:  No, sir.  Thank you.
         THE COURT:   All right.  Have a happy holiday
         MR. WHITE:    Thank you, Your Honor.
         MR. BEACH:    Thank you, Your Honor.
         (At 9:36 a.m. proceedings were adjourned.)
```

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date: July 20, 2013

/s/ WIL S. WILCOX

U.S. COURT REPORTER

CSR NO. 9178

## -

-oOo- [1]  3/2

## /

/s [1]  11/15

## 0

0200 [1]  2/5
0280 [1]  2/6
0500 [1]  2/11
0550 [1]  2/11

## 1

10 [2]  1/15 3/1
100 [2]  2/15 7/18
11th of [1]  9/2
12-8443-GW [1]  1/8
1200 [1]  2/15
1219 [1]  2/16
1406 [1]  2/10
1925 [1]  2/16
1937 [1]  2/17
1983 [3]  4/10 4/12 4/15

## 2

20 [2]  8/23 11/12
200 [1]  7/18
2012 [2]  1/15 3/1
2013 [1]  11/12
20th be [1]  9/15
213 [1]  1/25
213-613-0500 [1]  2/11
213-613-0550 [1]  2/11
21st [1]  8/17
28 [1]  11/6
2849 [1]  1/25
290-2849 [1]  1/25

## 3

300 [1]  2/4
312 [1]  1/24
333 [1]  2/10

## 4

40th [1]  2/10
432-A [1]  1/24

## 5

5740 [1]  2/4

## 7

753 [1]  11/5

## 8

805-654-0200 [1]  2/5
805-654-0280 [1]  2/6
818-545-1925 [1]  2/16
818-545-1937 [1]  2/17

## 9

90012 [1]  1/24
90071-1406 [1]  2/10
91210-1219 [1]  2/16
9178 [2]  1/23 11/17
93003 [1]  2/5
9:00 [2]  1/15 3/1
9:36 [1]  10/10

## A

a.m [3]  1/15 3/1 10/10
above [1]  11/8
above-entitled [1]  11/8
access [2]  5/15 6/13
account [1]  6/20
action [8]  1/17 1/19 4/11 4/23 5/1 6/4 6/18 7/23
actually [1]  5/22
add [1]  7/17
added [1]  7/5
addition [1]  9/5
additional [1]  7/5
address [4]  4/14 8/12 9/8 9/11
adequacy [1]  9/6
adjourned [1]  10/10
admit [1]  6/5
admitted [1]  5/5
after [2]  8/19 8/23
again [4]  5/3 6/10 9/21 9/22
agree [1]  7/11
al [1]  1/9
all [11]  3/7 3/13 4/8 6/10 7/9 7/13 7/18 8/10 9/1 10/3 10/7
allegation [3]  4/23 5/1 9/7
allege [2]  4/14 4/25
alleged [1]  6/23
alleging [2]  6/24 7/1
Allen [1]  2/15
allow [1]  8/15
alluded [1]  5/16
already [1]  6/17
also [2]  9/18 9/19
amend [2]  3/20 4/15
amended [1]  9/12
amendment [5]  5/3 6/6 7/20 8/15 8/16
amount [1]  8/21
Angeles [8]  1/14 1/24 2/10 2/13 3/1 3/12 5/8 5/21
anti [2]  4/20 9/19
anti-SLAPP [2]  4/20 9/19
any [4]  4/11 5/5 6/17 7/14
anything [6]  4/25 6/21 7/7 7/8 7/10 10/5
apologize [1]  4/7
apparently [1]  5/13
appear [1]  4/11
APPEARANCES [1]  2/1
appended [1]  4/19
appropriately [1]  3/21
are [2]  3/13 7/23
argue [1]  3/19
articulate [1]  8/5
as [8]  4/9 4/12 4/15 6/4 6/11 6/21 7/3 9/20
ask [2]  6/7 7/13
attending [1]  3/23
attorney [1]  6/22
attorney's [2]  6/25 7/1
avenues [1]  7/23
avoiding [1]  7/1

## B

based [1]  5/3
basis [3]  4/10 4/22 7/21
be [14]
BEACH [3]  2/14 2/15 3/11
because [3]  4/11 6/18 7/2
behalf [2]  3/6 3/9
