Case 2:12-cv-08443-GW-MRW   Document 84   Filed 08/31/15   Page 1 of 1   Page ID #:1603

JS-6

|   |   |
|---|---|
| 1 | GOETZ FITZPATRICK LLP |
|   | RONALD D. COLEMAN |
| 2 | rcoleman@goetzfitz.com |
|   | One Penn Plaza, Suite 4401 |
| 3 | New York, NY 10119 |
|   | Telephone: 212.695.8100 |
| 4 | Facsimile: 212.629.4013 |
| 5 | Counsel for Defendant |
|   | JOHN PATRICK FREY |
| 6 |   |
| 7 | BROWN WHITE & OSBORN LLP |
|   | KENNETH P. WHITE (Bar No. 238052) |
| 8 | kwhite@brownwhitelaw.com |
|   | 333 South Hope Street, 40th Floor |
| 9 | Los Angeles, CA 90071-1406 |
|   | Telephone: 213.613.0500 |
| 10 | Facsimile: 213.613.0550 |
| 11 | Local Counsel for Defendant |
|   | JOHN PATRICK FREY |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| NADIA NAFFE, an individual, | Case No.: CV 12-8443-GW(MRWx) |
|---|---|
| Plaintiff, | Judge: Hon. George H. Wu |
| v. | ORDER GRANTING STIPULATION TO DISMISS |
| JOHN PATRICK FREY, an individual, and the COUNTY OF LOS ANGELES, a municipal entity, |   |
|   | [*Stipulation to Dismiss Concurrently Filed Herewith*] |
| Defendants. | Complaint Filed: October 2, 2012 |

Based on the parties' Stipulation to Dismiss, and for good cause shown, IT IS HEREBY ORDERED that this case is dismissed with prejudice, each party to bear its own costs.

DATED: August 31, 2015

_____
GEORGE H. WU. U.S. DISTRICT JUDGE

1
[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE

1328221.1