believe [8]  4/16 5/2 5/17 5/22 6/6 7/20 7/22 7/24
better [1]  5/13
bit [1]  7/5
blog [1]  6/20
blogger [1]  6/19
both [1]  3/16
bring [2]  4/15 9/22
Broadway [1]  2/15
Brown [1]  2/9
brownwhitelaw.com [1]  2/12

## C

CA [4]  2/5 2/10 2/16 3/1
calendar [3]  9/16 9/17 9/19
CALIFORNIA [3]  1/2 1/14 1/24
call [1]  3/3
can [9]  3/20 4/16 4/25 5/2 6/6 6/12 7/20 7/25 8/16
can't [1]  6/16
case [1]  5/20
CAUSES [2]  1/17 1/19
CENTRAL [1]  1/2
CERTIFICATE [1]  11/2
certify [1]  11/5
checked [1]  5/14
Choi [1]  2/15
chose [1]  7/17
CHRISTI [4]  1/16 1/18 2/8 3/9
circled [1]  5/3
claim [3]  4/10 4/12 9/23
closer [1]  7/23
Code [1]  11/6
come [1]  8/4
comments [1]  5/19
complaint [7]  1/18 1/20 4/22 5/17 6/16 7/17 9/12
concerned [1]  4/12
Conference [1]  11/10
conformance [1]  11/9
Congresswoman [1]  5/9
connection [1]  5/7
context [1]  6/10
contradict [1]  6/16
controlling [1]  8/14
COOLEY [2]  2/13 3/12
Cooley's [1]  9/14
correct [2]  6/1 11/7
correctly [2]  4/20 5/21
could [3]  4/14 6/18 8/22
counsel [4]  2/1 6/8 7/11 7/14
COUNTY [4]  2/13 3/12 5/8 5/21
course [3]  6/3 6/4 6/16
COURT [15]
Court's [3]  3/15 7/24 9/21
covering [1]  6/13
criminal [3]  2/6 5/5 5/20
criminal-lawyer.me [1]  2/6
cross [1]  7/6
CSR [2]  1/23 11/17
cure [1]  6/6
cured [1]  7/20
currently [2]  3/23 4/1
CV [1]  1/8

## D

damages [1]  9/6
Date [1]  11/12
days [3]  8/16 8/22 8/23
December [3]  1/15 3/1 8/17
declaration [1]  4/19
defendant [4]  1/10 2/13 3/12 7/9
defendants [4]  1/16 1/18 2/8 3/9
defense [1]  6/8
deputy [1]  6/21
device [1]  5/13
Devine [1]  2/4
did [2]  4/3 7/19
didn't [2]  5/15 5/17
different [1]  10/1
discuss [1]  10/5
discussing [1]  6/2
dismiss [3]  1/19 3/14 8/23
district [6]  1/1 1/2 1/23 6/22 6/25 7/1
diversity [1]  9/7

| | | |
|---|---|---|
| **D**<br>DIVISION [1]  1/3<br>do [2]  4/16 6/13<br>does [4]  3/19 4/11 4/13 4/22<br>doing [2]  6/16 6/21<br>domicile [1]  4/1<br>domiciliary [1]  3/23<br>don't [2]  4/16 8/20<br>done [1]  4/9<br>drawn [1]  6/18<br>during [1]  5/12<br>duties [3]  6/21 7/7 7/8 | he's [1]  7/2<br>head [1]  8/21<br>hearing [1]  9/15<br>held [1]  11/8<br>her [2]  4/1 5/10<br>here [3]  3/13 4/10 8/5<br>hereby [1]  11/5<br>him [1]  7/23<br>his [7]  5/11 5/14 5/15 6/4 6/21 7/7 7/8<br>holiday [1]  10/7<br>holidays [1]  8/19<br>HON [1]  1/4<br>Honor [21]<br>Hope [1]  2/10 | materials [1]  7/16<br>matter [4]  3/3 8/12 8/13 11/8<br>matters [2]  4/14 4/17<br>Maxine [1]  5/9<br>may [2]  5/22 8/20<br>me [10]  3/3 4/14 4/17 4/21 6/7 6/7 6/12 7/13 8/8 9/8<br>Monday [2]  1/15 3/1<br>more [3]  3/14 8/11 8/11<br>morning [4]  3/5 3/8 3/11 4/6<br>motion [8]  1/16 4/20 8/22 9/8 9/9 9/15 9/18 9/19<br>motions [1]  3/13<br>MR [1]  2/13<br>Mr. [12]<br>Mr. Cooley [1]  3/12<br>Mr. Cooley's [1]  9/14<br>Mr. Frey [6]  5/22 6/2 6/12 7/2 7/11 7/19<br>Mr. Frey's [1]  5/4<br>Mr. O'Keefe [3]  5/8 5/11 5/14<br>Ms [1]  5/14<br>Ms. [4]  3/22 5/8 5/9 5/11<br>Ms. Naffe [3]  3/22 5/8 5/11<br>Ms. Waters [1]  5/9<br>my [4]  5/4 6/9 8/21 8/22<br>myself [1]  4/14 |
| **E**<br>e-mail [2]  5/15 6/14<br>e-mails [3]  5/14 6/3 7/4<br>else [1]  10/5<br>Email [3]  2/6 2/12 2/17<br>enough [1]  8/3<br>entitled [1]  11/8<br>et [1]  1/9<br>even [4]  4/9 6/15 7/5 8/6<br>ever [1]  6/24<br>everything [2]  9/11 9/18<br>expounding [1]  4/17 | **I**<br>I'm [2]  4/6 9/19<br>I've [2]  3/14 4/20<br>iceberg [1]  7/16<br>incident [1]  5/7<br>inference [1]  6/18<br>initially [1]  3/15<br>insofar [1]  4/11<br>insufficient [1]  4/24<br>is [29]<br>isn't [1]  6/23<br>issue [1]  9/6<br>issued [1]  3/14<br>it [18]<br>it's [5]  4/24 5/22 7/6 7/7 8/22<br>its [2]  6/11 6/15<br>itself [1]  4/22 | **N**<br>NADIA [2]  1/6 3/6<br>NAFFE [6]  1/6 3/3 3/6 3/22 5/8 5/11<br>Naffe's [1]  5/14<br>name [1]  6/19<br>need [2]  7/22 10/5<br>never [1]  6/23<br>Newhouse [1]  2/9<br>next [1]  8/16<br>no [9]  1/8 6/18 8/6 8/25 9/9 9/22 9/24 10/6 11/17<br>normally [1]  8/21<br>North [1]  1/24<br>not [16]<br>notably [2]  6/23 6/25<br>notes [1]  5/21<br>Now [1]  7/24 |
| **F**<br>factual [2]  4/14 4/17<br>Fax [3]  2/6 2/11 2/17<br>federal [4]  6/12 6/13 9/23 9/25<br>feels [1]  5/17<br>file [1]  8/22<br>filed [2]  8/16 8/17<br>firm [1]  7/17<br>first [3]  1/19 5/4 6/9<br>Floor [1]  2/10<br>Florida [2]  3/22 4/1<br>focused [1]  4/18<br>focuses [1]  3/15<br>follow [2]  7/25 8/22<br>follow-up [1]  8/22<br>foregoing [1]  11/6<br>form [1]  5/1<br>format [1]  11/9<br>Fray [1]  5/22<br>FREY [16]<br>FREY'S [2]  1/16 5/4<br>FREY'SMOTION [1]  1/19 | **J**<br>January [1]  9/2<br>JASON [1]  2/3<br>jay [2]  2/6 3/5<br>JOHN [5]  1/9 1/16 1/18 2/8 3/9<br>JUDGE [1]  1/4<br>Judicial [1]  11/10<br>July [1]  11/12<br>jurisdiction [2]  3/16 9/7<br>just [3]  3/25 4/3 7/21 | **O**<br>O'Keefe [3]  5/8 5/11 5/14<br>objection [1]  8/25<br>off [4]  8/20 9/16 9/17 9/20<br>office [3]  5/10 6/25 7/1<br>Official [1]  1/23<br>Okay [5]  4/8 4/13 6/2 8/10 9/4<br>one [4]  4/18 5/13 8/11 8/11<br>only [1]  8/11<br>oOo [1]  3/2<br>opportunity [2]  8/3 8/4<br>opposite [2]  3/25 4/3<br>opposition [2]  4/19 8/9<br>original [1]  7/17<br>other [6]  4/1 4/17 7/9 7/23 8/12 9/18<br>our [1]  7/17<br>out [3]  5/15 6/11 7/21 |
| **G**<br>gangs [1]  7/2<br>gave [1]  5/11<br>GEORGE [1]  1/4<br>get [1]  8/21<br>give [1]  8/10<br>given [1]  8/19<br>Glendale [1]  2/16<br>go [3]  4/17 5/20 7/22<br>goes [1]  6/19<br>going [2]  4/2 6/5<br>good [4]  3/5 3/8 3/11 4/6<br>guess [2]  5/16 9/18<br>GW [1]  1/8 | **K**<br>KENNETH [2]  2/9 3/8<br>know [3]  4/16 6/13 7/3<br>kwhite [1]  2/12<br>**L**<br>Lawrence [1]  2/15<br>lawyer.me [1]  2/6<br>lbaclaw.com [1]  2/17<br>learning [1]  5/5<br>LEIDERMAN [3]  2/3 2/4 3/6<br>less [1]  3/15<br>let [5]  3/3 4/21 6/7 6/7 7/13<br>like [1]  9/8<br>likely [1]  7/3<br>line [1]  7/6<br>link [1]  7/23<br>linked [1]  6/20<br>LLP [2]  2/4 2/9<br>log [1]  5/15<br>logic [1]  7/24<br>Los [8]  1/14 1/24 2/10 2/13 3/1 3/12 5/8 5/21<br>Los Angeles [3]  3/12 5/8 5/21 | **P**<br>page [1]  11/9<br>paragraphs [1]  7/18<br>Pardon [1]  8/8<br>PATRICK [5]  1/9 1/16 1/18 2/8 3/9<br>Patterico's [1]  6/19<br>PAUL [2]  2/14 3/11<br>pbeach [1]  2/17<br>PC [1]  2/15<br>pending [1]  8/12<br>personal [1]  6/3 |
| **H**<br>had [5]  5/12 5/13 5/15 8/3 8/4<br>happy [1]  10/7<br>hardcore [1]  7/2<br>Harvard [2]  3/24 4/2<br>has [2]  6/10 6/23<br>have [5]  3/16 5/5 7/24 8/22 10/7<br>having [1]  4/6<br>he [4]  6/5 6/5 6/24 6/24 | **M**<br>mail [2]  5/15 6/14<br>mails [3]  5/14 6/3 7/4<br>make [1]  7/18<br>Massachusetts [2]  3/23 4/2 | |

**P**

personally [1]  6/5
phone [2]  1/25 5/14
piece [1]  4/18
plaintiff [11]  1/7 2/2 4/25 6/10 6/15 6/23 6/25 8/3 8/4 8/7 8/11
plaintiff's [1]  7/13
plead [1]  5/17
pleading [1]  3/21
point [1]  8/13
pointed [2]  6/11 7/21
Pontifications [1]  6/19
power [1]  6/24
practice [1]  10/1
practices [1]  9/25
prejudice [2]  9/22 9/24
prepared [1]  8/5
presently [1]  9/15
PRESIDING [1]  1/4
presume [2]  3/16 8/15
prevail [1]  7/25
prior [1]  6/15
problem [1]  8/6
proceedings [3]  1/13 10/10 11/8
pronounced [2]  5/22 5/23
property [1]  6/3
prosecuting [1]  7/3
prosecutor [1]  6/5
provide [1]  4/22
pull [1]  4/25
purporting [1]  7/7
purposes [1]  9/7
pursuant [1]  11/5
put [1]  4/21

**Q**

question [2]  4/9 4/24

**R**

raised [1]  9/5
Ralston [1]  2/4
reaching [1]  9/21
read [1]  4/20
really [1]  8/13
reason [1]  5/12
reasonable [1]  6/18
recording [1]  5/13
regard [1]  9/25
regards [3]  9/11 9/25 10/1
regulations [1]  11/10
related [3]  6/21 7/7 7/8
remember [1]  8/20
reply [2]  8/4 8/7
reported [1]  11/7
Reporter [2]  1/23 11/16
REPORTER'S [1]  1/13
request [1]  8/20
require [1]  8/17
resident [1]  3/22
residing [1]  4/2
respect [2]  5/19 7/18
respectfully [2]  8/2 8/20
respond [1]  8/4
responded [1]  8/7
response [4]  4/23 6/8 6/9 7/14
right [9]  3/7 3/13 4/8 7/9 7/13 8/10 9/1 10/3 10/7
role [1]  6/4

**S**

said [4]  6/5 6/12 6/17 6/24
same [1]  9/9
say [3]  4/3 8/8 8/23

SECOND [1]  1/17
Section [1]  11/5
seen [1]  3/16
sees [1]  4/15
send [1]  6/12
separate [1]  9/8
set [1]  9/15
she [2]  5/15 6/17
she's [4]  3/22 3/23 4/1 5/20
shot [2]  8/11 8/11
should [2]  8/8 9/22
shows [1]  6/11
sides [1]  3/16
simply [2]  7/6 8/3
since [2]  8/12 9/5
sir [1]  10/6
SIXTH [2]  1/17 1/19
SLAPP [4]  4/20 9/19 9/25 10/1
so [7]  5/19 6/6 6/16 8/15 9/1 9/14 9/22
some [3]  5/1 5/12 5/15
somebody [1]  3/19
something [1]  3/19
somewhat [1]  3/15
South [1]  2/10
specific [1]  8/3
specificity [1]  5/18
sponte [1]  9/6
Spring [1]  1/24
state [7]  4/11 4/23 5/1 6/4 6/17 7/23 10/1
statement [1]  5/4
STATES [3]  1/1 11/6 11/10
statute [2]  6/12 6/13
statutes [3]  5/5 5/19 5/20
stenographically [1]  11/7
still [1]  4/9
stop [1]  6/7
Street [3]  1/24 2/4 2/10
strike [2]  1/17 3/14
sua [1]  9/6
subject [1]  6/4
submitted [1]  6/11
sufficient [3]  4/22 5/1 5/18
Suite [2]  2/4 2/15
supplement [1]  6/15
Sure [1]  8/24
surreptitiously [1]  5/9
survive [1]  9/23
switched [1]  5/12

**T**

taken [2]  9/16 9/17
taking [1]  9/19
tape [1]  5/9
task [1]  5/4
telephone [1]  5/11
telephones [1]  5/12
ten [2]  8/16 8/22
tentative [2]  3/14 6/11
than [1]  10/1
Thank [4]  10/4 10/6 10/8 10/9
that [36]
that's [6]  4/8 5/16 6/1 7/2 8/2 8/14
theft [4]  5/16 5/20 6/3 7/4
there [9]  4/9 4/10 4/11 7/15 7/16 7/22 9/18 9/22 9/24
they [3]  5/12 7/3 7/5
thing [1]  8/14
things [2]  6/10 6/17
think [3]  5/21 8/13 8/21
this [17]
through [3]  1/17 1/19 7/22
time [3]  5/16 8/13 8/21
tip [1]  7/16
Title [1]  11/6

today [1]  8/5
top [1]  8/21
transcript [3]  1/13 11/7 11/9
true [1]  11/6
tweet [1]  7/15
tweeting [1]  6/20
Twitter [1]  6/20

**U**

U.S [2]  1/23 11/16
ultimately [1]  7/25
unauthorized [1]  6/13
under [2]  6/19 6/20
unit [1]  7/3
UNITED [3]  1/1 11/6 11/10
University [1]  3/24
up [1]  8/22
upon [1]  5/3
use [1]  6/24

**V**

Ventura [1]  2/5
versus [1]  3/3
Very [2]  6/25 9/10
violated [1]  5/20
violating [1]  5/6
voluminous [1]  7/16

**W**

want [2]  3/19 4/13
wants [1]  4/16
was [8]  4/19 4/24 5/4 5/7 5/16 6/2 6/5 6/21
Waters [2]  5/9 5/10
way [2]  4/4 4/21
we [13]
we'd [1]  7/22
well [3]  4/21 9/10 9/20
went [1]  5/8
were [2]  6/15 10/10
West [1]  2/15
WESTERN [1]  1/3
what [5]  5/3 5/5 5/19 5/20 7/19
What's [1]  6/8
where [2]  5/8 7/1
whether [2]  4/10 4/24
which [7]  3/14 5/4 5/11 6/3 6/4 7/3 9/15
while [2]  3/23 4/2
WHITE [3]  2/9 2/9 3/9
who [2]  6/19 6/20
Wil [2]  1/23 11/15
Wilcox [2]  1/23 11/15
will [5]  8/10 8/12 8/15 8/16 9/17
within [2]  4/15 8/16
words [2]  4/1 9/18
works [1]  7/2
would [8]  4/25 6/17 6/24 7/6 9/1 9/7 9/9 9/14
Wouldn't [1]  3/25
WU [1]  1/4

**Y**

Yes [10]  3/17 3/18 4/5 7/15 8/1 8/18 9/3 9/13 9/24 10/2
you [8]  5/5 6/7 6/12 6/13 10/4 10/6 10/8 10/9
your [22]